

# El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

## Accident Narrative #1

| | |
|---|---|
| Date: | 05/24/2018 |
| Case #: | 18-00803 |
| Offense: | Five (5) Vehicle Accident with Minor Injuries |
| Location: | 2900 block West Central Avenue |
| | El Dorado, KS |

| | |
|---|---|
| Vehicle 1 (V1): | KS 808HCE |
| | 2009 Honda Civic |
| | Gray, 4 Door |
| Vehicle 2 (V2): | KS 997HWU |
| | 2013 Chevrolet Equinox |
| | SUV, Gold in Color |
| Vehicle 3 (V3): | KS Temporary Tag B722370 |
| | 1998 Dodge Ram 1500 |
| | Blue, Extended Cab |
| Vehicle 4 (V4): | KS 099DJC |
| | 2013 Nissan NV3500 |
| | Van, Blue/Gray |
| Vehicle 5 (V5): | KS Official 15849 |
| | 2013 Ford Ecoline E-350 |
| | KDOC Transport Van, White |

| | |
|---|---|
| Driver 1 (D1): | Halee Jo Roland |
| Driver 2 (D2): | Steven D Gaston |
| Driver 3 (D3): | Steven L Maus |
| Driver 4 (D4): | Jennifer Marie Dutton |
| Driver 5 (D5): | Eyman Dane Dowling |
| Officer: | Emmitt Lechner |
| Subject: | Narrative |
| P.O. Lechner | |

1 of 4                    Case #: 18-00803



# El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

On 05/23/2018 while working as a Patrol Officer for the El Dorado Police Department, I Emmitt Lechner was dispatched to the 2900 block of West Central Avenue for the report of a multi-vehicle accident with no injuries. Dispatch advised the accident was between several vehicle, unknown make and model. I was dispatched at 1323 and arrived on scene at 1329.

Upon arrival, I spoke to all occupants involved in the accident. It was found passenger of V2 was reporting chest pain from the seatbelt, and D4 had a bloody nose. I asked Dispatch to start EMS to my location to check on each patient. Butler County EMS arrived on scene and triaged "green" and left the scene after patients denied further medical treatment. No others except those mentioned reported any injuries.

It was learned that at the time of the accident an unknown number of people were parked on West Central Avenue, in the eastbound lane, and were in the median attempting to catch a dog. A vehicle was stopped in the westbound lanes of traffic; this vehicle is N6, or non-contact vehicle 6. This vehicle caused other vehicles behind it to stop, but was not hit in the accident. This vehicle left prior to my arrival and no information was left.

V1 came to a complete stop behind N6 in the outside lane of westbound West Central Avenue. D2 stated he was looking over at the people in the median and looked back forward to see V1 stopped. V2 rear-ended V1. D3 stated he was also looking at the people in the median and the dog and when he looked ahead V2 was breaking. V3 attempted to stop but to no avail. V3 rear ended V2. D4 stated she was looking over at people in the median and then looked ahead and saw vehicles stopped in the roadway. D4 stated she "came to a slow stop" when she was rear-ended by V5. At this time, there is no evidence to indicate how long V1, V2, and V3 were stopped before D4 saw them, or if V4 was at a complete stop when it was rear-ended by V5.

D5 stated observed V4 braking and attempted to stop his vehicle, but to no avail. V5 rear-ended V4.

P.O. Lechner

Case #: 18-00803



# El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

---

A witness, Timothy M Wyer███████████ stated he was attempting to help the owner of the dog, whom is unknown at this time, catch the dog in the median. Wyer stated V1 slowed and looked over at them and then was rear-ended by V2. Wyer stated there was no vehicle stopped in front of V1; however, several drivers reported someone was stopped in the roadway in front of V1. D1 stated she may have bumped N6, but did not cause any damage to her vehicle or vehicle N6. D2 and D3 both confirmed a vehicle was stopped in front of V1 and confirmed V1 may have slightly struck vehicle N6.

V1 was a gray 2009 Honda Civic, bearing Kansas license plate 808HCE. V1 was driven by Halee Jo Roland, ███████████ and owned by Curtis L Roland of Wichita, Kansas. V1 sustained damage to the rear bumper and truck area, but was able to drive away from the scene. D1 stated she hit her head on the steering wheel but was not checked by EMS, to the best of my knowledge.

V2 was a gold 2013 Chevrolet Equinox, bearing Kansas license plate 997HWU. V2 was driven and owned by Steven D Gaston, ███████████ V2 sustained disabling damage to both the front bumper and hood area as well as the rear bumper and rear hatch. V2 was removed from the scene by Heartland Towing of El Dorado. Ida R Gaston was checked out by EMS for chest pain due to the seatbelt and refused further treatment on scene.

V3 was a blue 1998 Dodge Ram 1500, bearing Kansas temporary tag B722370. V3 was driven and owned by Steven L Maus, ███████████ V3 left prior to my arrival; however, Maus left his information with Steven Gaston. V3 was later located and photographed. Maus also completed a voluntary statement form.

V4 was a blue or gray 2013 Nissan NV3500 passenger van, bearing Kansas 099DJC. V4 was driven and owned by Jennifer Marie Dutton, ███████████ V4 sustained damage to the rear doors and rear bumper. Dutton had a bloody nose as a result of hitting her nose on the steering wheel. Dutton also refused further treatment on scene. V4 was occupied by seven (7) juvenile children, all of which were Dutton's children.

P.O. Lechner

Case #: 18-00803

# El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

V5 was a white 2013 Ford Ecoline E-350, bearing Kansas Official license plate 15849. V5 is a prison transport van belonging to KDOC. V5 was en-route from EDCF to an unknown destination with a prisoner in the back seat. V5 was driven by Eyman Dane Dowling, ████████████ V5 sustained damage to the front bumper and hood area, as well as the engine. Airbags in both seats 01 and 03 deployed in the accident. V5 was removed from the scene by Heartland Towing of El Dorado. The prisoner complained of injuries as a result of the accident, however, KDOC employees transported him back to EDCF to be examined.

Voluntary statements were completed by each adult that was involved in the accident, as well as one independent witness. These statement forms are attached to this case as evidence. Photographs were taken of each vehicle involved. It should be noted that vehicles may have been moved prior to my arrival and the photographs do not precisely document any positions prior to or during the accident.

Nothing further to report at this time.

Officer Emmitt Lechner
El Dorado Police Department

Case #: 18-00803

P.O. Lechner

4 of 4

RECEIVED

MAY 2 4 2018

ACCOUNTING

Attachment A, IMPP 01-113
Effective 04-08-2013

**Kansas Department Of Corrections**
**INCIDENT REPORT**

DATE: 5-23-18

FACILITY OR PAROLE REGION: <u>EL DORADO CORRECTIONAL FACILITY</u>

UNIT (If Applicable) <u>CENTRAL</u>

Time Report Submitted: <u>1530</u>          REPORT #: IR _____

**WHAT HAPPENED:** (Briefly describe the incident.) <u>Car accident with offender in vehicle.</u>

WHEN: Time <u>1325</u>          Date <u>5/23/18</u>

WHERE: <u>Corner of 254 and School</u>

**WHO WAS INVOLVED:** (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number a reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P, W | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P, W | E-I |
|---|---|---|---|---|---|---|---|
| Dowling, Dane | ▉▉▉▉ | V | E | Brownlee, Gustin | 73693 | V | I |
| Corby, Brett | ▉▉▉▉ | V | E | | | | |
| | | | | | | | |

**HOW DID IT HAPPEN:** (Method of Operation-M.O.) <u>While driving offender Brownlee to a Dr. visit</u>

**WHY DID IT HAPPEN:** (State Motive or cause) <u>Vehicles in front of me stopped abruptly causing me to rear-end the vehicle in front of me.</u>

Description Of Weapon Or Evidence Found: <u>N/A</u>
Was Search Of Area Made? ☐ Yes ☒ No          by Whom: <u>SST Dowling</u>
Were Still Photographs Taken? ☒ Yes ☐ No          by Whom: <u>SA Galloway</u>
Was A Videotape Made? ☐ Yes ☒ No          by Whom: <u>N/A</u>
Evidence and/or Photographs/Videotape Turned Over To: <u>Captains' office</u>
Was A Follow-Up Investigation Initiated? ☒ Yes ☐ No

**COMMENTS:** (Attach additional pages as necessary.) <u>While stripping offender Brownlee out for a transport, I noticed him moving abnormally so I asked him what was wrong. Offender Brownlee stated that his back was messed up from working out. I was traveling west on 254 in the right lane headed to Wichita. I was approx. a car length and a half behind the vehicle in front of me doing approx. 40 mph. The vehicle in front of me applied its breaks abruptly causing the back end of it to lift up and I applied mine. I realized that my vehicle was not going to stop in time so I looked at SST Corby and said "Bro it's not stopping. We then rear-ended the vehicle in front of us. I sustained minor burns to both forearms and hands from the airbag deploying. I checked on offender Brownlee while SST Corby contacted emergency services. Offender Brownlee stated that his back hurt but he was fine. When another vehicle came to take offender Brownlee back to the facility, he began to act like he couldn't move his legs due to his back hurting.</u>

**RELATED REPORTS COMPLETED:** (Check all that apply and attach a copy.)
Disciplinary ☐ Yes ☒ No          Use of Force ☐ Yes ☒ No
Wanted For Escape ☐ Yes ☒ No          Admin. Seg./Protective Custody ☐ Yes ☒ No
Other Admin. Seg. ☐ Yes ☒ No          Placement in County Jail ☐ Yes ☒ No
Other Narratives ☐ Yes ☒ No

NAME OF OFFICER FILING REPORT:          NAME OF REVIEWING SUPERVISOR:

Signature: _____          Signature of Supervisor: _____

State ID Number: ▉▉▉▉          State ID Number: _____

Printed Full Name: <u>Dane Dowling</u>          Printed Full Name: _____

Date: <u>5/23/18</u>          Date: _____

Form #01-113-001

·RECEIVED

MAY 2 4 2018

ACCOUNTING

Attachment A, IMPP 01-113
Effective 04-08-13

**Kansas Department of Corrections**
**INCIDENT REPORT**

DATE:05-23-2018

FACILITY OR PAROLE REGION:____EDCF_____

UNIT (if Applicable) Central

Time Report Submitted:1530                    REPORT #: IR __ __ __ ___

WHAT HAPPENED:  (Briefly describe the incident.) while on transport to Wichita, we were involved in an accident just outside of El Dorado.

WHEN: Time 1325 AM/PM        DATE: 05-23-2018
WHERE: corner of 254 and school

WHO WAS INVOLVED: (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number. A reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P,W, | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P,W, | E-I |
|---|---|---|---|---|---|---|---|
| Corby, b. | ███ | | | | | | |
| Dowling, D. | ███ | | | | | | |
| Brownlee | 73693 | | | | | | |

HOW DID IT HAPPEN: (Method of Operation-M.O.)  while traveling on 254, several vehicles stopped abruptly in front of us causing us to rear end a vehicle making my hand hit the air bag when it deployed and then I punched myself in the right eye with the same hand.

WHY DID IT HAPPEN: (State Motive or Cause) it is unkown at this time why it happened.

Description Of Weapon Or Evidence Found: NA
Was Search Of Area Made? X Yes _____ No, by Whom: EAI
Were Still Photographs Taken? X Yes _____ No, by Whom: EAI
Was a Videotape Made? _____ Yes X No, by Whom: NA
Evidence and/or Photographs/Videotape Turned Over To: CAPTAINS OFFICE
Was A Follow-Up Investigation Initiated? X Yes _____ No

COMMENTS: (Attach additional pages as necessary.) Offender was transported back to facility to be assessed by medical, and myself and SST Dowling will be seeking medical attention.

RELATED REPORTS COMPLETED: (Check all that apply and attach a copy.)
Disciplinary: _____Yes X No          Use of Force: _____Yes X No
Wanted For Escape: _____Yes X No     Admin Seg/P.C.: _____Yes X No
Other Admin Seg: _____Yes X No       Placement In County Jail: _____ Yes X No
Other Narratives: _____Yes X No.

NAME OF OFFICER FILING REPORT:          NAME OF REVIEWING SUPERVISOR:
Signature: _____                    Signature of Supervisor: _____
State ID Number: ███                    State ID Number: ███
Printed Full Name: Corby, A.            Printed Full Name: _____
Date: 5-23-18                           Date: 5/23/2018

Form #01-113-001

RECEIVED

MAY 2 4 2018

**Injured Employee's Report of Injury**

ACCOUNTING accidental injury was submitted by your employer. Payment of disability compensation and/or medical expenses will be considered after this completed form and other information are received.

1. Full name of injured employee: _____Corby, Brett_____ _.

2. Employee's address: ___████████████_____ _.

3. Telephone: Home: : ████████_____ _ Work: :316-321-7284_____ _.

4. Employer/Agency: __El Dorado Correctional Facility_____.

5. Job Title: Employee ID # or SSN: Correction Officer████████_____.

6. Date and time of accident: _____05-23-2018   1325_____.

7. Missed work from: thru_____N/A_____.

8. Date returned to work: If not, then expected return to work date: ____05-24-2018_____.

9. Describe the accident: (**What happened, where, how, witnesses**): __several vehicles infront of transport stopped suddenly and a vehicle was rear ended by us._____.

10. What injuries were incurred? Back lash, severe pain in right hand. Punched in right eye by own right hand_____.

11. Name/address of attending and/or subsequent physicians or hospitals: _____
_____
_____.

12. Have you received workers compensation benefits before? If so, provide details such as employer, carrier, nature and dates of injuries. :NO_____
_____
_____
_____ _.

**To claim compensation in accordance with Workers Compensation, sign and return this form to:**
State Self-Insurance Fund
Room 900-N, Landon State Office Building
900 SW Jackson
Topeka, Kansas 66612
**Phone:** (785) 296-2364 **Fax:** (785) 296-6995

**AUTHORIZATION**
I hereby authorize and request any physician or hospital to permit a representative of the State Self-Insurance Fund to be furnished a copy of all medical records in connection with any past or present medical treatment associated with this injury. I am willing that a photocopy or fax of this authorization be accepted with the same authority as the original.

Signed: _B. J._____ Date:_5-23-2518_____.

**Form WC(Rev. 01/11)**

## Injured Employee's Report of Injury

RECEIVED

*A report of accidental injury was submitted by your employer. Payment of disability compensation and/or medical* MAY 2 4 2018
*expenses will be considered after this completed form and other information are received.*

ACCOUNTING

1. Full name of injured employee: _____ Eyman Dane Dowling _____

2. Employee's address: ███████████████████

3. Telephone: Home: : ██████████    Work: (316)321-7284 _____

4. Employer/Agency: ___ El Dorado Correctional Facility _____

5. Job Title: Employee ID # or SSN: ███████████

6. Date and time of accident: ___ 5/23/18 @ 1325 _____

7. Missed work from: thru  N/A _____

8. Date returned to work: If not, then expected return to work date:  N/A _____

9. Describe the accident: (**What happened, where, how, witnesses**):  ___ I was traveling west on 254 in the right lane. I was approx. a car length and a half behind the vehicle in front of me. The vehicle in front of me applied its breaks abruptly causing the back end of it to lift up and I applied mine. I realized that my vehicle was not going to stop in time so I looked at SST Corby and said "Bro it's not stopping." We then rear-ended the vehicle in front of us. _____

10. What injuries were incurred?  Burns and bruises on both forearms _____

11. Name/address of attending and/or subsequent physicians or hospitals: : _____

12. Have you received workers compensation benefits before? If so, provide details such as employer, carrier, nature and dates of injuries. : yes 4/19/18 ribs and hand. _____

**To claim compensation in accordance with Workers Compensation, sign and return this form to:**
     State Self-Insurance Fund
     Room 900-N, Landon State Office Building
     900 SW Jackson
     Topeka, Kansas 66612
     **Phone: (785) 296-2364 Fax: (785) 296-6995**

### AUTHORIZATION

I hereby authorize and request any physician or hospital to permit a representative of the State Self-Insurance Fund to be furnished a copy of all medical records in connection with any past or present medical treatment associated with this injury. I am willing that a photocopy or fax of this authorization be accepted with the same authority as the original.

Signed: _____    Date: 5-23-18 _____

**Form WC(Rev. 01/11)**

OFFICER: _18-00803_

~~CASE NUMBER~~: _350_

El Dorado Police Department

Motor Vehicle Accident Report

DATE: _____

TIME: _____

(Date & Time you are completing this form)

## VOLUNTARY STATEMENT

☐ Passenger          ☐ Witness

☑ Driver                                    Obstructions: _____

Accident Location: _W Central_          Road Condition: _____   Route Intended: _____

Direction of Travel: _WEST_          Approximate Speed: _35 MPH_   Location of Other Vehicle: _WEST_

Danger First Noticed: _CAR ON BREAKS_

Action Before Impact: _STEPPED ON BREAKS_

Action After Impact: _CAR IN FRONT SLAMED ON BREAKS_

In your opinion, what was the cause of the accident: _____

### Vehicle Information

Make of Vehicle: _FORD_          Model: _EcoLine_          Year: _____

Vehicle Color: _WHITE_          V.I.N.: _____   Fuel Source: _GAS_

Tag Number: _15849_          State: _KS_   Year: _____   Odometer: _35108_

Registered Owner: _____          Phone Number: _____

Insurance Company: _____          Policy Number: _____

### Detailed Account of Accident in Order of Sequence

_I was TRAVELING WEST IN THE RIGHT_
_Lane About A Car Length and a half_
_Back, THE VEHICLE IN FRONT HIT_
_THEIR BREAKS and I DID As well._
_My vehicle HIT THE Back of theirs._

**Accident Diagram**

The driver of every motor vehicle which is in any manner involved in an accident originating from the operation of a motor vehicle on any street or highway in the State, which accident has resulted in the damage to property in excess of one thousand dollars ($1000.00) or in which bodily injury or death of any person, must file a report of injury and damage with the Department of Motor Vehicles within 24 hours after the accident.

_____
Signature of Person giving Voluntary Statement

## PLEASE PRINT THE FOLLOWING INFORMATION

Last Name: _DOWLING_          First: _EVAN_          Middle: _DAVE_

Address: ███████          City: ███   State: ███   ZIP Code: ███

Phone: ███          Email: ___   Date of Birth: ___

Driver's License No: ___          State: ███   S.S.N.: ___

Height: ███   Weight: ███   Hair: ███   Eyes: ███   Sex: _M_

Place of Employment: ___          Address: ___   Phone: ███

DATE: 5-23-19

TIME: 13:58

(Date & Time you are completing this form)

**El Dorado Police Department**

**Motor Vehicle Accident Report**

OFFICER: _____

CASE NUMBER: _____

**VOLUNTARY STATEMENT**

☐ Driver   ☐ Passenger   ☐ Witness

Accident Location: Westbound 254 & School   Road Condition: Dry   Obstructions: N/A

Direction of Travel: West   Approximate Speed: 35-40   Route Intended: _____

Danger First Noticed: Moments before   Location of Other Vehicle: 2 car lengths ahead

Action Before Impact: Protection of head

Action After Impact: Self checks, Safety check of all others while Calling 911

In your opinion, what was the cause of the accident: Multiple short traffic stops, possible K-9 entering road

**Vehicle Information**

Make of Vehicle: Ford   Model: G-Litlion   Year: _____   Fuel Source: Gas

Vehicle Color: White   V.I.N.: _____   State: Ks   Year: _____   Odometer: _____

Tag Number: 58949   State: Kansas   Phone Number: ██████   O2 APM 0-787-03

Registered Owner: State of Kansas   Policy Number:

Insurance Company: Berkshire Hathaway Homestate Comp

**Accident Diagram**

**Detailed Account of Accident in Order of Sequence**

Driving West Bound on 254 the several cars began breaking infront of us. Our vehicle attempted to stop. We ended in rear ending vehicle infront of us.

The driver of every motor vehicle which is in any manner involved in an accident originating from the operation of a motor vehicle on any street or highway in the State, which accident has resulted in the damage to property in excess of one thousand dollars ($1000.00) or in which bodily injury or death of any person, must file a report of injury and damage with the Department of Motor Vehicles within 24 hours after the accident.

Signature of Person giving Voluntary Statement

**PLEASE PRINT THE FOLLOWING INFORMATION**

Last Name: Corbin   First: Brett   Middle: Wayne

Address: ██████   City: ██████   State: ██████   ZIP Code: ██████

Phone: ██████   Email: ██████   Date of Birth: ██████

Driver's License No: ██████   State: ██████   S.S.N: ██████   Sex: Male

Height: ██████   Weight: ██████   Hair: ██████   Eyes: ██████   Phone: ██████

Place of Employment: ██████

To: MR. SAMSON
_____
(Name and Title of Officer or Department)

Col _____ SANCHEZ
_____
Unit Team Member Signature

Date: _____

**To be retained by Inmate**

(Attachment A)  X  A1

BROWNLEE
Last Name Only

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

U.T INFIRMARY

**KANSAS DEPARTMENT OF CORRECTIONS**

0073693
Number

**INMATE REQUEST TO STAFF MEMBER**

To: MR. SAMSON
_____
(Name and Title of Officer or Department)

Date: 5-25-18

State completely but briefly the problem on which you desire assistance. (Be specific.) Dowling & two 2

Ons or Around May 23, 2018 SST STAFF member's names unknown and C.O Mitchell violated Impp 02-118 code of Conduct and also offend us constitutional Right to be FRE from cruel and unusual punishment. As I was being Transported to a ear and eye specialist, I observed the SST officers that was driving the vans looking at a flip face (Dowling) cellphone multiple times befor Running into the BACK of anoth cellphone multiple times befor Running into the BACK of anoth

Living Unit Assignment: _____

Work Assignment: _____
Comment: _____

Unit Team Members Signature: _____

Disposition: Vehicle causing a #4 car accident. SST mr Corsby ask me if I was ok. I told him that I was experiencing back neck pains and I Requested to be seen by ons site medical t SST mr Corsby made a phone call. I was then told that I wo

To: _____

Date: _____

(Name & Number)

Disposition: not be seen ons site of accident nor would I be taken hospital & that a van was coming to get me. Two SST STAFF mem names unkown TRansporized me back to EDCF Upon arriving at emergency Entrance of the Infirmary I informed the SST

SEE BACK →
**To be returned to inmate.**

_____
Employee's Signature

P-0009b

STAFF member that I was IN PAIN & that I needed help I was told by these STAFF member's that I Could get out of the VAN by myself OR I would be REMOVED with FORCE I was then pulled to the FLOOR of the TRANSPORT VAN causing me to be in even more PAIN. I hollered out. that is when C.O mitchell stated Stop Acting like A Bitch & that I was A FAKER & that STATE was BROKE & to Cut it out. SGT STAFF told I believe nurse FORD & ANOTHER nurse what HAPPEN & they told them they Should have taken me to the hospital. SGT STAFF told them to send me back to my cellhouse. I was seen by Doctor MR. HARROD I Believe & After he did his assessment on me. he Decided it was best that I STAY within the INFIRMARY. INFORMAL RESOLUTION

I ASK That you do A Thorough INvestigation And that the STAFF members that ARE Found to be Negligent be ~~Deal~~ Dealt with ACCORDINGLY by Administration

SGT MR. CORSBY WAS Really Nice to me During the incident I Don't believe He Should Be punished IN ANY Kinda WAY

J.T. INFIRMARY

INMATE REQUEST TO STAFF MEMBER

To: MR. SAMSON

_(Name and Title of Officer or Department)_

COI _____ SANCHEZ

Unit Team Member Signature

Date: 5-28-18

**To be retained by Inmate**

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name Gustin C. Brownlee    Number 00736493

Facility E.D.C.F    Housing Unit INFIRMARY #109    Work Detail LAY-IN

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. form 9 or other correspondence and response from staff member). ON OR AROUND MAY 23, 2018 9:51 STAFF Pauline & two SGT names unknown co mitchell & other STAFF Violated Inmate IMPP 118 Code of Ethic - Code of Conduct and also MY Right to the U.S. Constitution to be Free From Cruel + unusual Punishment. K.D.O.C STAFF members Negligent Action caused A #4 car Accident in wich I was hurt. STAFF members did not Follow PROPPer Procedure. They were Physically + verbally Abusive toward me when they should have been giving me the help I was Requesting (Attatchment A will better explain) see back 5-25-18

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 5-25-18

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____  Date
Unit Team Signature

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____  Date
Inmate Signature

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

...ealt with Accordingly by Administration

SST MR. CORSBY WAS
REally NiCE to me
duRiNG this iNCidENt
I don't believe HE
should BE puNished
iN aNy kiNda WAY

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Gustav C Brownlee_____   Number _0093693____

Receiving Staff Signature _____ SANCHEZ___   Date _5-25-18___

**Effective Date (3-18-96) P-157**

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  Gustin C. Brownlee                    Number  0013693

Receiving Staff Signature  _Col____ Sanchez_        Date  5-28-18

**Effective Date (3-18-96) P-157**

DEAR WARDEN

## SPECIAL PROCEDURES
### 44-15-201

I completed All lower Stages of the grievance Process. E.D.C.F STAFF members have not Responded within A Timely matter. MR. Samsons the U.T ins the Infirmary Talked About my Form 9 & grievance with me, & also my personal Injury Claim. MR. Hoover has not Respond.

On or Around MAY 23, 2018 SST STAFF Dousling, Mccoullough, CO mitchell & Other STAFF Violated Empp O2-118 Code of Ethic - Code conduct and also my Right to the U.S Constitution To Be Free From Cruel & Unusual punishment. SST Dousling negligent Actions Caused A CAR Accident in wich I was hurt. SST McCoullough was Physically Abusive toward me (The Name Unknown in Attachment A) C.O mitchell was verbally Abusive toward me. Other STAFF members did not Follow The proper procedure. When I was denied on site medical Attention & Refused to be taken to hospital. "See Attatchment A"
   (Attatchment A will better Explain)

I ASK That you do A Thorough Investigation and that the STAFF members that Are Found to be negligent

I ASK not to be Retaliated AgAinst an any Form
OR Removed From this Facility.


        I hereby certify under penalty perjury
the Foregoing letter under special Procedures 44-15-201
was Filed and mailed on this 19th day of JUNE      , 2018 by
placing such in the U.S. mail E.D.C.F Institutional
mailbox. Addressed To.

WADEN MR. SNider
1737 SE US Hwy 54
P.O Box 311
El Dorado, KS 67042



        SUBSCRIBED AND SWORN TO befor me on
This 19th day of JUNE, 2018

                                Gustin C. BROWNlEE # 73693
                                E.D.C.F P.O Box 311 ElDorado, KS
                                                            67042
12-16-2020
y commission Expires             Notary public
                        6/19/2018

NOTAF   BLIC - State of Kansas      NOTARY PUBLIC - State of Kansas
Sh     · MERCER                     SHEILA MERCER
App                                 My Appt Expires 12-16-2020

RECEIVED

AUG 1 4 2018

DOC Facility Management Area

DEAR
SECRETARY OF CORRECTION
MR. JOE NORWOOD

I write this letter under the Authority of
44-15-201 Special PROCEDURES

#1 I completed All Lower STAGES OF the GRIEVANCE PROCESS
At E.D.C.F. On 5-28-18 I TURNED in A form 9 Attached to A
GRIEVANCE to COI SANCHEZ. I TALKED with U.T Oluwatosin
ORONSOLU (SAMSON) About FORM 9, GRIEVANCE & also A
PERSONAL INJURY Claim that was NOTARIZE by U.T Richard
HOOVER On 5-30-18 who REFUSED to give me A COPY. U.T
SAMSON TURNED GRIEVANCE OVER to U.T.M OVER the
INFIRMARY MR. HOOVER Who did not RESPONSE in A
Timely MATTER. I sent A Special PROCEDURES letter
with ATTACHMENTS x To The WARDEN MR. Snider Who has not RESPOND
As well. This is A Violation of 44-15-101 (F)

#2 One OR Around MAY. 23 2018 K.D.O.C STAFF members
Right Eyman D. Dowling, Alex J. McCollough & C.O MS. Mitchell
& other K.D.O.C STAFF members Violated K.S.A § 75-
2949 F personal conduct detrimental to STATE SERVICE,
Impp 02-118 Code OF Ethic - Code conduct, My 8th Amendment
To The U.S Constitution To Be FREE FROM Cruel & unusual
punishment. MR. Dowling negligent Action Caused A
CAR Accident in which I was Injured. I OBSERVED
This OFFICER looking At A cellphone multiple
time befor the Accident. MR. McCollough was physically
Abusive toward me. After the Accident I was force
MOVED From WRECK VAN then thrown into Another.
Upon ARRIVING At the EMERGENCY ENTRANCE OF The
INFIRMARY I INFORMED him that I was In pain.

and I needed help I was told to get out OF VAN & I INFORM
A McCollough A second Time, that I need help he told me I
would be FORCED more, IF I did'nt get out, That's when I w
thrown to FLOOR OF VAN & I was physically Abused. C.O
Mitchell was verbally Abusive toward me. by calling me
bitch As I was hollering because Of the pain I was
Xperiencing, She STATE I was FAKE & that STATE WAS BROKS
I need to cut It OFF. AFTER Accident I Requested to be seen
by ON Site Ambulance OR TAKEN to hosiepal MR. BRETT W. CORBY
made A phone CAll & AFTER told me, A VAN was come to get me.
I ASK That you do A Thorough Investigation ~~that the STAFF member that are~~ found to be negligent be Dealt with Accordin by Administration

I hereby certify under penalty of perjury the forgoing
etter under special Procedures 44-15-201 was Filed and mailed ON
his 3 day OF July, 2018 by placing such in the U.S mail E.D.C.F
institutional mail box Addressed To.


SECRETARY OF CORRECTION

JOE NORWOOD

Landon STATE OFFICE Building

100 Jackson 4th Floor

TOPEKA, Kansas 66612   SUBSCRIBED AND SWORN TO BEFORE me on

This 3 day of July, 2018   Austin Brown
                           GUSTIN C. BROWNING

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12-16-2020

12-16-2020                           Notary public

MY Commission EXPIRES