Gustin C. Brownlee
Name

0073693

P.O Box 311 El Dorado, Kansas 67042.
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Gustin C Brownlee , Plaintiff
(Full Name)

V.

Eyman Dowling , Defendant (s)
Individul capacity & official

CASE NO. ___20-3122-SAC___
(To be supplied by the Clerk)

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

Demand
for Trial
By Jury

### A. JURISDICTION

1) Gustin C. Brownlee , is a citizen of The State of Kansas
   (Plaintiff)                                        (State)

who presently resides at El Dorado Correctional Facility P.O
                                      (Mailing address or place
Box 311 El Dorado Kansas 67042 .
of confinement.)

2) Defendant EYMAN Dowling is a citizen of
            (Name of first defendant)

The State of Kansas , and is employed as
            (City, State)

SST Security At El Dorado Correctional Facility . At the time the
            (Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

Mr. Dowling was Security At El Dorado Correctional
Facility

1

# Additional DEFENDANT(s)          1-A

(2) BRETT CORBY - Individul CAPACITY & OFFicial

(3) ALEX McCollough - Individul CAPACITY & OFFicial

(4) CAthy mitchell - Individul CAPACITY & OFFicial

(5) unsknow #1 - Individul CAPACITY & OFFicial

(6) unsknow #2 - Individul CAPACITY & OFFicial

(7) Richard HOOVER - Individul CAPACITY & OFFicial

(8) PAUL SnyDER - Individul CAPACITY & OFFicial

(9) JOE Norwood - Individul CAPACITY & OFFicial

(10) JENNEll Buchanan - Individul CAPACITY & OFFicial

(11) Douglas Burris - Individul CAPACITY & OFFicial

3) Defendant <u>SST BRETT CORBY</u> is a citizen of
(Name of second defendant)

<u>The STATE OF KANSAS</u>, and is employed as
(City, state)

<u>SECURITY At EL DORADO CORRECTIONAL FACILITY</u>. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

<u>Mr Corby was Acting As Security At El Dorado</u>

<u>Correctional Facility</u>

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

<u>42 U.S.C. Section 1981 and U.S.C Section 1983</u>

B. NATURE OF THE CASE

1) Briefly state the background of your case:

<u>On MAY 23, 2018 Plaintiff Gustin C. Brownlee was being</u>
<u>transported to A Doctor Visit in Wichita, Kansas by SST</u>
<u>Eyman Dowling and BRETT CORBY in A STATE OWNED State</u>
<u>Security transport VAN. MR. EYMAN Dowling was in</u>
<u>the Commission of the Crime OF TEXTING</u>
<u>and Driving. When The three occupant of the</u>
<u>VAN were involved in A Five Vehicle Collision. At the</u>
<u>2900 Block OF WEST Central AVENUE in El Dorado</u>

2

(4) DEFENDANT ALEX McCollough is a citizen of the State of Kansas and is employed as Security at ElDorado Correctional Facility.

At the time the claims alleged in this complaint arose this DEFENDANT was Acting under the color of State LAW, As Security at El Dorado Correctional facility.

(5) DEFENDANT Cathy mitchell is a citizen of the State of Kansas and is employed as Security at El Dorado Correctional facility.

At the time the claims alleged in this complaint arose this DEFENDANT was Acting under the color of State LAW, As Security at El Dorado Correctional facility.

(6) DEFENDANT UNKNOW #1 is a citizen of the State of kansas and is employed as Security at ElDorado Correctional Facility.

At the time the claims alleged in this complaint arose this DEFENDANT was Acting under the color of State LAW. As Security at El Dorado Correctional facility.

(7) DEFENDANT UNKNOW #2 is a citizen of the State of Kansas and is employed as Security at El Dorado Correctional facility.

At the time the claims Alleged in this Complaint Arose this Defendant was Acting under the color of State Law, As Security At El Dorado Correctional Facility.

(8) Defendant Richard Hoover is a Citizen of the State of Kansas and is Employed as Security At El Dorado Correctional Facility.

At the time claims Alleged in this complaint Arose this Defendant was Acting under the color of State Law, As Security At El Dorado Correctional Facility.

(9) Paul Snyer Defendant is a Citizen of the State of Kansas and is Employed as Warden At El Dorado Correctional Facility.

At the time Claims Alleged in this Complaint Arose this Defendant was Acting under the color of State Law, As Warden At El Dorado Correctional Facility.

(10) Defendant Joe Norwood is a Citizen of the State of Kansas and is Employed as Secretary of Corrections In the State of Kansas.

At the time Claims Alleged in this complaint Arose this Defendant was Acting under the color of State Law, As the Secretary of Corrections In the State of Kansas.

(11) DEFENDANT Douglas Burris is a citizen of the State of Kansas and is employed as Corrections manager, Facility management In the State of Kansas.

At time claims Alleged in this Complaint Arose this Defendant was Acting under the Color of State Law, As Corrections manager In the State of Kansas.

(12) DEFENDANT Jennell Buchanan is a citizen of the State of Kansas and is employed as Security At El Dorado Correctional Facility.

At the time Claims Alleged in this Complaint Arose this Defendant was Acting under the Color of State Law As Security At El Dorado Correctional Facility.

2-B

B NATURE OF THE CASE (CONT)

KANSAS. As a Result of Officer Dowling negligent actions Plaintiff RECEIVED Injury's to his back and neck. SST OFFICER'S Dowling, CORby and also UNKNOW STAFF #1 Intentionally denied and delayed PROPER medical CARE, tREATMENT and ASSistANCE because they believed Plaintiff was Acting like he was InjuREd.

SST Officer Dowling the dRivER of the SECURity VAN was observed by Plaintiff TEXTing and DRiving not PAying Attentions to oncoming tRAFFic, and FAiled to stop in Adequate time to Avoid the collision and negligently dRove the STATE VAN Into the vehicle driven by JENNIFER maRie Dutton Injuring HER and HER childREN.

(2) Plaintiff was FORcefully and maliciously gRabbed and drug^ne out of WRECKED SECURity VAN and placed Into Another by Officer Alex mccollough and UNKNOW STAFF #2. Plaintiff was tRANSpoRted back to El DoRado coRREctionAl FAcility. Upon ARRiving At the EmERgency EntRANCE of the InfiRmARy Plaintiff was met by VARious STAFF. Plaintiff made known to All that he was InjuRED UNAble to WALK and NEEded medicAl ASSistANCE in ORdER to EXit the VEHiclE. The STAFF And Officer mitchell

3-B

Mocked and laughed At Plaintiff in total disregard to Plaintiff Pleas For Medical Assistance. At which time Officer Alex McCollough Forcefully and Maliciously grabbed and pulled Plaintiff to the Floor of the van using Excessive Force Causing Further Pain to Plaintiff's back As well As Causing Pain and bruising to Plaintiff head, legs. Plaintiff was denied Medical care and treatment.

(3) Plaintiff Attempt At the Informal Resolution. Grievance, Grievance Appeal was ignored by The Following Richard Hoover, Paul Snyder, Jennell Buchanan. Other's did not investigate Plaintiffs Claims Joe Norwood - Douglas Burris

As A direct and Proximate Result of SST Officer Dowling, Corby, and Unknow Staff #1 negligence and Correctional Officer Alex McCollough, Cathy Mitchell and Unknow Staff #2 Inhuman Actions Against Plaintiff, Plaintiff Injured his back and other bodily Parts, Received other Physical Injuries, Suffered Mental and Physical Pain and Suffering was Retaliated Against, Incurred Medical Expenses, lost Income, and will incur Further Medical Expenses and lost income the Future

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: THE Actions of Dowling, Corby, unknown Staff #1 violated Plaintiff's Eight and Fourteenth Amendment when they Intentionally denied and delayed PROPER medical CARE, treatment and Assistance

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On MAY 23, 2018 SST EVMAN DOWling was DRiving A STATE OWNED SECURITY VAN traveling on the 2900 Block WEST CENTRAL OVENUE. While in the Commission of the crime of texting and DRiving, observed by Plaintiff. SST Dowling Failed to Stop in AdEquate

B) (1) Count II: The Actions of ALEX mcCollough, cathy mitchell, unknow Staff #2 violated Plaintiff rights Prohibiting Cruel and unusual Punishment under the Eight Amendment to the united States

(2) Supporting Facts: On MAY 23, 2018 ALEX mcCollough and A unknow Staff #2 forcefully and maliciously grabbed and drug me out of a WRECKED SECURITY VAN placed on the 2900 Block West CENTRAL AVENUE, El Dorado, Ks Causing more PAIN As I'm pulled to Floor of VAN

3

2-C

# Count I

I Supporting FACTS (cont)

time to Avoid the Collision and negligently drove the State VAN Into the vehicle drivers by JENNIFER Dutton InJuring HER HER Children. As A Result of Dowling negligent actions I SUFFERED A SEVERE back and neck INJURY. While At the Site of the Collision I made numerous REQUESTS to SST Dowling that I NEEDED medical Assistance and that I NEEDED to be treated by the Responding EMERGENCY medical PERSONAl, but was Refused. HE was made AWARE OF my injuries due to my REPEATED Requests FOR medical Assistance. SST Dowling laughed At me and mocked me FOR my REPEATED Requests FOR medical Assistance. I was in tremdous Pain caused by SST Dowling negligent actions my Health began to deteriorate. BECause he believed I was Acting like I was Injured, Dowling Intentionally denied and delayed PROPER medical CARE. AWARE OF my Situation HE acted with deliBERATEly indifferent to my medical NEEDs and rights. The Failure to PROvide me with basic EMERgENCY CARE AFTER being involved in a Collision SERVED No PEnological Interest. SST BRETT Corby was PRESENT while SST Dowling in the Commission OF the crime OF texting and DRiving. THE FAilure to Stop Him SST Dowling make Him negligent as well SST BRETT Corby

2 SUPPORTING FACTS (CONT)
CONT I

WAS MADE AWARE OF MY INJURIES due to MY REPEATED
REQUESTS but REFUSED ME MEDICAL ASSISTANCE by the
RESPONDING EMERGENCY MEDICAL PERSONAL. AWARE OF MY
SITUATION SST CORBY ACTED DELIBERATELY INDIFFERENT to MY
MEDICAL NEEDS AND RIGHTS THE FAILURE to PROVIDE ME WITH
BASIC EMERGENCY CARE AFTER being in A FIVE VEHICLE Collision,
UNKNOW STAFF #1 WAS MADE AWARE OF MY INJURIES by
CORBY, ALSO REFUSED ME MEDICAL ASSISTANCE by the
RESPONDING EMERGENCY MEDICAL PERSONAL. AWARE OF
MY MEDICAL SITUATION SST UNKNOW STAFF #1 ACTED
DELIBERATELY INDIFFERENT to MY MEDICAL NEEDS
AND RIGHTS. THE FAILURE to PROVIDE ME WITH BASIC EMERGENCY
CARE AFTER Collision. THE DEFENDANT'S FAILURE to PROVIDE
MEDICAL ASSISTANCE OR TREATMENT AMOUNTED to TORTURE
AND WAS CRUEL AND UNUSUAL PUNISHMENT WITHIN the
MEANING OF the Eight Amendment. AND THERE IS NO
legitimate JUSTIFICATION that CAN be MADE OR ASSUMED
by the DEFENDANTS FOR EXPOSING this PLAINTIFF to
SUCH Conditions that WERE inhumANE and A DEPRIVATION
OF the minimal Civilized MEASURE OF MEDICAL
TREATMENT. THE DEFENDANTS WERE AWARE that their
INACTIONS CREATED A SUBSTANTIAL RISK OF HARM to MY
HEALTH and SAFETY. YET they Continued to ACT WITH
DELIBERATE INDIFFERENCE and RECKLESS disREGARD
to the MENTIONED RISK OF HARM. I had A liberty INTEREST
IN RECEIVING MEDICAL CARE, TREATMENT and ASSISTANCE
AFTER being involved IN A FIVE VEHICLE Collision.

# Count II

2 Supporting FACT (cont)

I immediately made Alex McCollough and UNKNOW STAFF #2 AWARE OF MY injuries At site of collision As I'm being placed into Another Van. Plaintiff was transported back to El Dorado Correctional Facility. Upon Arriving At the Emergency Entrance Cathy Mitchell, Alex McCollough and UNKNOW STAFF #2 requested that I get out of Van I made All THREE AWARE OF MY injuries and Ask For HELP. THESE Officers laughed At me, mocked me, and completely down played the Seriousness of my Injury. Alex McCollough STATED to me IF I didn't get out OF VAN I would be moved by Force I Ask For HELP. After Alex McCollough pulled me to Floor OF VAN using EXCESSIVE FORE, While I WAS HAND CUFFED and Shackled in the REAR OF the STATE SECURITY transport VAN. I was not resisting. As A result OF the Attack I sustained more injuries to my Already SEVERE back injury, and NECK. Cathy Mitchell and UNKNOW STAFF #2 Failures to Stop McCollough negligent actions make both of them negligent As well. All DEFENDANTS THESE K.D.O.C STAFF told the Nurse and Doctor Harrod what happen they told THESE K.D.O.C STAFF they Should have taken me to the hospital. Alex McCollough and UNKNOW STAFF told Doctor Harrod to SEND ME back to my cellhouse. Doctor Harrod Did AN assessment on

5-c

## COUNT II

2 SUPPORTING FACTS (cont)

ME DECIEDING that my INJURIES WERE SEVERE and DECIEDED I NEEDED immediate MEDICAL ASSISTANCE and TREATMENT and DECIEDED I should stay within the INFIRMARY. All DEFENDANTS WERE deliberately indifferent to my DUE PROCESS Right and ACTED with A CULPABLE STATE OF mind in denying human basic medical ASSISTANCE and TREATMENT, while Fully AWARE and knowing that I FACED and SUFFERED substantial PAIN and ACHE, YET chose to Fully disREGARD ME MEDICAL TREATMENT and ASSISTANCE. The Eight Amendment to the UNITED STATE Constitution prohibts CRUEl and UNUSUAL punishment and APPlies to the STATE OF KANSAS through the DUE PROCESS CAUSE OF the Fourteeth Amendment.

C) (1) Count III: THE Action oF Richard Hoover, PAUL SNYDER,
JOE NORWOOD, JEnnEll Buchanan, Douglas Buttis VIOLATED
Plaintiff DUE PROCESS 14ᵗʰ Amendment to UNiTED STATES
Constitution
(2) Supporting Facts: AFTER I Filed An INFormal Resolution
GRiEVANCE, And PROPERTY ClAim, and gRiEVANCE APPEAl
in AccordANCE with KANSA DEPARTMENt OF COrrections
POlicY and PlRA REQUiREMENt to bringing Forth

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts
   involved in this action or otherwise relating to the conditions of your imprisonment?
   Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than
   one lawsuit, describe the additional lawsuits on another piece of paper, using the same
   outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

      pending?) _____

   _____

   d) Issues raised _____

   _____

4

3-C

# Count III

2 SUPPORTING FACTS (cont)

this Civil Action. I made NUMEROUS REQUESTS to K.D.O.C STAFF MEMBERS in AN Attempt to complete the GRIEVANCE PROCEDURES. but EACH ATTEMPT WAS MET with VARIOUS EXCUSES AND deliberate indifFERENCE to my Situation and MEDICAL NEEDS. Plaintiff has Followed All the Rules of the GRIEVANCE POLICY in It's ENTIRETY. I EXHAUSTED All Administrative REMEDIES. Attempts to Address my Claims through Administrative REMEDIES WERE ignored OR Blocked by the Following STAFF Richard Hoover. PAUL SNYDER. JOE NORWOOD. JENNEll Buchanan. Douglas BURTS. PROPERTY Claims OFFices and JOINT Committee. THEREFORE. Administrative REMEDIES ARE EXHAUSTED.

e)  Approximate date of filing lawsuit _____

f)  Approximate date of disposition _____

1)  I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

PLAINTIFF FULLY EXHAUSTED the Administrative
GRIEVANCE PROCESS in ACCORDANCE to law in the
STATE OF KANSAS PLAINTIFF USED Administrative REMEDIES
As REQUIRED by THE RULES and PoliciES OF THE STATE
OF KANSAS

2)  REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief:

I am SEEKing moNETARY REWARD FROM EACh defENdANT in the
AMOUNT OF $150,000 in Punitive damAGES FOR thEIR INdividual
deliberate indifFERENCE to my Right. I am SEEKing ComPENSAtory
damAGES FOR my MENTAl and EmoTionAl INJURY, pAIN and SuFFERing from
EACh defENdANT in the Amount of $150,000 I am SEEKing NomiNAl damAGES
lEgAl FEES, FiliNg FEES, aNd otHEr RELIEF AS it ApPEARS

_____          Huston Brownlee
Signature of Attorney (if any)                     Signature of Plaintiff

                                          GUSTIN C BROWNLEE
_____
                                                    On- APRIL 14ᵗʰ 2022

_____

_____          NOTARY PUBLIC - State of Kansas
(Attorney's full address and telephone number)       LORI AIKINS
                                          My Appt Expires 6·18·2025

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

VERIFICATION

I have READ the FOREGOING COMPLAINT and HEREBY VERIFY that the MATTERS ALLEGED THEREin ARE TRUE, EXCEPT those MATTERS ALLEGED on inFORMATION and beLIEF, and, AS to those, I beLIEVE them to be TRUE. I CERTIFY UNDER PENALTY OF PERJURY that the FOREGOING is true and CORRECT

EXecuted At El DoRado CORRECTIONAl FACILITY

ON APRIL ~~13th~~ 14th GB OF 2022

NOTARY PUBLIC - State of Kansas
LORI AIKINS
My Appt Expires  6·18·2025

Gustin C BROWNLEE