AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

Gustin Brownlee
_____
Plaintiff/Petitioner )
v. )  Civil Action No.
Warden Sam Cline, Et Al )
_____
Defendant/Respondent )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: El Dorado Correction Facility P.O.Box 311, ElDorado, KS 67042
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: N/A

My gross pay or wages are:  $   0   , and my take-home pay or wages are:  $   0   per
(specify pay period)  N/A   .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment  ☐ Yes  ☒ No
(b) Rent payments, interest, or dividends  ☐ Yes  ☒ No
(c) Pension, annuity, or life insurance payments  ☐ Yes  ☒ No
(d) Disability, or worker's compensation payments  ☐ Yes  ☒ No
(e) Gifts, or inheritances  ☐ Yes  ☒ No
(f) Any other sources  ☐ Yes  ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

# UNITED STATES DISTRICT COURT
## District of Kansas

Gustin Brownlee
_____
Plaintiff/Petitioner

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT BY A PRISONER**

Warden Sam Cline, Et Al.
_____
Defendant/Respondent

**CASE NUMBER**

I, Gustin Brownlee _____, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration EL Dorado Correctional Facility
   Are you employed at the institution? N/O
   Do you receive any payment from the institution? NO
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions .

2. Do you have **any** cash or checking or savings accounts? [ ] Yes  [X] No

   If "Yes," state the total amount.

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

I declare under penalty of perjury that the above information is true and correct.

Signed at:   _ZDCF_____   _Justin Beaumler____
(Location)                              (Signature)

_4-28-2020_____   _0073093_____
(Date)                                 (Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

4-28-2020

NOTARY PUBLIC - State of Kansas
KIRBIE SHEARBURN
My Appt Expires 3-1-2022

```
3/16/2020          15:24:58          Kansas Department of Corrections       PGM - BKR0050B      Page    1
                                          Inmate Account Statement
```

Inmate:  0073693 BROWNLEE,GUSTIN,C

|  | Total Deposits | Average Cash Balance* | Average Forced Savings  Balance* | Average Mandatory Savings² Balance*** |
|---|---|---|---|---|
| August: | 14.01 | 19.01 | 81.54 | .00 |
| September: | 10.77 | 6.55 | 81.62 | .00 |
| October: | 269.12 | 73.13 | 104.87 | .00 |
| November: | 109.22 | 18.10 | 116.76 | .00 |
| December: | 109.13 | 19.91 | 121.74 | .00 |
| January: | 179.20 | 33.20 | 136.41 | .00 |
| Total all Months: | 691.45 | 169.90 | 642.94 | .00 |

| Average for Preceding Months:** | 115.24 | 28.32 | 107.16 | .00 |

Current Available Balance as of  3/16/2020:        3.09       145.31

*NOTE:     The average balance is calculated from the account data for the inmate
           location at the time interest is posted to his/her account for cash,
           forced savings, and mandatory savings.

**NOTE:    Average balance for preceding months is calculated from only
           months for which interest has been posted.

***NOTE:   **Mandatory savings cannot be spent on court costs or attorney
           fees pursuant to statute and the Kansas Department of Corrections policy.**


           This is to certify that this statement represents a true summary of
           deposits and average daily balances for the period shown.  The
           current balance of available funds is as reflected in the above statement.

           **Certify Correct:**                    Signature of Authorized    Date
           KANSAS DEPARTMENT OF CORRECTIONS
           714 SW Jackson, Suite 300
           Topeka                 KS  66603-0000    Position


Forced Savings is established per Internal Management Policy and Procedure 04-103.
²Mandatory Savings is established per K.S.A. 75-5268 1(g).
```

To: MR. SAMSON _____

    (Name and Title of Officer or Department)

Col _____ SANCHEZ _____

    Unit Team Member Signature

Date: _____

**To be retained by Inmate**

(Attachment A)   X   A1

BROWNLEE

    Last Name Only

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

U.T INFIRMARY

**KANSAS DEPARTMENT OF CORRECTIONS**

00736.93

    Number

**INMATE REQUEST TO STAFF MEMBER**

To: MR. SAMSON _____   Date: 5-28-18

    (Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.) Dowling & two 2

On or around May 23, 2018 SST STAFF member's names unknown and C.O Mitchell violated Impp 02-118 Code of Ethic - Code of Conduct and also offave US constitutional Right to be from Cruel and unusial punishment. As I was being Transported to a Ear and Eye Specialist, I observed the SS Officer that was driving the vans looking at a flip face (Dowling) Cellphone. multiple times befor Running into the BACK OF Anoth.

Work Assignment: _____

Living Unit Assignment: _____

Unit Team Members Signature: _____

Comment: _____

Disposition: Vehicle causing a #4 car accident. SST mr corsby asks me if I was ok. I told him that I was experiencing back & neck pains and I requested to be seen by on site medical tean SST mr corsby made a phone call. I was then told that I wa

To: _____

    (Name & Number)

Date: _____

Disposition: not be seen on site of accident nor would I be taken hospital & that a van was coming to get me. Two SST STAFF men names unkown Transportzd me back to EDCF upon arriving at SST Emergency Entrance of the Infirmary I informed the SST

SEE BACK →

**To be returned to inmate.**

Employee's Signature _____

STAFF member that I was in pain & that I needed help
I was told by these STAFF members that I could get out
of the VAN by myself OR I would be Removed with FORCE
I was then pulled to the FLOOR of the TRANSPORT VAN
causing me to be in even more pain. I hollered out.
hat is when C.O mitchell stated Stop Acting like A Bitch
that I was A FAKER & that STATE was BROKE & to cut it
out. SST STAFF told I believe nurse ford & ANOTHER nurse what
HAPPEN & they told them they should have taken me to the
hospital. SST STAFF told them to send me back to my cellhouse.
I was seen by Doctor MR. HARROD I believe & After he did
his assessment on me he Decided it was best that I STAY
within the INFIRMARY. Informal Resolution

I ASK That you do A Thorough INvestigation
And that the STAFF members that Are found to be
Negligent be ~~Dealt~~ Dealt with ACCORDINGLY
by Administration

SST MR. CORSBY WAS
Really Nice to me
During the Incident
I Don't believe He
Should Be punished
IN ANY Kinda WAY

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name Guston C. Brownlee        Number 00736 93

Facility E.D.C.F        Housing Unit INFIRMARY #109    Work Detail LAY-IN

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9 or other correspondence and response from staff member). On or around May 23, 2018 Sgt. Staff Medina & two Sgt names unknown Co Mitchell & other Staff Violated Iorp 118 Code of Ethic - Code of Conduct and also my right to the U.S Constitution to be free from cruel & unusual Punishment. K.D.O.C Staff members negligent Action caused A #4 car accident in wich I was hurt. Staff members did not follow proper procedure. They were physically & verbally abusive toward me when they should have been giving me the help I was requesting (Attachment A will better explain) see back   5-25-18

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____

Unit Team Signature                                    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____                    _____
Inmate Signature                                    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

... in ... ...
...alt with Accordingly by Administration

SST MR. CORSBY WAS
REALLY NICE to mE
duRing this incidENt
I don't believe HE
should BE punished
in any kinda WAY

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Gustav C Browinse_     Number _0073693_

Receiving Staff Signature _____ BANCHEZ     Date _5-25-18_

**Effective Date (3-18-96) P-157**

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  Gustin C. Brownlee          Number  00036903

Receiving Staff Signature  Col Tilly Sawyer    Date  5-28-18

**Effective Date (3-18-96) P-157**

DEAR WARDEN

## SPECIAL PROCEDURES
### 44-15-201

I Completed All lower STAGes of the grievance. Process. E.D.C.F STAFF members have not Responded within A Timely matter. MR. Samsons the U.T in the Infirmary TALKED About my Form 9 r grievance. with me, & also my personal Injury Claim. MR. Hoover has not Respond.

On or Around MAY 23, 2018 SST STAFF Dousling, Mccoullough, CO mitchell & Other STAFF Violated Empp 02-118 Code. OF Ethic - Code conduct and also my Right to the U.S Constitution To Be Free From Cruel & Unusual Punishment. SST Dousling negligent Actions Caused A CAR Accident in wich I was hurt. SST Mccoullough was Physically Abusive toward me. (The name Unknown in Attachment A) C.O mitchell was verbally Abusive toward me. Other STAFF members did not Follow The proper procedure. when I was denied On Site. MEDICAL Attention & Refused to be Taken to hospital.    "see Attatchment A"
(Attatchment A will better Explain)

I ASK That you do A Thorough Investigation and that the STAFF members that Are Found to be negligent

I Ask not to be Retaliated Against an any Form
or Removed from this Facility.

I hereby certify under penalty perjury
the foregoing letter under special procedures 44-15-201
was filed and mailed on this 19th day of June____, 2018 by
placing such in the U.S. Mail E.D.C.F Institutional
Mailbox. Addressed to.

Warden Mr. Snider
1737 SE US Hwy 54
P.O Box 311
El Dorado, Ks 67042

SUBSCRIBED AND SWORN TO BEFORE me ON
This 19th day of June____, 2018

Gustin C. Brownlee # 73693
E.D.C.F P.O Box 311 ElDorado, Ks
67042

12-16-2020                              _____
My Commission Expires          Notary Public

6/19/2018

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12-16-2020

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt.

Dear

Secretary of Correction
MR. Joe Norwood

I write this letter under the Authority of
44-15-201 Special procedures

**1st** I completed all lower stages of the grievance process
At E.D.C.F. on 5-28-18 I turned in a form 9 attached to a
grievance to COI Sanchez. I talked with U.T Oluwatosin
Oronsolu (Samson) About Form 9, grievance & also A
personal injury Claim that was notarize by U.T Richard
Hoover on 5-30-18 who Refused to give me A copy. U.T
Samson turned grievance over to U.T.M over the
Infirmary MR. Hoover who did not Responed in A
Timely matter. I sent A Special procedures letter
To The warden MR. Snider who has not Respond
as well. This is A Violation of 44-15-101 (F)

with
Attachments ✗

**#2** one or Around May .23 2018 K.D.O.C STAFF members
Eyman D. Dowling, Alex J. Mccollough & C.O M8 mitchell
& other K.D.O.C STAFF members violated K.3.A 8 75-
2949 F personal conduct detrimental to State Service.
Impp 02-118 Code of Ethic -Code conduct, my 8th Amendment
To The U.S constitutions To Be Free From Cruel & unusual
punishment. MR. Dowling negligent Action Caused A
Car Accident in witch I was Injured. I observed
This Officer looking At A Cellphone multiple
time befor the Accident. MR. Mccollough was physically
Abusive toward me. After the Accident I was forced
moved from wreck vans then thrown into Another.
Upon Arriving At the emergency entrance of The
Infirmary I Informed him that I was In pain

right ✗

and I needed help I was told to get out OF VAN & I Inform MR McCollough A second Time. that I need help he told me I would be Forced more. If I didn't get out, That's when I thrown to FLOOR OF VAN & I was physically Abused. C.O Mitchell was verbally Abusive. toward me. by calling me a bitch As I was hollering because OF the pain I was experiencing She STATE I was FAKE & that STATE WAS BROKE & I need to cut It OFF. AFTER Accident I Requested to be seen by ON Site Ambulance OR Taken to hospital MR. BRETT W. Corby Made A phone Call & AFTER told me. A VAN was Come to get me. I ASK That you do A Thorough INVESTIGATION that the STAFF MEMBER that are found to be Negligent be Dealt with Accordi by Administratic

     I hereby Certify under penalty OF perjury the Forgoing letter under special PROCEDURES 44-15.201 was Filed and mailed on this 3 day OF JULY . 2018 by placing such in the U.S mail E.D.C.F Institutional mail box Addressed To.


SECRETARY OF CORRECTION

JOE NORWOOD

LandON STATE OFFICE Building

100 JACKSON 4th Floor

OPEKA , Kansas 66612    SUBSCRIBED AND SWORN TO BEFORE mo ON
This 3 day of July , 2018                    Justin Brown
                                             Gustin C. Brownies

12.16.2020                                   Shella mercer
My Commission Expires                        Notary public

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12.16.2020



**STATE OF KANSAS**

DEPARTMENT OF CORRECTIONS
714 SW JACKSON STREET, SUITE 300
TOPEKA, KS 66603

PHONE: (785) 296-3317
FAX: (785) 296-0014
KDOC_Pub@ks.gov

GOVERNOR JEFF COLYER, M.D.
JOE NORWOOD, SECRETARY

August 14, 2018

TO:   0073693 BROWNLEE, GUSTIN

El Dorado Correctional Facility

RE:   Special Kind of Problems Grievance

This is in response to your unnumbered grievance wherein you set forth concerns that you ask be treated as a "Special kind of problems" grievance pursuant to KAR 44-15-201.

The regulation provides that special problem grievances should be reserved for the most difficult and complex problems. Generally, any matter, which may be internally handled under the inmate grievance procedure, will not be considered as appropriate for treatment as a special problem or emergency.

It is the conclusion of this office that the matters raised in your letter do not constitute difficult or complex problems justifying treating them as special problems. Instead, the matters raised are the type, which may be handled internally under the inmate grievance procedure.

This office will not take further action on your grievance. As indicated above, you should use the inmate grievance procedure available at the facility level to raise the concerns you have expressed, if those problems have not already been resolved.

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

Enclosure-original grievance report form
cc:    Warden Snyder
         w/attachments
Image: SOCRESP
         w/attachments

RECEIVED
SEP 10 2018
Wardens Office

Offender
File
UT Perkins

U.T

INMATE REQUEST TO STAFF MEMBER

To: MRS. BUCHANAN                                    Date: 9-21-18
_____
(Name and Title of Officer or Department)

UTG Blewason
_____
Unit Team Member Signature

**To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____

Brownles
_____
Last Name Only

Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**
Informal Resolution            00736013
                                          _____
U.T                                              **Number**
**INMATE REQUEST TO STAFF MEMBER**

To: MRS. BUCHANAN _____ Date: ___9-21-18___
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

ON OR Around September 13 I received A special kind of problems Grievance
back from the Secretary of correction office. The conclusion that
was made, was that the matters raised in my letter can be Handled
Internally under the Inmate Grievance ~~of this griemes~~ Procedure.
I completed All lower stages of grievance procedure At E.D.C.F
(see 14 page Attachment) I Seeked Help from following K.D.O.C STAFF

Work Assignment: LAY-IN _____ Living Unit Assignment: E2-159

Comment: (Duplicate Form 9
             UTG BLEWANA)
_____ Unit Team Members Signature: _____

Disposition: U.T MR Oluwatosin OBONSOLU (SAMSON) Who Informed me that
He was turning my Grievance over to U.T.M MR Richard Hoover I
talked with MR Hoover & I turned in A personal Injury claim & was
told He needed A little time to Investigate. MR. Hoover did not

To: _____                     Date: _____
        (Name & Number)

Disposition: Respond In A Timely matter This is A violation of 44-15-101 (
He also Refused me A copy of my personal Injury claim. I talked
with U.T Ms Sheila Mercer who Informed me to write Warden MR.
Synder Whos office did not Respond with in A Timely matter
                                           44-15-101 (F)

_____                     **To be returned to inmate.**
Employee's Signature

P-0009b

E.A.I

INMATE REQUEST TO STAFF MEMBER

Date: 6-17-18

To: MR CANNON

(Name and Title of Officer or Department)

CS1    JOHNSON, L

Unit Team Member Signature

X    X    X

To be retained by Inmate

BROWNLEE

Last Name Only

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS

0073693

Number

E.A.I    INMATE REQUEST TO STAFF MEMBER

Date: 6-17-18

To: MR. CANNON

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I REQUEST that the Following Video Footage be PERSERVE
#1 SST McCollough Removing Me From TRANSPORT VAN ON MAY 23,201
At The Emergency ENTRANCE of the INFIRMARY

#2 MR. HOOVER coming Into Cell #109 IN INFIRMARY ON OR
AROUND MAY 30th OR MAY 31st & MR. Hoover coming to Cell #109 ON

Work Assignment: LAY-IN    Living Unit Assignment: D2-145

Comment: COPY    Unit Team Members Signature: _____

Disposition: JUNE 1st, ON MAY June 18th I talk with MR. Hoover West gym la
#3 ON JUNE 4 West gym After getting Laundry I almost fal
over walker and I was put in wheelchair and TAKEN to D-cell h

Date: _____

To: _____

(Name & Number)    5

Disposition: #4 ON JUNE 5th At Cell 145 I was put ON Stretcher
and TAKEN to the clinic #5 ON JUNE 5th IN FRONT OF D-Cell
put ON Stretcher & TAKEN to clinic #6 ON June 8th West g
I was put in wheel After Meal line & TAKEN to D-cellhouse

To be returned to inm

Employee's Signature

R-0009b

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 03-30-16

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

| Section I |
|---|

| | | |
|---|---|---|
| Filed **AT** Facility No.: | Facility Initials: | E D C F |
| Filed **AGAINST** Facility No.: | Facility Initials: | E D C F |

(Refer to PLC coding manual for facility no. & initials)

| Name of Claimant (Last, First, MI): BROWNLEE Gustin C | KDOC Number 0073693 |
|---|---|

| Type of Claim (circle one) : | Lost Property | Damaged Property | (Injury) |
|---|---|---|---|

| Amount of Claim: 50,000 | Date of Loss Damage, or Injury (MO/DAY/YR): MAy 23, 2018 |
|---|---|

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: _____

Otherwise, circle one of the following:

| Mailroom | R&D | Central Property |
|---|---|---|
| Laundry | Gym | Dining Room |
| (Other Location) | | |

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): ONs OR AROUNds MAy 23, 2018 I was Inc A CAR Accident Caused by Negligent Of the K.D.O.C STAFF members. I received A BACK Injury during Accident KDOC STAFF members REFUSED ME ON Site med & REFUSED to take me to hospital. I was removed FROM TRANSPORT VAN with FORCE causing Mist PAIN (50,000)

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

| Claimant Signature: Gustin C Brownlee | Date: 5-30-18 |
|---|---|

Subscribed and sworn to before me this 30th day of May , 2018.

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Commission My Appt. Expires 7/10/2018

Notary Public

| Received from Offender/Claimant: | Date: 5/30/18 | Time: 10:45 | |
|---|---|---|---|
| UT Name (print): R- Hoover | UT Signature: R Hoor | | Claimant Initials: GB |

| Section II |
|---|

| Received by Warden/Superintendent on (MO/DAY/YR): 6/13/18 | Facility Log No. Assigned: CA0705095 |
|---|---|

Investigation Report: See Response- EK

| Date (MO/DAY/YR): 11/20/18 | Investigator Name (print): EKnoulles | UT Member or Investigator Signature: EKnoull |
|---|---|---|

Form #01-118D-001

RECEIVED

MAY 2 4 2018

ACCOUNTING

Attachment A, IMPP 01-113
Effective 04-08-2013

**Kansas Department Of Corrections**
**INCIDENT REPORT**

DATE: <u>5-23-18</u>

FACILITY OR PAROLE REGION: <u>EL DORADO CORRECTIONAL FACILITY</u>

UNIT (If Applicable) <u>CENTRAL</u>

Time Report Submitted: <u>1530</u>                    REPORT #: IR _____

**WHAT HAPPENED:**  (Briefly describe the incident.) <u>Car accident with offender in vehicle.</u>

WHEN: Time <u>1325</u>          Date <u>5/23/18</u>

WHERE: <u>Corner of 254 and School</u>

WHO WAS INVOLVED: (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number a reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P, W | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P, W | E-I |
|---|---|---|---|---|---|---|---|
| Dowling, Dane | ███████ | V | E | Brownlee, Gustin | 73693 | V | I |
| Corby, Brett | ███████ | V | E | | | | |
| | | | | | | | |

HOW DID IT HAPPEN: (Method of Operation-M.O.) <u>While driving offender Brownlee to a Dr. visit</u>

WHY DID IT HAPPEN: (State Motive or cause) <u>Vehicles in front of me stopped abruptly causing me to rear-end the vehicle in front of me.</u>

Description Of Weapon Or Evidence Found: <u>N/A</u>
Was Search Of Area Made? ☐ Yes ☒ No          by Whom: <u>SST Dowling</u>
Were Still Photographs Taken? ☒ Yes ☐ No          by Whom: <u>SA Galloway</u>
Was a Videotape Made? ☐ Yes ☒ No          by Whom: <u>N/A</u>
Evidence and/or Photographs/Videotape Turned Over To: <u>Captains' office</u>
Was A Follow-Up Investigation Initiated? ☒ Yes ☐ No

COMMENTS: (Attach additional pages as necessary.) <u>While stripping offender Brownlee out for a transport, I noticed him moving abnormally so I asked him what was wrong. Offender Brownlee stated that his back was messed up from working out. I was traveling west on 254 in the right lane headed to Wichita, I was approx. a car length and a half behind the vehicle in front of me doing approx. 40 mph. The vehicle in front of me applied its breaks abruptly causing the back end of it to lift up and I applied mine. I realized that my vehicle was not going to stop in time so I looked at SST Corby and said "Bro it's not stopping." We then rear-ended the vehicle in front of us. I sustained minor burns to both forearms and hands from the airbag deploying. I checked on offender Brownlee while SST Corby contacted emergency services. Offender Brownlee stated that his back hurt but he was fine. When another vehicle came to take offender Brownlee back to the facility, he began to act like he couldn't move his legs due to his back hurting.</u>

RELATED REPORTS COMPLETED: (Check all that apply and attach a copy.)
Disciplinary ☐ Yes ☒ No                    Use of Force ☐ Yes ☒ No
Wanted For Escape ☐ Yes ☒ No          Admin. Seg./Protective Custody ☐ Yes ☒ No
Other Admin. Seg. ☐ Yes ☒ No          Placement in County Jail ☐ Yes ☒ No
Other Narratives ☐ Yes ☒ No

NAME OF OFFICER FILING REPORT:               NAME OF REVIEWING SUPERVISOR:

Signature: _____               Signature of Supervisor: _____

State ID Number: ██████               State ID Number: _____

Printed Full Name: <u>Dane Dowling</u>               Printed Full Name: _____

Date: <u>5/23/18</u>               Date: _____

Form #01-113-001

·RECEIVED

MAY 2 4 2018

ACCOUNTING

Attachment A, IMPP 01-113
Effective 04-08-13

**Kansas Department of Corrections**
**INCIDENT REPORT**

DATE:05-23-2018

FACILITY OR PAROLE REGION:____EDCF_____

UNIT (If Applicable) Central·

Time Report Submitted:1530                    REPORT #: IR _ _ __ _ ___

**WHAT HAPPENED:** (Briefly describe the incident.) while on transport to Wichita, we were involved in an accident just outside of El Dorado.

WHEN: Time1325 AM/PM          DATE: 05-23-2018
WHERE:corner of 254 and school

**WHO WAS INVOLVED:** (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number. A reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P,W, | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P,W, | E-I |
|---|---|---|---|---|---|---|---|
| Corby, b. | ███████ | | | | | | |
| Dowling, D. | ███████ | | | | | | |
| Brownlee | 73693 | | | | | | |

**HOW DID IT HAPPEN:** (Method of Operation-M.O.) while traveling on 254, several vehicles stopped abruptly in front of us causing us to rear end a vehicle making my hand hit the air bag when it deployed and then I punched myself in the right eye with the same hand.

**WHY DID IT HAPPEN:** (State Motive or Cause) it is unkown at this time why it happened.

Description Of Weapon Or Evidence Found: NA
Was Search Of Area Made? X Yes _____ No, by Whom: EAI
Were Still Photographs Taken? X Yes _____ No, by Whom: EAI
Was a Videotape Made? _____Yes X No, by Whom: NA
Evidence and/or Photographs/Videotape Turned Over To: CAPTAINS OFFICE
Was A Follow-Up Investigation Initiated? XYes _____ No

**COMMENTS:** (Attach additional pages as necessary.) Offender was transported back to facility to be assessed by medical, and myself and SST Dowling will be seeking medical attention.

**RELATED REPORTS COMPLETED:** (Check all that apply and attach a copy.)
Disciplinary; _____Yes XNo          Use of Force: _____Yes XNo
Wanted For Escape: _____Yes XNo      Admin Seg/P.C.: _____ Yes X No
Other Admin Seg: _____Yes X No        Placement In County Jail: _____ Yes XNo
Other Narratives: _____Yes X No.

NAME OF OFFICER FILING REPORT:        NAME OF REVIEWING SUPERVISOR:
Signature:_____            Signature of Supervisor:_____
State ID Number:████████              State ID Number:████████
Printed Full Name: Corby, b.          Printed Full Name: _____
Date: 5.23-18                         Date: 5/23/2018

Form #01-113-001

RECEIVED

MAY 2 4 2018

**Injured Employee's Report of Injury**

ACCOUNTING

A report of accidental injury was submitted by your employer. Payment of disability compensation and/or medical expenses will be considered after this completed form and other information are received.

1. Full name of injured employee: _____ Corby, Brett _____

2. Employee's address: _____ ██████████ _____

3. Telephone: Home: : ██████████ _____   Work : 316-321-7284 _____

4. Employer/Agency: _____ El Dorado Correctional Facility _____

5. Job Title: Employee ID # or SSN: Correction Officer ██████████

6. Date and time of accident: _____ 05-23-2018   1325 _____

7. Missed work from: thru _____ N/A _____

8. Date returned to work: If not, then expected return to work date: _____ 05-24-2018 _____

9. Describe the accident: (**What happened, where, how, witnesses**): _____ several vehicles infront of transport stopped suddenly and a vehicle was rear ended by us. _____

10. What injuries were incurred? Back lash, severe pain in right hand. Punched in right eye by own right hand _____

11. Name/address of attending and/or subsequent physicians or hospitals: _____

_____

12. Have you received workers compensation benefits before? If so, provide details such as employer, carrier, nature and dates of injuries. :NO _____

_____

_____

**To claim compensation in accordance with Workers Compensation, sign and return this form to:**

State Self-Insurance Fund
Room 900-N, Landon State Office Building
900 SW Jackson
Topeka, Kansas 66612
**Phone:** (785) 296-2364 **Fax:** (785) 296-6995

**AUTHORIZATION**

I hereby authorize and request any physician or hospital to permit a representative of the State Self-Insurance Fund to be furnished a copy of all medical records in connection with any past or present medical treatment associated with this injury. I am willing that a photocopy or fax of this authorization be accepted with the same authority as the original.

Signed: _____ B███████ _____ Date: 5-23-2518

**Form WC(Rev. 01/11)**

## Injured Employee's Report of Injury

.RECEIVED

*A report of accidental injury was submitted by your employer. Payment of disability compensation and/or medical* MAR 2 4 2018
*expenses will be considered after this completed form and other information are received.*

ACCOUNTING

1. Full name of injured employee:_____Eyman Dane Dowling_____

2. Employee's address: ███████████████████_____

3. Telephone: Home: :█████████████_____   Work: (316)321-7284_____

4. Employer/Agency:___El Dorado Correctional Facility_____

5. Job Title: Employee ID # or SSN:__████████████_____.

6. Date and time of accident:___5/23/18 @ 1325_____.

7. Missed work from: thru   N/A_____.

8. Date returned to work: If not, then expected return to work date:  N/A_____.

9. Describe the accident: **(What happened, where, how, witnesses):**___I was traveling west on 254 in the right
lane. I was approx. a car length and a half behind the vehicle in front of me. The vehicle in front of me applied its
breaks abruptly causing the back end of it to lift up and I applied mine. I realized that my vehicle was not going to
stop in time so I looked at SST Corby and said "Bro it's not stopping." We then rear-ended the vehicle in front of
us._____.

10. What injuries were incurred?  Burns and bruises on both forearms_____.

11. Name/address of attending and/or subsequent physicians or hospitals: :_____
_____
_____.

12. Have you received workers compensation benefits before? If so, provide details such as employer, carrier,
nature and dates of injuries. : yes 4/19/18 ribs and hand._____
_____

**To claim compensation in accordance with Workers Compensation, sign and return this form to:**
State Self-Insurance Fund
Room 900-N, Landon State Office Building
900 SW Jackson
Topeka, Kansas 66612
**Phone: (785) 296-2364 Fax: (785) 296-6995**

### AUTHORIZATION
I hereby authorize and request any physician or hospital to permit a representative of the State Self-Insurance Fund to be
furnished a copy of all medical records in connection with any past or present medical treatment associated with this
injury. I am willing that a photocopy or fax of this authorization be accepted with the same authority as the original.

Signed:_____   Date: 5-23-18_____

**Form WC(Rev. 01/11)**

OFFICER: _18-00803_

CASE NUMBER: _350_

**El Dorado Police Department**

**Motor Vehicle Accident Report**

DATE: _____

TIME: _____

(Date & Time you are completing this form)

**VOLUNTARY STATEMENT**

☑ Driver ☐ Passenger ☐ Witness

Obstructions: _____

Accident Location: _W CenTRAL_ Road Condition: _____ Route Intended: _____

Direction of Travel: _WEST_ Approximate Speed: _35 mpH_ Location of Other Vehicle: _WEST_

Danger First Noticed: _CAR ON BREAKS_

Action Before Impact: _STEPPED ON BREACS_

Action After Impact: _CAR IN FRONT SLAmed on BREAKS_

In your opinion, what was the cause of the accident: _____

**Vehicle Information**

Make of Vehicle: _FORD_ Model: _EcoLine_ Year: _____

Vehicle Color: _WHITE_ V.I.N.: _____ Fuel Source: _GAS_

Tag Number: _15849_ State: _KS_ Year: _____ Odometer: _35108_

Registered Owner: _____ Phone Number: _____

Insurance Company: _____ Policy Number: _____

**Detailed Account of Accident in Order of Sequence**

_I was TRAVELING WEST IN THE RIGHT_
_Lane About A Car LengTH and a half_
_Back, THE VEHICLE IN FRONT HIT_
_THEIR BREAKS and I DID as well_
_My VEHICLE HIT THE Back OF THEIRS._

**Accident Diagram**

The driver of every motor vehicle which is in any manner involved in an accident originating from the operation of a motor vehicle on any street or highway in the State, which accident has resulted in the damage to property in excess of one thousand dollars ($1000.00) or in which bodily injury or death of any person, must file a report of injury and damage with the Department of Motor Vehicles within 24 hours after the accident.

Signature of Person giving Voluntary Statement

**PLEASE PRINT THE FOLLOWING INFORMATION**

Last Name: _DOWLING_ First: _EYmon_ Middle: _DANE_

Address: ███████ City: ███████ State: ███ ZIP Code: _____

Phone: ███████ Email: _____ Date of Birth: _____

Driver's License No: ███████ State: ███ S.S.N.: ███ Sex: _M_

Height: ███ Weight: ███ Hair: ███ Eyes: ███ Phone: ███

Place of Employment: _____ Address: _____

DATE: 5-23-19

TIME: 13:58

(Date & Time you are completing this form)

**El Dorado Police Department**

**Motor Vehicle Accident Report**

OFFICER: _____

CASE NUMBER: _____

## VOLUNTARY STATEMENT

☐ Driver   ☑ Passenger   ☐ Witness

Accident Location: West bound 254 & School   Road Condition: Dry   Obstructions: N/A

Direction of Travel: West   Approximate Speed: 35.40   Route Intended: _____

Danger First Noticed: Moments before   Location of Other Vehicle: 2 car lengths ahead

Action Before Impact: Protection of head

Action After Impact: Self check, safety check of all others while calling 911
Multiple short tactic steps, possible K-9 entry

In your opinion, what was the cause of the accident: Ford

### Vehicle Information

Make of Vehicle: Ford   Model: Cadillac   Year: _____

Vehicle Color: White   V.I.N.: _____   Fuel Source: Gas

Tag Number: K849   State: KS   Year: _____   Odometer: _____

Registered Owner: State of Kansas   Phone Number: ▓▓▓▓▓   Policy Number: 02 APM 0075T-03

Insurance Company: Berkshire Hathaway Homestate Comp

### Detailed Account of Accident in Order of Sequence

Driving West Bound on 254
the several cars began breaking infront
of us. Our vehicle attempted to
stop. We ended in rear ending
vehicle infront of us

### Accident Diagram

The driver of every motor vehicle which is in any manner involved in an accident originating from the operation of a motor vehicle on any street or highway in the State, which accident has resulted in the damage to property in excess of one thousand dollars ($1000.00) or in which bodily injury or death of any person, must file a report of injury and damage with the Department of Motor Vehicles within 24 hours after the accident.

Signature of Person giving Voluntary Statement

## PLEASE PRINT THE FOLLOWING INFORMATION

Last Name: ▓▓▓▓   First: Brett   Middle: Wayne

Address: ▓▓▓▓   City: ▓▓▓▓   State: ▓▓▓   ZIP Code: ▓▓▓

Phone: ▓▓▓▓   Email: ▓▓▓▓   Date of Birth: ▓▓▓

Driver's License No: ▓▓▓▓   State: ▓▓▓   S.S.N: ▓▓▓   Sex: Male

Height: ▓▓▓   Weight: ▓▓▓   Hair: ▓▓▓   Eyes: ▓▓▓   Phone: ▓▓▓

Place of Employment: ▓▓▓▓

# El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

On 05/23/2018 while working as a Patrol Officer for the El Dorado Police Department, I Emmitt Lechner was dispatched to the 2900 block of West Central Avenue for the report of a multi-vehicle accident with no injuries. Dispatch advised the accident was between several vehicle, unknown make and model. I was dispatched at 1323 and arrived on scene at 1329.

Upon arrival, I spoke to all occupants involved in the accident. It was found passenger of V2 was reporting chest pain from the seatbelt, and D4 had a bloody nose. I asked Dispatch to start EMS to my location to check on each patient. Butler County EMS arrived on scene and triaged "green" and left the scene after patients denied further medical treatment. No others except those mentioned reported any injuries.

It was learned that at the time of the accident an unknown number of people were parked on West Central Avenue, in the eastbound lane, and were in the median attempting to catch a dog. A vehicle was stopped in the westbound lanes of traffic; this vehicle is N6, or non-contact vehicle 6. This vehicle caused other vehicles behind it to stop, but was not hit in the accident. This vehicle left prior to my arrival and no information was left.

V1 came to a complete stop behind N6 in the outside lane of westbound West Central Avenue. D2 stated he was looking over at the people in the median and looked back forward to see V1 stopped. V2 rear-ended V1. D3 stated he was also looking at the people in the median and the dog and when he looked ahead V2 was breaking. V3 attempted to stop but to no avail. V3 rear ended V2. D4 stated she was looking over at people in the median and then looked ahead and saw vehicles stopped in the roadway. D4 stated she "came to a slow stop" when she was rear-ended by V5. At this time, there is no evidence to indicate how long V1, V2, and V3 were stopped before D4 saw them, or if V4 was at a complete stop when it was rear-ended by V5.

D5 stated observed V4 braking and attempted to stop his vehicle, but to no avail. V5 rear-ended V4.

2 of 4

Case #: 18-00803

P.O. Lechner

## El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

A witness, Timothy M Wyer ████████████ stated he was attempting to help the owner of the dog, whom is unknown at this time, catch the dog in the median. Wyer stated V1 slowed and looked over at them and then was rear-ended by V2. Wyer stated there was no vehicle stopped in front of V1; however, several drivers reported someone was stopped in the roadway in front of V1. D1 stated she may have bumped N6, but did not cause any damage to her vehicle or vehicle N6. D2 and D3 both confirmed a vehicle was stopped in front of V1 and confirmed V1 may have slightly struck vehicle N6.

V1 was a gray 2009 Honda Civic, bearing Kansas license plate 808HCE. V1 was driven by Halee Jo Roland, ████████████ and owned by Curtis L Roland of Wichita, Kansas. V1 sustained damage to the rear bumper and truck area, but was able to drive away from the scene. D1 stated she hit her head on the steering wheel but was not checked by EMS, to the best of my knowledge.

V2 was a gold 2013 Chevrolet Equinox, bearing Kansas license plate 997HWU. V2 was driven and owned by Steven D Gaston, ████████████ V2 sustained disabling damage to both the front bumper and hood area as well as the rear bumper and rear hatch. V2 was removed from the scene by Heartland Towing of El Dorado. Ida R Gaston was checked out by EMS for chest pain due to the seatbelt and refused further treatment on scene.

V3 was a blue 1998 Dodge Ram 1500, bearing Kansas temporary tag B722370. V3 was driven and owned by Steven L Maus, ████████████ V3 left prior to my arrival; however, Maus left his information with Steven Gaston. V3 was later located and photographed. Maus also completed a voluntary statement form.

V4 was a blue or gray 2013 Nissan NV3500 passenger van, bearing Kansas 099DJC. V4 was driven and owned by Jennifer Marie Dutton, ████████████ V4 sustained damage to the rear doors and rear bumper. Dutton had a bloody nose as a result of hitting her nose on the steering wheel. Dutton also refused further treatment on scene. V4 was occupied by seven (7) juvenile children, all of which were Dutton's children.

Case #: 18-00803

P.O. Lechner

3 of 4

# El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

---

V5 was a white 2013 Ford Ecoline E-350, bearing Kansas Official license plate 15849. V5 is a prison transport van belonging to KDOC. V5 was en-route from EDCF to an unknown destination with a prisoner in the back seat. V5 was driven by Eyman Dane Dowling, ▓▓▓▓▓▓▓▓▓▓. V5 sustained damage to the front bumper and hood area, as well as the engine. Airbags in both seats 01 and 03 deployed in the accident. V5 was removed from the scene by Heartland Towing of El Dorado. The prisoner complained of injuries as a result of the accident, however, KDOC employees transported him back to EDCF to be examined.

Voluntary statements were completed by each adult that was involved in the accident, as well as one independent witness. These statement forms are attached to this case as evidence. Photographs were taken of each vehicle involved. It should be noted that vehicles may have been moved prior to my arrival and the photographs do not precisely document any positions prior to or during the accident.

Nothing further to report at this time.

Officer Emmitt Lechner
El Dorado Police Department

P.O. Lechner

4 of 4

Case #: 18-00803