**Name:** GUSTIOS C. BROWNLEE

0073693

**Address:** P.O Box 311 El Dorado, Kansas 67042

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

GUSTIOS C BROWNLEE, Plaintiff
*(Full Name)*

V.

EYMAN DOWLING, Defendant(s)
Individul Capacity

CASE NO. 20-3122-SAC
*(To be supplied by the Clerk)*

SECOND AMENDED CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

DEMAND FOR TRIAL BY JURY

### A. JURISDICTION

1) GUSTIOS C BROWNLEE *(Plaintiff)*, is a citizen of THE STATE OF KANSAS *(State)* who presently resides at El DORADO CORRECTIONAL FACILITY P.O BOX 311 EL DORADO, KANSAS 67042. *(Mailing address or place of confinement.)*

2) Defendant EYMAN DOWLING *(Name of first defendant)* is a citizen of THE STATE OF KANSAS *(City, State)*, and is employed as SECURITY AT EL DORADO CORRECTIONAL FACILITY *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

EYMAN DOWLING was acting as a security at El Dorado Correctional Facility

XE-2 8/82                     CIVIL RIGHTS COMPLAINT §1983                     1

Additional Defendant(s)

(2) BRETT CORBY - Individul CAPACITY

(3) ALEX McCollough - Individul CAPACITY

A-1

(4) DEFENDANT ALEX McCollough is A PRESiDENT of the STATE OF KANSAS, and is EMPLOYED AS SECURity At EL DORADO CORRECTIONAl FACiliTY, and MAY bE located At P.O BOX 311, El DORADO, KANSAS 67042.

At the time the Claims AllEgED in this Complaint AROSE this DEFENDANT was Acting UNDER the Color OF STATE lAW, As SECURity At El DORADO CORRECTIONAl FACility.

A-2

3) Defendant BRETT CORBY is a citizen of
   *(Name of second defendant)*
   THE STATE OF KANSAS, and is employed as
   *(City, state)*
   SECURITY AT EL DORADO CORRECTIONAL Facility. At the time the
   *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

BRETT CORBY was acting as Security At El Dorado Correctional Facility

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

42 U.S.C. Section 1981 and 42 U.S.C. Section 1983

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On May 23, 2018, the defendants, EDCF Staff Officers Eyman Dowling and Brett Corby, were transporting Plaintiff Gustin C. Brownlee in a EDCF transport van to a medical appointment in Wichita, Kansas. Officer Eyman Dowling was in the commission of the crime of texting and driving, when the three occupant of the van were involved in a five vehicle collision. At the 2900 Block of West Central Avenue in

2

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

B-2

## B NATURE OF THE CASE (cont)

El Dorado Kansas. As a result of Eyman Dowling committing the crime of texting and driving, and Brett Corby for not restrainning Plaintiff in the van seat the correct way. When the collision occurred. Plaintiff Received a bruised spinal cord and damage nerve, becaused by the forces generated by the collision throwing Plaintiff forward and then backwards. EDCF OFFICERS Dowling and Corby Intentionally denied and delayed proper medical care, treatment and assistance because they believed Plaintiff was fake'n like he was Injured.

(2) Plaintiff made known to EDCF STAFF OFFICER'S Alex McCollough and UNKNOW STAFF that he was Injured unable to walk, and needed medical assistance in order to Exit the van, but was forcefully and maliciously grabbed and druged out of wrecked van and thrown Into another, causing further pain to plaintiff back.

(3) Plaintiff was transported back to El Dorado Correctional Facility. Upon arriving at the emergency entrance of the infirmary. Plaintiff was met by various STAFF. Plaintiff made known to all that he was "injured unable to walk and needed medical assistance in order to exit the van. EDCF STAFF mocked and lauged at Plaintiff in total disregads to Plaintiff Pleas for medical

## B. NATURE OF CASE (CONT)

Assistance. At which time Correctional officer Alex McCollough threaten Plaintiff, then forcefully and maliciously grabbed and drug Plaintiff to floor of van kneed and punching Plaintiff, causing further pain to Plaintiffs back as well as causing pain and bruising to Plaintiff head, legs, and arms. Plaintiff was denied proper medical care and treatment.

As a direct and proximate result of EDCF Officers Dowling and Corby's deliberate indifference and Officer Alex McColloughs inhuman actions against Plaintiff, Plaintiff injured his spinal cord and damaged his nerve and other bodily parts, received other physical injuries, suffered mental and phyiscal pain and suffering, was retaliated against, incurred medical expenses, lost income, and will incur further medical expenses and lost income in the future.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: THE Actions of EDCF Officers Dowling and Corby violated Plaintiff Eight and Fourteenth Amendments to the U.S Constitution when they Intentionally denied and delayed Proper medical care, treatment and Assistance

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

[1] On May 23. 2018 EDCF STAFF Officer EYMAN Dowling acted with deliberate Indifference when He Intentionally denied and delayed PROPER medical care treatment and Assistance. [2] Officer Dowling was operatting the transport van while in the Commisson of the

B) (1) Count II: The Actions of EDCF Officer Alex Mccollough violated Plaintiff Rights Prohibiting Cruel and Unusual Punishment under the Eight Amendment to the U.S Constitution by using excessive Force and also Intentionally denied and delayed proper medical care

(2) Supporting Facts: 

[1] On May 23, 2018 Alex Mccollough acted with deliberate Indifference when He used excessive Force and Intentionally denied delayed Proper medical care [2] EDCF STAFF

XE-2 8/82　　　　CIVIL RIGHTS COMPLAINT §1983

3

C-2

## Count 1

1. Supporting Facts (cont)

Crime of texting and Driving on the 2900 Block West Central Avenue El Dorado, Ks when Plaintiff and both officers became involved in a five vehicle crash.

(3) As a result of EDCF Staff Officer E. Dowling deliberate indifference that exposes Plaintiff to an unreasonable harm. As a result of this Collision I suffered a spinal Cord Injury and also nerve damage caused by the forces generated by the Collision throwing Plaintiff forward and then backwards. (SEE Attachments Affidavit of Facts, and Corizon Receipt of Medical Equipment/Appliance Forms and also Health Services request forms.)

(4) Before the Collision while stripping me out for transport. I informed EDCF Staff Officer E. Dowling after he ask me what was wrong with me, because he noticed me moving abnormally. I stated that I had previously been in a car accident years before and I still suffered pain from those injuries. (SEE Attachments Affidavit of Facts and Incident report

(5) After the Collision I informed Officer E. Dowling that my spinal cord was injured and that I also re-injured injuries that I previously had, and

1 Supporting Facts (cont)

that I was tremendous pain, and that I needed to be seen and treated by emergency medical personnel when they arrive at the collision scene. (SEE Attachment Affidavit of facts and other Attachment)

(6) Officer E. Dowling laughed at my request and mocked me, and told me that He did not believe me, and that I was acting like I was injured, and that I would not be seen by emergency medical personnel when they arrive at collision scene. Officer E. Dowling stated that himself and Officer Corby would be calling a van to take me back to EDCF. (SEE Attachments Affidavit of facts and Incident Report and other Attachment

(7) IF Officer E Dowling have not had Intentionally denied and delayed proper medical care, treatment and assistance, by the emergency medical personnel at collision scene. They would have been able to do a proper medical diagnoses on the spinal injury I received, and taken me to the Hospital. It was later determine by the doctor at EDCF and Doctor's outside of EDCF that as a result of this collision I injured my spinal cord wich is a serious medical need. It was so obvious that even a lay person would would easily recognize that after Plaintiff was involved in a five vehicle crash and complainning of a spinal injury the necessity for medical attention. Officer Dowling Failure to allow me to be treat on scene result in further significant injury and

C-4

Supporting Facts (cont)

unnecessary and wanton infliction of pain. I would have not Been mishandle and Attacked by Officer McCollough that resulted in Further Significant injury and excruciating pain, and permanent damages. (SEE Attachment Affidavit of facts and other Attachments

(8) On may 23, 2018 EDCF Staff Officer Brett Corby ~~etc~~ acted with deliberate indifference ~~when~~ that exposes Plaintiff to an unreasonable harm, by Failing to restrain Plaintiff in the van seat Correctly when Collision occurred, and Intentionally denied and delayed proper medical care, treatment and Assistance.

(9) Officer B. Corby ~~failed~~ stated to me that himself and Officer ~~Corby~~ Dowling Decided I Did not have A Serious medical need, and I would not be SEEN by emergency medical personnel at collision scene, and that they Decided that A VAN would be called to get me to take me back to EDCF, and that He only call Emergency Help For everyone else.

(10) If Officer B. Corby had not have Intentionally denied and delayed proper medical care, by the medical personnel at Collision Scene. They would have been able to do a proper medical diagnoses on the Spinal Injury I received. I would not have Been mishandle and Attacked by A. McCoullough causing new injuries and Add previous Injuries causing excruciating unnecessary pain and permanent dam

C-5

# Count II

(Q) Supporting Facts (cont)

(2) On the 2900 Block West Central avenue, El Dorado, KS Alex McCollough was immediately made aware of Plaintiff injuries at site of collision. Officer A. McCollough forcefully and maliciously grabbed and pulled Plaintiff to floor of wrecked van causing me tremendous pain. Plaintiff is drug out of wrecked security van in placed into another. (See Attachment Affidavit of Facts and other Attachments)

(3) Upon arriving at the Emergency Entrance at EDCF I made know to Officer's A. McCollough and other's that I was injured unable to walk. and that I needed medical assistance and help in order to exit van. (See Attachments Affidavit of Facts ect.

(4) Officer A. McCollough threaten that He would use force if I did not get out of van without assistance. because I was faking like I was injured.

(5) Officer A McCollough along with Officer Cathy Mitchell stated. that I was act like a Bitch and the state was broke with no money and that I needed to get out of van. (See Attachments Affidavit of Facts and other Ect

(6) Officer A. McCollough laughed and called Plaintiff out of his name as he forcefully and maliciously grabbed and pulled the Plaintiff to floor of the

(2) Supporting Facts (cont)

Van A Second time causing Plaintiff excruciating pain. While I was Handcuffed and Shackled in the rear of the State Security van I was kneed and Punched by Officer A. McCollough (SEE Attachments Affidavit of Facts Ect.)

(7) Plaintiff was not resisting in any way, there was no need For Force. Plaintiff was Handcuffed and Shackled A. McCollough Action were responsible for "the unnecessary and wanton infliction of Pain. Two disc from Plaintiff Spinal cord push against my sciatica nerve, causing permanent damage.
(SEE Affidavit Facts Ect.)

(8) Officer A McCollough told EDCF Staff Doctor Harrod to Send Plaintiff back to my Cell. Staff Doctor Harrod ask Him what happen. Officer McCollough Informed about the collision. Doctor Harrod Stated that I Should have Been taken to A Hospital, and then He ask why was I Still handcuffed. then Doctor Harrod did an assessment on me Decieding that my Injuries were Severe, and Decided I needed immediate medical assistance

9 Outside Doctor also determen that these incident cause severe Injury and permanent damage

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  a) Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

  b) Name of court and docket number _____

   _____

  c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   _____

  d) Issues raised _____

   _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Plaintiff Fully Exhausted the Administrative Grievance process in Accordance to law in the State of Kansas Department of corrections Policy and PLRA Requirement

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I am seeking monetary reward for each defendant in the Amount of $250,000 in Punitive damages for the Individual deliberate indifference to my rights. I am seeking compensatory damages for my mental and emotional injury, pain and suffering from each defendant in the amount of $250,000. I am seeking Nominal damages legal fees, filing fees and other relief as it Appears Plaintiff is entitled

_____   _____
Signature of Attorney (if any)       Signature of Plaintiff

_____
(Attorney's full address and telephone number)

5

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983

## VERIFICATION

I have READ The FOREgoing complaint and hereby verify that that matters Alleged therein ARE true. Except those matters Alleged on information and belief. and As to those, I believe to be true. K.D.O.C STAFF ARE REFUSing to notarize my AFFiDavit OF Facts I certify under the Penalty OF Perjury that the Foregoing is true and Correct. was E-Filed on this date

Excuted At El Dorado Correctional Facil

8-12-22

Gustin C. BROWNLEE