# UNITED STATE DISTRICT COURT
## FOR THE
## DISTRICT OF KANSAS

GUSTIN C BROWNLEE    CASE NO. 20-3122-SAC
Plaintiff

V

EYMAN Dowling
BRETT Corby
Alex Mccollough
DEFENDANT(S)

### AFFIDAVIT OF FACTS ACCOMPANYING SECOND AMENDED CIVIL Rights COMPLAINT PURSUANT TO 42 U.S.C § 1983

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY.

1 That on MAY 23 2018 EDCF STAFF Officer EYMAN Dowling Committed A Crime texting and driving When the Collision happen.

2 As a result of This Collision I Received bruised Spinal cord and nerve damage cau by the Forces generated by the Collision throwing me Forward and then backwa

(3) Before the collision while stripping me out for transport. I informed EDCF Staff Officer E. Dowling After He asked me what was wrong with me, because He noticed me moving abnormally. I stated that I had previously been in a car accident years before and I still suffered pain from those Injuries.

(4) After the collision I informed Officer E. Dowling that my spinal cord was injured and I also reinjured, injuries that I previously had, and that I was in tremendous pain, and that I needed to be seen and treated by emergency medical Personnel when they arrive at the collision scene.

(5) EDCF Staff Officer E. Dowling laughed At my request and mocked me, and told me that He did not believe that I was Injured, and that I would not be seen by medical Personnel when they arrive at the Collision Scene. Officer E. Dowling State that they would be calling a van to take me Back to EDCF.

(6) IF EDCF STAFF OFFICer E. Dowling had not have Intentionally denied and delayed proper medical care, treatment and Assistance, by the ~~medical~~

Emergency medical Personnel at collision scene.
They would have been able to do a Proper medical
diagnoses on the Spinal Injury I received. It
was later determine by the doctor at EDCF and also
doctor's outside of EDCF that as A result of this
collision I injured my Spinal cord. I would have
not been mishandle and attack by EDCF STAFF OFFICERS
McCollough and Unkhow STAFF that caused New Injuries
and Add to Previous Injuries causing excruciating
unnecessary Pain, and Permanent damages

(7) On May. 23. 2018 EDCF STAFF OFFICER Brett Corby Failed
to restrain me into the van Seat the correct way
when the collision occurred.

(8) EDCF STAFF OFFICER B. Corby Stated to me that himself
and officer Dowling Decided I Did not have A
Serious medical need. and I would not be Seen
by Emergency medical Personnel at collision Scene
and that they Decided that A VAN would be called
to take me back to EDCF.

(9) IF EDCF STAFF OFFICER B. Corby had not have Inter
tionally denied and delayed Proper medical care
treatment and Assistance by the emergency
medical Personnel at collision Scene. They
would have been able to do a Proper medical

diagnoses on the Spinal Injury I received. It was later determine by the doctor at EDCF, and also doctor's outside OF EDCF that as a result OF this Collision I injured my Spinal Cord. I would not have been mishandle, and Attack by EDCF STAFF Officers A. McCollough and Unknow STAFF, that Caused New Injuries, and Add to Previous Injuries Causing excruciating Unnecessary PAIN, and Permanent damages

(10) On May 23, 2018 I made Know to EDCF STAFF Officer Alex McCollough and Unknow STAFF that I was Injured Unable to walk, and I needed medical Assistance in order to exit van.

(11) Officer McCollough Threaten that He would use Force iF I did not get Out OF Van without Assistance. because I was Falsing like I was Injured

(12) EDCF STAFF Officer Cathy Mitchell along with Officer McCollough States, that I was acting like A Bitch and that the State had no Money and that I needed to get Out OF VAN

(13) Officer McCollough laughed As He Forcefully and Maliciously grabbed and drug me to Floor OF VAN calling Me out OF My name. Causing excruciating PAIN. I was then Kneed and Punched by Officer

Mccollough. These Action of officer Mccollough caused Two disc from my Spinal cord to push against my Sciatia nerve, causing excruciating pain, and also permanent damages.

(14) EDCF STAFF OFFICER Mccollough and UNKNOW STAFF TOLD EDCF STAFF Doctor HATTOO to Send me Back to my Cell. Doctor HATTOO ask these Officers what happen they told Him About the Collision, He stated to them that I Should have Been taken to A hospital, and why was I Still Handcuffed and he did An assistment and diagnoses that I had a Serious Medical need.

(15) It was also determine by Doctor's Outside of EDCF that as A result of these Incidents that I receieved Serious Injury and permanent damages

I declare under the penalty of perjury that the Above Information is true and correct

_Justin Brownlee_        8 -12-22
GUSTIN BROWNLEE                        _____
                                      NOTARY PUBLIC

DATE:_____

TIME:_____

(Date & Time you are completing this form)

**El Dorado Police Department**

**Motor Vehicle Accident Report**

OFFICER: _18-00803_

~~CASE NUMBER~~: _350_

## VOLUNTARY STATEMENT

☑ Driver                ☐ Passenger                ☐ Witness

Accident Location: W Central _____ Road Condition: _____ Obstructions: _____

Direction of Travel: WEST _____ Approximate Speed: 35 MPH _____ Route Intended: _____

Danger First Noticed: CAR ON BREAKS _____ Location of Other Vehicle: WEST _____

Action Before Impact: STEPPED ON BREAKS _____

Action After Impact: _____

In your opinion, what was the cause of the accident: CAR IN FRONT SLAMMED ON BREAKS

### Vehicle Information

Make of Vehicle: FORD _____ Model: EcoLine _____ Year: _____

Vehicle Color: WHITE _____ V.I.N.: _____ Fuel Source: GAS

Tag Number: 15849 _____ State: KS _____ Year: _____ Odometer: 35108

Registered Owner: _____ Phone Number: _____

Insurance Company: _____ Policy Number: _____

### Detailed Account of Accident in Order of Sequence

I was TRAVELING WEST IN THE RIGHT
Lane ABOUT A CAR LENGTH And a half
BACK, THE VEHICLE IN FRONT HIT
THEIR BREAKS AND I DID As well.
My VEHICLE HIT THE BACK OF THEIRS,

### Accident Diagram

The driver of every motor vehicle which is in any manner involved in an accident originating from the operation of a motor vehicle on any street or highway in the State, which accident has resulted in the damage to property in excess of one thousand dollars ($1000.00) or in which bodily injury or death of any person, must file a report of injury and damage with the Department of Motor Vehicles within 24 hours after the accident.

_____

Signature of Person giving Voluntary Statement

---

## PLEASE PRINT THE FOLLOWING INFORMATION

Last Name: DOWLING _____ First: Eyman _____ Middle: Dave

Address: ███████ City: ███████ State: ███████ ZIP Code: ███████

Phone: ███████ Email: _____ Date of Birth: ███████

Driver's License No: ███████ State: _____ S.S.N.: ███████

Height: ███ Weight: ███ Hair: ███ Eyes: ███ Sex: M ███

Place of Employment: ███████ Address: _____ Phone: ███████

DATE: 5-23-18

TIME: 13:58

(Date & Time you are completing this form)

**El Dorado Police Department**
**Motor Vehicle Accident Report**

OFFICER: _____

CASE NUMBER: _____

## VOLUNTARY STATEMENT

☐ Driver        ☒ Passenger        ☐ Witness

Accident Location: West bound 254 & School   Road Condition: Dry   Obstructions: N/A

Direction of Travel: West   Approximate Speed: 35.40   Route Intended: _____

Danger First Noticed: Moments before   Location of Other Vehicle: 2 car lengths ahead

Action Before Impact: protection of head

Action After Impact: Self check, Safety check of all others while Calling 911

In your opinion, what was the cause of the accident: Multiple short traffic stops, possible K-9 entering road

### Vehicle Information

Make of Vehicle: Ford   Model: Echelion   Year: _____

Vehicle Color: White   V.I.N.: _____   Fuel Source: Gas

Tag Number: K847   State: Ks   Year: _____   Odometer: _____

Registered Owner: State of Kansas   Phone Number: [redacted]

Insurance Company: Berkshire Hathaway Homestate Comp   Policy Number: 02 APM 6787-03

### Detailed Account of Accident in Order of Sequence

Driving west Bound on 254
the Several cars began breaking infant
of us Our vehicle attempted to
Stop We ended in rear ending
vehicle infront of us.

**Accident Diagram**

vehicle 1
vehicle 2
vehicle 3
vehicle 4
US

The driver of every motor vehicle which is in any manner involved in an accident originating from the operation of a motor vehicle on any street or highway in the State, which accident has resulted in the damage to property in excess of one thousand dollars ($1000.00) or in which bodily injury or death of any person, must file a report of injury and damage with the Department of Motor Vehicles within 24 hours after the accident.

Signature of Person giving Voluntary Statement

## PLEASE PRINT THE FOLLOWING INFORMATION

Last Name: Locke   First: Brett   Middle: Wayne

Address: [redacted]   City: [redacted]   State: [redacted]   ZIP Code: [redacted]

Phone: [redacted]   Email: [redacted]   Date of Birth: [redacted]

Driver's License No: [redacted]   State: [redacted]   S.S.N: [redacted]

Height: [redacted]   Weight: [redacted]   Hair: [redacted]   Eyes: [redacted]   Sex: Male

Place of Employment: [redacted]   Address: [redacted]   Phone: [redacted]

To: MR. SAMSON

Date: _____

(Name and Title of Officer or Department)

Col _____ SANCHEZ

Unit Team Member Signature

**To be retained by Inmate**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Attachment A)   X   A1

**Form 9**
**For Cellhouse Transfer**
Work Assignment _____
Interview Requests

BRownlee
Last Name Only

U.T INFIRMARY

**KANSAS DEPARTMENT OF CORRECTIONS**

0073693

**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: MR. SAMSON                    Date: 5-28-18

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.) DOWLING & two 2.

ONE OR AROUND MAY 23, 2018 SST STAFF member's names unknown and C.O Mitchell violated Imppp 02-118 code of Ethic - code of Conduct and also offend US constitutional Right to be Free from Cruel and unusual punishment. AS I was being TRANSPORTED to A EAR and Eye specialist, I observed the SS Officer that was driving The van looking at a flip FACE (DOWLING) Cellphone multiple times BEFOR Running into the BACK OF Anoth

Work Assignment: _____   Living Unit Assignment: _____

Comment: _____   Unit Team Members Signature: _____

Disposition: Vehicle Causing a 4 CAR Accident. SST MR Cosby Asked me if I was Ok. I told him that I was Experiencing back + neck pains and I Requested to be seen by on Site medical tea SST MR Cosby made A phone Call. I was then told that I wa

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To: _____   Date: _____

(Name & Number)

Disposition: Not be seen on Site OF Accident nor would I be taken hospital of that A VAN was coming to get me. Two SST STAFF Men names unknown TRANSPORTED me back to EDCF upon Arriving At Emergency Entrance OF the Infirmary I informed the SST

SEE BACK →

_____   **To be returned to inmate.**

Employee's Signature

P-0009b

STAFF member that I was in pain & that I needed help
I was told by these STAFF members that I Could get out
if the van by myself OR I would be removed with force
I was then pulled to the floor of the TRANSPORT VAN
causing me to be in even more pain. I hollered out.
that is when C.O mitchell stated Stop Acting like A Bitch
& that I was A FAKER & that state was Broke & to cut it
out. SST STAFF told I believe nurse ford & ANOTHER nurse what
happen & they told them they should have taken me to the
hospital. SST STAFF told them to send me back to my cellhouse.
I was seen by Doctor MR. HARROD I Believe & AFTER he did
his assessment on me. he Decided it was best that I STAY
within the INFIRMARY. Informal Resolution
        I Ask That you do A Thorough INVEstigation
        And that the STAFF members that ARE Found to be
        Negligent be ~~Deal~~ Dealt with ACCORDINGLY.
        by Administration

                                SST MR. CORSBY WAS
                                Really Nice to me
                                During the INCIDENT
                                I Don't believe He
                                Should Be Punished
                                IN ANY Kinda WAY

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name Gustin C. Brownlee         Number 00736693

Facility E.D.C.F         Housing Unit Infirmary #109      Work Detail Lay-in

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc., how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9 or other correspondence and response from staff member). On or around May 23, 2018 Sgt. Staff Molina & two Sgt. names unknown co Mitchell & other staff violated IMPP -118 Code of Ethic - Code of Conduct and also my right to the U.S. Constitution to be Free from Cruel & Unusual Punishment. K.D.O.C staff members negligent action caused a #4 car accident in wich I was "hurt." staff members did not Follow proper procedure. They were physically & verbally abusive toward me when they should have been giving me the help I was Requesting (Attachment A will better explain) See back

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 5-25-18

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)




                                                    Unit Team Signature                          Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_____          _____
Inmate Signature                                      Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

SST MR. CORSBY WAS
REALLY NICE to ME
during this INCIDENT
I don't believe HE
should BE punished
knew about knew Me.

salt with accordingly by Administration

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Gustav C Brownlee_                            Number _0073693_

Receiving Staff Signature _____ SANCHEZ_              Date _5-25-18_

**Effective Date (3-18-96) P-157**

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  GUSTIN C. BROWNLEE                    Number  0013693

Receiving Staff Signature  Col. _____ SANCHEZ    Date  5-28-18

Effective Date (3-18-96) P-157

EAR WARDEN

## SPECIAL PROCEDURES
### 44-15-201

I Completed All lower stages of the grievance process. E.D.C.F STAFF members have not Responded within A Timely matter. MR. Samsons the U.T ins the Infirmary Talked About my form 9 r grievance with me, r also my personal Injury claim, MR. Hoover ras not Respond.

On or Around MAY 23, 2018 SST STAFF Dowding, Mccoullough, co mitchell r other STAFF Violated Empp 08-118 Code of Ethic - Code conduct and also my Right to the U.S Constitution To Be Free from Cruel r Unusual punishment. SST Dowding negligent Actions caused A CAR Accident in wich I was hurt. SST McCoullough was physically Abusive toward me. (The name unknown in Attachment A) C.O mitchell was verbally Abusive toward me. Other STAFF members did not follow The proper procedure, when I was denied on Site, Medical Attention r Refused to be taken to hospital. "See Attatchment A"
(Attatchment A will better Explain)

I ASK That You do A Thorough Investigation

I Ask not to be Retaliated Against an any Form or Removed From this Facility.

I hereby certify under penalty perjury the foregoing letter under Special Procedures 44-15-201 was Filed and mailed on this 19th day OF JUNE, 2018 by placing such in the U.S. mail E.D.C.F Institutional Mailbox. Addressed To.

WADEN MR. SNider

1737 SE US Hwy 54

P.O Box 311

El Dorado, Ks 67042

SUBSCRIBED AND SWORN TO BEFOR me. ON This 19th day OF JUNE, 2018

GUSTIN C. BROWNlEE #73693
E.D.C.F P.O Box 311 ElDorado, Ks 67042

12.16.3020

My COMMISSION EXPiRES

NOTARY PUBLIC

6/19/2018

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12.16.2020

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
Appt.

RECEIVED

AUG 1 4 2018

DOC Facility Management Area

DEAR
SECRETARY OF CORRECTION
MR: JOE NORWOOD

I write this letter under the Authority of 44-15-201 Special PROCEDURES

1# I completed All Lower STAGES OF the GRIEVANCE PROCESS At E.D.C.F. on 5-28-18 I turned in a form 9 Attached to A grievance to COI SANCHEZ. I TALKED with U.T Oluwatosin Oronsolu (SAMSON) About FORM 9, GRIEVANCE & also A personal Injury Claim that was Notarize by U.T Richard Hoover on 5-30-18 who Refused to give me A copy. U.T SAMSON Turned grievance over to U.T.M over the INFIRMARY MR. Hoover who did not Respond in A Timely matter. I sent A Special PROCEDURES letter To The WARDEN MR. Snider who has not Respond As well. This is A Violation OF 44-15-101 (F)

with ATTACHMENTS ×

#2 One OR Around MAY. 23 2018 K.D.O.C STAFF members Eyman D. Dowling, Alex J. McCollough & C.O MS. Mitchell & other K.D.O.C STAFF members Violated K.S.A S 75-2949 F personal conduct detrimental to STATE SERVICE, Impp 02-118 Code OF Ethic - Code conduct. My 8th Amendment To The U.S constitution To Be FREE FROM Cruel & unusual punishment. MR. Dowling negligent Action Caused A CAR Accident in which I was Injured. I observed This OFFICER looking At A cellphone multiple time befor the Accident. MR. McCollough was physically Abusive toward me. After the Accident I was Force moved from wreck van then thrown into Another. Upon Arriving At the EMERGENCY ENTRANCE OF The INFIRMARY I Informed him that I was In pain

Right

ud I needed help I was told to get out OF VAN & I Inform
Mccollough A second Time. that I need help he told me &
would be Forced more. If I did'nt get out, That's when I w
brown to Floor OF VAN & I was physically Abused. C.O
litchell was verbally Abusive toward me by calling me
bitch As I was hollering because OF the pain I was
xperiencing. She State I was Fake & that State was Broke
I need to cut It off. After Accident I Requested to be seen
y on Site Ambulance or Taken to hospital MR. BRETT W. CORBY
1ade A phone call & After told me. A VAN was come to get me..
L Ask That you do A Thorough Investigation that the STAFF member that O.I.C. is
found to be negligent or Dealt with Accordin
by Administration

        I hereby Certify under penalty OF perjury the Forgoing
etter under special procedures 44-15-201 was Filed and mailed on
his 3 day of July , 2018 by placing such in the u.s mail E.D.C.F
Institutional mail box Addressed To.


SECRETARY OF CORRECTION

JOE NORWOOD

LANDON STATE OFFICE Building

100 Jackson 4th Floor

OPEKA, Kansas 66612      SUBSCRIBED AND SWORN TO before me on

This 3 day of July , 2018
                              Gustin Brown
                              GUSTIN C. BROWNLEE

12-16-2020
MY COMMISSION EXPIRES

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12-16-2020

Notary public

U.T.

INMATE REQUEST TO STAFF MEMBER

To: MRS. BUCHANAN

Date: 9-21-18

(Name and Title of Officer or Department)

UTJ Buchanan

Unit Team Member Signature

**To be retained by Inmate**

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Brownes

Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS
Informal Resolution   OOT36903

U.T

**Number**

INMATE REQUEST TO STAFF MEMBER

To: MRS. BUCHANAN

Date: 9-21-18

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

On or around September 13 I received a special kind of problems Grievance back from the Secretary of Correction office. The conclusion that was made, was that the matters raised in my letters can be Handled Internally under the Inmate Grievance. ~~Completed the~~ procedure. I completed All Lower Stages of Grievance procedure At E.D.C.F (see 14 page attachment) I seeked Help from following K.D.O.C Staff

Work Assignment: LAY - IN

Living Unit Assignment: E2-159

Comment: DUPLICATE Form 9

Unit Team Members Signature: _____

UTJ Buchanan

Disposition: U.T MR Oluwatosin Oronsolu (Samson) who Informed me that He was turning my Grievance over to U.T.M MR Richard Hoover I talked with MR Hoover & I turned in A personal Injury Claim & was told he needed A little time to Investigate. MR. Hoover did Not

To: _____

Date: _____

(Name & Number)

Disposition: Respond In A Timely Matters This is A violation of 44-15-101(1) He also Refused me A copy of my personal Injury Claim. I talked with U.T MS SHEILA MERCER who Informed me to write Warden MR. Snyder whos office did Not Respond with in A Timely matter

44-15-101 (F)

Employee's Signature

**To be returned to inmate.**

P-0009b

E.A.I

INMATE REQUEST TO STAFF MEMBER

To: MR. CANNON

Date: 6-17-18

(Name and Title of Officer or Department)

CS1      JOHNSON, L

Unit Team Member Signature

To be retained by Inmate

X    X    X

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLEE
Last Name-Only

KANSAS DEPARTMENT OF CORRECTIONS

0073693
Number

E.A.I

INMATE REQUEST TO STAFF MEMBER

To: MR. CANNON

Date: 6-17-18

(Name and Title of Officer or Department)

*State completely but briefly the problem on which you desire assistance. (Be specific.)*

I REQUEST that the following video footage be PERSERVE
1. SST Mccollough Removing me From TRANSPORT VAN ON MAY 23, 2018
At The emergency ENTRANCE of the INFIRMARY

2. MR. HOOVER Coming INTO Cell #109 IN INFIRMARY ON OR
AROUND MAY 30th OR MAY 31st & MR. HOOVER Coming to Cell #109 ON

Work Assignment: LAY-IN                    Living Unit Assignment: D2-145

Comment: COPY                    Unit Team Members Signature: _____

Disposition: JUNE 1st, ON June 18th I talk with MR. Hoover West gym lunch
3. ON June 4 West gym After getting Laundry I almost Fall
over Walker and I was put in wheelchair and Taken to D-Cellhouse

To: _____                    Date: _____
(Name & Number)
5

Disposition: 4 ON June 5th At Cell 145 I was put ON Stretcher
and Taken to the clinic #5 ON June 5th IN Front OF d-Cellhousi
put ON Stretcher & Taken to clinic #6 ON June 8th West gym
I was put in wheel After meal line & Taken to D-Cellhouse

_____
Employee's Signature                    To be returned to inmate.

P-0009b

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLEE

Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

U.T.M

OOB693

**Number**

### INMATE REQUEST TO STAFF MEMBER

To: English

Date: 10-30-18

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I turned ins A Form 9 to U.T MRS. BUCHANAN with 14 page. ATTACHMENT
ons 9-24-18 About being Refused the right to the Inmate
Grievance procedure & also the right to Submit A
personal Injury Claim I was told by you that you
sent Hir A E-mail and I Should wait on MRS BuCHANAN
to respond and I Should give some time because She

Work Assignment: LAY-IN                    Living Unit Assignment: E2-159

Comment: _____    Unit Team Members Signature: _____

Disposition: Moved to D-Cellhouse, has SHe Respond yet? See 14
page ATTACHMENT MR. English if MRS BuCHANAN Refuses to help me
CAN you or Refer me to proper office or department?
                        e-mail sent to Ms. Buchanan & Mr. Hoover  10-30-18

To: _____
        (Name & Number)

R English  Date: _____

Disposition: _____
_____
_____
_____

_____
        Employee's Signature

**To be returned to inmate.**

P-0009b



**Kansas Department of Corrections**
**Receipt of Medical Equipment/Appliance Form**

I, _____Brownlu_____     _____
(Print Name)                              (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☐ Wheelchair

                     **APEX SHOE**
☐ Other – describe: B4500           _____

           **CORIZON**
Purchased by: HEALTH CARE        _____ Expiration Date: _____

☒ I acknowledge that the equipment/appliance is functional for my use.

☐ I acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| | |
|---|---|
| | |
| Inmate Signature | Date |
| | |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| | | | | |



**Kansas Department of Corrections**
**Receipt of Medical Equipment/Appliance Form**

I, _____     _____
  (Print Name)                                 (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☐ Wheelchair

☐ Other – describe: _____

Purchased by: _____ Expiration Date: _____

☐ I acknowledge that the equipment/appliance is functional for my use.

☐ I acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| | |
|---|---|
| | |
| Inmate Signature | Date |
| | |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| | | | | |

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

NA7045KS                                                    © 2014 Corizon Health, inc.
Issued 11/2014



**Kansas Department of Corrections**
**Receipt of Medical Equipment/Appliance Form**

I, _Paumlee_ _3/16/19_
(Print Name)                                        (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☑ Wheelchair        # 24

☐ Other – describe: _____

Purchased by: _PLB_ Expiration Date: _3/16/20_

☐ I acknowledge that the equipment/appliance is functional for my use.

☐ I acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| | |
|---|---|
| x _Philly (Paumlee)_ | _3-16-19_ |
| Inmate Signature | Date |
| | _3/16/19_ |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| _Paumlee, Justin_ | _Rd3_ | _10/82_ | _M_ | _247_ |

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

NA7045KS
Issued 11/2014

© 2014 Corizon Health, Inc.



**Kansas Department of Corrections**
**Receipt of Medical Equipment/Appliance Form**

I, _____    _____
(Print Name)                                                                                      (Date)

Acknowledge receipt of the following medical equipment or appliance:

☑ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☐ Wheelchair

☐ Other – describe: _____

Purchased by: ___Corizon___ Expiration Date: _____

☑ I acknowledge that the equipment/appliance is functional for my use.

☑ I acknowledge the equipment/appliance is in good working condition.

☑ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| | |
|---|---|
| Inmate Signature | Date |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

NA7045KS
Issued 11/2014

© 2014 Corizon Health, Inc.



**Kansas Department of Corrections**
**Receipt of Medical Equipment/Appliance Form**

I, _____   _____
(Print Name)                                    (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane
☐ Crutches
☐ Dentures (5 years)
☐ Eye Glasses (2 years)
☐ Hearing Aid
☐ Knee Brace
☐ Splint
☐ Prosthesis – describe: _____
☐ Wheelchair


☐ Other – describe: _____


Purchased by: _____ Expiration Date: _____


☐ I acknowledge that the equipment/appliance is functional for my use.

☐ I acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| | |
|---|---|
| Inmate Signature | Date |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

NA7045KS                                                      © 2014 Corizon Health, Inc.
Issued 11/2014



**Kansas Department of Corrections**
**Receipt of Medical Equipment/Appliance Form**

I, Brownlee Gustin     07-29-19
(Print Name)     (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☐ Wheelchair

☒ Other – describe: Back Support _____

Purchased by: Corizon     Expiration Date: 07-29-2020

☐ I acknowledge that the equipment/appliance is functional for my use.

☐ I acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| | |
|---|---|
| Inmate Signature | Date |
| | 07/30/19 |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Brownlee, Gustin | 73693 | | male | EDCF |

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

NA7045KS
Issued 11/2014
© 2014 Corizon Health, Inc.



**Kansas Department of Corrections**
**Receipt of Medical Equipment/Appliance Form**

I, _Brownle_       _/ / / / /_
(Print Name)                 (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☐ Wheelchair

          APEX SHOE
☐ Other – describe: B4500       _____

     CORIZON
Purchased by: HEALTH CARE      _____ Expiration Date: _____

☐ I acknowledge that the equipment/appliance is functional for my use.

☐ I acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| | |
|---|---|
| Inmate Signature | Date |
| | _/ / / / /_ |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| | | | | |

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

NA7045KS                                     © 2014 Corizon Health, Inc.
Issued 11/2014



**HEALTH** ™

## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY / Sólo para uso médico |
|---|
| Date Received: _____ |
| Time Received: _____ |

| Service Requested / Servicio Solicitado | | |
|---|---|---|
| ☒ Nurse / Enfermera | ☐ Doctor / Doctor | ☐ Dental / Dental |
| ☐ Mental Health / Salud Mental | | ☐ Eye Doctor / Médico de los ojos |

Print Name (Imprimir nombre): _____

Date of Request (Fecha de solicitud): _____

ID #: _____      Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____

_____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.) DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____      Time: _____ am  pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

Response Recommendation (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

_____

Staff Signature: _____      Date: _____

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.


**CORIZON**
HEALTH℠

## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY |
| --- |
| Sólo para uso médico |
| Date Received: _____ |
| Time Received: _____ |

| Service Requested |
| --- |
| Servicio Solicitado |

| ☐ Nurse Enfermera | ☐ Doctor Doctor | ☐ Dental Dental |
| --- | --- | --- |
| ☐ Mental Health Salud Mental | ☐ Eye Doctor Médico de los ojos | |

Print Name (Imprimir nombre): Austin Brownlee

Date of Request (Fecha de solicitud): _____

ID #: _____   Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____   Time: _____ am  pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

Staff Signature: _____   Date: _____

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**CORIZON** HEALTH™

## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY<br>Sólo para uso médico | | |
|---|---|---|
| Date Received: _____ | | |
| Time Received: _____ | | |

| Service Requested<br>Servicio Solicitado | | |
|---|---|---|
| ☐ Nurse<br>Enfermera | ☐ Doctor<br>Doctor | ☐ Dental<br>Dental |
| ☐ Mental Health<br>Salud Mental | | ☐ Eye Doctor<br>Médico de los ojos |

Print Name (Imprimir nombre): _____

Date of Request (Fecha de solicitud): _____

ID #: _____ Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____
_____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_____

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____   Time: _____   am / pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☑ $2.00 | | | | | |

Comments: _____

Staff Signature: _____   Date: _____

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**HEALTH SERVICES REQUEST FORM**
*(Formulario de Solicitud de Servicios de Salud)*

| FOR MEDICAL USE ONLY |
|---|
| Sólo para uso médico |
| Date Received: _____ |
| Time Received: _____ |

| Service Requested | | |
|---|---|---|
| Servicio Solicitado | | |
| ☑ Nurse Enfermera | ☑ Doctor Doctor | ☐ Dental Dental |
| ☐ Mental Health Salud Mental | ☐ Eye Doctor Médico de los ojos | |

Print Name (Imprimir nombre): _____

Date of Request (Fecha de solicitud): _____

ID #: _____ Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____
_____
_____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designada.)
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

**Triaged by:** _____

**Date:** _____ **Time:** _____ am pm (circle one)

**Called Down at:** _____ **(for urgent issue)**

**Other:** _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☑ $2.00 | | | | | |

**Comments:** _____

**Staff Signature:** _____ **Date:** _____

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**HEALTH SERVICES REQUEST FORM**
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY Sólo para uso médico | Service Requested Servicio Solicitado | | |
|---|---|---|---|
| Date Received: _____ | ☐ Nurse Enfermera | ☐ Doctor Doctor | ☐ Dental Dental |
| Time Received: _____ | ☐ Mental Health Salud Mental | ☐ Eye Doctor Médico de los ojos | |

Print Name (Imprimir nombre): Curtis C. Brownlee

Date of Request (Fecha de solicitud): 11-5-19

ID #: 0073693          Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la Vivienda): E1-14

Nature of problem or request (Naturaleza del problema o solicitud): Just got out of Seg I need you to put my ___ Back on for this unit & also on my Greenwood I'M on withiut Being written

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

X _____

Curtis Brownlee
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____ C. H. RN

Date: 7/8/19          Time: 0800   am   pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 N/C | | | | | |

Comments: _____

Staff Signature: _____ C. H. RN          Date: 7/8/19

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**HEALTH**

## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY Sólo para uso médico | | |
|---|---|---|
| Date Received: | | |
| Time Received: | | |

| Service Requested Servicio Solicitado | | |
|---|---|---|
| ☑ Nurse Enfermera | ☐ Doctor Doctor | ☐ Dental Dental |
| ☐ Mental Health Salud Mental | | ☐ Eye Doctor Médico de los ojos |

Print Name (Imprimir nombre): _____

Date of Request (Fecha de solicitud): _____

ID #: _____   Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____   Time: _____   am / pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

Response Recommendation (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

Staff Signature: _____   Date: _____

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**HEALTH SERVICES REQUEST FORM**
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY | | Service Requested | |
|---|---|---|---|
| Sólo para uso médico | | Servicio Solicitado | |
| Date Received: _____ | | ☑ Nurse Enfermera | ☐ Doctor Doctor | ☐ Dental Dental |
| Time Received: _____ | | ☐ Mental Health Salud Mental | ☐ Eye Doctor Médico de los ojos |

Print Name (Imprimir nombre): _Gloria C Brownlee_

Date of Request (Fecha de solicitud): _4-14-10_

ID #: _____   Date of Birth (Fecha de nacimiento): _10-2-83_

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.) DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____   Time: _____ am  pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _Place Up Supplies in Your Cell +74_

Staff Signature: _____   Date: _4-6-18_

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**HEALTH SERVICES REQUEST FORM**

(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY<br>Sólo para uso médico | | Service Requested<br>Servicio Solicitado | | |
|---|---|---|---|---|
| Date Received: _____ | | ☑ Nurse<br>Enfermera | ☐ Doctor<br>Doctor | ☐ Dental<br>Dental |
| Time Received: _____ | | ☐ Mental Health<br>Salud Mental | | ☐ Eye Doctor<br>Médico de los ojos |

Print Name (Imprimir nombre): _Mishu C Skynner_

Date of Request (Fecha de solicitud): _____

ID #: _____     Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____
_____
_____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.) DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____     Time: _____     am   pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

Response Recommendation (to be completed by Medical Staff Only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
|---|---|---|---|---|---|---|
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____
_____

Staff Signature: _____     Date: _____

©2013 Corizon Health, Inc.



**CORIZON**
HEALTH

## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY |
| Sólo para uso médico |
| Date Received: _____ |
| Time Received: _____ |

| Service Requested |
| Servicio Solicitado |
| ☐ Nurse Enfermera | ☐ Doctor Doctor | ☐ Dental Dental |
| ☐ Mental Health Salud Mental | ☐ Eye Doctor Médico de los ojos |

Print Name (Imprimir nombre): _Cristos C. Prryinske_

Date of Request (Fecha de solicitud): _1-18-19_

ID #: _____   Date of Birth (Fecha de nacimiento): _10-2-83_

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____

_____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-1S-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____   Time: _____   am   pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

Staff Signature: _____   Date: _____

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**HEALTH SERVICES REQUEST FORM**
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY |
| --- |
| Sólo para uso médico |
| Date Received: _____ |
| Time Received: _____ |

| Service Requested |
| --- |
| Servicio Solicitado |

| ☐ Nurse Enfermera | ☒ Doctor Doctor | ☐ Dental Dental |
| --- | --- | --- |
| ☐ Mental Health Salud Mental | ☐ Eye Doctor Médico de los ojos | |

Print Name (Imprimir nombre): _____

Date of Request (Fecha de solicitud): _____

ID #: _____ Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____

_____

_____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____ Time: _____ am   pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

_____

_____

Staff Signature: _____ Date: _____

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



| FOR MEDICAL USE ONLY | Service Requested |
|---|---|
| Sólo para uso médico | Servicio Solicitado |

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received: _____

Time Received: _____

**Service Requested**
Servicio Solicitado

☐ Nurse       ☐ Doctor       ☐ Dental
Enfermera     Doctor          Dental

☐ Mental Health       ☐ Eye Doctor
Salud Mental          Médico de los ojos

# HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

Print Name (Imprimir nombre): _____

Date of Request (Fecha de solicitud): _____

ID #: _____  Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la Vivienda): _____

Nature of problem or request (Naturaleza del problema o solicitud): _____
_____
_____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____  Time: _____ am  pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | Nurse | Doctor | Dentist | Eye Doctor | Mental Health | ARNP |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____
_____

Staff Signature: _____  Date: _____

©2013 Corizon Health, Inc.



## HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received: _____

Time Received: _____

**Service Requested**
Servicio Solicitado

| ☑ Nurse Enfermera | ☐ Doctor Doctor | ☐ Dental Dental |
| ☐ Mental Health Salud Mental | ☐ Eye Doctor Médico de los ojos | |

Print Name (Imprimir nombre): _____
Date of Request (Fecha de solicitud): _____
ID #: _____  Date of Birth (Fecha de nacimiento): _____
Housing Location (Ubicación de la Vivienda): ET-142
Nature of problem or request (Naturaleza del problema o solicitud): _____
_____

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designada.)
**DO NOT WRITE BELOW THIS AREA**  (No escriba debajo de esta área.)

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _____   Time: _____ am  pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____
_____

Staff Signature: _____   Date: _____

NA7141-KS-DOC
Issued 01/06/2013

©2013 Cor

# Health Services Request Form

| For Medical Use Only |  |
| Sólo para uso médico |  |
| Date Received: | 5/12/2_ |
| Time Received: | 000_ |

Print Name (Imprimir nombre): BROWNLEE C GUSTIN

Date of Request: 5-12-22

ID #: 0073603    Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la vivienda): DT- 154

Nature of problem or request (Naturaleza del problema o solicitud): my Sciatica nerva and CERVICAL and LOWER BACK ARE given me problems, my discomfort ARE SEVER & minor weakness, tingling, numbness Retention OF urine and loss of bowel control "Im in PAIN"

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____    ☑ Routine    ☐ Urgent    ☐ Emergent

Date: _____    Time: _____

Date of Face-to-Face Visit: 5/12/22

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| Initial Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☒ ARNP |
| | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge    ☐ $2.00

Comments: _____

Staff Signature _____    Date 5/12/22

Centurion: REC-013KS
07/01/2020

centurion.

# Health Services Request Form

| For Medical Use Only Sólo para uso médico | |
|---|---|
| Date Received: | |
| Time Received: | |

Print Name (Imprimir nombre):

Date of Request:

ID #: _____  Date of Birth (Fecha de nacimiento): _____

Housing Location (Ubicación de la vivienda):

Nature of problem or request (Naturaleza del problema o solicitud):

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____  ☐ Routine   ☐ Urgent   ☐ Emergent

Date: _____  Time: _____

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
|---|---|---|---|---|---|---|
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00

Comments:

_____        _____
Staff Signature                                            Date



## Request #179173732

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: Gustin Brownlee (1983-10-02)
Booking Number: 73693
Submitted Date: 05/17/22 14:10
Submitted from Location/Room: 07,0D1154/D
Current Location/Room: 07,0D1154/D
Facility: El Dorado Correctional Facility - (KS DOC)

**Form Info**

Category: Form 9
Form: Unit Team Form 9
Internal Tag: No Tag

**Request Info**

Status: CLOSED by Kirbie Todd
Facility Deadline: 05/31/22 23:59

**Summary of Request:**

Job within plumbing

**Details of Request:**

To::
*(Name and Title of Officer or Department)*
UTM Shearburn

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
To my understanding it's a few job positions open within plumbing I would like a opportunity to fill one those positions so I can move forward within this facility and also if it's bed space open within E cell house I would like to fill one of those as well

**Work Assignment:**
Lay-in

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/25/22 21:30 | Kirbie Todd | Staff Response | Your medical restrictions will not allow you to work for the plumbing crew. There are also no open spots on that crew. UTM Shearburn |
| 05/25/22 21:30 | Kirbie Todd | Changed Status | From 'Open' to 'Closed' |
| 05/17/22 14:10 | Gustin Brownlee | Submitted New | Job within plumbing |

## Request #178509382

| Profile Photo: | Resident Info |
|---|---|
|  | **Name:** Gustin Brownlee (1983-10-02)<br>**Booking Number:** 73693<br>**Submitted Date:** 05/13/22 12:23<br>**Submitted from Location/Room:** 07,0D1154/D<br>**Current Location/Room:** 07,0D1154/D<br>**Facility:** El Dorado Correctional Facility - (KS DOC) |

**Audit Photo:**

Audit Photo

**Form Info**

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

**Request Info**

**Status:** CLOSED by Maverick Horsch
**Facility Deadline:** 05/27/22 23:59

**Summary of Request:**

Job within laundry

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
UTM Atkins

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
To my understanding it's a few positions open within laundry I would like a chance to work in the facility I would like to move forward within the facility do you have any bed opening within E cell house if can you consider me for a spot

**Work Assignment:**
Lay-in

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/13/22 15:06 | Maverick Horsch | Staff Response | Duplicate Request |
| 05/13/22 15:06 | Maverick Horsch | Changed Status | From 'Open' to 'Closed' |
| 05/13/22 12:23 | Gustin Brownlee | Submitted New | Job within laundry |

## Request #179173732

**Profile Photo:**
Profile Photo

**Resident Info**

**Name:** Gustin Brownlee (1983-10-02)
**Booking Number:** 73693
**Submitted Date:** 05/17/22 14:10
**Submitted from Location/Room:** 07,0D1154/D
**Current Location/Room:** 07,0D1154/D
**Facility:** El Dorado Correctional Facility - (KS DOC)

**Audit Photo:**
Audit Photo

**Form Info**

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

**Request Info**

**Status:** CLOSED by Kirbie Todd
**Facility Deadline:** 05/31/22 23:59

**Summary of Request:**

Job within plumbing

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
UTM Shearburn

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
To my understanding it's a few job positions open within plumbing I would like a opportunity to fill one those positions so i can move forward within this facility and also if it's bed space open within E cell house I would like to fill one of those as well

**Work Assignment:**
Lay-in

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/25/22 21:30 | Kirbie Todd | Staff Response | Your medical restrictions will not allow you to work for the plumbing crew. There are also no open spots on that crew. UTM Shearburn |
| 05/25/22 21:30 | Kirbie Todd | Changed Status | From 'Open' to 'Closed' |
| 05/17/22 14:10 | Gustin Brownlee | Submitted New | Job within plumbing |

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Gustin Brownlee )
_Plaintiff/Petitioner_ )
 ) Civil Action No.
v. )
Warden Sam Cline, Et Al )
_Defendant/Respondent_ )

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: El Dorado Correction facility, P.O.Box 311, El Dorado, KS 67042
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I also am submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are: N/A

My gross pay or wages are: $ Ø , and my take-home pay or wages are: $ Ø per
_(specify pay period)_ N/A .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: NONE

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: NONE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: Court costs, fees, And EXPENSES to the STATE OF KANSAS

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 4-28-19

Applicant's signature

GUSTIN C. BROWNLEE
*Printed name*

4-28-2020

NOTARY PUBLIC - State of Kansas
KIRBIE SHEARBURN
My Appt Expires 5-1-2022

# UNITED STATES DISTRICT COURT
## District of Kansas

Gustin Brownlee
_____
Plaintiff/Petitioner

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT BY A PRISONER**

Warden Sam Cline, Et Al.
_____
Defendant/Respondent

**CASE NUMBER**

I, Gustin Brownlee _____, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes     ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration El Dorado Correctional Facility
   Are you employed at the institution? No
   Do you receive any payment from the institution? No
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions .

2. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount.

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

I declare under penalty of perjury that the above information is true and correct.

Signed at: _____ΣDCF_____      _Justin Beaumler_____
           (Location)                   (Signature)

            _4·28·2020_____      _0013093_____
               (Date)                   (Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

4·28·2020

NOTARY PUBLIC - State of Kansas
KIRBIE SHEARBURN
My Appt Expires 3-1-2022

```
3/16/2020          15:24:58              Kansas Department of  Corrections          PGM - BKR0050B        Page   1
                                           Inmate Account Statement
```

Inmate:  0073693 BROWNLEE,GUSTIN,C

|  | Total Deposits | Average Cash Balance* | Average Forced Savings  Balance* | Average Mandatory Savings¹ Balance*** |
|---|---|---|---|---|
| August: | 14.01 | 19.01 | 81.54 | .00 |
| September: | 10.77 | 6.55 | 81.62 | .00 |
| October: | 269.12 | 73.13 | 104.87 | .00 |
| November: | 109.22 | 18.10 | 116.76 | .00 |
| December: | 109.13 | 19.91 | 121.74 | .00 |
| January: | 179.20 | 33.20 | 136.41 | .00 |
| Total all Months: | 691.45 | 169.90 | 642.94 | .00 |

| Average for Preceding Months:** | 115.24 | 28.32 | 107.16 | .00 |

Current Available Balance as of  3/16/2020:     3.09        145.31

*NOTE:     The average balance is calculated from the account data for the inmate
           location at the time interest is posted to his/her account for cash,
           forced savings, and mandatory savings.

**NOTE:    Average balance for preceding months is calculated from only
           months for which interest has been posted.

***NOTE:   Mandatory savings cannot be spent on court costs or attorney
           fees pursuant to statute and the Kansas Department of Corrections policy.


           This is to certify that this statement represents a true summary of
           deposits and average daily balances for the period shown.  The
           current balance of available funds is as reflected in the above statement.

           Certify Correct:                      Signature of Authorized    Date
           KANSAS DEPARTMENT OF CORRECTIONS
           714 SW Jackson, Suite 300
           Topeka                  KS   66603-0000
                                                  Position

_____
Forced Savings is established per Internal Management Management Policy and Procedure 04-103.
¹Mandatory Savings is established per K.S.A. 75-5268 1(g).

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 03-30-16

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

| Section I |
|---|

| | |
|---|---|
| Filed **AT** Facility No.: | Facility Initials: E D C F |
| Filed **AGAINST** Facility No.: | Facility Initials: E D C F |
| | (Refer to PLC coding manual for facility no. & initials) |

| Name of Claimant (Last, First, MI): BROWNLEE GUSTIN C | KDOC Number 0093693 |
|---|---|

| Type of Claim (circle one) : | Lost Property | Damaged Property | (Injury) |
|---|---|---|---|

Amount of Claim: 50,000   Date of Loss Damage, or Injury (MO/DAY/YR): MAY 23, 2018

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: _____

Otherwise, circle one of the following:   Mailroom   R&D   Central Property
Laundry   Gym   Dining Room
(Other Location)

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): Ons OR Around MAY 23, 2018 I was
In a car Accident Caused by Negligents Of the K.D.O.C STAFF
members. I received A Back Injury during Accident' KDOC
Staff members Refused me ON site med & Refused to take me
to hospital. I was removed from TRANSPORT vans with force causing more pain/sorrow

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify), certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: Gustin C Brownlee   Date: 5-30-18

Subscribed and sworn to before me this 30th day of May, 2018.

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Commission Expires 7/16/2018

Notary Public

| | | |
|---|---|---|
| Received from Offender/Claimant: | Date: 5/30/18 | Time: 10:45 |
| UT Name (print): R - Hoover | UT Signature: R Hov | Claimant Initials: GB |

| Section II |
|---|

Received by Warden/Superintendent on (MO/DAY/YR): 6/13/18   Facility Log No. Assigned: CA0705094

Investigation Report: See response - EX

| Date (MO/DAY/YR): 11/20/18 | Investigator Name (print): T Knowles | UT Member or Investigator Signature: |
|---|---|---|

Form #01-118D-001

# KANSAS DEPARTMENT OF CORRECTIONS

## EL DORADO CORRECTIONAL FACILITY

REPORT OF INVESTIGATION                                    PAGE 1 OF 1

| 1. Case: Injury | 2. Date of Personal Injury/Property Damage/Loss: 5/23/18 | 3. Amount of Claim: $50,000.00 |
|---|---|---|

| 4. Facility Log Number Assigned: CA0705095 | 5. Date Received: 6/13/18 |
|---|---|

| 6. Claimant:   Brownlee, Gustin #73693 |
|---|

**ALLEGATIONS:** The offender has claimed that he was in a car accident around 5/23/18 and it was due to the negligence of the DOC staff member. He states he received a back injury during the accident and he was refused medical treatment at the hospital. He includes that he was also removed from the transport van with force causing him more pain.

The offender's issues were reviewed. The officer driving the van and the passenger in the van during the accident both included their statements for the incident. They did indicate that the offender was "walking abnormally" prior to the transport and when he was asked what was wrong he advised staff that his back was "messed up from working out".

**FINDING OF FACTS:** All of the offender's files were reviewed. He had reported issues prior to his transport and the accident. From there, medical has followed up with him and noted on many occasions that the injuries that the offender is reporting do not match the injuries that would be incurred during an accident like this one that occurred.

**RECOMMENDATION:** Recommend denial.

| Signature: | Date: 11/20/18 | 11. Distribution: ___ Major ___ Warden ___ Central Office ___ Offender ___ Other |
|---|---|---|

THIS REPORT IS THE PROPERTY OF THE KANSAS DEPARTMENT OF CORRECTIONS, NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

**El Dorado Police Department**

128 N. Vine
El Dorado, KS 67042
(316)321-9120

## Accident Narrative #1

| | |
|---|---|
| Date: | 05/24/2018 |
| Case #: | 18-00803 |
| Offense: | Five (5) Vehicle Accident with Minor Injuries |
| Location: | 2900 block West Central Avenue |
| | El Dorado, KS |

| | |
|---|---|
| Vehicle 1 (V1): | KS 808HCE |
| | 2009 Honda Civic |
| | Gray, 4 Door |
| Vehicle 2 (V2): | KS 997HWU |
| | 2013 Chevrolet Equinox |
| | SUV, Gold in Color |
| Vehicle 3 (V3): | KS Temporary Tag B722370 |
| | 1998 Dodge Ram 1500 |
| | Blue, Extended Cab |
| Vehicle 4 (V4): | KS 099DJC |
| | 2013 Nissan NV3500 |
| | Van, Blue/Gray |
| Vehicle 5 (V5): | KS Official 15849 |
| | 2013 Ford Ecoline E-350 |
| | KDOC Transport Van, White |

| | |
|---|---|
| Driver 1 (D1): | Halee Jo Roland |
| Driver 2 (D2): | Steven D Gaston |
| Driver 3 (D3): | Steven L Maus |
| Driver 4 (D4): | Jennifer Marie Dutton |
| Driver 5 (D5): | Eyman Dane Dowling |
| Officer: | Emmitt Lechner |

| | | |
|---|---|---|
| Subject: | Narrative | |
| P.O. Lechner | 1 of 4 | Case #: 18-00803 |

 **El Dorado Police Department**

128 N. Vine
El Dorado, KS 67042
(316)321-9120

On 05/23/2018 while working as a Patrol Officer for the El Dorado Police Department, I Emmitt
Lechner was dispatched to the 2900 block of West Central Avenue for the report of a multi-vehicle accident
with no injuries. Dispatch advised the accident was between several vehicle, unknown make and model. I was
dispatched at 1323 and arrived on scene at 1329.

Upon arrival, I spoke to all occupants involved in the accident. It was found passenger of V2 was
reporting chest pain from the seatbelt, and D4 had a bloody nose. I asked Dispatch to start EMS to my location
to check on each patient. Butler County EMS arrived on scene and triaged "green" and left the scene after
patients denied further medical treatment. No others except those mentioned reported any injuries.

It was learned that at the time of the accident an unknown number of people were parked on West
Central Avenue, in the eastbound lane, and were in the median attempting to catch a dog. A vehicle was stopped
in the westbound lanes of traffic; this vehicle is N6, or non-contact vehicle 6. This vehicle caused other vehicles
behind it to stop, but was not hit in the accident. This vehicle left prior to my arrival and no information was
left.

V1 came to a complete stop behind N6 in the outside lane of westbound West Central Avenue. D2 stated
he was looking over at the people in the median and looked back forward to see V1 stopped. V2 rear-ended V1.
D3 stated he was also looking at the people in the median and the dog and when he looked ahead V2 was
breaking. V3 attempted to stop but to no avail. V3 rear ended V2. D4 stated she was looking over at people in
the median and then looked ahead and saw vehicles stopped in the roadway. D4 stated she "came to a slow
stop" when she was rear-ended by V5. At this time, there is no evidence to indicate how long V1, V2, and V3
were stopped before D4 saw them, or if V4 was at a complete stop when it was rear-ended by V5.

D5 stated observed V4 braking and attempted to stop his vehicle, but to no avail. V5 rear-ended V4.

**El Dorado Police Department**

128 N. Vine
El Dorado, KS 67042
(316)321-9120

A witness, Timothy M Wyer [redacted] stated he was attempting to help the owner of the dog, whom is unknown at this time, catch the dog in the median. Wyer stated V1 slowed and looked over at them and then was rear-ended by V2. Wyer stated there was no vehicle stopped in front of V1; however, several drivers reported someone was stopped in the roadway in front of V1. D1 stated she may have bumped N6, but did not cause any damage to her vehicle or vehicle N6. D2 and D3 both confirmed a vehicle was stopped in front of V1 and confirmed V1 may have slightly struck vehicle N6.

V1 was a gray 2009 Honda Civic, bearing Kansas license plate 808HCE. V1 was driven by Halee Jo Roland, [redacted] and owned by Curtis L Roland of Wichita, Kansas. V1 sustained damage to the rear bumper and truck area, but was able to drive away from the scene. D1 stated she hit her head on the steering wheel but was not checked by EMS, to the best of my knowledge.

V2 was a gold 2013 Chevrolet Equinox, bearing Kansas license plate 997HWU. V2 was driven and owned by Steven D Gaston, [redacted] V2 sustained disabling damage to both the front bumper and hood area as well as the rear bumper and rear hatch. V2 was removed from the scene by Heartland Towing of El Dorado. Ida R Gaston was checked out by EMS for chest pain due to the seatbelt and refused further treatment on scene.

V3 was a blue 1998 Dodge Ram 1500, bearing Kansas temporary tag B722370. V3 was driven and owned by Steven L Maus, [redacted] V3 left prior to my arrival; however, Maus left his information with Steven Gaston. V3 was later located and photographed. Maus also completed a voluntary statement form.

V4 was a blue or gray 2013 Nissan NV3500 passenger van, bearing Kansas 099DJC. V4 was driven and owned by Jennifer Marie Dutton, [redacted] V4 sustained damage to the rear doors and rear bumper. Dutton had a bloody nose as a result of hitting her nose on the steering wheel. Dutton also refused further treatment on scene. V4 was occupied by seven (7) juvenile children, all of which were Dutton's children.

P.O. Lechner                                   3 of 4                                   Case #: 18-00803



# El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

V5 was a white 2013 Ford Ecoline E-350, bearing Kansas Official license plate 15849. V5 is a prison transport van belonging to KDOC. V5 was en-route from EDCF to an unknown destination with a prisoner in the back seat. V5 was driven by Eyman Dane Dowling, ████████████ V5 sustained damage to the front bumper and hood area, as well as the engine. Airbags in both seats 01 and 03 deployed in the accident. V5 was removed from the scene by Heartland Towing of El Dorado. The prisoner complained of injuries as a result of the accident, however, KDOC employees transported him back to EDCF to be examined.

Voluntary statements were completed by each adult that was involved in the accident, as well as one independent witness. These statement forms are attached to this case as evidence. Photographs were taken of each vehicle involved. It should be noted that vehicles may have been moved prior to my arrival and the photographs do not precisely document any positions prior to or during the accident.

Nothing further to report at this time.

Officer Emmitt Lechner
El Dorado Police Department

RECEIVED

MAY 2 4 2018

ACCOUNTING

Attachment A, IMPP 01-113
Effective 04-08-2013

**Kansas Department Of Corrections
INCIDENT REPORT**

DATE: 5-23-18

FACILITY OR PAROLE REGION: <u>EL DORADO CORRECTIONAL FACILITY</u>

UNIT (If Applicable) <u>CENTRAL</u>

Time Report Submitted: <u>1530</u>          REPORT #: IR ____

WHAT HAPPENED: (Briefly describe the incident.) <u>Car accident with offender in vehicle.</u>

WHEN: Time <u>1325</u>          Date <u>5/23/18</u>

WHERE: <u>Corner of 254 and School</u>

WHO WAS INVOLVED: (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the Individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number a reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P, W | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P, W | E-I |
|---|---|---|---|---|---|---|---|
| Dowling, Dane | ▓▓▓▓ | V | E | Brownlee, Gustin | 73693 | V | I |
| Corby, Brett | ▓▓▓▓ | V | E | | | | |
| | | | | | | | |

HOW DID IT HAPPEN: (Method of Operation-M.O.) <u>While driving offender Brownlee to a Dr. visit</u>

WHY DID IT HAPPEN: (State Motive or cause) <u>Vehicles in front of me stopped abruptly causing me to rear-end the vehicle in front of me.</u>

Description Of Weapon Or Evidence Found: <u>N/A</u>
Was Search Of Area Made? ☐ Yes ☒ No          by Whom: <u>SST Dowling</u>
Were Still Photographs Taken? ☒ Yes ☐ No          by Whom: <u>SA Galloway</u>
Was a Videotape Made? ☐ Yes ☒ No          by Whom: <u>N/A</u>
Evidence and/or Photographs/Videotape Turned Over To: <u>Captains' office</u>
Was A Follow-Up Investigation Initiated? ☒ Yes ☐ No

COMMENTS: (Attach additional pages as necessary.) <u>While stripping offender Brownlee out for a transport, I noticed him moving abnormally so I asked him what was wrong. Offender Brownlee stated that his back was messed up from working out. I was traveling west on 254 in the right lane headed to Wichita. I was approx. a car length and a half behind the vehicle in front of me doing approx. 40 mph. The vehicle in front of me applied its breaks abruptly causing the back end of it to lift up and I applied mine. I realized that my vehicle was not going to stop in time so I looked at SST Corby and said "Bro it's not stopping." We then rear-ended the vehicle in front of us. I sustained minor burns to both forearms and hands from the airbag deploying. I checked on offender Brownlee while SST Corby contacted emergency services. Offender Brownlee stated that his back hurt but he was fine. When another vehicle came to take offender Brownlee back to the facility, he began to act like he couldn't move his legs due to his back hurting.</u>

RELATED REPORTS COMPLETED: (Check all that apply and attach a copy.)
Disciplinary ☐ Yes ☒ No          Use of Force ☐ Yes ☒ No
Wanted For Escape ☐ Yes ☒ No          Admin. Seg./Protective Custody ☐ Yes ☒ No
Other Admin. Seg. ☐ Yes ☒ No          Placement In County Jail ☐ Yes ☒ No
Other Narratives ☐ Yes ☒ No

NAME OF OFFICER FILING REPORT:          NAME OF REVIEWING SUPERVISOR:

Signature: _____          Signature of Supervisor: _____

State ID Number: ▓▓▓▓          State ID Number: _____

Printed Full Name: Dane Dowling          Printed Full Name: _____

Date: <u>5/23/18</u>          Date: _____

Form #01-113-001

RECEIVED

MAY 2 4 2018

ACCOUNTING

Attachment A, IMPP 01-113
Effective 04-08-13

**Kansas Department of Corrections**
**INCIDENT REPORT**

DATE:05-23-2018

FACILITY OR PAROLE REGION:_____EDCF_____

UNIT (If Applicable) Central

Time Report Submitted:1530                      REPORT #: IR __ __ __ ___

**WHAT HAPPENED:** (Briefly describe the incident.) while on transport to Wichita, we were involved in an accident just outside of El Dorado.

**WHEN:** Time1325 AM/PM            DATE: 05-23-2018
**WHERE:**corner of 254 and school

**WHO WAS INVOLVED:** (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number. A reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P;W, | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P,W, | E-I |
|-----------|------------------------|--------|-----|-----------|------------------------|--------|-----|
| Corby, b. | ▓▓▓ | | | | | | |
| Dowling, D. | ▓▓▓ | | | | | | |
| Brownlee | 73693 | | | | | | |

**HOW DID IT HAPPEN:** (Method of Operation-M.O.) while traveling on 254, several vehicles stopped abruptly in front of us causing us to rear end a vehicle making my hand hit the air bag when it deployed and then I punched myself in the right eye with the same hand.

**WHY DID IT HAPPEN:** (State Motive or Cause) it is unkown at this time why it happened.

Description Of Weapon Or Evidence Found: NA
Was Search Of Area Made? X Yes _____ No, by Whom: EAI
Were Still Photographs Taken? X Yes _____ No, by Whom: EAI
Was a Videotape Made? _____ Yes X No, by Whom: NA
Evidence and/or Photographs/Videotape Turned Over To: CAPTAINS OFFICE
Was A Follow-Up Investigation Initiated? X Yes _____ No

**COMMENTS:** (Attach additional pages as necessary.) Offender was transported back to facility to be assessed by medical, and myself and SST Dowling will be seeking medical attention.

**RELATED REPORTS COMPLETED:** (Check all that apply and attach a copy.)
Disciplinary: _____Yes X No                Use of Force: _____Yes X No
Wanted For Escape: _____Yes X No          Admin Seg/P.C.: _____ Yes X No
Other Admin Seg: _____Yes X No            Placement In County Jail: _____ Yes X No
Other Narratives: _____Yes X No.

NAME OF OFFICER FILING REPORT:          NAME OF REVIEWING SUPERVISOR:
Signature: ▓▓▓▓                          Signature of Supervisor:
State ID Number: ▓▓▓                     State ID Number: ▓▓▓
Printed Full Name: Corby, J.             Printed Full Name: Troy Came
Date: 5-23-18                            Date: 5/23/2018

Form #01-113-001

RECEIVED

MAY 2 4 2018

### Injured Employee's Report of Injury

ACCOUNTING

A report of accidental injury was submitted by your employer. Payment of disability compensation and/or medical expenses will be considered after this completed form and other information are received.

1. Full name of injured employee: _____ Corby, Brett _____ _.

2. Employee's address:_____ ▓▓▓▓▓▓▓▓ _____ _.

3. Telephone: Home: : ▓▓▓▓▓▓▓▓▓ ____ __ Work: :316-321-7284 ____ _.

4. Employer/Agency: ___ El Dorado Correctional Facility _____ .

5. Job Title: Employee ID # or SSN: Correction Officer ▓▓▓▓▓▓ _____ .

6. Date and time of accident: _____ 05-23-2018  1325 _____ .

7. Missed work from: thru_____ N/A _____ .

8. Date returned to work: If not, then expected return to work date: ____ 05-24-2018 _____ .

9. Describe the accident: **(What happened, where, how, witnesses):** __ several vehicles infront of transport stopped suddenly and a vehicle was rear ended by us. _____ .

10. What injuries were incurred? Back lash, severe pain in right hand. Punched in right eye by own right hand_____ .

11. Name/address of attending and/or subsequent physicians or hospitals: _____
_____
_____ .

12. Have you received workers compensation benefits before? If so, provide details such as employer, carrier, nature and dates of injuries. :NO_____
_____
_____
_____ _.

**To claim compensation in accordance with Workers Compensation, sign and return this form to:**
　　　　State Self-Insurance Fund
　　　　Room 900-N, Landon State Office Building
　　　　900 SW Jackson.
　　　　Topeka, Kansas 66612
　　　　**Phone:** (785) 296-2364 **Fax:** (785) 296-6995

### AUTHORIZATION

I hereby authorize and request any physician or hospital to permit a representative of the State Self-Insurance Fund to be furnished a copy of all medical records in connection with any past or present medical treatment associated with this injury. I am willing that a photocopy or fax of this authorization be accepted with the same authority as the original.

Signed: _____ Date: 5-23-2518

Form WC(Rev. 01/11)

### Injured Employee's Report of Injury

.RECEIVED

*A report of accidental injury was submitted by your employer. Payment of disability compensation and/or medical* MAY 2 4 2018
*expenses will be considered after this completed form and other information are received.*

ACCOUNTING

1. Full name of injured employee:_____Eyman Dane Dowling_____ .

2. Employee's address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮_____ .

3. Telephone: Home: : ▮▮▮▮▮▮▮▮▮▮_____ __    Work: (316)321-7284_____ .

4. Employer/Agency: __El Dorado Correctional Facility_____ .

5. Job Title: Employee ID # or SSN: ▮▮▮▮▮▮▮▮▮▮_____ .

6. Date and time of accident: __5/23/18 @ 1325_____ .

7. Missed work from: thru __N/A_____ .

8. Date returned to work: If not, then expected return to work date: __N/A_____ .

9. Describe the accident: **(What happened, where, how, witnesses):** __I was traveling west on 254 in the right lane. I was approx. a car length and a half behind the vehicle in front of me. The vehicle in front of me applied its breaks abruptly causing the back end of it to lift up and I applied mine. I realized that my vehicle was not going to stop in time so I looked at SST Corby and said "Bro it's not stopping." We then rear-ended the vehicle in front of us._____ .

10. What injuries were incurred? Burns and bruises on both forearms_____ .

11. Name/address of attending and/or subsequent physicians or hospitals: :_____
_____
_____ .

12. Have you received workers compensation benefits before? If so, provide details such as employer, carrier, nature and dates of injuries. : yes 4/19/18 ribs and hand._____
_____
_. .

**To claim compensation in accordance with Workers Compensation, sign and return this form to:**
State Self-Insurance Fund
Room 900-N, Landon State Office Building
900 SW Jackson
Topeka, Kansas 66612
**Phone: (785) 296-2364 Fax: (785) 296-6995**

### AUTHORIZATION

I hereby authorize and request any physician or hospital to permit a representative of the State Self-Insurance Fund to be furnished a copy of all medical records in connection with any past or present medical treatment associated with this injury. I am willing that a photocopy or fax of this authorization be accepted with the same authority as the original.

Signed:_____    Date: 5-23-18_____

**Form WC(Rev. 01/11)**