GUSTIN C BROWNLEE
0073693
P.O. BOX 311 EL DORADO, KANSAS 67042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUSTIN C BROWNLEE                    CASE NO 20-3122-SAC
Plantiff
         V
LYMAN DOWLING
BRETT CORBY
Alex McCollough
DEFENDANTS

AMENDED VERIFICATION and AFFIDAVIT OF FACTS

Pursuant to K.S.A 53-601 (a) 2 F USC § 1746 I GUSTIN C BROWNLEE #0073693 herewithin declare upon my sole. oath and under the penalty of Perjury (K.S.A. 21-5903   18 USC § 621) That K.D.O.C STAFF REFUSED to notarize my AFFiDavit OF Facts ACCOMPANYING second AMENDED CIVIL Rights Complaint pursuant To 42 U.S.C § 1983. and Other Pages (SEE REQUEST to STAFF Form Attachment) A K.D.O.C STAFF DiD not notarize my AFFiDavit OF Facts untill 8-16-22 (SEE AmenDant AFFiDavit OF Facts Attachment). I have Read the Foregoing complaint and

hereby verify that matters Alleged therein are true. Except those matters Alleged + on information and beliefs, and as to those, I believe to be true.

Excuted At El Dorado Correctional Facility

8-16-22     /s/ Gustin C. Brownlee
            GUSTIN C. BROWNLEE

INMATE REQUEST TO STAFF MEMBER

To: _____  Date: _____
(Name and Title of Officer or Department)

_____
Unit Team Member Signature     To be retained by Inmate

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLEE
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

# 0073603
Number

U.T.S

INMATE REQUEST TO STAFF MEMBER

To: MR. HENKE                    Date: 8-12-2022
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I need A Notary Public and A E-File I have a Deadline 8-15-22
This is the 4th day I've Attempted to get A Notary Public for my Affidavit of
Facts to Accompanying my Second Amended Civil Right Complaint
Pursuant

Work Assignment: _____  Living Unit Assignment: _____
Comment: _____          Unit Team Members Signature: _____

Disposition: Notary was not able to make it over today will try for Monday.  Submitted 8-15-22

UTS [signature] 8-12-2022

To: _____  Date: _____
(Name & Number)

Disposition: 8-15-22 going to try to get Hoover to come down to Noterize then E-File
Henke
UTS [signature] 8-15-22

Employee's Signature          To be returned to inmate.

P-0009b

UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

GUSTIN C. BROWNLEE          CASE No. 20-3122-SAC
Plaintiff
  v
EYMAN Dowling
BRETT Corby
Alex Mccollough
DEFENDANT(S)

### AFFIDAVIT OF FACTS ACCOMPANYING SECOND AMENDED CIVIL Rights COMPLAINT PURSUANT TO 42 U.S.C § 1983

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY.

1. That on MAY 23 2018 EDCF STAFF Officer Eyman Dowling committed A crime texting and driving when the collision happen.

2. As a result of this collision I Received A bruised Spinal cord and nerve damage caused by the forces generated by the collision throwing me forward and then backwards.

(3) Before the collision while stripping me out for transport, I informed EDCF STAFF OFFICER E. Dowling after he asked me what was wrong with me, because he noticed me moving abnormally. I stated that I had previously been in a car accident years before and I still suffered pain from those injuries.

(4) After the collision I informed OFFICER E. Dowling that my spinal cord was injured and I also reinjured, injuries that I previously had, and that I was in tremendous pain, and that I needed to be seen and treated by emergency medical personnel when they arrive at the collision scene.

(5) EDCF STAFF OFFICER E. Dowling laughed at my request and mocked me, and told me that he did not believe that I was injured, and that I would not be seen by medical personnel when they arrive at the collision scene. Officer E. Dowling state that they would be calling a van to take me back to EDCF.

(6) If EDCF STAFF OFFICER E. Dowling had not have intentionally denied and delayed proper medical care, treatment and assistance, by the medical

emergency medical personnel at collision scene. They would have been able to do a proper medical diagnoses on the spinal injury I received. It was later determine by the doctor at EDCF and also doctor's outside of EDCF that as a result of this collision I injured my spinal cord. I would have not been mishandle and attack by EDCF STAFF OFFICERS McCollough and UNKNOW STAFF that caused new injuries, and add to previous injuries causing excruciating unnecessary pain, and permanent damages

(7) On May 23, 2018 EDCF STAFF OFFICER Brett Corby failed to restrain me into the van seat the correct way when the collision occurred.

(8) EDCF STAFF OFFICER B. Corby stated to me that himself and OFFICER Dowling decided I did not have a serious medical need, and I would not be seen by emergency medical personnel at collision scene, and that they decided that a van would be called to take me back to EDCF.

(9) If EDCF STAFF OFFICER B. Corby had not have intentionally denied and delayed proper medical care, treatment and assistance by the emergency medical personnel at collision scene. They would have been able to do a proper medical

diagnoses on the spinal Injury I received. It was later determine by the doctor at EDCF, and also doctors outside of EDCF that as a result of this collision I injured my spinal cord. I would not have been mishandle, and Attack by EDCF STAFF Officers A. McCollough and UNKNOW STAFF, that caused new Injuries, and Add to previous Injuries causing excruciating unnecessary PAIN, and Permanent damages

(10) On May 23, 2018 I made know to EDCF STAFF Officer Alex McCollough and UNKNOW STAFF that I was Injured unable to walk, and I needed medical Assistance in order to exit van. It had been 1 hour

(11) Officer McCollough Threaten that He would use force if I did not get out of van without Assistance, because I was Faking like I was Injured

(12) EDCF STAFF OFFICER Cathy Mitchell along with officer McCollough States, that I was acting like A Bitch and that the state had no money and that I needed to get out of VAN. It had been hour 30 min

(13) Officer McCollough laughed As He forcefully and maliciously grabbed and drug me to Floor of VAN calling me out of my name, causing excruciating PAIN. I was then kneed and punched by Officer

McCollough. These Action of officer McCollough caused two disc from my spinal cord to push against my sciatia nerve, causing excruciating pain, and also permanent damages.

(14) EDCF staff officer McCollough and unknow staff told EDCF staff Doctor Harrod to send me back to my cell. Doctor Harrod ask these officers what happen they told Him About the collision, He stated to them that I should have been taken to A hospital, and why was I still Handcuffed and he did An assistment and diagnoses that I had a serious medical need.

(15) It was also determine by Doctor's outside of EDCF that as a result of these incidents that I receieved serious injury and permanent damages.

   I declare under the penalty of perjury that the Above Information is true and correct

Gustin Brownlee       8-12-22

Gustin Brownlee

8-16-22


Notary Public 8-16-22


NOTARY PUBLIC - State of Kansas
AMANDA JOHNSON
My Appt Expires 5-24-26