UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

GUSTIN C. BROWNLEE          CASE NO. 20-3122-SAC
Plaintiff

v

EYMAN Dowling
BRETT Corby
Alex Mccollough
DEFENDANT(s)

AFFIDAVIT OF FACTS ACCOMPANYING
SECOND AMENDED CIVIL Rights COMPLAINT
PURSUANT TO 42 U.S.C § 1983

I SWEAR OR AFFIRM UNDER PENALTY OF
PERJURY.

1 That on MAY 23 2018 EDCF STAFF Officer EYMAN
Dowling Committed A Crime texting and driving
when the collision happen.

2 As a result of This Collision I Received A
bruised spinal cord and nerve damage caused
by the forces generated by the collision
throwing me Forward and then backwards.

(3) Before the collision while stripping me out for transport. I informed EDCF STAFF OFFICER E. Dowling After He asked me what was wrong with me, because He noticed me moving abnormally. I stated that I had Previously been in a car accident years before and I still suffered pain from those Injuries.

(4) After the collision I informed Officer E. Dowling that my Spinal Cord was injured and I also reinjured, injuries that I previously had, and that I was in tremendous pain, and that I needed to be seen and treated by emergency medical Personnel when they arrive at the collision Scene.

(5) EDCF STAFF OFFICER E. Dowling laughed At my request and mocked me, and told me that He did not believe that I was Injured, and that I would not be seen by medical Personnel when they arrive at the Collision Scene. Officer E. Dowling State that they would be Calling a van to take me Back to EDCF.

(6) IF EDCF STAFF OFFICER E. Dowling had not have Intentionally denied and delayed Proper medical Care, treatment and Assistance, by the medical

emergency medical Personnel at collision scene. They would have been able to do a Proper medical diagnoses on the spinal Injury I received. It was later determine by the doctor at EDCF and also doctor's outside of EDCF that as A result of this collision I injured my spinal cord. I would have not been mishandle and Attack by EDCF STAFF OFFICERS McCollough and UNKnow STAFF that caused new Injuries, and Add to Previous Injuries Causing excruciating unnecessary Pain, and Permanent damages

(7) On May. 23. 2018 EDCF STAFF OFFICERS Brett Corby failed to restrain me into the van seat the correct way when the Collision occurred.

(8) EDCF STAFF OFFicer B. Corby Stated to me that himself and OFFicers Dowling Decided I Did not have A Serious medical need. and I would not be seen by emergency medical Personnel at collision scene, and that they Decided that A VAN would be called to take me back to EDCF.

(9) IF EDCF STAFF OFFicer B. Corby had not have Intentionally denied and delayed Proper medical care. treatment and Assistance by the emergency medical Personnel at collision scene. They would have been able to do a Proper medical

diagnoses on the spinal Injury I received. It was later determine by the doctor at EDCF, and also doctors outside OF EDCF that as A result of this collision I injured my spinal cord. I would not have been mishandle, and Attack by EDCF STAFF officers A. McCollough and unknow STAFF, that caused new Injuries, and Add to previous Injuries causing excruciating unnecessary PAIN, and permanent damages

(10) On may 23, 2018 I made know to EDCF STAFF OFFICER Alex mcCollough and unknow STAFF that I was Injured unable to walk, and I needed medical Assistance in order to exit Van. It had been 1 hour

(11) officer mcCollough Threaten that He would use Force if I did not get out OF Van without Assistance. because I was Faking like I was Injured

(12) EDCF STAFF Officer Cathy mitchell along with officer mcCollough states, that I was acting like A Bitch and that the state had no money and that I needed to get out OF VAN. It had been hour 30 min

(13) officer mcCollough laughed As He Forcefully and maliciously grabbed and drug me to Floor OF VAN calling me out of my name. Causing excruciating PAIN. I was then Kneed and Punched by Office

Mccollough. These Action of Officer Mccollough caused Two disc from my spinal cord to push against my sciatia nerve, causing excruciating Pain, and also permanent damages.

(14) EDCF STAFF Officer Mccollough and UNKNOW STAFF TOld EDCF STAFF Doctor HaRood to send me Back to my Cell. Doctor HaRood ask these Officers what happen they told Him About the Collision, He stated to them that I should have Been taken to A hospital, and why was I still Handcuffed and he did An assistment and diagnoses that I had a serious medical need.

(15) It was also determine by Doctor's outside of EDCF that as a result of these incidents that I receieved serious Injury and permanent damages.

I declare under the Penalty of Perjury that the Above Information is true and correct

Gustin Brownlee            8 -12-22

GUSTIN BROWNLEE



Notary Public  8-16-22

6-16-22

NOTARY PUBLIC - State of Kansas
AMANDA JOHNSON
My Appt Expires 5-24-26