Gustin C Brownlee
0073693
P.O Box 311 ElDorado Kansas 67042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Gustin C. Brownlee                    CASE NO. 20-3122-SAC-GEB
PLAINTIFF
         V.
Eyman Dowling
DEFENDANT Individul CAPACITY

MOTION REQUESTTING THAT ~~COURT~~ THE COURT
CONSTRUES PLAINTIFF's Claim OF UNSAFE
Conditions THAT Violated PLAINTIFF Eighth
Amendment Be Raised.

I GUSTIN C BROWNLEE, am the Plaintiff in the Above
Entitled Case. In Support of my motion

1 With-in Plaintiff's CAUSE OF ACTION Count 1, Supporting
Facts 2-3 Plaintiff Raised the Claim that EYMAN
DOWLING Violated Plaintiff's Eighth Amendment
Right to be Free From UNSAFE Conditions. (SEE Attachments
A & B)

Pursuant to K.S.A 53-601 (a) 2F USC$^s$ 1746 I Gustin C Brownlee, #0073693 here within declare upon my sole. Oath and under the penalty of Perjury (K.S.A 21-5903 18 U.S.C$^s$ 621). THAt I have read the MOTION REQUESTING THAT THE COURT Construes PlaINTIFF Claim OF UNSAFE Conditions THAT violated my Eighth Amendment BE Raised. I hereby veriFy that the matters Alleged therein are true.

Executed At ElDORADO KANSAS At EDCF

10-21-22

Gustin C Brownlee

*/s/ Gustin Brownlee/*

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: The Actions of EDCF Officers Dowling and Corby violated Plaintiff Eight and Fourteenth Amendments to the U.S Constitution when they Intentionally denied and delayed proper medical care, treatment and assistance

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

[1] On May 23, 2018 EDCF Staff Officer Eyman Dowling acted with deliberate indifference when He Intentionally denied and delayed proper medical care treatment and assistance. [2] Officer Dowling was operating the transport van while in the Commission of the

B) (1) Count II: The Actions of EDCF Officer Alex McCollough violated Plaintiff Rights Prohibiting Cruel and Unusual Punishment under the Eight Amendment to the U.S Constitution by using excessive Force and also Intentionally denied and delayed proper medical care

(2) Supporting Facts: 

[1] On May 23, 2018 Alex McCollough acted with deliberate indifference when He used excessive force and intentionally denied delayed proper medical care [2] EDCF Staff

C-2

## Count 1

1. Supporting Facts (cont)

Crime of texting and Driving on the 2900 Block west Central Avenue El Dorado, Ks When Plaintiff and both officers became involved in A Five vehicle crash.

(3) As A Result of EDCF STAFF Officer E. Dowling deliberate indifference that exposes Plaintiff to an unreasnable harm. As A result of this Collision I suffered A spinal cord Injury and also nserve damage caused by the Forces generated by the Collision throwing Plaintiff forward and then backwards. (SEE Attachments Affidavit of Facts, and Corizon Receipt of Medical Equipment/Appliance Forms and also Health Services request forms)

(4) Befor the Collision while stripping me out for transport. I informed EDCF STAFF OFFicer E. Dowling AFTer He ask me what was wrong with me, because He noticed me moving abnormally. I stated that I had previously been in a car accident years befor and I still suffered Pain from those Injuries. (SEE Attachments Affidavit of Facts and Incident report

(5) After the Collision I informed Officer E. Dowling that my Spinal Cord was injured and that I also re-injured injuries that I previously had, and