### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-3122-JAR-GEB |
| | ) |
| BRETT CORBY, EYMAN DOWLING, | ) |
| And ALEX McCOLLOUGH, | ) |
| | ) |
| Defendants. | ) |

### CLERK'S 14-DAY EXTENSION OF TIME

NOW on this 14th day of December, 2022, upon timely application, Defendants Brett Corby and Alex McCollough which have not requested any prior extensions, are hereby granted fourteen (14) additional days to file their responsive pleadings to the Second Amended Complaint [Doc. 25] filed by Plaintiff Gustin C. Brownlee. Defendants were served via waiver of service on October 24, 2022. Defendants' answers or other responsive pleadings were originally due on or before December 23, 2022. Therefore, the original time has not yet expired and Defendants' responsive pleadings are now due on or before January 6, 2023.

IT IS SO ORDERED.

Dated: 12/14/2022

/s/ Jeffrey S. Hokanson, Deputy Clerk
CLERK OF THE U.S. DISTRICT COURT
For the District of Kansas at Kansas City

Respectfully submitted,

*/s/ Tracy M. Hayes*
Tracy M. Hayes        KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:      913.234.6199
t.hayes@swrllp.com
**ATTORNEYS FOR BRETT CORBY AND ALEX McCOLLOUGH**

2