# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS CORBY AND MCCOLLOUGH MOTION TO DISMISS

COME NOW Defendants Brett Corby and Alex McCollough, and pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, move for an Order from the Court dismissing Plaintiff's Second Amended Complaint [Doc. 25] as Plaintiff has failed to state a claim upon which relief can be granted and failed to exhaust his administrative remedies, as set forth more fully in their Memorandum which is filed contemporaneously with this Motion.

WHEREFORE, Defendants Brett Corby and Alex McCollough request an Order from this Court dismissing Plaintiff's Second Amended Complaint, and for such other relief as is just and necessary.

Respectfully submitted,

 /s/ Tracy M. Hayes
Tracy M. Hayes         KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:     913.234.6199
t.hayes@swrllp.com
**ATTORNEYS FOR BRETT CORBY
AND ALEX McCOLLOUGH**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

Gustin C. Brownlee #73693
EL Dorado Correctional Facility – Central
PO Box 311
El Dorado, KS 67042

*/s/ Tracy M. Hayes*
**Attorney**