IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-3122-JAR-GEB |
| v. | ) |
| | ) |
| BRETT CORBY, EYMAN DOWLING, | ) |
| And ALEX McCOLLOUGH, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF DARCIE HOLTHAUS

Comes now, Darcie Holthaus, and declares under the penalty of perjury as follows:

1. I am currently employed by the Kansas Department of Corrections ("KDOC") as a Corrections Manager in the Division of Facilities Management.

2. My duties as a Corrections Manager include handling inmate grievances submitted to the Secretary of Corrections.

3. Resident Gustin Brownlee (KDOC #73693) is known to me.

4. I am aware that Resident Brownlee has filed a lawsuit concerning an automobile accident that allegedly occurred in May 2018.

5. I have carefully reviewed the grievance records of Resident Brownlee and found that he submitted only one grievance to the Secretary of Corrections in 2018. On August 14, 2018, the Secretary of Corrections received a Special Kind of Problems Grievance ("August 2018 Grievance") from Resident Brownlee. After determining that the issue raised in the August 2018 Grievance was one more appropriately addressed under the regular inmate grievance procedure, the August 2018 Grievance was sent back to

Resident Brownlee to be addressed through the inmate grievance procedure available at the facility. A true and correct copy of the August 2018 Grievance and response is attached hereto as Exhibit A.

6. No further grievance appeals were received by the Secretary of Corrections regarding the alleged May 2018 accident.

7. I also found two personal injury claims submitted by Brownlee related to the alleged May 2018 accident. True and correct copies of the 2018 personal injury claims are attached hereto has Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2022.

/s/ Darcie Holthaus
Darcie Holthaus

## STATE OF KANSAS



DEPARTMENT OF CORRECTIONS
714 SW JACKSON STREET, SUITE 300
TOPEKA, KS 66603

PHONE: (785) 296-3317
FAX: (785) 296-0014
KDOC_Pub@ks.gov

GOVERNOR JEFF COLYER, M.D.
JOE NORWOOD, SECRETARY

August 14, 2018

TO:   0073693 BROWNLEE, GUSTIN

El Dorado Correctional Facility

RE:   Special Kind of Problems Grievance

This is in response to your unnumbered grievance wherein you set forth concerns that you ask be treated as a "Special kind of problems" grievance pursuant to KAR 44-15-201.

The regulation provides that special problem grievances should be reserved for the most difficult and complex problems. Generally, any matter, which may be internally handled under the inmate grievance procedure, will not be considered as appropriate for treatment as a special problem or emergency.

It is the conclusion of this office that the matters raised in your letter do not constitute difficult or complex problems justifying treating them as special problems. Instead, the matters raised are the type, which may be handled internally under the inmate grievance procedure.

This office will not take further action on your grievance. As indicated above, you should use the inmate grievance procedure available at the facility level to raise the concerns you have expressed, if those problems have not already been resolved.

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

Enclosure-original grievance report form
cc:   Warden Snyder
      w/attachments
Image: SOCRESP
      w/attachments

KDOC EXHIBIT A

Dear
Mr. Secretary of Correction
Joe Norwood

RECEIVED
AUG 14 2018
DOC Facility Management Area

I write this letter under the Authority of 44-15-201 Special Procedures

**#1** I completed all lower stages of the grievance process at E.D.C.F. on 5-28-18 I turned in a Form 9 attached to a grievance to COI Sanchez. I talked with U.T Oluwatosin Oronsolu (Samson) about Form 9, grievance & also a personal Injury claim that was notarize by U.T Richard Hoover on 5-30-18. who refused to give me a copy. U.T Samson turned grievance over to U.T.M over the infirmary Mr. Hoover who did not respond in a timely manner. I sent a Special Procedures letter to the Warden Mr. Sniders who has not respond as well. This is a violation of 44-15-101 (F)

*with Attachments*

**#2** On or around May 23 2018 K.D.O.C. Staff members Eyman D. Dowling, Alex J. McCollough & C.O MS. Mitchell & other K.D.O.C. Staff members violated K.S.A § 75-2949 F personal conduct detrimental to State Service, Impp 02-118 Code of Ethic - Code conduct, My 8th Amendment to the U.S Constitution to be free from cruel & unusual punishment. Mr. Dowling negligent action caused a car accident in which I was Injured. I observed this officer looking at a cellphone multiple time before the accident. Mr. McCollough was physically abusive toward me. After the accident I was forced moved from wreck vans. then thrown into another. Upon arriving at the emergency entrance of the Infirmary I informed him that I was in pain

*Right*

med I needed help I was told to get out OF VAN & I INFORM
A McCollough A Second Time that I need help he told me
I would be FORCED more IF I didn't get out, That's when I w
thrown to FLOOR OF VAN & I was physically Abused. C.O
Mitchell was verbally Abusive toward me by calling me
bitch AS I was hollering because OF the pain I was
xperiencing She STATE I was FAKE & that STATE was BROKE
I need to cut It OFF. AFTER Accident I Requested to be seen
by ON Site Ambulance or TAKEN to hospital MR. BRETT W. CORBY
made A phone call & AFTER told me A VAN was come to get me.
I ASK that you do A Thorough Investigation found to be negligent be Dealt with According by Administration that the STAFF member that are to

    I hereby Certify under penalty OF perjury the forgoing
ETTER under special Procedures 44-15-201 was Filed and mailed on
his 3 day OF July , 2018 by placing such in the us mail E.D.C.F.
institutional mail box Addressed To.


ECRETARY OF CORRECTION
OE NORWOOD
anden STATE OFFICE Building
00 Jackson 4th Floor
PEKA, Kansas 66612     SUBSCRIBED AND SWORN TO BEFOR mo on
This 3 day of July, 2018            Gustin Brown
                                    GUSTIN C. BROWN

12-16-2020              NOTARY PUBLIC - State of Kansas
                        SHEILA MERCER
                        My Appt Expires 12-16-2020
y Commission EXPIRES                Notary public

DEAR WARDEN

SPECIAL PROCEDURES
44-15-201

I completed All lower stages of the grievance process. E.D.C.F STAFF members have not Responded within A Timely matter. MR. Samsons the U.T in the Infirmary Talked About my Form 9 & grievance with me, & also my personal Injury claim. MR. Hoover has not Respond.

On or Around May 23, 2018 SST STAFF Dousing, Mccoullough, co mitchell & other STAFF violated Impp 08-118 Code of Ethic - Code conduct and also my Right to the U.S Constitution To Be Free From Cruel & unusual punishment. SST Dousing negligent Actions caused A Car Accident in wich I was hurt. SST MCcoullough was Physically Abusive toward me. (The Name unknown in Attachment A) C.O mitchell was verbally Abusive toward me. Other STAFF members did not Follow The proper procedure when I was denided on site medical Attention & Refused to be taken to hospital. "See Attatchment A"
(Attatchment A will better Explain)

I ASK That you do A Thorough Investigation and that the STAFF members that Are Found to be negligent

I Ask not to be Retaliated Against an any Form or Removed From this Facility.

I hereby certify under penalty perjury the foregoing letter under special procedures 44-15-201 was Filed and mailed on this 19th day of June, 2018 by placing such in the U.S. Mail E.D.C.F Institutional Mailbox. Addressed to.

Warden Mr. Snider
1737 SE US Hwy 54
P.O Box 311
El Dorado, KS 67042

Subscribed and Sworn to before me on this 19th day of June, 2018

Gustin C. Brownlee # 73643
E.D.C.F P.O Box 311 El Dorado, KS 67042

12·16·2020
My Commission Expires

Notary Public

6/19/2018

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
Appt:

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12·16·2020

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name  GUSTIN C. BROWNLEE          Number 00031693

Receiving Staff Signature  Col _____ SANCHEZ     Date 5-28-18

**Effective Date (3-18-96) P-157**

J.T INFIRMARY

INMATE REQUEST TO STAFF MEMBER

To: MR. SAMSON
(Name and Title of Officer or Department)

COI ~~~~ SANCHEZ
Unit Team Member Signature

Date: 5-28-18

**To be retained by Inmate**




# KANSAS DEPARTMENT OF CORRECTIONS

## EL DORADO CORRECTIONAL FACILITY

REPORT OF INVESTIGATION                                                    PAGE 1 OF 1

| 1. Case: Injury | 2. Date of Personal Injury/Property Damage/Loss: 5/23/18 | 3. Amount of Claim: $50,000.00 |
|---|---|---|

| 4. Facility Log Number Assigned: CA0705095 | 5. Date Received: 6/13/18 |
|---|---|

| 6. Claimant: Brownlee, Gustin #73693 |
|---|

**ALLEGATIONS:** The offender has claimed that he was in a car accident around 5/23/18 and it was due to the negligence of the DOC staff member. He states he received a back injury during the accident and he was refused medical treatment at the hospital. He includes that he was also removed from the transport van with force causing him more pain.

The offender's issues were reviewed. The officer driving the van and the passenger in the van during the accident both included their statements for the incident. They did indicate that the offender was "walking abnormally" prior to the transport and when he was asked what was wrong he advised staff that his back was "messed up from working out".

**FINDING OF FACTS:** All of the offender's files were reviewed. He had reported issues prior to his transport and the accident. From there, medical has followed up with him and noted on many occasions that the injuries that the offender is reporting do not match the injuries that would be incurred during an accident like this one that occurred.

**RECOMMENDATION:** Recommend denial.

| Signature: [signed] | Date: 11/20/18 | 11. Distribution: ___ Major ___ Warden ___ Central Office ___ Offender ___ Other |
|---|---|---|

RECEIVED

JAN 25 2019

DOC Facility Management Office

THIS REPORT IS THE PROPERTY OF THE KANSAS DEPARTMENT OF CORRECTIONS.
NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

KDOC EXHIBIT B

# PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

## Section I

| | |
|---|---|
| Filed AT Facility No.: | Facility Initials: EDCF |
| Filed AGAINST Facility No.: | Facility Initials: EDCF |
| | (Refer to PLC coding manual for facility no. & initials) |

Name of Claimant (Last, First, MI): BROWNLEE GUSTIN C
KDOC Number: 0093693

Type of Claim (circle one): Lost Property    Damaged Property    (Injury)

Amount of Claim: 50,000
Date of Loss Damage, or Injury (MO/DAY/YR): MAY 23, 2018

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: _____

Otherwise, circle one of the following:   Mailroom    R&D    Central Property
                                          Laundry    Gym    Dining Room
                                          (Other Location)

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.):

On or around May 23, 2018 I was in a car accident caused by negligents of the K.D.O.C staff members. I received a back injury during accident. KDOC staff members refused me on site med & refused to take me to hospital. I was removed from transport van with force causing Most Pain ($50,000)

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: Gustin C Brownlee
Date: 5-30-18

Subscribed and sworn to before me this 30th day of May, 2018.
Notary Public: [signed]

NOTARY PUBLIC - State of Kansas
RICHARD A. HOOVER
My Commission Expires: 9/16/2018

Received from Offender/Claimant: Date: 5/30/18  Time: 10:45
UT Name (print): R. Hoover   UT Signature: R Hov   Claimant Initials: GB

## Section II

Received by Warden/Superintendent on (MO/DAY/YR): 6/13/18   Facility Log No. Assigned: AA0705095

Investigation Report: See response - EK

Date (MO/DAY/YR): 11/20/18   Investigator Name (print): E Knowles   UT Member or Investigator Signature: [signed]

Form #01-118D-001

### Section III

**Warden/Superintendent's Findings:**

**Warden/Superintendent's Recommendation:** 01-Approved for same amount
(circle one)  02-Approved for lesser amount of _____
 ③ 03-Disapproved
 04-Claim Withdrawn

Date (MO/DAY/YR): 11/26/2018   | Signature - Warden/Superintendent or Designee

### Section IV

Date Received by Central Office (MO/DAY/YR): 1-25-19

**Secretary's Response:**

**Secretary's Recommendation:** 01-Approved for same amount
(circle one)  02-Approved for lesser amount of _____
 (03-Disapproved)
 04-Claim Withdrawn
 10-Held pending submission of supplemental data

Date (MO/DAY/YR): 1-25-19   | Signature - Secretary or Designee

### Section V

Offer of Settlement (STAFF USE ONLY):

**CLAIMANT MUST COMPLETE THE FOLLOWING IF PAYMENT IS TO BE AWARDED**

I agree to accept the above offer as full and final settlement of this claim against the State of Kansas and any individual, employee or agent thereof, and I waive any claims against the State, its agencies or employees arising out of this incident.

Date: | Claimant Signature: | Social Security No.:

**NOTE:** This claim cannot be processed and paid by the Division of Accounts and Reports unless the claimant has disclosed his/her social security number. Any payments to offender claimants shall be in the form of credits to offender trust fund accounts.

Action by Accounts & Reports: Paid _____   Not Paid _____

Form #01-118D-001

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

### Section I

Filed AT Facility No.: _____ Facility Initials: _____
Filed AGAINST Facility No.: _____ Facility Initials: _____
(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): Brownlee Gustin C
KDOC Number: 0073693

Type of Claim (circle one): Lost Property | Damaged Property | **(Injury)**

Amount of Claim: _____
Date of Loss Damage, or Injury (MO/DAY/YR): _____

Where Loss, Damage, or Injury Occurred:
If occurred in cellhouse, enter cellhouse/room number: D2-Cellhouse 145
Otherwise, circle one of the following: Mailroom | Laundry | Other Location | R&D | Gym | Central Property | Dining Room

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): K.D.O.C & Corizon staff member's denied me medical treatment In the Recent past I was involved in a car accident in wich I was injured. I informed Corizon staff that my pain pill expired & wasn't working & that I had 11 blister that open & became infected Corizon staff Refused to see me because E.D.C.F "Captains" told them could not treat me until lockdown was over I ask 4 $10,000,000 for the denial of medical treatment

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: Gustin Brownlee
Date: 7-18-18

Subscribed and sworn to before me this 18 day of July, 2018.
Notary Public

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12·16·2020

My Commission Expires: 12·16·2020

Received from Offender/Claimant: Date: 7/18/18 Time: 3:35
UT Name (print): LS Mercer | UT Signature: LS Mercer | Claimant Initials: GB

### Section II

Received by Warden/Superintendent on (MO/DAY/YR): 7/24/18 Facility Log No. Assigned: Duplicate of Claim CA070505
Investigation Report:

Date (MO/DAY/YR): _____ | Investigator Name (print): _____ | UT Member or Investigator Signature: _____

Form #01-118D-001

Page 2 of 2, Attachment A, IMPP 01-118D
Effective 03-30-16
P-0590

### Section III

**Warden/Superintendent's Findings:**

**Warden/Superintendent's Recommendation:**
(circle one)

01-Approved for same amount
02-Approved for lesser amount of _____
03-Disapproved
04-Claim Withdrawn

Date (MO/DAY/YR):              Signature - Warden/Superintendent or Designee

### Section IV

Date Received by Central Office (MO/DAY/YR):

**Secretary's Response:**

**Secretary's Recommendation:**
(circle one)

01-Approved for same amount
02-Approved for lesser amount of _____
03-Disapproved
04-Claim Withdrawn
10-Held pending submission of supplemental data

Date (MO/DAY/YR):              Signature - Secretary or Designee

### Section V

Offer of Settlement (STAFF USE ONLY):

_____

**CLAIMANT MUST COMPLETE THE FOLLOWING IF PAYMENT IS TO BE AWARDED**

I agree to accept the above offer as full and final settlement of this claim against the State of Kansas and any individual, employee or agent thereof, and I waive any claims against the State, its agencies or employees arising out of this incident.

Date:       | Claimant Signature:                                    | Social Security No.:

**NOTE:** This claim cannot be processed and paid by the Division of Accounts and Reports unless the claimant has disclosed his/her social security number. Any payments to offender claimants shall be in the form of credits to offender trust fund accounts.

Action by Accounts & Reports: **Paid** _____ **Not Paid** _____

Form #01-118D-001