N C BROWNLEE
13

OX 311 EL DORADO, KANSAS 67042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C BROWNLEE<br>Plaintiff<br>V.<br>LYMAN Dowling<br>DEfendant Individul Capacity<br>In the Case, et al. | CASE No 5:20-cv-03122-JAR-GEB |

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff GUSTIN C BROWNLEE Pursuant to Rules 15(a) and 19(a) Fed R Civ P, requests leave to File an amended Complaint To Do A Complete and proper curing of the deficiencies I Attempted to Fixs when I incorrectly File A motion Requesting that the Court Construes plaintiff Claim of UNSafe Condition (Document Number: 34

C4 C6
On THE Cause OF ACTION SUPPORTHING Facts PA 3)
Count 1

Pursuant to K.S.A 53-601 (a) 2F USC° 1746 I Gustin C Brownlee. #0073693 here within declare upon my sole. oath and under the penalty of perjury (K.S.A 21-5903 18 U.S.C° 621). That K.D.O.K at EDCF gave my receipt of (Document Number 34 Efile to my cell mate on this date 1-6-23 he gave it to me) I still have note received A respone from the defendants. I have read the motion for LEAVE TO FILE AN AMENDED COMPLANT. I here by verify that the matter's Alleged therein are true. with 78 pg Attachments 3rd Amended civil rights complaint and Attachment
Executed At El Dorado Kansas
At EDCF
1-  -23

Gustin C Brownlee
Gustin C Brownlee

Additional Defendant(s)

(2) BRETT CORBY - Individul CAPACITY

(3) ALEX McCollough - Individul CAPACITY

A-1

(4) DEFENDANT ALEX McCollough is a resident of the State of Kansas, and is employed as Security at El Dorado Correctional Facility, and may be located at P.O Box 311, El Dorado, Kansas 67042.

At the time the Claims alleged in this Complaint arose this defendant was acting under the Color of State law. As Security at El Dorado Correctional Facility.

A-2