GUSTIN C. BROWNLEE
Name

0073693

P.O Box 311 El Dorado Kansas 67042
Address

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, Plantiff<br>*(Full Name)* | CASE NO. CASE 5: 20-CV-03122-JAR-GER<br>*(To be supplied by the Clerk)* |
| V. | DEMAND TRIal BV JURY |
| EVMAN DOWLING, Defendant (s)<br>Individul CAPACITY | CIVIL RIGHTS COMPLAINT<br>PURSUANT TO 42 U.S.C.<br>§1983 |

### A. JURISDICTION

1) GUSTIN C BROWNLEE, is a citizen of THE STATE OF Kansas
   *(Plaintiff)*           *(State)*

   who presently resides at El DORADO CORRECTIONAL FACILITY P.O BOX
   *(Mailing address or place*

   311 El DORADO, KANSAS 67042 .
   *of confinement.)*

2) Defendant EVMAN DOWLING is a citizen of
   *(Name of first defendant)*

   The STATE OF Kansas , and is employed as
   *(City, State)*

   SECURITY At El DORADO CORR. FACILITY . At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☑ No ☐ . If your answer is "Yes", briefly explain:

   Mr. Dowling was acting as security at the

   CORR. FACILITY

1

3) Defendant BETT CORBY _____ is a citizen of
*(Name of second defendant)*

The State of KANSAS _____, and is employed as
*(City, state)*

Security At El Dorado. Corr. FAcility . At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [X] No [ ] . If your answer is "Yes", briefly explain:

MR CORBY was acting as security at ElDoRado
Corr. FAcility

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

42 U.S.C Section 1981 and 42 U.S.C Section
1983 & Supplemental Jurisdiction

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On may 23.2018. the defendants. STAFF OFFicers EYMAN DowlinG
and Brett corby. Were transporting Plaintiff Gustin C.
BRownlee in A State transport van to a medical appointment
In wichita. KANSAS. OFFicer Dowling was in the commission
of the crime of texting driving. when the three occurants
of the van were involved in A Five vehicle Collision At
the 2900 Block of west Central Ave in El Dorado. ks
As a result of EYMAN Dowling committing the crime of

## B NATURE OF THE CASE (cont)

texting and driving, and Brett Corby failing to Intervene and also for not restrainning Plaintiff in the van seat the Correct way when the collision occurred. Plaintiff received A bruised Spinal cord and damage nerve, by the forces generated by the collision throwing Plaintiff forward and then backwards. Officers Dowling and corby Intentionally denied and delayed proper medical care, treatment and Assistance because they believed Plaintiff was faking like he was Injured.

(2) Plaintiff made known to EDCF STAFF OFFICERS Alex mccollough and unknow STAFF that he was Injured and unable to walk, and needed medical Assistance in order to Exit the van. but was forcefully and maliciously grabbed and druged out of wrecked VAN and thrown Into another. causing further Pain to Plaintiff back ect.

(3) Plaintiff was transported back to EDCF. upon arriving at the entrance of the infirmary, Plaintiff was met by various STAFF. Plaintiff made known to All that he was in Jured and unable to walk and needed medical Assistance in order to Exit the van. EDCF STAFF mocked and lauged at Plaintiff in total disregared to Plaintiff Pleas for medical Assistance. At this time Officer Alex mccollough threaten Plaintiff then forcefully and maliciously grabbed and drug

Plaintiff to Floor OF VAN Punching and kneeing him, causing Further Pain and injuries to Plaintiffs bACK ect. head, legs, arms. Plaintiff was denied Proper medical CARE and treatment.

As A direct and Proximate result of EDCF OFFICER'S Dowling, Corby and Mccollough's deliberate indifference and their inhuman Actions against Plaintiff, Plaintiff INjured his spinal cord and damaged his nerve and other body parts, suffered mental and Phyiscal Pain and suffering, was retaliated Against, Incurred medical expensas, lost income, and will incur Further medical expensas and lost income in the Future.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: The Actions OF Officers Dowling and Corloy violated Plaintiff Eight and Fourthteenth Amend to the U.S Constitution by Exposeing Plaintiff Unsafe Conditions and Intentionally denied and delayed Proper Medical care, Treatment and Assistance

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On May 23 2018 EDCF STAFF OFFICERS Eyman Dowling acted with deliberate indifference when He exposed Plaintiff to Unsafe Conditions by texting and driving and also by Intentionally denied and delayed PROPER Medical care treatment and Assistance. OFFICER Dowling was operating the

B) (1) Count II: The Actions OF Officer Alex McCollough violated Plaintiff eight and Fourthteenth Amend to the U.S Constitution by using excessive Force and also Intentionally denied & delayed Proper medical care, Treatment and Assistance

(2) Supporting Facts: _____

On May 23, 2018 Alex McCollough acted with deliberate indifference when He used excessive Force and Intentionally denied delayed PROPER medical care

3

XE-2 8/82                 CIVIL RIGHTS COMPLAINT §1983

CAUSE OF ACTION  Count 1
(2) Supporting Facts

transport van while in the commisson of the crime of texting and Driving on the 2900 Block west central avenue El Dorado, KS when Plaintiff and both officers became involved In A five vehicle Crash. (SEE Attachment Incident Report

3) As A result of officer E. Dowling deliberate indifference that exposes Plaintiff to an unreasonable harm. As A result of of this Collision I suffered A spinal cord Injury and also Nerve damage caused by the forces generated by the Collision throwing Plaintiff forward and then backwards. (SEE Attachments Affidavit of Facts and corizon Receipt of medical Equipment Appliance forms and also Health Services request forms

4) Befor the Collision I informed officer E Dowling After He ask me what was wrong with me, because He noticed me moving abnormally. I stated that I had Previously been in a car accident many years befor and I still suffered Pain From those Injuries (SEE Attachments Affidavit of Facts and Incident report

5) After the Collision I informed officer E. Dowling that my spinal cord was injured and that I re-injured injuries that I Previously had, and that I was in tremendous Pain, and that I needed to be seen

CAUSE OF ACTION Count1
supporting Facts

5) And treated by emergency medical personnel when they arrived at the collision scene. (SEE Attachment

6) Officer E. Dowling laughed at my request and mocked me. and told me that He did not believe me. and that I was acting like I was Injured. and that I would not be seen by emergency medical personnel when they arrive at collision scene. Officer E. Dowling stated that himself and officer Corby would be calling a van to take me back to EDCF. (SEE Attachments

7) IF officer E. Dowling have not had committed the crime of texting and driving and also Intentionally denied and delayed proper medical care, treatment and Assistance. by the emergency medical personnel at collision scene They would have been able to do a proper medical diagnoses on the spinal Injury I received. and taken me to the hospital. It was later determine by the doctor at EDCF and Doctor's Outside OF EDCF that as A result OF this collision I Injured my spinal cord wich is a serious medical need. It was so obvious that even a lay person would easily recognize that After Plaintiff was involved in A Five crash and complaining OF a spinal Injury the necessity for medical attention. Officer Dowling Failure to allow me to

## CAUSE OF ACTION Count 1
## Supporting Facts

7) be treat on scene result in further Significant ~~pain and~~ Injury, and unnecessay and wanton infliction of pain. I would have not Been Mishandle and Attacked by Officer Mccollough that resulted in Further Significant injury and excruciating pain, and Permanent damages. (SEE Attachments)

8) on MAY 23,2018 EDCF Officer Brett Corby acted with deliberate ind, fference that exposes Plaintiff to an ureasoable harm, by Failing to Intervene when Officers Dowling was committing the Crime of texting and driving and also failing to restrain Plaintiff in the VAN Seat correctly when collision occurred, and Intentionally denied and delayed proper Medical care treatment and Assistance. (SEE Attachments

9) Officer B. Corby stated to me that himself and Mr Dowling Decided I did Not have A Serious Medical Need, and I would be SEEN by emergency medical Personnel at collision Scene, and that they Decided that A VAN would be called to take me back to EDCF, and that He only call emergency Help For everyone else. SEE Attachments

10) IF Officer B. Corby had not have Intentionally denied and delayed proper medical care by the medical Personnel at collision scene; They would have been able to do a

CAUSE OF ACTION Cout/
Supporting Facts

10) PROPER medical diagnoses on the Spinal Injury I
received. I would not have Been Mishandle and Attacked by
A. McCoullough Causing new Injuries and Add to Previous Injuries
Causing excruciating unnecessary PAIN and Permanent damage

## Count II

(a) Supporting Facts (cont)

(2) On the 2900 Block West Central avenue, El Dorado, Ks Alex McCollough was immediately made aware of Plaintiff Injuries At Site of Collision. Officer A. McCollough Forcefully and maliciously grabbed and pulled Plaintiff to Floor of wrecked van causing me tremendous pain. Plaintiff is drug out of wrecked Security Van in Placed Into Another. (SEE Attachment Affidavit of facts and other Attachments)

(3) Upon Arriving At the Emergency Entrance at EDCF I made Know to Officer's A. McCollough and others that I was Injured unable to walk. and that I needed Medical Assistance and Help in order to exit Van. (SEE Attachments Affidavit of facts Ect.

(4) Officer A. McCollough Threaten that He would use Force if I did not get out of van without Assistance. because I was Faking like I was Injured.

(5) Officer A. McCollough along with Officer Cathy Mitchell Stated. that I was act like A Bitch and the State was broke with no money and that I needed to get out of Van. (SEE Attachments Affidavit of facts and other Ect

(6) Officer A. McCollough laughed and called Plaintiff out of his Name as he Forcefully and maliciously grabbed and pulled the Plaintiff to Floor of the

(2) Supporting Facts (cont)

Van a second time causing Plaintiff excruciating pain. While I was Handcuffed and Shackled in the rear of the State Security van I was kneed and punched by Officer A. McCollough (SEE Attachments Affidavit of Facts Ect.)

(7) Plaintiff was not resisting in any way, there was no need for force. Plaintiff was Handcuffed and Shackled A. McCollough Action were responsible for "the unnecessary and wanton infliction of Pain. Two disc from Plaintiff Spinal Cord Push against my sciatica nerve, causing Permanent damage. (SEE Affidavit Facts Ect.)

(8) Officer A McCollough told EDCF A STAFF Doctor Harrod to send Plaintiff back to my cell. STAFF Doctor Harrod ask Him what happen. Officer McCollough Informed about the collision. Doctor Harrod Stated that I should have Been taken to a Hospital, and then He ask why was I still handcuffed. then Doctor Harrod did an assessment on me deciding that My Injuries were Severe, and decided I needed immediate medical assistance

9 outside Doctor also determen that these incident cause Severe Injury and Permanent damage

C)  (1) Count III: _____

_____

_____

_____

    (2) Supporting Facts: _____

_____

_____

_____

### D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts

involved in this action or otherwise relating to the conditions of your imprisonment?

Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than

one lawsuit, describe the additional lawsuits on another piece of paper, using the same

outline.)

    a)  Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b)  Name of court and docket number _____

_____

    c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still

        pending?) _____

_____

    d)  Issues raised _____

_____

4

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative

officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is

"Yes", briefly describe how relief was sought and the results. If you answer is "No",

briefly explain why administrative relief was not sought.

Plaintiff Fully Exhausted the Administrative
Grievance Process in Accordance to law in
the State of Kansas department of corrections
Policy and PLRA Requirment

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I am Seeking monetary Reward For EAch defendant
in the Amout of $250.000 in Punitive damages for the individual
deliberate indifference to my rights I am seeking Compensatory
damges For my Mental and Emotional injury Pain and Suffing
From EAch defendant in the Amount of $250.000 I Am Seeking
Nominal damages legal Fees, Filing Fee and other Relief As It
Appears Plaintiff is Entitled

_____     _____
Signature of Attorney (if any)                          Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

To: <u>MR. SAMSON</u>
(Name and Title of Officer or Department)

<u>Col _____ SANCHEZ</u>
Unit Team Member Signature

Date: _____

**To be retained by Inmate**

(Attachment A) X A1

<u>BROWNLEE</u>
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

**KANSAS DEPARTMENT OF CORRECTIONS**

<u>00736.93</u>
Number

U.T INFIRMARY

**INMATE REQUEST TO STAFF MEMBER**

To: <u>MR. SAMSON</u>          Date: <u>5-28-18</u>
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.) Dowling + two ?

ONS OR AROUND MAY 23, 2018 SST STAFF MEMBER'S NAMES UNKNOWN AND C.O Mitchell Violated Impp 02-118 Code of Ethic - Code of Conduct and also Offend US Constitutional Right to be free from Cruel and unusual Punishment. As I was being Transpoted to a EAR and Eye Specialist, I observed the SS officers that was driving the vans looking at a flip Face (Dowling) Cellphone multiple times before Running into the BACK OF ANOTH

Work Assignment: _____
Comment: _____

Living Unit Assignment: _____
Unit Team Members Signature: _____

Disposition: Vehicle Causing a 4 CAR Accident. SST MR CORSBY asked me if I was ok. I told him that I was experiencing back + neck pains and I Requested to be seen by on site medical to SST MR CORSBY made a phone call. I was then told that I wa

To: _____
(Name & Number)

Date: _____

Disposition: not be seen ons site of accident nor would I be taken hospital + that a van was coming to get me. Two SST STAFF Men names unkown transpoted me back to EDCF upon arriving at EMERGENCY Entrance of the INFIRMARY I informed the SST

SEE BACK →

**To be returned to inmate.**

Employee's Signature

P-0009b

STAFF MEMBER that I was IN PAIN & that I needed help I was told by these STAFF MEMBER's that I could get out of the VAN by myself OR I would be REMOVED with FORCE. I was then pulled to the FLOOR of the TRANSPORT VAN causing me to be in even more PAIN, I hollered out. that is when C.O mitchell stated STOP ACTING like A Bitch & that I was A FAKER & that STATE was BROKE & to cut it out. SST STAFF told I believe NURSE FORD & ANOTHER NURSE what HAPPEN & they told them they should have taken me to the HOSPITAL. SST STAFF told them to send me back to my cellhouse. I was SEEN by DOCTOR MR. HARROD I Believe & AFTER he did his assessment on me he Decided it was best that I STAY within the INFIRMARY. Informal Resolution

I ASK That you do A Thorough INVESTIGATION and that the STAFF MEMBERS that ARE Found to be Negligent be Dealt with ACCORDINGLY. by Administration

SST MR. CORSBY WAS REALLY NICE to me DURING the INCIDENT I DON'T believe He Should Be punished IN ANY Kinda WAY

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name **Gustin C. Brownlee**  Number **00736693**

Facility **E.D.C.F.**  Housing Unit **INFIRMARY #109**  Work Detail **LAY-IN**

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc., how you have ~~been~~ affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. forms or other correspondence and response from staff member). ON OR AROUND MAY 23, 2018 SGT. STAFF Mitchell & two Sgt names unknown Co Mitchell & other STAFF violated IMPP 118 code of ethic - code of conduct and also my right to the U.S. Constitution to be free from cruel & unusual punishment. K.D.O.C STAFF members Staff negligent action caused a 4 car accident in wich I was "hurt" STAFF members did not follow proper procedure. They were physically & verbally abusive toward me when they should have been giving me the help I was requesting (Attachment A will better explain) 5-25-18

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

---

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____

Unit Team Signature _____  Date _____

---

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Date _____

Inmate Signature _____

---

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

...alt with Accordingly by Administr...

SST MR. CORSBY WAS
Really Nice to me
during this incident
I don't believe He
should Be punished
in any kinda way

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Gustav C Brandvise_  Number _00736093_

Receiving Staff Signature _COI_ _Sanchez_  Date _5-26-18_

**Effective Date (3-18-96) P-157**

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _Gustin C. Brownlee_                    Number _0006693_

Receiving Staff Signature _Col Tilly Sumner_        Date _5-28-18_

**Effective Date (3-18-96) P-157**

EAR WARDEN

# SPECiAL PROCEDURES
## 44-15-201

I completed All lower Stages of the grievance. Process. E.D.C.F STAFF members have not Responded within A Timely matter. MR. Samsons the U.T in the Infirmary Talked About my form 9 r grievance. with me, r also my personal Injury claim. MR. Hoover has not Respond.

On or Around MAY 23, 2018 SST STAFF Dowling, Mccoullough, co mitchell r other STAFF violated Emp 02-118 Code. OF Ethic - Code. conduct and also my Right to the. U.S Constitution To Be. Free. From Cruel r Unusual punishment. SST Dowling negligent Actions Caused A CAR Accident in wich I was hurt. SST McCoullough was physically Abusive toward me. (The name Unknown in Attachment A) C.O mitchell was verbally Abusive toward me. Other STAFF members did not Follow The proper procedure. When I was denied On site. medical Attention r Refused to be. Taken to hospital. "See Attatchment A"
(Attatchment A will better Explain)

I ASK That you do A Thorough Investigation ____ ____ STAFF members that Are Found to be negligent

I ask not to be Retaliated against an any form or removed from this facility.

I hereby certify under penalty perjury the foregoing letter under Special Procedures 44-15-201 was filed and mailed on this 19th day of June , 2018 by placing such in the u.s. mail E.D.C.F Institutional Mailbox. Addressed To.

Warden Mr. Snider

1737 SE US Hwy 54

P.O Box 311

El Dorado, Ks 67042

Subscribed and sworn to befor me on This 19th day of June , 2018

Gustin C. Brownlee #73693
E.D.C.F P.O Box 311 Eldorado, Ks
67042

12·16·2020

My Commission Expires

6/19/2018

Notary Public

NOTARY PUBLIC - State of Kansas
SH: MERCER
Apqt.

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12·16·2020

DEAR
SECRETARY OF CORRECTION
MR. JOE NORWOOD

I write this letter under the Authority of
44-15-201 Special Procedures

**1#** I completed All lower stages of the grievance process
At E.D.C.F. on 5-28-18 I turned in A Form 9 Attached to A
grievance to COI Sanchez. I talked with L.T Oluwatosin
Oronsolu (Samson) About Form 9, grievance, & also A
personal injury Claim that was Notarize by L.T Richard
Hoover on 5-30-18 who Refused to give me A copy. L.T
Samson Turned grievance over to U.T.M over the
Infirmary Mr. Hoover who did Not Responed in A
Timely matter. I sent A Special Procedures letter
To the Warden Mr. Snider who has Not Respond
as well. This is A Violation of 44-15-101 (F)

with
ATTACHMENTS

**#2** One or Around May. 23 2018 K.D.O.C Staff members
Eyman D. Dowling, Alex J. Mccollough & C.O Ms. Mitchell
& other K.D.O.C Staff members Violated K.S.A § 75-
2949 F personal conduct detrimental to State Service.
Impp 02-118 Code of Ethic - Code conduct. My 8th Amendment
To the U.S Constitution To Be Free From Cruel & unusual
punishment. Mr. Dowling negligent Action caused A
Car Accident in which I was Injured. I observed
This Officer looking At A Cellphone multiple
time before the Accident. Mr. Mccollough was physically
Abusive toward me. After the Accident I was Force
Moved From wreck vans then thrown into Another.
Upon Arriving At the Emergency Entrance of The
Infirmary I Informed him that I was In pain

Right

d I needed help I was told to get out OF VAN & I INFORM
d McCollough A second Time, that I need help he told me A
I would be FORCED more. IF I didn't get out, That's when I w
brown to FLOOR OF VAN & I was physically Abused. C.O
Mitchell was verbally Abusive toward me by calling me
bitch As I was hollering because OF the pain I was
experiencing She STATE I was FAKE & that STATE was BROKE
I need to cut It OFF. AFTER Accident I Requested to be seen
by ON Site Ambulance OR TAken to hospital MR. BRETT W. CORBY
made A phone CALL & AFTER told me. A VAN was come to get me.
I Ask That you do A Thorough INVestigation that the STAFF member that ARE to
found to be negligent be Dealt with According
by Administration

I hereby certify under penalty of perjury the Forgoing
Letter under special procedures 44-15-201 was Filed and mailed ON
this 3 day OF July, 2018 by placing such in the U.S mail E.D.C.F
Institutional mail box Addressed To.

SECRETARY OF CORRECTION

JOE NORWOOD

ANDON STATE OFFICE Building

100 Jackson 4th Floor

OPEKA, Kansas 66612    SUBSCRIBED AND SWORN TO before me on

This 3 day of July, 2018

Gustin Browne

Gustin C. Browne

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12-16-2020

Notary public

12-16-2020

MY Commission EXPIRES

E²¹⁵⁹



STATE OF KANSAS

DEPARTMENT OF CORRECTIONS
714 SW JACKSON STREET, SUITE 300
TOPEKA, KS 66603

PHONE: (785) 296-3317
FAX: (785) 296-0014
KDOC_Pub@ks.gov

GOVERNOR JEFF COLYER, M.D.
JOE NORWOOD, SECRETARY

August 14, 2018

TO:    0073693 BROWNLEE, GUSTIN

       El Dorado Correctional Facility

RE:    Special Kind of Problems Grievance

This is in response to your unnumbered grievance wherein you set forth concerns
that you ask be treated as a "Special kind of problems" grievance pursuant to KAR
44-15-201.

The regulation provides that special problem grievances should be reserved for the
most difficult and complex problems. Generally, any matter, which may be
internally handled under the inmate grievance procedure, will not be considered as
appropriate for treatment as a special problem or emergency.

It is the conclusion of this office that the matters raised in your letter do not
constitute difficult or complex problems justifying treating them as special problems.
Instead, the matters raised are the type, which may be handled internally under the
inmate grievance procedure.

This office will not take further action on your grievance. As indicated above, you
should use the inmate grievance procedure available at the facility level to raise the
concerns you have expressed, if those problems have not already been resolved.

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

Enclosure-original grievance report form
cc:    Warden Snyder
       w/attachments
Image: SOCRESP
       w/attachments

RECEIVED
SEP 1 0 2018
Wardens Office

Offender
File
UT Perkins

U.T.

**INMATE REQUEST TO STAFF MEMBER**

To: MRS. BUCHANAN                     Date: 9-21-18

_(Name and Title of Officer or Department)_

UTJ Blehason

_Unit Team Member Signature_              **To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLES

_Last Name Only_

**KANSAS DEPARTMENT OF CORRECTIONS**
**Informal Resolution**    OOT36013
**INMATE REQUEST TO STAFF MEMBER**    _Number_

U.T

To: MRS. BUCHANAN          Date: 9-21-18
_(Name and Title of Officer or Department)_
State completely but briefly the problem on which you desire assistance. (Be specific.)

ON OR AROUND SEPTEMBER 13 I RECEIVED A special kind of problems Grievance
back from the SECRETARY of CORRECTION OFFICE. The Conclusion that
was made, was that the matters raised in my letter can be Handled
Internally under the Inmate Grievance. ~~Grievance Procedure~~ PROCEDURE.
I completed All Lower STAGES of GRIEVANCE PROCEDURE AT E.D.C.F
(see 14 page ATTACHMENT) I SEEKED Help from following K.D.O.C STAFF

Work Assignment: LAY-IN          Living Unit Assignment: B2-159

Comment: (DUPLICATE FORM 9          Unit Team Members Signature: _____
              UTJ Blehason )

---

Disposition: U.T MR Oluwatosin Oronsolu (SAMBON) who INFORMED me that
He was turning my GRIEVANCE over to U.T.M MR Richard Hoover I
talked with MR Hoover & I turned IN A personal INJURY Claim & was
told He Needed a little time to INVESTIGATE. MR. Hoover did Not

To: _____          Date: _____
_(Name & Number)_

Disposition: RESPOND IN A Timely MATTER This is A violation of 44-15-101 (I
He also REFUSED ME A copy of my personal INJURY Claim. I talked
with U.T MS SHEILA MERCER who INFORMED me to write WARDEN MR.
SYNDER who's office did Not RESPOND with IN A Timely matter
                                              44-15-101 (F)

_____          **To be returned to inmate.**
_Employee's Signature_

P-0009b

I talk with MS. MERCER A second time and was Informed
o write to SECRETARY OF CORRECTIONS she gave me his name d
address. I would like 4 you to do A Investigation Into
why my Due PROCESS Rights ARE being Violated by K.D.O.(
STAFF members

I'm being Refused the Right to the Inmat
Grievance PROCEDURE & also the Right to Submit A
Personal Injury Claim   (SEE ATTACHMENT 14 PAGES)

Help me Understand what's
going ON
44 - 15 - 101 (F)

E.A.I

INMATE REQUEST TO STAFF MEMBER

To: MR. CANNON                                          Date: 6-17-18
        (Name and Title of Officer or Department)
        CSI  JOHNSON, L

        Unit Team Member Signature

To be retained by Inmate

X   X   X

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLEE
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

E.A.I                    INMATE REQUEST TO STAFF MEMBER

0073693
Number

To: MR. CANNON                         Date: 6-17-18
        (Name and Title of Officer or Department)
        State completely but briefly the problem on which you desire assistance. (Be specific.)

#1 I REQUEST that the following video footage be PRESERVE
SST McCollough Removing me from TRANSPORT VAN ON MAY 23, 2018
At The EMERGENCY ENTRANCE of the INFIRMARY

#2 MR. HOOVER Coming INTo Cell #109 IN INFIRMARY ON OR
AROUND MAY 30th OR MAY 31st & MR. Hoover Coming to Cell #109 ON

Work Assignment: LAY-IN                  Living Unit Assignment: D2-145

Comment: COPY                            Unit Team Members Signature: _____

Disposition: JUNE 1st, ON MAY JUNE 18th I talk with MR. Hoover West gym lunch
#3 ON JUNE 4 West gym After getting Laundry I almost fell
overs walker and I was put in wheelchair and Taken to D-cellhouse

To: _____            Date: _____
        (Name & Number)         5

Disposition: #4 ON June 5th At Cell 145 I was put on stretcher
and Taken to the clinic #5 ON JUNE 5th IN FRONT OF D-cellhouse
put on stretcher & TAKEN to clinic #6 ON June 2nd West gym
I was put in wheel After meal line & TAKEN to D-cellhouse

Employee's Signature                                     To be returned to inmate.

P-0009b

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLEE
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

0013693
Number

U.T.M

## INMATE REQUEST TO STAFF MEMBER

To: English _____     Date: 10-30-18
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I turned ins a Form 9 to U.T Mrs. Buchanan with 14 page Attachment
ons 9-24-18 About being Refused the Right to the Inmate
Grievance procedure & also the Right to submit A
personal Injury claim I was told by you that you
sent her A E-mail and I should wait on mrs Buchanan
to respond and I should give some time because she

Work Assignment: Lay-in _____     Living Unit Assignment: E2-159

Comment: _____     Unit Team Members Signature: _____

Disposition: moved to D-cellhouse, has she respond yet? See 14
page Attachment Mr. English if mrs. Buchanan Refuses to help me
can you or Refer me to proper office or department?
e-mail sent to Ms. Buchanan & Mr. Hoover 10-30-18

R English

To: _____     Date: _____
(Name & Number)

Disposition: _____

_____
Employee's Signature

**To be returned to inmate.**

P-0009b



**Kansas Department of Corrections**
**Receipt of Medical Equipment/Appliance Form**

I, _Brownlu_ _____ _(illegible)_ _____

(Print Name)                                    (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☐ Wheelchair

☐ Other – describe:  APEX SHOE  B4500  _____

Purchased by:  CORIZON HEALTH CARE  ____ Expiration Date: _____

☒ I acknowledge that the equipment/appliance is functional for my use.

☐ i acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| | Date |
|---|---|
| Inmate Signature | _(illegible)_ |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| _(illegible)_ | _(illegible)_ | | | _(illegible)_ |

(White-Medical File     Yellow-Security Property Officer     Pink-Inmate/Patient)

© 2014 Corizon Health, Inc.

NA7045KS
Issued 11/2014



### Kansas Department of Corrections
### Receipt of Medical Equipment/Appliance Form

I, _____    _____
    **(Print Name)**                                         **(Date)**

Acknowledge receipt of the following medical equipment or appliance:

- ☐ Cane
- ☐ Crutches
- ☐ Dentures (5 years)
- ☐ Eye Glasses (2 years)
- ☐ Hearing Aid
- ☐ Knee Brace
- ☐ Splint
- ☐ Prosthesis – describe: _____
- ☐ Wheelchair

- ☐ Other – describe: _____

Purchased by: _____    Expiration Date: _____

☐ I acknowledge that the equipment/appliance is functional for my use.

☐ I acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

|  | Date |
| --- | --- |
| Inmate Signature |  |
|  | Date |
| Witness Signature |  |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

© 2014 Corizon Health, Inc.

NA7045KS
Issued 11/2014



**Kansas Department of Corrections**
**Receipt of Medical Equipment/Appliance Form**

I, _Brawnlee_ _____ _3/16/19_
   (Print Name)                                    (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☑ Wheelchair     # 2e

☐ Other – describe: _____

Purchased by: _Corizon_ _____   Expiration Date: _3/16/20_ _____

☐ I acknowledge that the equipment/appliance is functional for my use.

☐ I acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that
replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| x _Keith Brownlee_ | 3-16-19 |
|---|---|
| **Inmate Signature** | Date |
| _(signature)_ | 3/16/19 |
| **Witness Signature** | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Brownlee Christn | 73093 | 10.2.83 | M | EDCF |

(White-Medical File   Yellow-Security Property Officer   Pink-Inmate/Patient)

© 2014 Corizon Health, Inc.

NA7045KS
Issued 11/2014



## Kansas Department of Corrections
## Receipt of Medical Equipment/Appliance Form

Brownlee Austin     7-22-19

(Print Name)          (Date)

Acknowledge receipt of the following medical equipment or appliance:

- ☑ Cane
- ☐ Crutches
- ☐ Dentures (5 years)
- ☐ Eye Glasses (2 years)
- ☐ Hearing Aid
- ☐ Knee Brace
- ☐ Splint
- ☐ Prosthesis – describe: _____
- ☐ Wheelchair

- ☐ Other – describe: _____

Purchased by: Corizon     Expiration Date: 07/22/20

☑ I acknowledge that the equipment/appliance is functional for my use.

☑ I acknowledge the equipment/appliance is in good working condition.

☑ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| Austin Brownlee | 7/22/19 |
|---|---|
| Inmate Signature | Date |
|  | 7/22/19 |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Brownlee Austin | 73493 |  | B/M | EDCF |

E' – 142

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

© 2014 Corizon Health, Inc.

NA7045KS
Issued 11/2014



### Kansas Department of Corrections
### Receipt of Medical Equipment/Appliance Form

I, _Brownlee_     _1/20/19_
(Print Name)        (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane   o1

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☐ Wheelchair

☐ Other – describe: _____

Purchased by: _Corizon_     Expiration Date: _1/29/2020_

☐ I acknowledge that the equipment/appliance is functional for my use.

☐ I acknowledge the equipment/appliance is in good working condition.

☐ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| Inmate Signature | Date 1/20/19 |
|---|---|
| Witness Signature | Date 1/29/19 |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| | 7392 | | M | |

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

© 2014 Corizon Health, Inc.

NA7045KS
Issued 11/2014



Kansas Department of Corrections
Receipt of Medical Equipment/Appliance Form

I, _Brownlee, Gustin_ _07-29-19_
(Print Name)                    (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☐ Wheelchair

☑ Other – describe: _Back Support_____

Purchased by: _Corizon_____ Expiration Date: _07-29-2020_

☑ I acknowledge that the equipment/appliance is functional for my use.

☑ I acknowledge the equipment/appliance is in good working condition.

☑ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| | |
|---|---|
| _Gustin Brownlee_ | |
| Inmate Signature | Date |
| _[signature]_ | _07/30/19_ |
| Witness Signature | Date |

| Brownlee, Gustin | 73693 | | male | EDCF |
|---|---|---|---|---|
| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

© 2014 Corizon Health, Inc.

NA7045KS
Issued 11/2014



## Kansas Department of Corrections
## Receipt of Medical Equipment/Appliance Form

I, _Brownlee_    _11-14-18_
(Print Name)    (Date)

Acknowledge receipt of the following medical equipment or appliance:

☐ Cane

☐ Crutches

☐ Dentures (5 years)

☐ Eye Glasses (2 years)

☐ Hearing Aid

☐ Knee Brace

☐ Splint

☐ Prosthesis – describe: _____

☐ Wheelchair

☐ Other – describe: APEX SHOE B4500 _____

Purchased by: CORIZON HEALTH CARE    Expiration Date: _11-11-19_

☒ I acknowledge that the equipment/appliance is functional for my use.

☒ I acknowledge the equipment/appliance is in good working condition.

☒ I acknowledge that this equipment has been purchased for me by Corizon Health Inc., and that replacement of this equipment/appliance due to loss, damage or willful destruction is my responsibility.

| Inmate Signature | Date |
|---|---|
|  | 11-14-18 |
| Witness Signature | Date |

| Name (Last, First, Middle) | DOC# | DOB | Race/Sex | Facility |
|---|---|---|---|---|
| Brownlee, (Austin) | 73603 |  |  | EDCF |

(White-Medical File    Yellow-Security Property Officer    Pink-Inmate/Patient)

© 2014 Corizon Health, Inc.

NA7045KS
Issued 11/2014



# HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

| FOR MEDICAL USE ONLY | Service Requested |
|---|---|
| Sólo para uso médico | Servicio Solicitado |
| Date Received: _____ | ☒ Nurse  ☐ Doctor  ☐ Dental |
| | Enfermera  Doctor  Dental |
| Time Received: _____ | ☐ Mental Health  ☐ Eye Doctor |
| | Salud Mental  Médico de los ojos |

Print Name (Imprimir nombre): Cristan C Brownlee

Date of Request (Fecha de solicitud): 11-19-19

ID #: 0073603          Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la Vivienda): F1-142

Nature of problem or request (Naturaleza del problema o solicitud): I would like to renew my order 4 tens

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

X _____
Cristan Brownlee
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA  (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: Ladson RN

Date: 11/21/19          Time: _____  am  pm (circle one)

Called Down at: _____N/A_____  (for urgent issue)

Other: N/A

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: TENS renewed x 60 days (expires 1/19/20).  Follow up if symptoms worsen or new symptoms arise.

Staff Signature: _____          Date: 11/21/19

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**HEALTH SERVICES REQUEST FORM**
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY<br>Sólo para uso médico |
|---|
| Date Received: _____ |
| Time Received: _____ |

**Service Requested**
Servicio Solicitado

| ☒ Nurse<br>Enfermera | ☐ Doctor<br>Doctor | ☐ Dental<br>Dental |
|---|---|---|
| ☐ Mental Health<br>Salud Mental | ☐ Eye Doctor<br>Médico de los ojos | |

Print Name (Imprimir nombre): AUSTIN C BROWNICC

Date of Request (Fecha de solicitud): 1-18-19

ID #: 70713003    Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la Vivienda): A2 129

Nature of problem or request (Naturaleza del problema o solicitud): I NEEDED to SEE NURSE
I'M IN PAIN FOR MEN did NOT HELP

Harrod

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_Sarah Browne_
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: 3/10/19    Time: _____ am pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | |
|---|---|---|---|---|---|
| Initial | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☒ $2.00 | | | | | |

Comments: _____ ON Harrod List _____

Staff Signature: _____    Date: 3/10/19

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



# HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received: _____

Time Received: _____

**Service Requested**
Servicio Solicitado

☒ Nurse — Enfermera | ☐ Doctor — Doctor | ☐ Dental — Dental
☐ Mental Health — Salud Mental | ☐ Eye Doctor — Médico de los ojos

Print Name (Imprimir nombre): Curtis C. Brown Jr.

Date of Request (Fecha de solicitud): 4-3-19

ID #: 0073603    Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la Vivienda): A1-1-9

Nature of problem or request (Naturaleza del problema o solicitud): I've been to sick call for this and I need a tube. It's for my neck injury I received on 6-23-18. I'm still have problems I need a new tube.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designada.)
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____ RN

Date: 4-4-19    Time: 0700   am / pm (circle one)

Called Down at: _____ (for urgent issue)

Other: 124   97.5   136/77   71   18   99

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☒ $2.00 | | | | | |

Comments: _____

Staff Signature: _____ RN    Date: 4-4-19

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



# HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

| FOR MEDICAL USE ONLY | Service Requested |
| --- | --- |
| Sólo para uso médico | Servicio Solicitado |

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received: _____

Time Received: _____

**Service Requested**
Servicio Solicitado

| ☒ Nurse Enfermera | ☒ Doctor Doctor | ☐ Dental Dental |
| ☐ Mental Health Salud Mental | ☐ Eye Doctor Médico de los ojos | |

Print Name (Imprimir nombre): Marvis C Brownlee

Date of Request (Fecha de solicitud): 7-7-19

ID #: 0773603    Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la Vivienda): E1-112

Nature of problem or request (Naturaleza del problema o solicitud): I was STARED from BED one 5-2-19 The last five day I've been walking for a long distance. Arms AND calves cramping. I spoke to the dentist Coreson staff Carl that I'm already experiencing to increase I am requesting to be seen by Corizon staff I need A Back Brace of Apex shoe B4500

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

X _____

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record    Yellow Copy- Inmate/Patient    Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____ CH3 RN

Date: 7/8/19    Time: 0800    am pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | Nurse | Doctor | Dentist | Eye Doctor | Mental Health | ARNP |
| --- | --- | --- | --- | --- | --- | --- |
| Initial | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☒ $2.00 NK | | | | | |

Comments: referral to HCP

Staff Signature: _____ CH3 RN    Date: 7/8/19

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



# CORIZON
### HEALTH™

## HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

E.142

OK

<table>
<tr><td colspan="2"><strong>FOR MEDICAL USE ONLY</strong><br>Sólo para uso médico<br><br>Date Received: _____<br><br>Time Received: _____</td></tr>
</table>

<table>
<tr><td colspan="2"><strong>Service Requested</strong><br>Servicio Solicitado</td></tr>
<tr><td>☐ Nurse<br>Enfermera</td><td>☐ Doctor<br>Doctor</td><td>☐ Dental<br>Dental</td></tr>
<tr><td>☐ Mental Health<br>Salud Mental</td><td colspan="2">☐ Eye Doctor<br>Médico de los ojos</td></tr>
</table>

Print Name (Imprimir nombre): Curtis C. Brouster

Date of Request (Fecha de solicitud): 17-5-19

ID #: 0073693   Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la Vivienda): E1-14

Nature of problem or request (Naturaleza del problema o solicitud): Just got out of Seg I need you to put my Asoms Back on list for TENS Unit & also on my Gosery, and has am Worknout Group Ep. user!

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

X _____

Dustin Brouster
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designada.)
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

**Triaged by:** C4 RN

**Date:** 7/8/19          **Time:** 0800   (am) pm (circle one)

**Called Down at:** _____ (for urgent issue)

**Other:** _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ -$2.00 N/C | | | | | |

**Comments:** _____

**Staff Signature:** C4 RN          **Date:** 7/8/19

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



# HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY | Service Requested |
|---|---|
| Sólo para uso médico | Servicio Solicitado |
| Date Received: 6/20/19 | ☐ Nurse / Enfermera  ☐ Doctor / Doctor  ☐ Dental / Dental |
| Time Received: 1100 | ☐ Mental Health / Salud Mental  ☑ Eye Doctor / Médico de los ojos |

Print Name (Imprimir nombre): GUSTIN C BROWNLEE

Date of Request (Fecha de solicitud): _____

ID #: _____  Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la Vivienda): AO 121

Nature of problem or request (Naturaleza del problema o solicitud): I have been seeing blurry in my back to intensely that the intake at I in limited I will appreciate being sitting the or to be no vestions for not have and think of leh who relined to the list and by the way I have the need the other the use it have

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designada.)
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

written response

(Original – Medical Record    Yellow Copy- Inmate/Patient    Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: MWey

Date: 6/20/19                Time: 1148        am / pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☑ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☑ Nurse | ☐ Doctor | ☑ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: let back to HCP for concerns NIC

Staff Signature: MWey                Date: 6/20/19

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**HEALTH SERVICES REQUEST FORM**
(Formulario de Solicitud de Servicios de Salud)

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received: _____

Time Received: _____

**Service Requested**
Servicio Solicitado

| ☑ Nurse | ☐ Doctor | ☐ Dental |
| Enfermera | Doctor | Dental |
| ☐ Mental Health | ☐ Eye Doctor | |
| Salud Mental | Médico de los ojos | |

Print Name (Imprimir nombre): Gustan C Brammer

Date of Request (Fecha de solicitud): 4-4-19

ID #: 0073093          Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la Vivienda): L2B 129

Nature of problem or request (Naturaleza del problema o solicitud): I am currently taking a Toxic show I've been exposing to Asb/it exposure

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

#168     114/72
98.7
64
16
99%

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designada.)
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: 4-5-19          Time: 0700   am pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____ Please use Saline in your cell -ETH

Staff Signature: J Hazen RN          Date: 4-5-19

NA7141-KS-DOC
Issued 01/06/2013                                                ©2013 Corizon Health, Inc.



# HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

<table>
<tr><td><strong>FOR MEDICAL USE ONLY</strong><br>Sólo para uso médico<br><br>Date Received: _____<br><br>Time Received: _____</td><td colspan="2"><strong>Service Requested</strong><br>Servicio Solicitado<br>☑ Nurse   ☐ Doctor   ☐ Dental<br>Enfermera   Doctor   Dental<br>☐ Mental Health   ☐ Eye Doctor<br>Salud Mental   Médico de los ojos</td></tr>
</table>

Print Name (Imprimir nombre): Gustin C Braunlee

Date of Request (Fecha de solicitud): 3-10-19    Date of Birth (Fecha de nacimiento): 10-2-83

ID #: 20036043

Housing Location (Ubicación de la Vivienda): DA-129

Nature of problem or request (Naturaleza del problema o solicitud): I'm still in pain after getting that Teeth out 3 mlolxng pain and are not I'm requesing to be seen by Doctor Harris

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designada.)
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

## (THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER

Triaged by: _____

Date: 3/11/19    Time: 0700   am pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

<table>
<tr><td>Initial<br>Appointment<br>Fee Charge</td><td>☐ Nurse<br>☐ Nurse<br>☐ $2.00</td><td>☐ Doctor<br>☐ Doctor</td><td>☐ Dentist<br>☐ Dentist</td><td>☐ Eye Doctor<br>☐ Eye Doctor</td><td>☐ Mental Health<br>☐ Mental Health</td><td>☐ ARNP<br>☐ ARNP</td></tr>
</table>

Comments: You are on the list to see the provider for this issue

Staff Signature: _____    Date: 3/11/19

©2013 Corizon Health,

NA7141-KS-DOC
Issued 01/06/2013



# HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

**FOR MEDICAL USE ONLY**
Sólo para uso médico

Date Received: _____

Time Received: _____

**Service Requested**
Servicio Solicitado

☐ Nurse / Enfermera  ☐ Doctor / Doctor  ☐ Dental / Dental
☐ Mental Health / Salud Mental  ☐ Eye Doctor / Médico de los ojos

Print Name (Imprimir nombre): Gustos C. Brovinster

Date of Request (Fecha de solicitud): 2-28-19

ID #: 95731.93    Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la Vivienda): M-12a

Nature of problem or request (Naturaleza del problema o solicitud): My prescription for Excedrin migraine ran out. I informed Corizon Staff that the pills I'm taking are helping with pain

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro por algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record    Yellow Copy- Inmate/Patient    Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: R. Parrott RN

Date: 3/6/19    Time: 0840    am / pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | Nurse | Doctor | Dentist | Eye Doctor | Mental Health | ARNP |
|---|---|---|---|---|---|---|
| Initial | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: Tylenol already renewed, I/m in HCP cont.

Staff Signature: P. Parrott                    Date: 3/6/19



CORIZON HEALTH™

# HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

FOR MEDICAL USE ONLY
Sólo para uso médico

Date Received: _____

Time Received: _____

Service Requested
Servicio Solicitado

☐ Nurse        ☑ Doctor      ☐ Dental
Enfermera      Doctor        Dental

☐ Mental Health   ☐ Eye Doctor
Salud Mental      Médico de los ojos

Print Name (Imprimir nombre): _Austin Brown Lee_

Date of Request (Fecha de solicitud): _6-24-19_

ID #: _#73693_          Date of Birth (Fecha de nacimiento): _10-2-83_

Housing Location (Ubicación de la Vivienda): _A-2-131_

Nature of problem or request (Naturaleza del problema o solicitud): _I was getting treated for my back pain_
_I need the order re-issue. I also need the insole/gel pads—for my_
_walk to be re-issued. Thank you._

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record    Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____

Date: _6/25/19_          Time: _____ am  pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

Response Recommendation (to be completed by Medical Staff Only)

| | | | | | |
|---|---|---|---|---|---|
| Initial | ☑ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _These items have been renewed_
_Please submit a sick call form to_
_renew the insoles/gel. KHutch RN 6/26/19_

Staff Signature: _____          Date: _6/26/19_

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



**HEALTH SERVICES REQUEST FORM**
(Formulario de Solicitud de Servicios de Salud)

<table>
<tr><td><b>FOR MEDICAL USE ONLY</b><br>Sólo para uso médico<br><br>Date Received: ___/___<br><br>Time Received: _____</td><td><b>Service Requested</b><br>Servicio Solicitado<br>☑ Nurse   ☐ Doctor   ☑ Dental<br>Enfermera   Doctor   Dental<br>☐ Mental Health   ☐ Eye Doctor<br>Salud Mental   Médico de los ojos</td></tr>
</table>

Print Name (Imprimir nombre): _Loretta C. Brown_

Date of Request (Fecha de solicitud): _8-12-19_

ID #: _00731-031_   Date of Birth (Fecha de nacimiento): _10-2-83_

Housing Location (Ubicación de la Vivienda): _E1-112_

Nature of problem or request (Naturaleza del problema o solicitud): _Mr Harrod (LT Harrod) told me that I had to get back in line after coming off the trash crew I made one Attempt to push trash crew but it cause complication in my back He stated that He didn't know that I had a cane + that Corizon need to put A push + lift Restriction_

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

**PATIENT SIGNATURE (Paciente Firma)**

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _CPRN_

Date: _8·13·19_   Time: _1215_ am pm (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | Nurse | Doctor | Dentist | Eye Doctor | Mental Health | ARNP |
|---|---|---|---|---|---|---|
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

Staff Signature: _CPRN_   Date: _8·13·19_

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.



### FOR MEDICAL USE ONLY
Sólo para uso médico

Date Received: _____

Time Received: _____

### Service Requested
Servicio Solicitado

☒ Nurse / Enfermera   ☐ Doctor / Doctor   ☐ Dental / Dental

☐ Mental Health / Salud Mental   ☐ Eye Doctor / Médico de los ojos

# HEALTH SERVICES REQUEST FORM
**(Formulario de Solicitud de Servicios de Salud)**

Print Name (Imprimir nombre): _Guetus C Branumza._

Date of Request (Fecha de solicitud): _10- -19_

ID #: _203Bb93_     Date of Birth (Fecha de nacimiento): _10-2-93_

Housing Location (Ubicación de la Vivienda): _E1-142_

Nature of problem or request (Naturaleza del problema o solicitud) _the Whinever visit the weather is taking in and to increase in my neck back most I feel as if the shots I received have faded away I would like to be placed back on steol patches & flexu muscle rub I would like to be seen by doctor_
_HARROD_

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA (Pon este artículo en la caja médica u otra área designada.)**
**DO NOT WRITE BELOW THIS AREA (No escriba debajo de esta área.)**

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

---

## (THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)

Triaged by: _____

Date: _10/21/19_     Time: _8:00_     am (pm) (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

### Response Recommendation (to be completed by Medical Staff Only)

| | | | | | |
|---|---|---|---|---|---|
| Initial | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

Staff Signature: _____     Date: _10/21/19_

NA7141-KS-DOC
Issued 01/06/2013

©2013 Cor---

# Health Services Request Form

Print Name (Imprimir nombre): Brownlee C. Curtis

Date of Request: 5-12-22

ID #: 0073603     Date of Birth (Fecha de nacimiento): 10-2-83

Housing Location (Ubicación de la vivienda): D1-154

Nature of problem or request (Naturaleza del problema o solicitud): My sciatica nerva and cervical and lower back are given me problems. my discomfort are sever & minor weakness, tingling, numbness, retention of urine and loss of bowel control "Im in pain"

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter).

Triaged by: ___     ☒ Routine     ☐ Urgent     ☐ Emergent

Date: 5/12/22     Time: 0100

Date of Face-to-Face Visit: 5/12/22

Other: _____

## Response Recommendation (to be completed by Medical Staff only)

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☒ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge ☐ $2.00

Comments: ___ PRN, Naproxen 500mg twice daily x 60 days

Staff Signature     Date 5/12/22

# Health Services Request Form

| For Medical Use Only |
| Sólo para uso médico |
| Date Received: | 5-11-22 |
| Time Received: | 9:00 |

Print Name (Imprimir nombre): Brandee C Chran

Date of Request: 5-13-22

ID #: 0073013          Date of Birth (Fecha de nacimiento): 6-2-83

Housing Location (Ubicación de la vivienda): D-4

Nature of problem or request (Naturaleza del problema o solicitud): my CC int. Co Nerva

in cervical + lower back one given the problems, my

discomfort like developing weakness, tingling, numbess

of your limbs to "you cannot turn it on off"

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

---

(The area below is not to be used for education, counseling or documenting a clinical encounter).

Triaged by: _____  ☒ Routine   ☐ Urgent   ☐ Emergent

Date: _____  Time: _____

Date of Face-to-Face Visit: 5/12/22

Other: _____

Response Recommendation (to be completed by Medical Staff only)

Initial Appointment:
☐ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☒ ARNP
☐ Nurse  ☐ Doctor  ☐ Dentist  ☐ Eye Doctor  ☐ Mental Health  ☐ ARNP

Fee Charge  ☐ $2.00

Comments: Disc. w/A. Dawson. Drmc time daily x 6 wks 1

_____          _____
Staff Signature                              Date 5/12/22

Centurion: REC-013KS
07/01/2020



# Request #179173732



**Profile Photo:**

**Audit Photo:**
Audit Photo

**Resident Info**

**Name:** Gustin Brownlee (1983-10-02)
**Booking Number:** 73693
**Submitted Date:** 05/17/22 14:10
**Submitted from Location/Room:** 07,0D1154/D
**Current Location/Room:** 07,0D1154/D
**Facility:** El Dorado Correctional Facility - (KS DOC)

**Form Info**

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

**Request Info**

**Status:** CLOSED by Kirbie Todd
**Facility Deadline:** 05/31/22 23:59

**Summary of Request:**

Job within plumbing

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
UTM Shearburn

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
To my understanding it's a few job positions open within plumbing I would like a opportunity to fill one those positions so i can move forward within this facility and also if it's bed space open within E cell house I would like to fill one of those as well

**Work Assignment:**
Lay-in

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 05/25/22 21:30 | Kirbie Todd | Staff Response | Your medical restrictions will not allow you to work for the plumbing crew. There are also no open spots on that crew. UTM Shearburn |
| 05/25/22 21:30 | Kirbie Todd | Changed Status | From 'Open' to 'Closed' |
| 05/17/22 14:10 | Gustin Brownlee | Submitted New | Job within plumbing |

# Request #178509382

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

**Name:** Gustin Brownlee (1983-10-02)
**Booking Number:** 73693
**Submitted Date:** 05/13/22 12:23
**Submitted from Location/Room:** 07,0D1154/D
**Current Location/Room:** 07,0D1154/D
**Facility:** El Dorado Correctional Facility - (KS DOC)

**Form Info**

**Category:** Form 9
**Form:** Unit Team Form 9
**Internal Tag:** No Tag

**Request Info**

**Status:** CLOSED by Maverick Horsch
**Facility Deadline:** 05/27/22 23:59

**Summary of Request:**

Job within laundry

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
UTM Atkins

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
To my understanding it's a few positions open within laundry I would like a chance to work in the facility I would like to move forward within the facility do you have any bed opening within E cell house if can you consider me for a spot

**Work Assignment:**
Lay-in

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/13/22 15:06 | Maverick Horsch | Staff Response | Duplicate Request |
| 05/13/22 15:06 | Maverick Horsch | Changed Status | From 'Open' to 'Closed' |
| 05/13/22 12:23 | Gustin Brownlee | Submitted New | Job within laundry |

# Request #179173732

| | |
|---|---|
| **Profile Photo:**<br>Profile Photo | **Resident Info**<br><br>**Name:** Gustin Brownlee (1983-10-02)<br>**Booking Number:** 73693<br>**Submitted Date:** 05/17/22 14:10<br>**Submitted from Location/Room:** 07,0D1154/D<br>**Current Location/Room:** 07,0D1154/D<br>**Facility:** El Dorado Correctional Facility - (KS DOC) |
| **Audit Photo:**<br>Audit Photo | **Form Info**<br><br>**Category:** Form 9<br>**Form:** Unit Team Form 9<br>**Internal Tag:** No Tag |
| | **Request Info**<br><br>**Status:** CLOSED by Kirbie Todd<br>**Facility Deadline:** 05/31/22 23:59 |

**Summary of Request:**

Job within plumbing

**Details of Request:**

**To::**
*(Name and Title of Officer or Department)*
UTM Shearburn

**Please provide details about your request:**
*State completely but briefly the problem on which you desire assistance. (Be specific)*
To my understanding it's a few job positions open within plumbing I would like a opportunity to fill one those positions so i can move forward within this facility and also if it's bed space open within E cell house I would like to fill one of those as well

**Work Assignment:**
Lay-in

**Comment:**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/25/22 21:30 | Kirbie Todd | Staff Response | Your medical restrictions will not allow you to work for the plumbing crew. There are also no open spots on that crew. UTM Shearburn |
| 05/25/22 21:30 | Kirbie Todd | Changed Status | From 'Open' to 'Closed' |
| 05/17/22 14:10 | Gustin Brownlee | Submitted New | Job within plumbing |

# UNITED STATES DISTRICT COURT
### for the

Gustin Brownlee
_____
Plaintiff/Petitioner

)
)
)

v.

Civil Action No.

WARDEN Sam Cline, Et Al
_____
Defendant/Respondent

)
)
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _El Dorado Correction Facility, P.O. Box 311, ElDorado, KS 67042_
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: N/A

My gross pay or wages are: $ ___0___, and my take-home pay or wages are: $ ___0___ per

(specify pay period) __N/A__.

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

4. Amount of money that I have in cash or in a checking or savings account: $ _____0_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: NONE

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: NONE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: Court costs, fees, And Expenses to the STATE OF KANSAS

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 4-28-19

Applicant's signature

GUSTN C. BRAUNLEC
*Printed name*

NOTARY PUBLIC - State of Kansas
KIRBIE SHEARBURN
My Appt Expires 3-1-2022

4-28-2020

# UNITED STATES DISTRICT COURT
## District of Kansas

_Gustin Brownlee_
Plaintiff/Petitioner

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT BY A PRISONER**

_Warden Sam Cline, et al._
Defendant/Respondent

**CASE NUMBER**

I, _Gustin Brownlee_, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant          [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

   1. Are you currently incarcerated?     [X] Yes     [ ] No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _El Dorado Correctional Facility_
   Are you employed at the institution? _No_
   Do you receive any payment from the institution? _No_
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions .

   2. Do you have **any** cash or checking or savings accounts? [ ] Yes [X] No

      If "Yes," state the total amount.

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

I declare under penalty of perjury that the above information is true and correct.

Signed at: _EDCF_____
             (Location)

_4·28·2020_____
            (Date)

_Dustin Braunden_____
            (Signature)

_0073X693_____
            (Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

4·28·2020

NOTARY PUBLIC - State of Kansas
KIRBIE SHEARBURN
My Appt Expires 3-1-2022

Inmate:  0073693 BROWNLEE,GUSTIN,C

| | Total Deposits | Average Cash Balance* | Average Forced Savings Balance* | Average Mandatory Savings² Balance*** |
|---|---|---|---|---|
| August: | 14.01 | 19.01 | 81.54 | .00 |
| September: | 10.77 | 6.55 | 81.62 | .00 |
| October: | 269.12 | 73.13 | 104.87 | .00 |
| November: | 109.22 | 18.10 | 116.76 | .00 |
| December: | 109.13 | 19.91 | 121.74 | .00 |
| January: | 179.20 | 33.20 | 136.41 | .00 |
| Total all Months: | 691.45 | 169.90 | 642.94 | .00 |

Average for Preceding Months:**    115.24          28.32          107.16          .00

Current Available Balance as of  3/16/2020:          3.09          145.31

*NOTE:    The average balance is calculated from the account data for the inmate
          location at the time interest is posted to his/her account for cash,
          forced savings, and mandatory savings.

**NOTE:   Average balance for preceding months is calculated from only
          months for which interest has been posted.

***NOTE:  Mandatory savings cannot be spent on court costs or attorney
          fees pursuant to statute and the Kansas Department of Corrections policy.

This is to certify that this statement represents a true summary of
deposits and average daily balances for the period shown.  The
current balance of available funds is as reflected in the above statement.

Certify Correct:                          _Natalie Stanley 3/17/2020_
KANSAS DEPARTMENT OF CORRECTIONS          Signature of Authorized      Date
714 SW Jackson, Suite 300                 _Accountant II_
Topeka          KS  66603-0000            Position

¹Forced Savings is established per Internal Management Policy and Procedure 04-103.
²Mandatory Savings is established per K.S.A. 75-5268 1(g).

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

| Section I |
|---|

| Filed AT Facility No.: | Facility Initials: E.D.C.F |
|---|---|
| Filed AGAINST Facility No.: | Facility Initials: E.D.C.F |

(Refer to PLC coding manual for facility no. & initials)

| Name of Claimant (Last, First, MI): BROWNLEE Gustin C | KDOC Number 0073693 |
|---|---|

Type of Claim (circle one) :  Lost Property   Damaged Property   (Injury)

Amount of Claim: 50,000 | Date of Loss Damage, or Injury (MO/DAY/YR): MAY 23, 2018

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: _____

Otherwise, circle one of the following:   Mailroom   R&D   Central Property
Laundry   Gym   Dining Room
(Other Location)

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): On or around MAY 23, 2018 I was In a car Accident Caused by Negligents of the K.D.O.C STAFF members. I received A BACK Injury during Accident KDOC STAFF members Refused me on site med & Refused to take me to hospital. I was removed From TRANSPORT van with force (causing more pain Injury)

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: Gustin C Brownlee | Date: 5-30-18

Subscribed and sworn to before me this 30th day of May, 2018.

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Commission Expires 7/16/2018

Notary Public

Received from Offender/Claimant: Date: 5/30/18 Time: 10:45
UT Name (print): R. Hoover | UT Signature: R Hoo | Claimant Initials: GB

| Section II |
|---|

Received by Warden/Superintendent on (MO/DAY/YR): 6/13/18 | Facility Log No. Assigned: CA0705096

Investigation Report: See response- EK

Date (MO/DAY/YR): 11/20/18 | Investigator Name (print): E Knowles | UT Member or Investigator Signature: EO Knoll

Form #01-118D-001



REPORT OF INVESTIGATION

PAGE 1 OF 1

| 1. Case:<br>Injury | 2. Date of Personal<br>Injury/Property Damage/Loss:<br>5/23/18 | 3. Amount of Claim:<br><br>$50,000.00 |
|---|---|---|

| 4. Facility Log Number Assigned: CA0705095 | 5. Date Received: 6/13/18 |
|---|---|

**6. Claimant:** Brownlee, Gustin #73693

**ALLEGATIONS:** The offender has claimed that he was in a car accident around 5/23/18 and it was due to the negligence of the DOC staff member. He states he received a back injury during the accident and he was refused medical treatment at the hospital. He includes that he was also removed from the transport van with force causing him more pain.

The offender's issues were reviewed. The officer driving the van and the passenger in the van during the accident both included their statements for the incident. They did indicate that the offender was "walking abnormally" prior to the transport and when he was asked what was wrong he advised staff that his back was "messed up from working out".

**FINDING OF FACTS:** All of the offender's files were reviewed. He had reported issues prior to his transport and the accident. From there, medical has followed up with him and noted on many occasions that the injuries that the offender is reporting do not match the injuries that would be incurred during an accident like this one that occurred.

**RECOMMENDATION:** Recommend denial.

| Signature:<br><br>*[signature]* | Date:<br><br>11/20/18 | 11. Distribution:<br>___ Major<br>___ Warden<br>___ Central Office<br>___ Offender<br>___ Other |
|---|---|---|

**THIS REPORT IS THE PROPERTY OF THE KANSAS DEPARTMENT OF CORRECTIONS,
NEITHER IT NOR ITS CONTENTS MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.**



# El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

## Accident Narrative #1

| | |
|---|---|
| Date: | 05/24/2018 |
| Case #: | 18-00803 |
| Offense: | Five (5) Vehicle Accident with Minor Injuries |
| Location: | 2900 block West Central Avenue |
| | El Dorado, KS |

| | |
|---|---|
| Vehicle 1 (V1): | KS 808HCE |
| | 2009 Honda Civic |
| | Gray, 4 Door |
| Vehicle 2 (V2): | KS 997HWU |
| | 2013 Chevrolet Equinox |
| | SUV, Gold in Color |
| Vehicle 3 (V3): | KS Temporary Tag B722370 |
| | 1998 Dodge Ram 1500 |
| | Blue, Extended Cab |
| Vehicle 4 (V4): | KS 099DJC |
| | 2013 Nissan NV3500 |
| | Van, Blue/Gray |
| Vehicle 5 (V5): | KS Official 15849 |
| | 2013 Ford Ecoline E-350 |
| | KDOC Transport Van, White |

| | |
|---|---|
| Driver 1 (D1): | Halee Jo Roland |
| Driver 2 (D2): | Steven D Gaston |
| Driver 3 (D3): | Steven L Maus |
| Driver 4 (D4): | Jennifer Marie Dutton |
| Driver 5 (D5): | Eyman Dane Dowling |
| Officer: | Emmitt Lechner |
| Subject: | Narrative |
| P.O. Lechner | |

1 of 4


On 05/23/2018 while working as a Patrol Officer for the El Dorado Police Department, I Emmitt Lechner was dispatched to the 2900 block of West Central Avenue for the report of a multi-vehicle accident with no injuries. Dispatch advised the accident was between several vehicle, unknown make and model. I was dispatched at 1323 and arrived on scene at 1329.

Upon arrival, I spoke to all occupants involved in the accident. It was found passenger of V2 was reporting chest pain from the seatbelt, and D4 had a bloody nose. I asked Dispatch to start EMS to my location to check on each patient. Butler County EMS arrived on scene and triaged "green" and left the scene after patients denied further medical treatment. No others except those mentioned reported any injuries.

It was learned that at the time of the accident an unknown number of people were parked on West Central Avenue, in the eastbound lane, and were in the median attempting to catch a dog. A vehicle was stopped in the westbound lanes of traffic; this vehicle is N6, or non-contact vehicle 6. This vehicle caused other vehicles behind it to stop, but was not hit in the accident. This vehicle left prior to my arrival and no information was left.

V1 came to a complete stop behind N6 in the outside lane of westbound West Central Avenue. D2 stated he was looking over at the people in the median and looked back forward to see V1 stopped. V2 rear-ended V1. D3 stated he was also looking at the people in the median and the dog and when he looked ahead V2 was breaking. V3 attempted to stop but to no avail. V3 rear ended V2. D4 stated she was looking over at people in the median and then looked ahead and saw vehicles stopped in the roadway. D4 stated she "came to a slow stop" when she was rear-ended by V5. At this time, there is no evidence to indicate how long V1, V2, and V3 were stopped before D4 saw them, or if V4 was at a complete stop when it was rear-ended by V5.

D5 stated observed V4 braking and attempted to stop his vehicle, but to no avail. V5 rear-ended V4.

P.O. Lechner                              2 of 4                              Case #: 18-00803



# El Dorado Police Department

128 N. Vine
El Dorado, KS 67042
(316)321-9120

A witness, Timothy M Wyer [REDACTED] stated he was attempting to help the owner of the dog, whom is unknown at this time, catch the dog in the median. Wyer stated V1 slowed and looked over at them and then was rear-ended by V2. Wyer stated there was no vehicle stopped in front of V1; however, several drivers reported someone was stopped in the roadway in front of V1. D1 stated she may have bumped N6, but did not cause any damage to her vehicle or vehicle N6. D2 and D3 both confirmed a vehicle was stopped in front of V1 and confirmed V1 may have slightly struck vehicle N6.

V1 was a gray 2009 Honda Civic, bearing Kansas license plate 808HCB. V1 was driven by Halee Jo Roland, [REDACTED] and owned by Curtis L Roland of Wichita, Kansas. V1 sustained damage to the rear bumper and truck area, but was able to drive away from the scene. D1 stated she hit her head on the steering wheel but was not checked by EMS, to the best of my knowledge.

V2 was a gold 2013 Chevrolet Equinox, bearing Kansas license plate 997HWU. V2 was driven and owned by Steven D Gaston, [REDACTED] V2 sustained disabling damage to both the front bumper and hood area as well as the rear bumper and rear hatch. V2 was removed from the scene by Heartland Towing of El Dorado. Ida R Gaston was checked out by EMS for chest pain due to the seatbelt and refused further treatment on scene.

V3 was a blue 1998 Dodge Ram 1500, bearing Kansas temporary tag B722370. V3 was driven and owned by Steven L Maus, [REDACTED] V3 left prior to my arrival; however, Maus left his information with Steven Gaston. V3 was later located and photographed. Maus also completed a voluntary statement form.

V4 was a blue or gray 2013 Nissan NV3500 passenger van, bearing Kansas 099DJC. V4 was driven and owned by Jennifer Marie Dutton, [REDACTED] V4 sustained damage to the rear doors and rear bumper. Dutton had a bloody nose as a result of hitting her nose on the steering wheel. Dutton also refused further treatment on scene. V4 was occupied by seven (7) juvenile children, all of which were Dutton's children.

P.O. Lechner

Case #: 18-00803

3 of 4


V5 was a white 2013 Ford Ecoline E-350, bearing Kansas Official license plate 15849. V5 is a prison transport van belonging to KDOC. V5 was en-route from EDCF to an unknown destination with a prisoner in the back seat. V5 was driven by Eyman Dane Dowling, ███████████ V5 sustained damage to the front bumper and hood area, as well as the engine. Airbags in both seats 01 and 03 deployed in the accident. V5 was removed from the scene by Heartland Towing of El Dorado. The prisoner complained of injuries as a result of the accident, however, KDOC employees transported him back to EDCF to be examined.

Voluntary statements were completed by each adult that was involved in the accident, as well as one independent witness. These statement forms are attached to this case as evidence. Photographs were taken of each vehicle involved. It should be noted that vehicles may have been moved prior to my arrival and the photographs do not precisely document any positions prior to or during the accident.

Nothing further to report at this time.

Officer Emmitt Lechner
El Dorado Police Department

Attachment A, IMPP 01-113
Effective 04-08-2013

## Kansas Department Of Corrections
### INCIDENT REPORT

DATE: <u>5-23-18</u>

FACILITY OR PAROLE REGION: <u>EL DORADO CORRECTIONAL FACILITY</u>

UNIT (If Applicable) <u>CENTRAL</u>

REPORT #: IR _____

Time Report Submitted: <u>1530</u>

**WHAT HAPPENED:** (Briefly describe the incident.) <u>Car accident with offender in vehicle.</u>

WHEN: Time <u>1325</u>      Date <u>5/23/18</u>

WHERE: <u>Corner of 254 and School</u>

**WHO WAS INVOLVED:** (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number a reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P, W | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P, W | E-I |
|---|---|---|---|---|---|---|---|
| Dowling, Dane | ▮▮▮▮ | V | E | Brownlee, Gustin | 73693 | V | I |
| Corby, Brett | ▮▮▮▮ | V | E | | | | |

**HOW DID IT HAPPEN:** (Method of Operation-M.O.) <u>While driving offender Brownlee to a Dr. visit</u>

**WHY DID IT HAPPEN:** (State Motive or cause) <u>Vehicles in front of me stopped abruptly causing me to rear-end the vehicle in front of me.</u>

Description Of Weapon Or Evidence Found: <u>N/A</u>
Was Search Of Area Made? ☐ Yes ☒ No                         by Whom: <u>SST Dowling</u>
Were Still Photographs Taken? ☒ Yes ☐ No                    by Whom: <u>SA Galloway</u>
Was a Videotape Made? ☐ Yes ☒ No                              by Whom: <u>N/A</u>
Evidence and/or Photographs/Videotape Turned Over To: <u>Captains' office</u>
Was A Follow-Up Investigation Initiated? ☒ Yes ☐ No

**COMMENTS:** (Attach additional pages as necessary.) <u>While stripping offender Brownlee out for a transport, I noticed him moving abnormally so I asked him what was wrong. Offender Brownlee stated that his back was messed up from working out. I was traveling west on 254 in the right lane headed to Wichita. I was approx. a car length and a half behind the vehicle in front of me doing approx. 40 mph. The vehicle in front of me applied its breaks abruptly causing the back end of it to lift up and I applied mine. I realized that my vehicle was not going to stop in time so I looked at SST Corby and said "Bro it's not stopping." We then rear-ended the vehicle in front of us. I sustained minor burns to both forearms and hands from the airbag deploying. I checked on offender Brownlee while SST Corby contacted emergency services. Offender Brownlee stated that his back hurt but he was fine. When another vehicle came to take offender Brownlee back to the facility, he began to act like he couldn't move his legs due to his back hurting.</u>

**RELATED REPORTS COMPLETED:** (Check all that apply and attach a copy.)
Disciplinary ☐ Yes ☒ No                              Use of Force ☐ Yes ☒ No
Wanted For Escape ☐ Yes ☒ No                      Admin. Seg./Protective Custody ☐ Yes ☒ No
Other Admin. Seg. ☐ Yes ☒ No                        Placement in County Jail ☐ Yes ☒ No
Other Narratives ☐ Yes ☒ No

**NAME OF OFFICER FILING REPORT:**

Signature: _____

State ID Number: ▮▮▮▮

Printed Full Name: <u>Dane Dowling</u>

Date: <u>5/23/18</u>

**NAME OF REVIEWING SUPERVISOR:**

Signature of Supervisor: _____

State ID Number: _____

Printed Full Name: _____

Date: _____

Form #01-113-001

RECEIVED

MAY 2 4 2018

ACCOUNTING

Attachment A, IMPP 01-113
Effective 04-08-13

**Kansas Department of Corrections**
**INCIDENT REPORT**

DATE: 05-23-2018

FACILITY OR PAROLE REGION: ___EDCF___

UNIT (If Applicable) Central

Time Report Submitted: 1530

REPORT #: IR __ __ __ __ __ __

WHAT HAPPENED: (Briefly describe the incident.) while on transport to Wichita, we were involved in an accident just outside of El Dorado.

WHEN: Time 1325 AM/PM          DATE: 05-23-2018

WHERE: corner of 254 and school

WHO WAS INVOLVED: (Provide name(s) of Victim(s), Perpetrator(s), Witness(es) and specify V, P, or W. Also indicate whether the individual(s) named are Employees, Volunteers, Private Citizens, Parolees, or Inmates by specifying E, V, C, P, or I. BE SURE TO USE FULL NAMES FOR ALL ENTRIES.) The R/O, including any narrative report writer, must include their State-issued ID number. A reasonable attempt should be made to include race, sex, and date of birth for subjects who do not have some form of state-issued ID number.

| FULL NAME | INMATE/ STATE ID NUMBER | V,P,W, | E-I | FULL NAME | INMATE/ STATE ID NUMBER | V,P,W, | E-I |
|---|---|---|---|---|---|---|---|
| Corby, b. | | | | | | | |
| Dowling, D. | | | | | | | |
| Brownlee | 73693 | | | | | | |

HOW DID IT HAPPEN: (Method of Operation-M.O.) while traveling on 254, several vehicles stopped abruptly in front of us causing us to rear end a vehicle making my hand hit the air bag when it deployed and then I punched myself in the right eye with the same hand.

WHY DID IT HAPPEN: (State Motive or Cause) it is unkown at this time why it happened.

Description Of Weapon Or Evidence Found: NA

Was Search Of Area Made? X Yes ___ No, by Whom: EAI

Were Still Photographs Taken? X Yes ___ No, by Whom: EAI

Was A Videotape Made? ___ Yes X No, by Whom: NA

Evidence and/or Photographs/Videotape Turned Over To: CAPTAINS OFFICE

Was A Follow-Up Investigation Initiated? X Yes ___ No

COMMENTS: (Attach additional pages as necessary.) Offender was transported back to facility to be assessed by medical, and myself and SST Dowling will be seeking medical attention.

RELATED REPORTS COMPLETED: (Check all that apply and attach a copy.)

Disciplinary: ___ Yes X No          Use of Force: ___ Yes X No

Wanted For Escape: ___ Yes X No          Admin Seg/P.C.: ___ Yes X No

Other Admin Seg: ___ Yes X No          Placement in County Jail: ___ Yes X No

Other Narratives: ___ Yes X No.

NAME OF OFFICER FILING REPORT:
Signature: _____
State ID Number: _____
Printed Full Name: Corby, b.
Date: 5-23-18

NAME OF REVIEWING SUPERVISOR:
Signature of Supervisor _____
State ID Number: _____
Printed Full Name _____
Date: 5/23/2018

Form #01-113-001

RECEIVED

MAY 2 4 2018

ACCOUNTING

### Injured Employee's Report of Injury

A report of an accidental injury was submitted by your employer. Payment of disability compensation and/or medical expenses will be considered after this completed form and other information are received.

1. Full name of injured employee: _____ Corby, Brett _____

2. Employee's address: _____ ▮▮▮▮▮▮▮▮ _____

3. Telephone: Home: : ▮▮▮▮▮▮▮ _____ Work: :316-321-7284 _____

4. Employer/Agency: _____ El Dorado Correctional Facility _____

5. Job Title: Employee ID # or SSN: Correction Officer ▮▮▮▮▮ _____

6. Date and time of accident: _____ 05-23-2018  1325 _____

7. Missed work from: thru_____ N/A _____

8. Date returned to work: If not, then expected return to work date: _____ 05-24-2018 _____

9. Describe the accident: **(What happened, where, how, witnesses):** _____ several vehicles infront of transport stopped suddenly and a vehicle was rear ended by us. _____

10. What injuries were incurred? Back lash, severe pain in right hand. Punched in right eye by own right hand_____

11. Name/address of attending and/or subsequent physicians or hospitals: _____

_____

12. Have you received workers compensation benefits before? If so, provide details such as employer, carrier, nature and dates of injuries. :NO_____

_____

_____

**To claim compensation in accordance with Workers Compensation, sign and return this form to:**
State Self-Insurance Fund
Room 900-N, Landon State Office Building
900 SW Jackson
Topeka, Kansas 66612
**Phone: (785) 296-2364 Fax: (785) 296-6995**

### AUTHORIZATION

I hereby authorize and request any physician or hospital to permit a representative of the State Self-Insurance Fund to be furnished a copy of all medical records in connection with any past or present medical treatment associated with this injury. I am willing that a photocopy or fax of this authorization be accepted with the same authority as the original.

Signed: _B. Tim_____ Date: 5-23-2518

Form WC(Rev. 01/11)

Injured Employee's Report of Injury

RECEIVED
MAY 24 2018
ACCOUNTING

*A report of accidental injury was submitted by your employer. Payment of disability compensation and/or medical expenses will be considered after this completed form and other information are received.*

1. Full name of injured employee: _____ Eyman Dane Dowling _____

2. Employee's address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3. Telephone: Home: ▓▓▓▓▓▓▓     Work: (316)321-7284

4. Employer/Agency: __ El Dorado Correctional Facility

5. Job Title: Employee ID # or SSN: ▓▓▓▓▓▓▓▓

6. Date and time of accident: __ 5/23/18 @ 1325

7. Missed work from: thru   N/A

8. Date returned to work: If not, then expected return to work date:  N/A

9. Describe the accident: **(What happened, where, how, witnesses):**  I was traveling west on 254 in the right lane. I was approx. a car length and a half behind the vehicle in front of me. The vehicle in front of me applied its breaks abruptly causing the back end of it to lift up and I applied mine. I realized that my vehicle was not going to stop in time so I looked at SST Corby and said "Bro it's not stopping." We then rear-ended the vehicle in front of us.

10. What injuries were incurred?  Burns and bruises on both forearms

11. Name/address of attending and/or subsequent physicians or hospitals: : _____

12. Have you received workers compensation benefits before? If so, provide details such as employer, carrier, nature and dates of injuries. : yes 4/19/18 ribs and hand.

**To claim compensation in accordance with Workers Compensation, sign and return this form to:**
   State Self-Insurance Fund
   Room 900-N, Landon State Office Building
   900 SW Jackson
   Topeka, Kansas 66612
   **Phone: (785) 296-2364 Fax: (785) 296-6995**

**AUTHORIZATION**

I hereby authorize and request any physician or hospital to permit a representative of the State Self-Insurance Fund to be furnished a copy of all medical records in connection with any past or present medical treatment associated with this injury. I am willing that a photocopy or fax of this authorization be accepted with the same authority as the original.

Signed: _____     Date: 5-23-18

Form WC(Rev. 01/11)

OFFICER: 18-00803

CASE NUMBER: 350

El Dorado Police Department

Motor Vehicle Accident Report

DATE: _____

TIME: _____
(Date & Time you are completing this form)

## VOLUNTARY STATEMENT

☐ Passenger          ☐ Witness

☑ Driver                                                    Obstructions: _____

Accident Location: W CENTRAL          Road Condition: _____          Route Intended: _____

Direction of Travel: WEST          Approximate Speed: 35 MPH          Location of Other Vehicle: WEST

Danger First Noticed: CAR ON BREAKS

Action Before Impact: STEPPED ON BREAKS

Action After Impact: CAR IN FRONT SLAMED ON BREAKS

In your opinion, what was the cause of the accident: _____

## Vehicle Information

Make of Vehicle: FORD          Model: EcoLine          Year: _____          Fuel Source: GAS

Vehicle Color: WHITE          V.I.N.: _____          State: KS          Year: _____          Odometer: 35108

Tag Number: 15849          Phone Number: _____

Registered Owner: _____          Policy Number: _____

Insurance Company: _____

## Detailed Account of Accident in Order of Sequence

I WAS TRAVELING WEST IN THE RIGHT
LANE ABOUT A CAR LENGTH and a HALF
BACK. THE VEHICLE IN FRONT HIT
THEIR BREAKS AND DID A well
My VEHICLE HIT THE BACK OF THEIRS

## Accident Diagram

The driver of every motor vehicle which is in any manner involved in an accident originating from the operation of a motor vehicle on any street or highway in the State, which accident has resulted in the damage to property in excess of one thousand dollars ($1000.00) or in which bodily injury or death of any person, must file a report of injury and damage with the Department of Motor Vehicles within 24 hours after the accident.

Signature of Person giving Voluntary Statement

## PLEASE PRINT THE FOLLOWING INFORMATION

Last Name: DOWLING          First: EVAN          Middle: DAVE

Address: _____          City: _____          State: _____          ZIP Code: _____

Phone: _____          Email: _____          Date of Birth: _____

Driver's License No: _____          State: _____          S.S.N.: _____          Sex: M

Height: _____          Weight: _____          Hair: _____          Eyes: _____          Phone: _____

Place of Employment: _____          Address: _____

DATE: 5-23-18

TIME: 13:58

(Date & Time you are completing this form)

El Dorado Police Department

Motor Vehicle Accident Report

OFFICER: _____

CASE NUMBER: _____

## VOLUNTARY STATEMENT

☐ Driver ☒ Passenger ☐ Witness

Accident Location: Westbound 254 & School   Road Condition: Dry   Obstructions: N/A

Direction of Travel: West   Approximate Speed: 35-40   Route Intended: _____

Danger First Noticed: Moments before   Location of Other Vehicle: 2 car lengths ahead

Action Before Impact: Protection of head   check of all others while Calling 911

Action After Impact: Self check, Safety check of all others while Calling 911

In your opinion, what was the cause of the accident: Multiple short traffic stops, possible K-9 entering road

## Vehicle Information

Make of Vehicle: Ford   Model: Explorer   Year: _____

Vehicle Color: White   V.I.N.: _____   State: Ks   Year: _____   Fuel Source: Gas   Odometer: _____

Tag Number: K5499   State: State of Kansas   Phone Number: _____   Year: _____

Registered Owner: State of Kansas   Phone Number: _____

Insurance Company: Berkshire Hathaway Homestate Corp   Policy Number: 02 APM 0787-03

## Detailed Account of Accident in Order of Sequence

Driving West Bound on 254 the several cars began breaking in front of us. One vehicle attempted to stop. We ended in rear ending vehicle in front of us.

### Accident Diagram



The driver of every motor vehicle which is in any manner involved in an accident originating from the operation of a motor vehicle on any street or highway in the State, which accident has resulted in the damage to property in excess of one thousand dollars ($1000.00) or in which bodily injury or death of any person, must file a report of injury and damage with the Department of Motor Vehicles within 24 hours after the accident.

Signature of Person giving Voluntary Statement

## PLEASE PRINT THE FOLLOWING INFORMATION

Last Name: Carter   First: Brett   Middle: Wayne

Address: _____   City: _____   State: _____   ZIP Code: _____

Phone: _____   Email: _____   Date of Birth: _____

Driver's License No: _____   State: _____   S.S.N.: _____

Height: _____   Weight: _____   Hair: _____   Eyes: _____   Sex: Male   Phone: _____

Place of Employment: _____

UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

GUSTIN C. BROWNLEE          CASE NO. 20-3122-SAC
Plaintiff
                    V
EYMAN Dowling
BRETT Corby
Alex McCollough
DEFENDANT(S)

AFFIDAVIT OF FACTS ACCOMPANYING
SECOND AMENDED CIVIL Rights COMPLAINT
PURSUANT TO 42 U.S.C § 1983

I SWEAR OR AFFIRM UNDER PENALTY OF
PERJURY.

1 That on MAY 23 2018 EDCF STAFF OFFICER EYMAN
Dowling Committed A Crime texting and driving
when the collision happen.

2 As a result of This collision I Received A
bruised spinal cord and nerve damage Caused
by the forces generated by the collision
throwing me forward and then backwards.

(3) Before the Collision while Stripping me out for transport, I informed EDCF STAFF OFFICER E. Dowling After He asked me what was wrong with me, because He noticed me moving abnormally. I stated that I had previously been in a car accident years before and I still suffered pain from those Injuries.

(4) After the collision I informed OFFICER E. Dowling that my Spinal Cord was Injured and I also reinjured, injuries that I previously had, and that I was in tremendous pain, and that I needed to be seen and treated by emergency medical personnel when they arrive at the collision Scene.

(5) EDCF STAFF OFFICER E. Dowling laughed At my request and mocked me, and told me that He did not believe that I was Injured, and that I would not be seen by medical personnel when they arrive at the collision Scene. OFFICER E. Dowling State that they would be calling a van to take me Back to EDCF.

(6) IF EDCF STAFF OFFICER E. Dowling had not have Intentionally denied and delayed proper medical care, treatment and assistance, by the medical

emergency medical Personnel at collision scene. They would have been able to do a Proper medical diagnoses on the spinal Injury I received. It was later determine by the doctor at EDCF and also doctor's outside of EDCF that as a result of this collision I injured my spinal cord. I would have not been mishandle and Attack by EDCF STAFF OFFICERS Mccollough and UNKNOW STAFF that caused new Injuries, and Add to previous Injuries causing excruciating unnecessary Pain, and Permanent damages

(7) On May. 23. 2018 EDCF STAFF OFFICER Brett Corby Failed to restrain me into the van seat the correct way when the collision occurred.

(8) EDCF STAFF OFFICER B. Corby stated to me that himself and officers Dowling Decided I Did not have a serious medical need. And I would not be seen by emergency medical Personnel at collision scene. and that they Decided that a van would be called to take me back to EDCF.

(9) IF EDCF STAFF OFFICER B. Corby had not have Intentionally denied and delayed Proper medical care. treatment and assistance by the emergency medical Personnel at collision scene. They would have been able to do a Proper medical

diagnoses on the Spinal Injury I received. It
was later determine by the doctor at EDCF and also
doctors outside of EDCF that as a result of this
collision I injured my Spinal Cord. I would not
have been mishandle and Attack by EDCF STAFF
officers A. McCollough and unknow STAFF, that
caused new Injuries, and add to previous Injuries
causing excruciating unnecessary PAIN. and
Permanent damages

(10) On May 23, 2018 I made know to EDCF STAFF officer
Alex McCollough and unknow STAFF that I was Injured
unable to walk, and I needed medical Assistance
in order to exit van. It had been 1 hour

(11) officer McCollough Threaten that He would use
Force if I did not get out of van without Assis-
tance. because I was faking like I was Injured

(12) EDCF STAFF officer Cathy Mitchell along with officer
McCollough Stated that I was acting like A Bitch
and that the State had no money and that I
needed to get out of van. It had been hour 30 min

(13) officer McCollough laughed As He forcefully and
maliciously grabbed and drug me to floor of van
calling me out of my name. causing excruciating
PAIN. I was then kneed and punched by officer

McCollough. These Action of Officer Mccollough caused Two disc from my Spinal cord to push against my Sciatia nerve, causing excruciating pain, and also permanent damages.

(14) EDCF STAFF OFFICer Mccollough and UNKNOW STAFF TOld EDCF STAFF Doctor HATOO to send me Back to my Cell. Doctor HATOO ask these Officers what happen they told Him About the collision. He stated to them that I Should have Been taken to A hospital, and why was I Still Handcuffed and he did An assistment of and diagnoses that I had a serious medical need.

(15) It was also determine by Doctor's Outside of EDCF that as a result of these incidents that I receieved serious Injury and permanent damages.

I declare under the Penalty of Perjury that the Above Information is true and correct

Gustin Brownlee          8-12-22

GUSSTIN BROWNLEE

8-16-22

Notary Public    8-16-22

NOTARY PUBLIC - State of Kansas
AMANDA JOHNSON
My Appt Expires 5-24-26

GUSTIN C BROWNLEE
0073693
P.O BOX 311 EL DORADO KANSAS 67042

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUSTIN C BROWNLEE          CASE NO 20-3122-SAC
Plantiff
          V
EYMAN DOWLING
BRETT CORBY
Alex mccollough
DEFENDANTS
                    AMENDED VERIFICATION and
     AFFIDAVIT OF FACTS
     Pursuant to K.S.A 53-601 (a)2 F USC$ 1746
I GUSTIN C BROWNLEE #0073693 herewithin
declare upon my sole. oath and under the
Penalty OF Perjury (K.S.A-21-5903   18 U6C$
6211 That K.D.O. C STAFF REFUSED to notarize
my AFFiDavit OF Facts ACCOmPANYING Second
AMENDED CIVIL Rights COmPLAINT Pursuant To
42 U.S.C$ 1983. and other PAgeS (SEE REQUEST to STAFF
Form Attachment) AA K.D.O.C STAFF DiD not
notarize my AFFiDavit OF Facts UNTILL 8-16-22
(SEE AMENDant AFFiDavit OF Facts Attachment).
I have Read the FOREGOING ComPlaint and

hereby verify that matters Alleged therein are true. Except those matters Alleged + on information and beliefs, and as to those. I believe to be true.

EXCuted At El DORADO CORRECtional Facility

8-16-22      _Gustin C. Brownlee_
GUSTIN C. BROWNLEE