GUSTIN C BROWNLEE
#0073693
P.O BOX 311 El DORADO, KS 67042

IN THE UNITED STATE DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C BROWNLEE<br>Plaintiff<br>V<br>EVMAN Dowling<br>DEFENDANTS et al.<br>Individual Capacity | CASE No 20-CV-03122-JAR-GEB |

MOTION REQUESTING EXTENSION OF TIME TO RESPOND TO DEFERDANT'S MOTION TO DISMISS

Come NOW Plaintiff GUSTIN C BROWNLEE PRAYS That THE COURTS GRANT Plaintiff A 60 OR 90 day OR 30 Extension in THE Above Entitled Case.

I declare that the Facts I have made below are true

1. Because of STAFF Shortage and also extra-restrictive Condition at El DORADO CORR. Facility That I've been Able to make one visit to the law Library for 45 min to read Case LAW ECT. The Defendant cited within there

MOTION

1st
2) THIS IS MY LITIGATING FOR MYSELF, PRISONERS ONLY GET TO GO TO LAW LIBRARY A FEW TIME A WEEK FOR 45 mins

3) I need THE EXTENSION OF TIME Because I'VE Been Hit in the Head so It's Hard For me to read things I have to read two time to understand I need read the defendant Case LAW and also to Read some For me I've BEEN ill And my Body Hurts Real Bad when it's cool out

## VERIFICATION

Pursuant to K.S.A 53-601 (a) 2F USC 1746 I GUSTIN C BROWNLEE #0073693 herewith in declare upon my sole, oath and under the penalty of perjury (K.S.A 21-5903 & 18 USC 6211) THAT I have read the MOTION FOR EXTENSION OF TIME I hereby verify that matter's Alleged on Information therein are true

Executed At El DORADO CORS Facility

1-12-23         *Gustin C Brownlee*
                GUSTIN C BROWNLEE