## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS CORBY AND MCCOLLOUGH
### RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME [DOC. 42]

COME NOW Defendants Brett Corby and Alex McCollough, and provides the following Response to Plaintiff's Motion Requesting Extension of Time to Respond to Defendants' Motion to Dismiss [Doc. 42]:

Defendants Corby and McCollough do not object to a reasonable extension of time for Plaintiff to Respond to Defendants' pending Motion to Dismiss [Doc. 38].

Defendants would propose that an extension of 30 days be granted, or until March 1, 2023; and if Plaintiff requires additional time after the initial 30 days, he be required to file a Motion updating the parties and the Court on the status of the Response.

WHEREFORE, Defendants Brett Corby and Alex McCollough request an Order from this Court granting Plaintiff a 30-day extension of time, or until March 1, 2023, to respond to Defendants' Motion to Dismiss [Doc. 38].

Respectfully submitted,

/s/ Tracy M. Hayes
Tracy M. Hayes          KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210

Phone:  913.234.6100
Fax:     913.234.6199
t.hayes@swrllp.com
**ATTORNEYS FOR BRETT CORBY**
**AND ALEX McCOLLOUGH**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

Gustin C. Brownlee #73693
EL Dorado Correctional Facility – Central
PO Box 311
El Dorado, KS 67042


*/s/ Tracy M. Hayes*
**Attorney**

2