# UNITED STATE DISTRICT COURT
## OF THE
## DISTRICT OF KANSAS

GUSTIN C. BROWNLEE
Plaintiff

V.      CASE NO. 20-cv-03122-JAR-GEB

EYMAN Dowling
BRETT Corby
Alex McCollough
Defendants

### MOTION REQUESTING EXTENSION OF Time 30 days

I GUSTIN C BROWNLEE Plaintiff in the Above Entitled case In support of my motion

Extra-restrictive conditions Plaintiff is under get to law Library TO DO RESEARCH SEE Attachments A & B 12 DAY waiting Time 45 min per visit.

PURSUANT TO K.S.A 53-601 (a) 2F USC² 1746 I GUSTIN C BROWNLEE #0093693 here within declare upon my sole, oath and under the Penalty of PERJURY (K.S.A 21-5903 18 U.S.C.⁵ 621). THAT I have read the motion REQUESTing EXTENSION of Time. I hereby verify that the matters Alleged therein are ~~not~~ true

Executed At Eldorado Kansas
At E.D.C.F

2-22-23

Dustin C Brownlee
Dustin Brown

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

BBrownlee
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

H
073607
Number

**INMATE REQUEST TO STAFF MEMBER**

To: LAW LIBRARY                    Date: _____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I would like law library time

Work Assignment: LL                Living Unit Assignment: D1-154
Comment:                            Unit Team Members Signature:

Disposition:

To: Brownlee                        Date: 2/8/23
(Name & Number)

Disposition: Monday 2/20/23
D1 Law Library
12:45pm

AS1 / Horsch
Employee's Signature

P-0009b

To be returned to inmate.

INMATE REQUEST TO STAFF MEMBER

To: _____   Date: _____
   (Name and Title of Officer or Department)

_____
Unit Team Member Signature

To be retained by Inmate

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

U.T

BROWNLEE
Last Name Only

# 0073693
Number

KANSAS DEPARTMENT OF CORRECTIONS

INMATE REQUEST TO STAFF MEMBER

To: D1-Cellhouse _____ Date: 2-22-2023
   (Name and Title of Officer or Department)
   State completely but briefly the problem on which you desire assistance. (Be specific.)

I am REQUESTING THAT my MOTION REQUESTING EXTENSION OF Time be E-Filed on THIS 22 day OF 2-2023

Work Assignment: C-C            Living Unit Assignment: D1-154
Comment: _____ Unit Team Members Signature: _____

Disposition: _____

To: _____   Date: _____
   (Name & Number)

Disposition: _____

Employee's Signature

To be returned to inmate.

P-0009b