## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS CORBY AND MCCOLLOUGH RESPONSE TO PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME [DOC. 45]

COME NOW Defendants Brett Corby and Alex McCollough, and provides the following Response to Plaintiff's Second Motion Requesting Extension of Time to Respond to Defendants' Motion to Dismiss [Doc. 45]:

Defendants Corby and McCollough do not object to a reasonable extension of time for Plaintiff to Respond to Defendants' pending Motion to Dismiss [Doc. 38].  It appears from the Motion title that Plaintiff is seeking an additional 30 days, or until March 31, 2023.  Defendants do not object to this request.

WHEREFORE, Defendants Brett Corby and Alex McCollough do not object to an Order from this Court granting Plaintiff a 30-day extension of time, or until March 31, 2023, to respond to Defendants' Motion to Dismiss [Doc. 38].

Respectfully submitted,

*/s/ Tracy M. Hayes*
Tracy M. Hayes        KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:     913.234.6199

t.hayes@swrllp.com
**ATTORNEYS FOR BRETT CORBY
AND ALEX McCOLLOUGH**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

Gustin C. Brownlee #73693
EL Dorado Correctional Facility – Central
PO Box 311
El Dorado, KS 67042

*/s/ Tracy M. Hayes*
**Attorney**