UNITED STATE DISTRICT COURT
OF THE
DISTRICT OF KANSAS

GUSTIN C. BROWNLEE
Plaintiff
                    V.
EYMAN Dowling
BRETT Corby
Alex mcCollough
Defendant's


                    MOTION REQUESTTING
        EXTENSION OF Time 30 days


        I GUSTIN C BROWNLEE Plaintiff in
the Above Entitled case In support of my
Motion

        Extra-restrictve conditions Plantiff is
under get to LAW Library To DO RESearch SEE
Attachments (A)

        PursuANT TO K.S.A 53-601 (a) 2F usc 1746
I GUSTIN C BROWNLEE # 0073603 here within
declare upon my sole, oath and under the
Penalty of Perjury (K.S.A.21-5903 18 u.s.c.

(2)1 THat I have read the motion REQUESTTING EXTENSion OF Time. I hereby verify that the matters Alleged therein are trur

Executed At ElDORADO KANSAS
AT E.D.Cf

3-13 - 23

GUSTIN C BROWnLEE