U.S. District Court
District Of Kansas

Justin C. Brownlee,
　　Plaintiff
　　v.
Eyman Dowling, et al.,
　　Defendants

C/A #: 20-cv-3122-JAR/GEB

Plaintiff's Motion For 30 Days Time Extension Due To Ongoing Extraordinary Circumstances

Pursuant to 28 USCS 1746, the pro se Plaintiff respectfully moves before the Court as styled above & humbly declares under penalty of perjury (18 USC SS 1621) that the following is true & correct, & he presents:

1.) On 3-31-23, Plaintiff was attacked a second time & has in fact suffered both physical & psychological injuries. See also attached Exhibits A-C.

2.) On 4-__-23, Plaintiff was taken to segregation due to serious mental health issues & was further corruptly charged w/ intentionally fabricated rules violation by a diabolically deviant mental health "counselor" renowned for such corrupt abuses of authority.

3.) That as a result of #3. above, all of Plaintiff's legal & personal property was confiscated & taken to the EDCF Property Room & this creates a situation in which it routinely takes several weeks to have such property returned. Plaintiff is w/out clothing exchange & hygiene as well. Plaintiff was released from Seg. on 4-20-23.

4.) Plaintiff's extraordinary situation has hindered & created unsurmountable obstacles to his abilities to meet his legal obligations in this case.

　　Wherefore Plaintiff respectfully requests a 30 day time extension past the date now due & contends no party will be prejudiced. And any other such relief in the interests of justice.

4-20-23
Date

Respectfully Submitted,
S/ _Justin Brownlee_
Justin C. Brownlee - Pro Se

Certificate of Service

I, gustin C. Brownlee, certify delivering the foregoing to EDCF staff on 4- -23 to efile to the Clerk's Ofc. at 444 SE Quincy, Topeka, KS, 66683, & parties hereto.

Respectfully Submitted

S/ Gustin Brownlee
gustin C. Brownlee
#      , EDCF, P.O. Box 311
El Dorado, KS 67042

2 of 3