## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name: GUSTIN C BROWNLEE    Number: #0073693
Facility: EDCF    Housing Unit: D1-146    Work Detail: C-C

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

On or Around 3-31-23 I was Attacked By Another Inmate STAFF member Cooper witness The Attack and Failed to render help an any way Laughing & Joking with Inmates Afters I ASK That HE BE suspended

SEE Inmate REQUEST TO STAFF Attachment

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 4-11-23

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Unit Team Signature: [signature]    Date: 4/14/23

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature _____    Date _____

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____    Date of Final Answer _____    Date Returned to Inmate _____

Inmate's Signature _____    Date _____    Unit Team Signature _____    Date _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____

Cause of Complaint (Item 5: Code 01-30) _____

Type of Response (Item 6a: Code 01,02,08 or 09) _____

INMATE REQUEST TO STAFF MEMBER

To: _____  Date: _____
(Name and Title of Officer or Department)

_____
Unit Team Member Signature                To be retained by Inmate

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLEE
Last Name Only

U.T Reeves

KANSAS DEPARTMENT OF CORRECTIONS

# 0073693
Number

INMATE REQUEST TO STAFF MEMBER

To: D1-Cellhouse                             Date: 4-14-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

RE: Responds To The 3 Question I received on A Pices OF writting PAPER (SEE Attachment) on 4-13-23 About me Being Attacked on 3-31-23.

1 I Don't Know This Resident
2 After I was LET out of Seg D1-15u
3 Yes I was Seen By Medical with Injuries Documented

Work Assignment: _____COPY_____  Living Unit Assignment: D1-146
Comment: W Blue                    Unit Team Members Signature: _____

Disposition: _____

To: _____  Date: _____
(Name & Number)

Disposition: _____

Employee's Signature                To be returned to inmate.
P-0009b



Landon State Office Building
900 SW Jackson, 4th Floor
Topeka, KS 66612

Jeff Zmuda, Secretary of Corrections

Department of Corrections

phone: (785) 296-3317
fax: (785) 296-0014
kdocpub@doc.ks.gov
www.doc.ks.gov

Laura Kelly, Governor

**TO:** Brownlee, Gustin. (KDOC# 0073693) D1-146

**SUBJECT:** Grievance Response

**DATE:** 04/14/2023

**FROM:** Brian Reeves
Unit Team Supervisor D-CH

**FINDINGS OF FACT:** Resident Brownlee, Gustin. (KDOC# 0073693) claims:

1. He was attacked by Resident Whitehead on 3/31/2023
2. COI Cooper did not render aid, but instead laughed at it while making jokes about it.
3. Resident received injury to neck, and eye.

**CONCLUSIONS MADE:** Resident Brownlee's claim is not supported at this time for the following reasons:

1. Hearing Officer notes on 3/21/2023 at 8:17:13 "Offender Brownlee wraps his arms around Defendant (Whitehead). Offenders grapple for a period."
2. After reviewing documents and asking for personal accounts from both COI Cooper and COI Lagat; I have found no evidence or testimonial to support Resident Brownlee's claim that COI Cooper failed to render aid or that he found humor in the circumstance.
3. When I came down to A-CH later that day to have the Residents sign their Administrative Seg Report placing them both on Pre-Hearing Detention, I saw Resident Brownlee's face clearly as he spoke to me, and no visible injuries to his eyes were present. Resident moved neck without complaint or twitch while I spoke with him. Resident did put in a sick call on 04/08/2023 for his neck and eye.

ACTION TAKEN:
No further actions needed

Brian Reeves Unit Team Supervisor

Attachment B, IMPP 20-105
Effective 07-08-14

# Kansas Department of Corrections
## Administrative Segregation Report

TO: Warden Williams                                    Report Number: 23-0530

FROM: CCI Reynalds

| | | | |
|---|---|---|---|
| Date This Report Filed | 04/19/2023 | Time of Placement | 1113 m |
| Date of Segregation placement | 04/19/2023 | Time of Placement | 1244 m |

Offender Name: Brownlee, Gustin # 73693          Reason(S) For Segregation (Including Rule No. and Title)

Moved from Cell #: D1-146 to Segregation Cell #: B1-266     IMPP 20-104-I.B.4 Pre-Hearing Detention

☒ Pre-Segregation hearing conducted
☐ Pre-Segregation hearing NOT conducted (Explain) Offender offender moved to segregation for PHD.

Facts: In pursuant to IMPP20-104-I.B.4 Pre-Hearing Detention, on 4/19/2023 resident Brownlee #73693 made threats of great bodily harm toward mental health staff. This placement is for the safety and security of the facility.

☐ This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)
What is the basis for the facility's concern for the offender's safety?

_____

What is the reason no alternative means of separation can be arranged?

_____

                                                        Approved By:

_____ Date 4/19/23              _____ Date 4/19/23
Signature and Title of Reporting Officer          Shift Supervisor or Seg Unit Mgr.

                                                  _____ Date __/__/__
                                                  Warden Authorization (If Needed)

*********************************************************************************************

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on:  Date __/__/__  Time: __:__ m

_____ # _____              _____
Offender Signature and Number                 Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden
    Offender
    PCM

INMATE REQUEST TO STAFF MEMBER

To: _____ COPY                Date: _____
    (Name and Title of Officer or Department)

_____
Unit Team Member Signature                         To be retained by Inmate

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLEE
Last Name Only

U.T

KANSAS DEPARTMENT OF CORRECTIONS

# 0073093
Number

INMATE REQUEST TO STAFF MEMBER

To: B - Cellhouse                    Date: 4-20-23
    (Name and Title of Officer or Department)
    State completely but briefly the problem on which you desire assistance. (Be specific.)

I am Requesting All My Legal Papers I have a Deadline of 5-2-23 with The Courts without Legal Papers I

Work Assignment: Laundry        Living Unit Assignment: B - 200
Comment: _____ Unit Team Members Signature: _____

Disposition: _____

To: _____                     Date: _____
    (Name & Number)

Disposition: _____

_____                         To be returned to inmate.
Employee's Signature
P-0009b



714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

To:     Juvenile and Adult Facility Residents and Family Members
From:   Jeff Zmuda, Secretary
Date:   April 10, 2023
Re:     Revised Mail Handling procedures

Hello,

It's been almost two years since KDOC piloted an electronic mail handling service at Ellsworth Correctional Facility (ECF). That change was due to the number of incidents of illegal substances coming into our facilities through the U.S. Mail. Those incidents pose serious health risks for staff and residents. Since that time, ECF has seen a decline in the number of related incidents involving residents found in altered states where it's necessary for staff members to provide life-saving emergency care to revive someone.

With safety and security of our staff and residents being our primary goal, added with the success we are seeing at ECF, we believe it is time to take the next step of implementing the revised mail handling procedures at all facilities, effective **April 24, 2023**.

The new mail handling procedures require all mail be photocopied. General mail of letters, greeting cards, and envelopes will be photocopied in black and white by staff and then given to the resident. Photographs and drawings will be photocopied in color by staff and then given to the resident. Legal, official and privileged mail will be photocopied by the resident under staff supervision. Incoming mail will normally be delivered within 24 hours after its receipt at the facility, except weekends and holidays, or when the mail contains contraband. Packages will usually be delivered within 48 hours.

We understand many look at mail as a lifeline to outside support of families and loved ones. So, we ask that you understand this is not about restriction but instead, this is about added safety measures against threats to the lives of all staff and residents from entering our facilities.

We understand this will be an adjustment. However, the writing will not be altered. The content of the messages will not change. As we understand maintaining connections through messaging, no matter what form, is important. Many of you are familiar with and have used electronic messaging. This is a practice we encourage you to continue. For those who have not, please consider it. For more on how e-messaging works, please click the link:
https://www.doc.ks.gov/facilities/faq/communication/messages

Thank you for your assistance, cooperation and understanding as we implement this process to enhance safety in our facilities.

Attachment B, IMPP 15-102A
Effective 04-19-22

## Private Industry Employment Referral
*\*Attach Private Industry Application*

Name/#: **Jerry R. Roloff # 67710**   Date: **4/14/23**

Medical Classification: _____   BH Classification: _____   STG Validation: Yes   No

Disciplinary History: **yes**

Escape History Info/Dates: **N/A**

Detainers:   Yes   (No)

If yes – list details: _____

Managed as Sex Offender:   Yes   (No)

If yes –Sex Offender Specialist Notified: __/__/__

Comments/Recommendations: _____

SOP Discharge Summary Recommendations: **N/A**

**Victim Services Notified:** __/__/__

Comments/Input: _____

**Medical/Behavioral Health Notified:** __/__/__

Comments/Input: **N/A**

### PMC Review

_____   __/__/__   ___Approve   ___Disapprove

_____   __/__/__   ___Approve   ___Disapprove

_____   __/__/__   ___Approve   ___Disapprove

Attachment C, IMPP 15-102A
Effective 04-19-22

## Acknowledgement and Agreement for Private Industry Employment

I __Jerry R. Roloff__, # __67710__, agree to accept employment with a private industry company in KDOC. I fully understand, agree and acknowledge the following:

1. I may be terminated from employment at the discretion of the employer or the facility for any of the following reasons:

    a. My behavior interferes with my employment.
    b. My behavior is deemed to be incompatible with the employer.
    c. My behavior jeopardizes the security or operations of the facility.
    d. My behavior is inconsistent with K.A.R. 44-12-328 and IMPP 02-118D defining staff relationships which includes but is not limited to:

        i. Any exchange or gift of items such as money, tobacco, food, etc.
        ii. Any attempt to place a civilian employee on the resident visiting list.
        iii. Any correspondence with a civilian employee.
        iv. Any attempt to meet with a civilian employee other than during work.

2. I understand and agree that there is no due process protection against or upon termination from employment. I am not entitled to any type of hearing prior to, after or in connection with termination from employment.

3. I understand and agree that any attempt to engage in personal relationship with any staff including civilian employees of the employer is grounds not only for termination from employment, but also may result in disciplinary action against me for violation of provisions of the Inmate Rule Book.

_____   __67710__   __4-14-23__
Resident Signature              #           Date

_____                  __/__/__
Witness Signature                           Date

| Inmate Name / No: BROWNLEE, GUSTIN #73693 | Case No: 23-04-210 | Facility: EDCF |
|---|---|---|

## INMATE REQUEST FOR WITNESS

☐ I, _____BROWNLEE, GUSTIN_____, waive my right to request witness(es).

☑ I, _____BROWNLEE, GUSTIN_____, request that the following person:

_Slieter_____ ☐ Inmate No: _____ ☑ Staff Title _BHP._

The above named witness will testify as follows: _____

In lieu of personal appearance of witness    ☐ I hereby waive the above witness.    [ ] Inmate's Initials

☐ see attached notarized witness testimony submitted: [ ] Inmate's Initials

Inmate Signed: _Gustin Brownlee_ Date: _4-20-23_

Housing Unit Staff: _____ Date: _____ Time: _____

---

☐ Request Approved   ☐ Request Disapproved   Reason: (KAR 44-13-405a) _____

Signature: _____ Date: _____
Hearing Officer

This form shall be completed and submitted to the Housing Unit Staff within 48 hours of receipt of the Disciplinary Report.

## INMATE REQUEST FOR WITNESS

☐ I, _____BROWNLEE, GUSTIN_____, waive my right to request witness(es).

☐ I, _____BROWNLEE, GUSTIN_____, request that the following person:

_____ ☐ Inmate, No: _____ ☐ Staff Title _____

The above named witness will testify as follows: _Video_____

In lieu of personal appearance of witness, ☐ I hereby waive the above witness.   [ ] Inmate's Initials

☐ see attached notarized witness testimony submitted: [ ] Inmate's Initials

Inmate Signed: _____ Date: _____

Housing Unit Staff: _____ Date: _____ Time: _____

---

☐ Request Approved   ☐ Request Disapproved   Reason: (KAR 44-13-405a) _____

Signature: _____ Date: _____
Hearing Officer

This form shall be completed and submitted to the Housing Unit Staff within 48 hours of receipt of the Disciplinary Report.

| Inmate Name / No: BROWNLEE, GUSTIN  #73693 | Case No: 23-04-209 | Facility: EDCF |
|---|---|---|

### INMATE REQUEST FOR WITNESS

☐ I, __BROWNLEE, GUSTIN__, waive my right to request witness(es).

☑ I, __BROWNLEE, GUSTIN__, request that the following person:

__MS. HAY__    ☐ Inmate No: _____    ☐ Staff Title _____

The above named witness will testify as follows: __To what happen on 4-16-22__

In lieu of personal appearance of witness  ☐ I hereby waive the above witness.   [   ] Inmate's Initials

☐ see attached notarized witness testimony submitted: [   ] Inmate's Initials

Inmate Signed: _____ Date: _____

Housing Unit Staff: _____ Date: _____ Time: _____

☐ Request Approved  ☐ Request Disapproved   Reason: (KAR 44-13-405a) _____

Signature: _____ Date: _____
                Hearing Officer

This form shall be completed and submitted to the Housing Unit Staff within 48 hours of receipt of the Disciplinary Report.

### INMATE REQUEST FOR WITNESS

☐ I, __BROWNLEE, GUSTIN__, waive my right to request witness(es).

☐ I, __BROWNLEE, GUSTIN__, request that the following person:

__Lucas Scales__  ☐ Inmate, No: __57859__   ☐ Staff Title _____

The above named witness will testify as follows: __To what happen on 4-19-23__

In lieu of personal appearance of witness, ☐ I hereby waive the above witness.  [   ] Inmate's Initials

☐ see attached notarized witness testimony submitted: [   ] Inmate's Initials

Inmate Signed: __Gustin Brown__  Date: __4-20-23__

Housing Unit Staff: _____ Date: _____ Time: _____

☐ Request Approved  ☐ Request Disapproved   Reason: (KAR 44-13-405a) _____

Signature: _____ Date: _____
                Hearing Officer

This form shall be completed and submitted to the Housing Unit Staff within 48 hours of receipt of the Disciplinary Report.

INMATE REQUEST TO STAFF MEMBER

To: _____  Date: _____
(Name and Title of Officer or Department)

_____
Unit Team Member Signature

To be retained by Inmate

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLEE
Last Name Only

U.T

**KANSAS DEPARTMENT OF CORRECTIONS**

# 0073693
Number

**INMATE REQUEST TO STAFF MEMBER**

To: D1· Cellhouse   Date: 4-20-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I am Requesting THAT you E-File my motion for 30 DAY Time Extension with The following Attachments 1 copy of A Grievance form 1 copy of findings of fact from Brion Reeves 1 copy of Inmate Request to Staff signature U.T Brion Reeves 1 copy of Inmate Request to U.T B Cellhouse for All my Legal Paper Work 4-20-23 1 copy of Administrative Seg Report

Work Assignment: Lay-in    Living Unit Assignment: D1-146
Comment: _____  Unit Team Members Signature: _____

Disposition: _____

To: _____  Date: _____
(Name & Number)

Disposition: _____

_____
Employee's Signature

To be returned to inmate.

P-0009b