# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS CORBY AND MCCOLLOUGH RESPONSE TO PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME [DOC. 50]

COME NOW Defendants Brett Corby and Alex McCollough, and provide the following Response to Plaintiff's Fourth Motion Requesting Extension of Time to Respond to Defendants' Motion to Dismiss [Doc. 50] pursuant to the Court's Order [Doc. 51]:

1. On April 24, 2023, Plaintiff filed his fourth Motion for Extension of Time to respond to Defendants' Motion to Dismiss. *See* Doc. 50.

2. Plaintiff alleges in his Motion that due to an incident at the correctional facility he was taken to segregation and without his legal materials. Therefore, Plaintiff was requesting a 30 day extension. *See* Doc. 50.

3. There is no reference to either Defendants Brett Corby or Alex McCollough in the Motion for Extension. *See* Doc. 50.

4. In its Order, the Court requested information related to Plaintiff's access to his legal materials. *See* Doc. 51.

5. Neither Defendant Corby or Defendant McCollough had any involvement in Plaintiff's segregation or his legal materials.

6. Based on communications with KDOC personnel by undersigned counsel, it has

been confirmed that Plaintiff was placed in restrictive housing on or about March 21, 2023. *See* Exhibit A, Declaration of Cathy Mitchell.

7. Plaintiff's personal property, including his legal materials, were placed in the property room on March 21, 2023, and then returned to him in restrictive housing on March 22, 2023. After he was released from restrictive housing, Plaintiff was responsible for packing all his property to go back with him. *See* Exhibit A.

8. Plaintiff was again moved to restrictive housing on April 19, 2023. His property was in the property room from April 19, 2023 to April 21, 2023, when it was returned to him when he returned to general population. *See* Exhibit A.

9. Undersigned counsel also obtained information from the KDOC related to Plaintiff's Law Library usage. *See* Exhibit B, Declaration of Joyce Horsch. Plaintiff has had Law Library time on the following dates: 1/05/2023; 1/10/2023; 1/23/2023; 1/26/2023; 2/3/2023; 2/8/2023; 2/20/2023; 2/24/2023; 3/9/2023; and 3/14/2023. *See* Exhibit B.

10. As to Plaintiff's request for additional time, Defendants Corby and McCollough do not object to a reasonable extension of time for Plaintiff to Respond to Defendants' pending Motion to Dismiss [Doc. 38].

WHEREFORE, Defendants Brett Corby and Alex McCollough do not object to a reasonable extension of time for Plaintiff to respond to Defendants' Motion to Dismiss [Doc. 38].

      Respectfully submitted,

      /s/ Tracy M. Hayes
      Tracy M. Hayes    KS #23119
      SANDERS WARREN & RUSSELL LLP
      Compass Corporate Centre
      11225 College Blvd., Suite 450
      Overland Park, KS  66210
      Phone:  913.234.6100
      Fax:    913.234.6199

t.hayes@swrllp.com<br>
**ATTORNEYS FOR BRETT CORBY**<br>
**AND ALEX McCOLLOUGH**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

Gustin C. Brownlee #73693
EL Dorado Correctional Facility – Central
PO Box 311
El Dorado, KS 67042

*/s/ Tracy M. Hayes*
**Attorney**
