# UNITED STATE DISTRICT COURT
## FOR THE
## DISTRICT OF KANSAS

Gustin C. Brownlee
Plaintiff

v.

Dowling, McCollough, Corby

Case No. 20-cv-03122 JAR-GEB

## Motion for Time Extension

Comes now Gustin C Brownlee prays that the courts grant the request for Time Extention on the following grounds.

On 5-31-23 E.D.C.F. Staff Took All my Legal Property. I am Unable to move forward with my case. See Attachment. A

### Certificate of Service

On this date of 6-1-23 I can declair on my soul that the above is True

/s/ Gustin C. Brownlee

# UNITED STATE DISTRICT COURT
## FOR THE
## DISTRICT OF KANSAS

GUSTIN C. BROWNEL
Plaintiff

V.

Dowling, McCollough, Corby

Case No. 20-cv-33122 JAR. GEB.

## MOTION FOR TIME EXTENTION

Comes now GUSTIN C BROWNLEE prays that the courts grant the request for Time Extention on the following grounds.

On 5-31-23 E.D.C.F staff took all my Legal property. I am unable to move forward with my case. see Attachment. A

### Certificate of Service
On This Date of 6-1-23 I Declair on my soul that the above is True

/Gustin C. Brownel

UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

GUSTIN C. BROWNLEE
Plaintiff
V.
Dowling, McCollough, Corby          Case No. 20-cv-33122
                                    JAR. GEB.

MOTION FOR TIME EXTENSION

Comes now GUSTIN C BROWNLEE prays that the courts grant the request for Time extention on the following grounds.

On 5-31-23 E.D.C.F staff took all my legal property I am unable to move forward with my case. see Attachment. A

Certificate of Service
On this date of 6-1-23 I gan declair on my soul that the above is true   /Gustin C. Brownlee