IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS CORBY AND MCCOLLOUGH RESPONSE TO PLAINTIFF'S FIFTH MOTION FOR EXTENSION OF TIME [DOC. 54]

COME NOW Defendants Brett Corby and Alex McCollough, and provide the following Response to Plaintiff's Fifth Motion Requesting Extension of Time to Respond to Defendants' Motion to Dismiss [Doc. 54] pursuant to the Court's Order [Doc. 55]:

1. On June 2, 2023, Plaintiff filed his Fifth Motion for Extension of Time to respond to Defendants' Motion to Dismiss.  *See* Doc. 54.

2. Plaintiff alleges in his Motion that EDCF Staff took his legal property and therefore he was unable to move forward with his case. An "Attachment A" was referred to, but nothing was attached to the Motion.  *See* Doc. 54.

3. There is no reference to either Defendants Brett Corby or Alex McCollough in the Motion for Extension.  *See* Doc. 54.

4. In its Order, the Court requested information related to Plaintiff's access to his legal materials.  *See* Doc. 55.

5. Based on communications with KDOC personnel by undersigned counsel, it has been confirmed that Plaintiff's legal materials were removed from his possession on June 1, 2023, after he was found to be under the influence.  *See* Exhibit A, Affidavit of Leonard Moore.

6. When a resident is suspected to be under the influence, it is standard practice to pack out all property located within the cell for inspection by the Special Security Team. *See* Exhibit A, Affidavit of Leonard Moore.

7. Due to the complexity of the specialized search, the time frame in which property is returned varies. *See* Exhibit A, Affidavit of Leonard Moore.

8. Plaintiff's property was returned to him on June 7, 2023. *See* Exhibit A, Affidavit of Leonard Moore.

9. As to Plaintiff's request for additional time, Defendants Corby and McCollough do not object to a reasonable extension of time for Plaintiff to Respond to Defendants' pending Motion to Dismiss [Doc. 38].

WHEREFORE, Defendants Brett Corby and Alex McCollough do not object to a reasonable extension of time for Plaintiff to respond to Defendants' Motion to Dismiss [Doc. 38].

Respectfully submitted,

 */s/ Tracy M. Hayes*
Tracy M. Hayes    KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:     913.234.6199
t.hayes@swrllp.com
**ATTORNEYS FOR BRETT CORBY AND ALEX McCOLLOUGH**

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 13th day of June, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

    Gustin C. Brownlee #73693
    EL Dorado Correctional Facility – Central
    PO Box 311
    El Dorado, KS 67042

                                            */s/ Tracy M. Hayes*
                                            **Attorney**