IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 20-CV-03122-JAR-GEB |
| BRETT CORBY, et al., | ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF LEONARD MOORE

Pursuant to 28 U.S.C. § 1746, Leonard Moore, states under oath as follows:

1) My name is Leonard Moore. I am over eighteen years of age, suffer from no impairment, and am otherwise legally competent to make this affidavit.

2) The matters stated in this affidavit are based upon my personal knowledge and review of the institutional records of Gustin Brownlee, as maintained by the Kansas Department of Corrections (KDOC).

3) I am familiar with the retention of records by KDOC. The case file, records, and notes for Mr. Brownlee contain opinions, acts, and events made at or near the time of entry by a person with knowledge and were made and kept during the regularly conducted business activity by KDOC. These records were made in the ordinary course of KDOC's business. It was a regular business activity of KDOC to make and keep such records.

4) I have been employed by the KDOC since January 2020. I am currently the Major at the El Dorado Correctional Facility (EDFC) and have been in this position since September 2022.

EXHIBIT A

5) Prior to becoming Major for EDCF, I was employed by KDOC from 1991 to 2016, at which time I retired. I have worked in the field of corrections for approximately 27 years.

6) As part of my current duties, I am responsible for the supervision and oversight of the security operations of EDCF.

7) According to Incident Report # 07-23-1566, on June 1, 2023 at 0301 hours Resident Brownlee and his cellmate where found to be under the influence during a routine observation check. Resident Brownlee was accessed by medical staff and returned to his cell.

8) When a resident is suspected to be under the influence it is standard practice to pack out all property located within the cell. For the safety and security of the facility the property is then placed in temporary storage until the Special Security Team (SST) can inspect each item using specialized equipment for the detection of any contraband or illicit substances.

9) Once the property has been cleared by SST the property staff will contact the cellhouse unit team to arrange for pick up. The unit team will then deliver the property to the resident.

10) Due to the complexity of the specialized search of each item the time frame on which the property is returned to the resident varies.

11) Resident Brownlee's property was returned to him on June 7, 2023.

Pursuant to 28 U.S.C. § 1746, the above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial. I declare, certify, verify, and

2

state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Further affiant saith not.**

*[signature]*
Leonard Moore

State of Kansas  )
                 )
County of Butler )

Subscribed and sworn to before me on this 9th day of June, 2023.

*[signature]*
Notary Public

My Appointment Expires:

March 3, 2026

NOTARY PUBLIC - State of Kansas
TERESA CLARK-HIEBERT
My Appt Expires 3/3/26

3