IN THE UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

GUSTIN C BROWNLEE
V. Plaintiff

BRETT CORBY: ET al.                    Case No: 20-CV-03122 JAR-GEB
ALEX McCollough
LYMAN DOWLING
Defendants

PLAINTIFF'S BROWNLEE REBUTTAL OPPOSITION
TO DEFENDANTS CORBY And McCollough MOTION TO
DISMISS

Come now Plaintiff GUSTIN C. BROWNLEE, and Pursuant
to Rule        (1)(  and Rule        ()() of the Federal
Rules Of Civil Procedure, And PRAYS for an order from
the COURT Dening Defendants MOTIONS TO DISMISS [Do
38 f 39] Plaintiff has Stated a Claim UPONS which relief
can be granted and has exhaust All available ad-
-minstrative remedies, As THE Defendants Intentionall
misstated THE FACTS ans also MISSTATED and miscounted
when time began to run, THE KDOC Procedure Grievan
Procedure is " DYSFUNCTIONAL". KDOC, E.D.C.F OFFiCials
and STAFF Violated and misapplied their own rules,
Policy and Procedure.

In SUPPORT OF Said REBUTTAL OPPosition. Plaintiff

IN THE UNITED STATE DISTRICT COURT

FOR THE

DISTRICT OF KANSAS

JUSTIN C BROWNLEE

V. Plaintiff

BRETT CORBY: ET al.

ALEX McCOLLOUGH

LYMAN DOWLING

Defendants

Case No: 20-CV-03122 JAR-GEB

PLAINTIFF'S BROWNLEE REBUTTAL OPPOSTION
O DEFENDANTS CORBY AND McCollOUGH MOTION TO
DISMISS.

Come now Plaintiff JUSTIN C. Brownlee, and Pursuant
o Rule ( )( ) and Rule ( )( ) of the Federal
Rules of civil Procedure, and PRAYS for an order from
the COURT Denying Defendants MOTIONS TO DISMISS [DO
58 & 39] Plaintiff has Stated a claim UPONS which relief
can be granted and has exhaust All available ad-
minstrative remedies, AS THE Defendants Intentionall
misstated THE FACTS ans also MISSTATED and miscounted
when time began to run. THE KDOC Procedure Grievance
Procedure is "DYSFUNCTIONAL". KDOC, E.D.C.F OFFiCialS
d STAFF Violated and misapplied their own rules,
licy and Procedure.

In SUPPORT OF Said REBUTTAL OPPosition. Plaintiff

STATE as follows:

## I. NATURE OF CASE

Plaintiff has filed Suit truthfully claim that Defendants Corby and Dowling were deliberately indifferent to his personal safety as well as others. When Defendant Dowling committed the "crime" of texting and driving while "operating" the transport van, Defendant Corby failed to intervene with the crime committed by Dowling. That "Resulted with injuries to all Three occ-pants of the van an also *JENNIFER DUTTON with Her (7) Juvenile CHILDRENS.* Defendants CORBY and DOWLING were deliberately indifferent to his serious medical needs following the automobile crime on MAY 23, 2018. Plaintiff has truthfully claimed that Defendant Mccollough was deliberately indifferent to his serious medical needs and also used "Unnessasary excessive Force AFTER the automobile crime on MAY 23, 2018.

Plaintiff initially filed suit on APRIL 28, 2020 SEE Docket. THE initial complaint [Doc 1] was Screen by THE COURT and A Show Cause order was issued. SEE NOTICE and order to Show Cause [Doc. 4] Based on THE ACTION OF THE KDOC STAFF member refusing Plaintiff A NOTARY, FALSIFYING LEGAL

Documents. Dissectting and also failing to timely
E-File Plaintiff response TO THE order to show
Cause. See. Doc. 14 Doc. 14 and also SEE [Doc. 15 AFFIDAVIT
OF FACTS], the case was dismissed. However, based
on the fact that Plaintiff had responded to
the show cause order and provided the pleading
to correctional facility employees prior to the
deadline, the dismissal was overturned.

Based on the response to the Show Cause order,
the Court entered an order that Plaintiff was
to file an Amended Complaint. SEE memorandum and
order was entered [Doc. 18] on April 14, 2022.
Plaintiff filed his First Amended Complaint [Doc. 21].

The First Amended Complaint was again screened
by The court and an order was entered dismissing
Some of Plaintiff's Claims and it was ordered that
A Second Amended Complaint was to be filed. SEE
memorandum and order [Doc. 22].

On August 15, 2022. Plaintiff filed the Second Amended
Complaint [Doc. 25]. Following the filing of
the Second Amended Complaint, the Court
ordered Service on the remaining defendants
for the two counts in the Controlling

Complaint:

On OCTOBER 21 .2022 Plaintiff Filed A motion "RequesTTing" That the courts ConsTiTues PLAINTIFFs Claim For UNSAFE Conditions Should be "RAISED". Because Plaintiff has aready RaiED this Claim with-in his Second Amended Complaint. SEE DOC 34 [ DOC 25 count 1. supporting Facts 2-3 ]

(1) Count 1: Aginst Defendants Corby and Dowling For violations oF the Eight Amendment and Fourthteenth For ' UNSAFE Conditions and For Intentionally " Denying" PROPER medical Care .treatment and Assistance:

(2) countli: Aginst Defendant mccollough For Violations oF Plaintiff Rights Prohibiting Cruel and unusual Punishment under the Eighth Amendment by using unreasonible excessive Force and intentionally denied PROPER medical tf care .treatment and Assistance:

SEE

Dowling Caused this vehicle collision by Committing the crime of texting and driving. . Corby Failed to Intervene. Doc 25 P4

3. Defendant Corby . Failed to seatrain Plaintiff Into VAN seat the correct way when the Collision occurred. Doc 25 . P 5

4 As A DIRECT Result OF Defendants Corby and Dowling deliberately Indifferen that exposes Plaintiff To an unreasnable harm. Plaintiff and others were in Jured. Doc 25 . P8-10

5 Defendants Corby and Dowling intentionally "denied" PROPER Medical Care. Treatment and assistance by emergency medical personel at collision because they blieved Plaintiff was Fakkin like he was INJured Doc 25 . P 9-10
Refuesed to take Plaintiff hospital

6 Defendants Corby and Dowling Decided that a VAN would be called to get me Doc 25 . P 9-10

7 Plaintiff Made Known to Defendant mccollough that he was INJured unable to walk and needed medical Assistance Doc 25 . P 11

8. Defendant Mccollough Forcefully and Maliciously grabbed and druged Plaintiff out of wrecked VAN and thrown Him Into ANother VAN see Doc 25 p.11

9. Causing Plaintiff Further PAIN to Plaintiff BACK see Doc 25. p 11

10. Plaintiff was transported back to El Dorado Correctional Facility [Plaintiff made Know to All that he was injured unable to walk and needed medical Assistance in order to exit the VAN see Doc 25. p 11

11 Defendant Mccollough threaten Plaintiff. mocked and laughed at Plaintiff in total disregaed to Plaintiff Pleas for Medical Assistance see Doc 25 p. 11 [because Plaintinfer was talking like I was Injured]

12 Defendant Mccollough then A second time Forcefully and Maliciously grabbed and drug Plaintiff to Floor of VAN Kneed and Punching Plaintiff see Doc. 25 p. 11-12

13 Defendant Mccollough causing Further PAIN and bruising to Plaintiff Doc 25 Causing The unneces and wanton infliction of PAIN. TWO disc From Plaintiff SPiNal Cord Push aginsts my sciatia Nerve Causing Permanent

damge DOC 25  P 7 &  11-12

14 IF Defendant Cody and Dowling Had Not
Intentionally "denied" Proper Medical Care
By Emergency Medical Personnel at the
Crime Scene. Plaintiff would have received
A Proper Medical diagnosis. Doc 25 . p 9 to

15 Defendant would not have been Mishandled and
attacked by Defendant Mccollough and others.
Doc 25 -1  p9

16. Defendant Mccollough told Doctor Harrod to "Send
Plaintiff Back to His Cell Doc 25- p 12

17 Defendant Mccollough "Informed" Doctor Harrod
about Collision. Doctor Harrod Stated that I
Should have Been taken to Hospital. Doc 25, P 12

18 Doctor Harrod ask Defendant Mccollough why
Was I still in Handcuff's . did an assessment
am Decieded that my Injuries were so severe.
I needed immediate medical assistance. Doc
25, P 12

Prior to Filing of the Scond

19 Doctor Harrod Sent me to outside Doctor
and they also determen that these incident
Cause Severe INJury and Permenent
damage SEE Doc 25, P. 12

20 Prior to the Filing of the Second Amended
Complaint Plaintiff has alleged that Defendant
McCollough was Physically Abusive
toward Plaintiff. [ Doc 25  P. 17] Special
Prhocedures To Secretary Doc 25, P 12

21. In Plaintiff Inmate Request to Staff
members dated 5-28-2018 To Unit Team
Samson In THe InfiRmaRy. Plaintiff
made A Misstatement that Defendant
CoRby ask if I was OK. Due to medication
I was Under For THE PAIN. It was in
FACT Defendant Dowling and I had the
Ames Some It A Little mixed up Dowling was
The one that ask me if I was Ok. SEE Doc
25. P59 [KANSas DApartment of Corrections
           incident Report ] of DANE Dowling

22 Plaintiff was On AAultiple "multiple"
Relaxer's and PAIN MEDS ox K.D.O.C
Staff Refused to help me Complete Inmate

Request to STAFF member and GRIEVANCE
dated 5-28-2018 with is a Direct violation
of 44-15-102 Procedure (1) DOC 23 SEE attach
ments of multiple unanswer Inmate Request
form 9 and CORIZON Health services FORM)

23 Plaintiff attached to second amended
Complaint and other Pleading documents in
support that he exhausted this All Available
Administrative remedies". Doc 23

24 In Plaintiff's Request to STAFF members
dated 6-28-2018 Plaintiff is making a claim
that All Officer involves violated His Eight Amendement
ment to US Constitution. Doc. 25, P 9

25 In Plaintiff' Special Procedures" Corresponda
nce, Plaintiff & State of other STAFF and
Plaintiff also attached the A Copy of Original grievan
Doc 25, P 11
26 Report A Crime involving (7) Juvenile children
is A Special kinds of Problems Grievance
was improper SEE Doc 25

III  STATEMENT OF QUESTIONS PRESENTED
A. Has Plaintiff exa

III ANSWERS TO QUESTIONS PRESENTED

A. Plaintiff exhausted all available Amdministrative remedies

B. Count 1, states a claim for delieberate indifference to a serious medical needs an also unsafe condition against Defendant Cody.

C. Count 2, states a claim for delieberate indifference to serious medical need against Defendant McCollough

D. Count 2, states a claim for excessive use of force against Defendant McCollough

E. Plaintiff is not attempting to amend complaint but is only ~~raisah~~ Requesting that the court Sheyview a claim that was ~~raised~~ raised With-In sac

IV STANDARD OF REV

IV. STANDARD OF REVIEW

Standard For Motion to Dismiss

The same standard used for Fed. R. Civ. P. 12(b)(6) motions to Fed 56(a)(1)(1) dismissals, and this includes the newer language and meaning taken from Twombly and its "Plausibility" determination. See Kay v. Bemis, 500 F.3d 1214, 1218 (10th Cir 2007) cert. denied 558 US 46 (2011). As a result, Courts "looks to the Specific allegations in the complaint to determine whether they plausibly support a legal claim for relief." Kay, 500 F.3d at 1218. The Tenth Circuit has made clear, "that, to state a claim in Federal court, a complaint must explain what each defendant did to [the Pro se Plaintiff]. and what specific legal right the Plaintiff believes the defendant violated.

B. Standard For Construing Pro Se Pleadings

A court liberally construes a Pro se complaint and applies "less stringent standards than formal pleadings drafted by lawyers." Erickson v. Pardus, 551 U.S. 89 94 (2007). In addition, the court accept all well-pleaded allegations in the Complaint as true. Anderson v Blake, 469 F.3d 910, 913 (10th Cir 2006).

V. ARGUMENT AND AUTHORITIES    → [38] & [39]

A. Defendants Motion To Dismiss Must Be Denied Because Plaintiff has Exhaust all available Remedies. The Defendants and their

-Attorney or Attempting to commit FRAUD on the courts, and KDOC an its STAFF Members HAVE Failed to follow its own RULE, Regulation, Policies and Procedure it has SET Forth within the K.A.R.

An Inmate must take four Steps to complete the grievance Process (1) attempt an informal Resolution with unit members (a) Submit a grievance to an appropriate unit team member (3) Submit a grievance to the warden of the Facility and (4) Appeal to the Secretary of Corrections.

Here, Plaintiff did Complete the KDOC grievance process that was available Prior to filing the instant action.

As demonstrated by the documents attached by Plaintiff's in my Pleadings to date. Plaintiff Properly and timely Appeal to the Secretary of Corrections as required by the four Step grievance process. SEE K.A.R. 44-15-101 (b), (c), (d). 44-15-102 (a)-(c) See also Exhibit Doc 21-1, Doc 25-1 and Exhibit C, Declaration of Sidni C. Beanie. Plaintiff attached A Inmate Request to STAFF member that MAY 08, 2018 that was Attached to the Inmate Grievance form (Doc 25-1 P 6-7). Which would make the latest deadline to appeal to the warden June 17, 2018. Also SEE Grievance Receipt filed 5-28-18 Doc 25-1 P AT 11

Defendant's incorrectly and Falsely claim that the latest Deadline to Appeal to the warden is June

1 2018 SEE Doc 39 Page 7. SEE K.A.R 44-15-101(b) "Informal Resolution, Inmate Request Form". June 4, 2018 is Incorre- Williams V. Franklin. 322 APX. 830 (10th Cir 2008) THE courts rejecting determination of Untimeliness that was obviously wrong. Also SEE Doc 39 Page 4 12-13 "5-28-2018" ##2

Unit Team Member Oluwatosin (Came.) Obviously Limited Plaintiffs grievance to Unit Team Manager Richard Hoovers who did not Respond in A Timely Manner. SEE Doc 25-1 P 14-20 "Special Procedures" Correspondence, see Also

Unit Team Manager Richard Hoovers Violated $\overset{K.A.R}{44-15-101}$ by Refusing to answer Plaintiffs Grievance Imposing additional hardship upon Plaintiff. (e) Refuse to assst Plaintiff Obtaining Copies of supporting Material Necessary complete the grievance (f) Refuse to sign, date, Return Plantiff's grievance. SEE K.A.R 44-15-101 (c),(e),f See Special Procedures To The Secretary of Correction Doc 25-1 P 14-20. SEE Blake V. Doss, 136 S. Ct 1850 (2016) ##3

Plaintiff Sent A grievance Report Form to the Warden on or About June 14 2018 without the Unit Team signature." After Timely appealing to the Warden." Two days after deadline." Plaintiff Sent Special Procedures grievance 44-15-201 To

warden Plaintiff Properly submitted A special
kind OF Problems Grievance to the warden.
Plaintiff Stated I completed All Lower Stages
OF Grievance Process. Plaintiff than address
the Unit team's lack OF timely Response with
warden. Per K.A.R 44-15-102 (a) unlike Smith
V. Roberts. 393 P. 3d 1058 (table opinion). 2017
WL 1369053. at *4 Plaintiff did not bypass
the warden and Request a resolution through
the Special kinds OF Problems Regulation with
the Secretary SEE Doc 25-1 P°. 15-16 Special Procedures
To The warden. SEE Doc

      Defendant's incorrectlly and Falsely Claim
that after Appeal deadline To warden. Plaintiff
Improperly submitted A special kind OF Problems
Grievance to the Secretary of Corrections.
SEE Doc 39 PAge 7. Williams V. Franklin. 302 APPX. 830
(10th cir 2008)

      warden Snyder violated K.A.R 44-15-101
(c) by Refusing to answer Plaintiff Grievance's
imposing additional hardship upon Plaintiff to
Refuse to sign date and Return Plaintiff grievance
also violated K.A.R. 44-15-102 (f) Any grievance
Report Forms MAY be Rejected by the if the
Forms does not document any Unit team action
as Required For The Preliminary informal

resolution Process. The grievence Report forms
shall the be sent back to unit team for an immediate
answers. See Doc 25-1
        step#4

        Plaintiff received A grievence Appeal Forms from
U.T SHEILA MERCER After Fill it out hand it over to
her to transmitt to U.s mail, & due TO THe FAct
that E.D.C.F Was on A Facitlity Lock Down
Due to A Riot that took Place on [July 1. 2018
    Judicial notice miller v. Toxicology ] U.T MERCER
Informed me to write under Special kind Problems
Grievence To Synder and TO SECRETARY SEE DOC 25-p19.
2] Inmate REQuest To STAFF" BUCHANAN and English=
    Mason v. Corizon. Ine 2015-104345x6   Davis v. Hedgpeth. 2010
                                            Hedgpeth

        Plaintiff has Demonstrated that I EXHausT All
available steps For exhaustion under the PLRA. SEE
Ross v. Blake—US. 136 s ct 1850 1858 (2016) In Ross, The
Supreme Court held that an administrative procedure
is unavailable unders The PLRA When eithers (1) it
Operates as a simple dead end with OFFICERs unable
Oh consistently unwilling to Provide any relief to
aggrieved imates (2) It is so opaque that it becomes.
Practically, speaking incapable of use" OR Prison
through machination, Misrepresentation, OR
Intim, dation, Ross, 136 s ct at 1859-60 For

B Count I as to Defendant Corby ~~should be~~ Motion To Dismiss
~~Should Be~~ Must Be Denied Because Plaintiff
has Stated A Claim Upon Wich relief Can be
granted

1 Mr Corby was Acting Under The Color of
State law SEE Doc 29 . P2

2. Mr Corby Violated Plaintiffs Eight Amendment
right Secured by the Constitution

Plaintiff has "ESTABLISH" deliberate indifference
to Serious Medical needs. Estelle V. Gamble, 429
U.S 97, 106 (1976).

   Objective Componet
   Defendant Corby Deinied Plaintiff Medical care
Because Both Corby and Dowling ~~did not believe~~
believed Plaintiff was Acting OR FAKEN like He
Was Injured SEE Doc 29 P 5 also See AFFIPAVIT of
Facts . [KANSAS Department of Corrections Incident Report
of Dane Dowling ]

   The PAIN and depsivation Plaintiff was put in
Was Sufficientlly Serious SEE Doc 29. P 5-6-9
and other e

   Subjective Componet
Defendant Corby and Dowling Knew OF and disregarded
an EXCESSIVE risk to ~~irate~~ Plaintiffs health.

and SAFTY. Corby and Dowling both were aware
of facts from which they could have drawn
Inference that a substantial risk of serious
harm exists, and by failing to take reasonable
measures to abate. Mata v Saiz, 427 F 3d 745,
752 (10th Cir 2005. Holt v mcbride 539 F App'x 863
     Plaintiff has alleged additional Injuries
caused by Corby and Dowling deinying medical
care, treatment and assistaince. SEE DOc 25 P 9-10
C2-C3 supporting facts also SEE Affidavit of facts
with-in Plaintiff Second amended complaint, He
State He State that Doctor Harrod stated that
Plaintiff should have Been take to hospital and also
Dr Harrod did have Plaintiff transferrd out and
it was determan that these incident cave
Sever Injury and permonent damage. SEE DOc 25

~~Furthermore, in the doc~~

     Furthmore in documents attched to Second Amendent
Complantin. was A PART OF THe DYSFUNCTION Grievance
Procedure That K.D.O.C E.D.CF OFFicials Violated
also SEE Rebuttal OPPOSTION STATEment of facts 21-22
There Fore, Plaintiff Claim for deliberate indifferre
against Corby ~~Should~~ MUST STAND as A MATTER
of law because the Turthful Claims contained
in second amended complaint and exbhits do
satissy the Subjective Componend

To further. SEE Rebuttal Opposition Statment of facts
6 That Defendant Corby and dowling decided that
Plaintiff would be transferred back to the Facility
also See Affidavit of Facts
The
B2 Unsafe Conditions
Defendants Dowling and Corby were deliberately
Indifferent that exposes Plaintiff and others To an
Unreasonable harm

Here Plaintiff Attached documents to his pleading to
date Showing the Courts that Defendant Dowling committed
the Crime of texting and driving while operating the
transport VAN. Defendant Corby Failed to intervene
and by Failing to restrain Plaintiff in VAN the
Correct Way.

1 Plaintiff was exposed to a Serious harm
SEE Doc 25   AFFivDITI of FACTS
2 Defendant Corby knew of the Condition and did
not respond to it in a reasnable manner
SEE Doc 25 AFFivit of FACTS

and This motion ~~should~~ Denied ~~Because~~ Plaintiff
must Be
~~has always~~

Plaintiff turthful Claim for the Unnassary Use
~~for~~ of excessive Use of Force. Plaintiff has
exhaust All available administrative remedies.
As it relates specifically to Plaintiff
Claims against Defendant McCollough in
his original Complaint [Doc 1] and his first
Amended Complaint [Doc 21] and also his
Second Amended Complaint [Doc 23] Plaintiff
turthful Claim against Defendant McCollough
Segarding the Unnassary Use of Force
in removing him From the VAN. ~~In
Screening the original complaint, the
Court~~

Here Defendant McCollough Unnassary Use
of Force ~~force~~ in removing Plaintiff From
transport VAN "was" Cruel and unusual
etc.
Because

~~1.There was no need For force
2. The Force was~~

1. ~~Plaintiff~~ There was no need For Force
Plaintiff was restrained and non ~~and~~

C. Count 11 Defendant McCollough Motion
To Dismiss Must Be Denied Because Plaintiff
has stated a Claim upon which relief can
be Granted for deliberate indifference to
a serious medical need and has exhaust
claims of Eighth Amendment Violation

As an initial matter, Plaintiff has
made very Clear that Defendant McCollough
denied him Medical care. Doc 25 Pg 7, 11, 12
Pg 7 [Alex McCollough Intentionally denied]
Pg 11 [Alex McCollough was immediately made
aware of Plaintiff Injuries — and tht I needed
medical Assistance and Help in order to exit
Van]
Pg 12 [Alex McCollough told Doctor Harrod
to send Plaintiff back to his Cell. For The
Same reasons Set Forth Above as It relates
~~As Plaintiff further~~
to Defendant Corby. [With-in Inmate ~~Attempted~~ Request
To Staff members Dated 5-28-2018 Plaintiff
has Always ~~Stated Made The Claim~~ Attempted
to make A Claim ~~Against~~ that all of
these Officers Violated Plaintiff U.S &
Constitutional Right to be Free From
Cruel and Unusual Punishment].

C Count II Defendant

threateing SEE Doc 25 . P 12 ᶜ⁻ᵘ also SEE AFFIDAVIT OF Facts Plaintiff was not resisting on any way SEE DOC 25 Supporting Facts MCCowan v morales 945 F.3d 1272 Defendant Mccollough made No efforts to help OR ASSistance ~~and~~ Me

2. Defendant Mccollough Threaten Plaintiff, mocked call and call Plaintiff out of his name Befor the attack That show his State of mind ➔ SEE DOC 25 . P 5 P11 P12 SEE Affidavit of Fact

Here It can not Be Said Defendant Mccollough was trying to keep order or done in good Faith

3 Plaintiff was in excruciating Pain and has Permenent Damgee SEE Doc 25 Affidavit of Facts and all Document Attachment
For the reasons Set Forth A This Motion To Dismiss must Be Dinded

I declare under the Penalty or Perjury that Above Information is ture and Corret

D, MOTION TO CONSTRUE $MUST be Granted

It's simple The Court construes
It liberally and draws all reasonable inferences
from facts in Plaintiffs Favor Gaison v. Drug Enforcement
Admin. 581 F.3s 955, 961 (8th 2001) The Court generally
ignores materials outside the pleadings but may
consider materials that are part of the public record
or materials that are necessarily embraced by
the pleadings Miller v. Tooricksy Lab inc 688 F.3s 920.91)
18th cir 2012 matters incorporated by reference or integral
to claim, items subject to judicial notice, matter
of public record, others. Items appearing in the record
of the case, and exhibits attache to the complaint
whose authenticity is unquestion

VERIFY CATIb

I have READ THE FOREGOING RebuttAL OPPOSITION
hereby verify that matter's Alleged there in
Are true. Except those matter Alleged on
information and belion and as to those be tue KDOC
STAFF Foregoing is true and Correct was E-Filed
on this day

EXCuted At El DORAD  Correctionl Facility

7-13-23