### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GUSTIN C. BROWNLEE,** | |
| **Plaintiff,** | |
| v. | Case No. 20-3122-JAR-GEB |
| **EYMAN DOWLING,** et al., | |
| **Defendants.** | |

### ORDER

Plaintiff Gustin Brownlee brings this suit alleging claims against three defendants: Eyman Dowling, Brett Corby, and Alex McCollough, each alleged to have worked as a security officer at the El Dorado Correctional Facility. On October 24, 2022, the Kansas Department of Corrections ("KDOC") filed a Waiver of Service of Summons Executed (Doc. 35) for Defendants Corby and McCollough. Because this Court has not received a waiver of service executed for Defendant Dowling, the KDOC shall have ten (10) days from the filing of this Order to supply the Clerk of Court with the last known forwarding address for Defendant Dowling, said address to be placed under seal and used only for the purpose of attempting to effect service of process. The KDOC shall use the event "SEALED Notice of Last Known Address of KDOC Employees" to submit the sealed address to the Court.

**IT IS SO ORDERED.**

Dated: August 1, 2023

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE