IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE,                    ) | |
|               **Plaintiff,**      ) | |
| v.                                                         ) | Case No.  20-cv-03122-JAR-GEB |
| BRETT CORBY, et al.,                      ) | |
|               **Defendants.**   ) | |

### DEFENDANTS CORBY AND MCCOLLOUGH MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

COME NOW Defendants Brett Corby and Alex McCollough, and request a 14-day extension, or until August 21, 2023, to file their Reply in Support:

1. On January 6, 2023, Defendants Corby and McCollough filed a Motion to Dismiss. *See* Doc. 38-39.

2. Plaintiff has filed five Motions for Extension of Time to respond to the Motion to Dismiss. *See* Docket.

3. On June 14, 2023, the Court granted the last Motion for Extension, extending Plaintiff's time to respond to July 14, 2023. *See* Doc. 57.

4. On July 24, 2023, Plaintiff filed his response in opposition to the Motion to Dismiss. *See* Doc. 58.

5. A number of pages in the response are difficult to read. *See* Doc. 58.

6. Undersigned counsel has reached out to KDOC personnel in attempts to obtain a better scanned copy of the Response and KDOC personnel are working with Plaintiff to obtain the original document so it can be rescanned.

7. Due to the difficulty in reading the Response, and other pressing deadlines, counsel

for Defendants is requesting additional time to file their Reply in Support of the Motion to Dismiss by 14 days, or until August 21, 2023.

8. Defendants have not previously requested an extension of time to file a Reply in Support of the Motion to Dismiss.

9. Defendant has not consulted with the Plaintiff regarding this request.

10. This Motion is not meant to hinder, delay, or prejudice this proceeding in any manner. This Motion is filed in order to obtain a better-quality version of the Response and due to other pressing deadlines.

WHEREFORE, Defendants Corby and McCollough respectfully move the Court for an order extending their time to Reply until August 21, 2023.

Respectfully submitted,

*/s/ Tracy M. Hayes*
Tracy M. Hayes       KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:     913.234.6199
t.hayes@swrllp.com
**ATTORNEY FOR BRETT CORBY AND ALEX McCOLLOUGH**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of August, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

    Gustin C. Brownlee #73693
    EL Dorado Correctional Facility – Central
    PO Box 311
    El Dorado, KS 67042

*/s/ Tracy M. Hayes*
**Attorney**