## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

### RESPONSE TO COURT ORDER [DOC. 59]

On August 1, 2023, the Court entered its Order that the KDOC was to provide last known contact information for Defendant Dowling based on no Waiver of Service previously being returned as Defendant Dowling was not employed by the KDOC at the time of the Waiver of Service being issued. Undersigned counsel has been in touch with Defendant Dowling and Defendant Dowling has authorized undersigned counsel to accept service on behalf of Defendant Dowling.

Respectfully submitted,

*/s/ Tracy M. Hayes*
Tracy M. Hayes        KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:     913.234.6199
t.hayes@swrllp.com
**ATTORNEY FOR BRETT CORBY AND ALEX McCOLLOUGH**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of August, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

Gustin C. Brownlee #73693
EL Dorado Correctional Facility – Central
PO Box 311
El Dorado, KS 67042

                                                                             */s/ Tracy M. Hayes*
                                                                             **Attorney**