IN THE UNITED STATES DISTRICT
COURT FOR THE

DISTRICT OF KANSAS

GUSTIN C BROWNLEE

Plaintiff

v.                                                    Case No: 20-cv-3122

RHETT CARRY Etal                        JAR-GEB

ALEX McCullough

Gustin Draper

Motion To File out of Time

Come Now GUSTIN C BROWNLEE and
pursuant to rule _ _ _ _ _ _ of Federal
Rules of civil Procedure ask the the
the Court staff consider my Rebuttal objection
As Timely Due to THE DYSFUNCTIONAL EDCF staff
Mishandling in failing to timely submit documents
In support of said motion

1. E.D.C.F Staff Are Prohibiting me access
to the courts they are taking my paper
and not filing all the paper
to them and not taking legal papers when
Requesting E-File

2 They ARE Not scanning them correctly

3 They Refuse to tell me what the Court

is Ask of me          SEE Attachment

VERIFICATION
I HAVE READ THE foregoing motion
In file out of Time he do verify
their matters alleged there in or
true

Excuted at El Dorado Correctional
facility

8-17-23