IN THE UNITED STATE DISTRICT
COURT FOR THE
DISTRICT OF KANSAS

GUSTIN C BROWNLEE
Plaintiff
V.
RHETT CRABRI etc.
ALEX McCULLOUGH
LYNN BROWNLEE

Case No: 20-CV-03122
JAR-GEB

## Motion to File out of Time

Come Now GUSTIN C BROWNLEE and pursuant to Rule ----- of Federal Rules of Civil Procedure, Prays that the Court shall consider my Pleadings/motions as timely due to the dysfunction EDCF Staff mishandling in failing to timely submit month's ago in support of said motion

1. E.D.C.F. Staff are preventing my access to the courts, they are taking my paper and not filing all the papers I am sending to them and not taking Legal papers when Requesting to File.

2. They are not scanning them correctly

3. They Refuse to tell me what are Cash

is Ask of me           SEE Attachment

VERIFICATION

I have read the for[e]going (above) to [be] true out of [my?] [hand?] writing that matters alleged [therein?] is [true?]

Executed at El Dorado Correctional Facility

8-17-23