INMATE REQUEST TO STAFF MEMBER

To: _____      Date: _____

(Name and Title of Officer or Department)

Attachment

_____      To be retained by Inmate

Unit Team Member Signature

**Form 9**
For Cellhouse Transfer                                        BROWNLEE
Work Assignment _____      Last Name Only
Interview Requests                                                    #
                                                                          0073600
. KANSAS DEPARTMENT OF CORRECTIONS                    Number

INMATE REQUEST TO STAFF MEMBER

To: Johnson _____   Date: 8-3-23 _____

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I BEEN TRYIN to SEE what the Court
WANT Me to Respond to I need you to
e-File the my paper To U.S District Court
of the DistrICt OF KANSAS I've

Work Assignment: _ay-CAUSe _____   Living Unit Assignment: E1-110

Comment: C4 VC _____   Unit Team Members Signature: _____
                    Copy

Disposition: _____

_____

_____

_____

To: _____      Date: _____

(Name & Number)

Disposition: _____

_____

_____

_____

_____
Employee's Signature                                        To be returned to inmate.

P-0009b