INMATE REQUEST TO STAFF MEMBER

(or Department)

Date: _____

To be retained by Inmate

Attachment B

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

BROWNLEE
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

# 0073003
Number

U.T

INMATE REQUEST TO STAFF MEMBER

To: A Cellhouse        Date: 8-17-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I needed a E-File I have a Deadline This is my 2rd Request the officers keep telling me I have to give my Legal Paper to P.U.T

Work Assignment: Lay-IN-CAUS        Living Unit Assignment: A 137
Comment: _____        Unit Team Members Signature: _____

Disposition: _____

To: _____        Date: _____
(Name & Number)

Disposition: _____

Employee's Signature        To be returned to inmate.

P-0009b