INMATE REQUEST TO STAFF MEMBER

To: _____  Date: _____
(Name and Title of Officer or Department)

_____  To be retained by Inmate
Unit Team Member Signature

Attachment

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLLE
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

#0073693
Number

INMATE REQUEST TO STAFF MEMBER

To: Scaloree  Date: 8-12-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I needed the Law Library TABLET I Have a Deadline of 8-21-23 — THANK YOU

Work Assignment: Lay-in-Couse   Living Unit Assignment: A-137
Comment: _____   Unit Team Members Signature: _____

Disposition: We don't have any Law Library tablets right now. We will hopefully have some soon.

To: _____  Date: _____
(Name & Number)

Disposition: _____

CM Acolari  8/18/23
Employee's Signature

P-0009b

To be returned to inmate.