## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| **GUSTIN C. BROWNLEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.   20-cv-03122-JAR-GEB** |
| | ) | |
| **BRETT CORBY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT DOWLING'S MOTION TO DISMISS

COMES NOW Defendant Eyman Dowling, and pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves for an Order from the Court dismissing Plaintiff's Second Amended Complaint [Doc. 25] as Plaintiff has failed to state a claim upon which relief can be granted and failed to exhaust his administrative remedies, as set forth more fully in his Memorandum which is filed contemporaneously with this Motion.

WHEREFORE, Defendant Eyman Dowling requests an Order from this Court dismissing Plaintiff's Second Amended Complaint, and for such other relief as is just and necessary.

Respectfully submitted,

 /s/ Tracy M. Hayes
Tracy M. Hayes        KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:      913.234.6199
t.hayes@swrllp.com
**ATTORNEYS FOR BRETT CORBY,
ALEX McCOLLOUGH AND EYMAN
DOWLING**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on the <u>24</u><sup>th</sup> day of August, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

       Gustin C. Brownlee #73693
       EL Dorado Correctional Facility – Central
       PO Box 311
       El Dorado, KS 67042


                                    */s/ Tracy M. Hayes*
                                      **Attorney**