# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

GUSTIN C BROWNLEE
Plaintiff

V.

BRETT CORBY, et al

Case No. 20-cv-03122-JAR-GEB

## DECLARATION FOR ENTRY OF DEFAULT

GUSTIN C hereby declares up on my sole I am the plaintiff herein. THE Complaint herein was Filled on

The court Files and record herein show that the Defendant Dowling authorized undersigned counsel to accept service on August 1, 2023

More than 20 days have elapsed since the date on wich the Defendants herein was served with summons and a copy of Plaintiff complaint, excluding the date thereof

THE Defendants Dowling have Failed to answer or otherwise defend as to Plaintiff complaint or serve a copy of those ANY

Answer or any defense which Pt might have HAD, upon affiant, ~~or any~~ Plaintff Herein

Defendant Dowling is not military service and are not Infant or Incompetent

I declare under penalty of perjury that the foregoing is true and correct. Excutes at ELDORADO, KS

Excutes

8-23-23

GUSTIN C BRX