GUSTIN C BROWNLEE
Plaintiff
~~⬤⬤~~          VS
Alex MCColullough                    Case No
Eyman Dowling
BRETT CORBY


Dear
     JAR-GEB


        I am unable to more FORWARD with this case
At this time Because. I'm with out my Legal
PAPER WORK Once ~~once~~ more. K.D.O.C STAFF ARE
Refusing me my Legal mail, PAPER WORK ECT. On
9-12-2023 I was attacted by E.D.C.F STAFF
On THE MADE UP Claim that I. tied a noose
around my Neck. Wich is UNTRUE. E.D.C.F
STAFF DID Not WANT to DO A FORCE Move.
THIS CAN Be Supported by "Video". Bill Witherspoon
Also made A UNTRUE Claim that caused that
Whole Chain of events that Cause me to
Be Attacted by UNKNOWN STAFF. I may HAVE
Disruptive behavior. But it was cause the
trays with the food was not clean because
Dish Wash was broke. I was the only
one ~~potentiale~~ that received a DISCIPLINARY
REPORT FOR the Disruptive behavior "that

Date: _____

or Department)

use Officer's Signature

To be retained by Inmate

BROWNLEE

#00T3693

Inmate's Last Name Only

Inmate Number

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS

U.T C Cellhouse

INMATE REQUEST TO STAFF MEMBER

To: C _____     Date: 9-19-23

I am REQUESTING THAT ALL My LEGAL PAPER WORK and LEGAL MAIL BE Returned to Me At once I would like to Know under what Authority is E.D.C.F STAFF Members are with holding My LEGAL mail and

Work Assignment: Law-in-cause     Living Unit Assignment: C

Comment: COPY COI Moore 9-19-23     Detail or C.H. Officer: _____

PAPER but Allow Me PAPER SACK'S with My Food

Disposition: INSide with PAPER Towels that is also PAPER I have very Strict Deadlines with the

To: _____     Date: _____
(Name & Number)

Disposition: United States District Court of the District of Kansas

Employee's Signature     To be returned to inmate

1-20-23     I REQUESTED TO BE Placed on P.C from All E.D.C.F STAFF and INMATE BECAUSE I FEAR FOR MY LIFE I submitted Forms 2 U.T

Selective Procecution. I was the only Person Being taken to seg. I would like for ~~you~~ ~~for~~ this to Be Investigated

SEE Attachments X 5

I declare (or verify, or state) that the Above is correct and ture on my Sole under penalty of Perxury under the laws of the State of Kansas that the Above Foregoing is true and Correcy

Executed at E.D.C.F on

9-21-23    Bubala Brewn
           B Gustine Brownlee.

# DISCIPLINARY REPORT

Inmate Copy

Attachment B, IMPP 11-119
Effective: 12-11-13

**El Dorado Correctional Facility**
(FACILITY)

| Case No. 23-09-180 | Date of Alleged Violation: 09-12-2023 | Time: 1450 | ☐A.M. ☒P.M. |
|---|---|---|---|
| Date This Report Written: 09-08-2023 | | Time: 1901 | ☐A.M. ☒P.M. |

| Name of Inmate: | BROWNLEE | Gustin | | No.: ~~73873~~ 73693 |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: | L/I | | | Cell No.: ~~106~~ A2145 |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)*   44-12-304 Disobeying Orders

**FACTS:** On 9/12/2023 at approximatly 1450 Resident Brownlee was resided in ECH 106 attempted self harm by tieing a noose around his neck. I gave orders to Stop and give up the noose and he refused orders which resulted in a Use of Force.

Due to the actions stated above I CSI Sanchez am charging Resident Brownlee with 44-12-304 Disobeying orders a Class 1 Offense.

*(Attach Additional Sheet(s) if necessary)*

Staff Witness:

_____ (Signature)

CSI Sanchez
Printed Name and Title of Employee Writing Report

_____
Approved by: (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.*

Executed on   09-12-2023                              Signature _____

| I received a copy of this report on | **SEP 1 3 2023** | | Cr1813 |
|---|---|---|---|
| | Date | Time | (Inmate Signature & No.) |
| I served a copy of this report on | **SEP 1 3 2023** | 1145 | Col |
| | Date | Time | (Signature of Officer or Unit Team Manager & Title) |

*Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

# DISCIPLINARY REPORT

Inmate Copy

El Dorado Correctional Facility
(FACILITY)

| Case No. 23-09-181 | Date of Alleged Violation: 9/12/23 | Time: 2:45 | ☐ A.M. ☒ P.M. |
|---|---|---|---|
| Date This Report Written: 9/12/23 | | Time: 6:57 | ☐ A.M. ☒ P.M. |

| Name of Inmate: | BROWNLEE | Gustin | | No.: 73693 |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: | | | Cell No.: | INF 126 |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-306 Threatening and intimidating any person

**FACTS:** On 9/12/23 at approximately 2:45 PM this BHP was speaking to resident in E1-106 where he asked this BHP, "What do I have to do? Kill one of you motherfuckers?" Later this same day at approximately 4:00 PM, this BHP was speaking to resident cell side in INF-126 where he stated when he got out of RH he would kill one of "you all" and pointed to this BHP and CO1 Lowen. This BHP clarified with resident who he wanted to kill and he stated he wanted to kill staff "maybe not someone here" but someone. Resident continued to say he had "big knives" hidden all over the prison and he would use one to kill staff.

Per 44-12-306 an inmate shall not threaten or intimidate, either directly or indirectly, any person or organization. This regulation shall specifically prohibit conditional threats or intimidation. Due to the statements Mr. Brownlee made on 9/12/2023 I am charging Mr. Brownlee with Threatening and Intimidating any person.

*(Attach Additional Sheet(s) if necessary)*

Staff Witness: _____

_____ (Signature)

CO1 Lowen _____

BHP Witherspoon LMSW
Printed Name and Title of Employee Writing Report

_____
Approved by: (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.*

Executed on    9/12/23 _____    Signature _____

| I received a copy of this report on | SEP 13 2023 | , | | Crisis |
|---|---|---|---|---|
| | Date | Time | | (Inmate Signature & No.) |
| I served a copy of this report on | SEP 13 2023 | 1145 | | Col 9 |
| | Date | Time | | (Signature of Officer or Unit Team Manager & Title) |

*Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

**DISCIPLINARY REPORT**

Inmate Copy

Attachment B, IMPP 11-119
Effective: 12-11-13

El Dorado Correctional Facility
(FACILITY)

| Case No. 23-09- *186* | Date of Alleged Violation:  09/12/2023 | Time: 1300 | ☐A.M. ☒P.M. |
|---|---|---|---|
| Date This Report Written:  09/13/2023 | | Time: 0730 | ☒A.M. ☐P.M. |

| Name of Inmate: | **BROWNLEE** | **Gustin** | | No.: **0073693** |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: | LIC | | | Cell No.:  E1-106  *INF-126* |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)*
44-12-318. Disruptive behavior.

**FACTS:**  On 09/12/2023 at approximately 1300 hours I UTS Johnson observed Resident Brownlee yelling into the dayroom for other reidents to throw their trash on the floor. Multiple residents began throwing their trash out their cell doors onto the floor including residents on the 2nd floor.  I spoke with him about his behavior and he gave me his word he would stop trying to get other residence riled up, not long after he could be heard calling other residence names and having verbal arguments with a large portion of the cell house. Due to this reason I am charging resident with 44-12-318. Disruptive behavior. Report written by UTS Johnson, L on 09/13/2023 at 0730 hours. End of report.

*(Attach Additional Sheet(s) if necessary)*

Staff Witness:

*UTS JOHNSON, L*
(Signature)

UTS Johnson L
K0000233931
Printed Name and Title of Employee Writing Report

Approved by: (Shift Supervisor, Unit Team Manager & Title)

| I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct. |
|---|
| Executed on   09/13/2023           Signature   *UTS JOHNSON, L* |

| I received a copy of this report on | SEP 1 4 2023 | | *Crisis* | |
| | Date | Time | (Inmate Signature & No.) |
| I served a copy of this report on | SEP 1 4 2023 | 1439 | |
| | Date | Time | (Signature of Officer or Unit Team Manager & Title) |

*Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

# DISCIPLINARY REPORT

Attachment B, IMPP 11-119
Effective: 12-11-13

**El Dorado Correctional Facility**
(FACILITY)

*Inmate Copy*

| | | |
|---|---|---|
| Case No. 23-09-222 | Date of Alleged Violation: 09/14/23 | Time: 1941 ☐A.M. ☒P.M. |
| Date This Report Written: 09/14/2023 | | Time: 2030 ☐A.M. ☒P.M. |

| Name of Inmate: | **BROWNLEE** | **Gustin** | | No.: **73693** |
|---|---|---|---|---|
| | LAST | FIRST | MI | |
| Duty Assignment: | N/A | | Cell No.: | INF 126 |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-304 Disobeying Orders Class 1, 44-12-305  Ins ubordination or disrespect to officers or other employees Class 2

**FACTS:** On 09/14/2023 at approx. 1941 hours I, CSI M. Keene, attempted to take the 5th post use of force photo of resident Brownlee#73693 currently residing in cell INF 126 on crisis level 3. When I raised my camera to take a photo of the resident, he proceeded to cover his face with his security blanket. When I informed resident Brownlee that he needed to reveal himself for a photo or he could face disciplinary action he then raised the middle finger of his right hand at myself. I took the best photo of resident Brownlee that I could and exited the area.

(Attach Additional Sheet(s) if necessary)

Staff Witness:                                     *CSI M. Keene*
                                                           (Signature)

CSI Matthew Keene S/M/T

Printed Name and Title of Employee Writing Report

*CAPT. Robt K. Wolf*
Approved by: (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.*

Executed on  9/14/23                           Signature  *CSI M. Keene*

| I received a copy of this report on | SEP 1 5 2023 | | Cris13 |
|---|---|---|---|
| | Date | Time | (Inmate Signature & No.) |
| I served a copy of this report on | SEP 1 5 2023 | 1500 | CGI |
| | Date | Time | (Signature of Officer or Unit Team Manager & Title) |

*Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*