U.S District Court
District of Kansas

| | |
|---|---|
| Gustin C Brownlee<br>Plaintiff<br>V<br>Eyman Dowling, et al<br>Defendants | Case No 20-CV-03122-JAR-GEB<br>Plaintiff's Motion Requesting That JAR-GEB Address The Conflict of Interest Between Counsel Tracy M. Hayes and Defendant Dowling Motion to Dismiss and McCollough and Corby Motion to Dismiss |

Comes Now Plaintiff Gustin C Brownlee and pursuant to Rule of the Federal Rules of Civil Procedure. Prays for an order from the Court to Address This Conflict of Interest Between Counsel and Defendants.

In Support of Said Motion, Plaintiff state as Follows

1. On Page 9 of Defendant Dowling Memorandum Counsel Tracy M. Hayes & Defendant Dowling own admission that McCollough and Corby Miscounted or misrepresented the dealine to appeal to the Warden. SEE Doc. 70 P. 9

Certificate of Service

I gustin c brownlee, certify delivering the foregoing to E.D.C.F staff on 9-25-23 to E file to the clerk's at 444 SE Quincy, Topeka, KS 66683 & parties here to

9-25-23

Respectfully Submitted
s/ Gustin C Brownlee
gustin c. brownlee

2. The must initiate an inquiry if it knows, or reasonably should know, that a potential conflict exists. Cuyler v. Sullivan, supra at pgs. 346-347.

WHEREFORE, ~~Defendant~~ Plaintiff Gustin C Brownell prays an order from this Court to inquiry into this Conflict of Interest between Counsel and defendants.

9-25-23

Respectfully Submitted.
S Gustin C Brownell
Gustin C Brownell