U.S District Court
District of Kansas

| Gustin C Brownlee<br>Plaintiff<br>V.<br>Eyman Dowling, et al<br>Defendants | Case No 20-cv-03122-JAR-GEB<br>Plaintiff motion for 30 Days Time extension to Respond to Defendant Dowling motion to Dismiss DUE TO ongoing Extraordinary Circumstances |
|---|---|

Pursuant to 28 USC §1746. The Pro Se Plaintiff respectfully prays The Court as styled above & humbly declares under Penalty of Perjury (18 USC §1621) That the Following is true & correct & I presents:

1.) On 8-28-23 K.D.O.C Staff member's with-held Plaintiff Legal mail with-out cause "Defendant Dowling's motion to Dismiss" Until 9-11-23 an also #5 others Legal mail Documents. (SEE Attachments 1-6).

2.) On 9-11-23 Wich is a "HARD DAY FOR ALL OF US" I was SEEN by mental Health Sliters this was a Addtions to Plaintiff mental state to decress. (SEE Declaration of Gustin C Brownlee)

3.) On 9-12-23 Plaintiff was attacked & has

in Fact Suffered both physical & psychological injuries. SEE also attached Exhibits Declaration of GCB & other attachments

4.) On 9-12-23 Plaintiff was taken to ~~the~~ Infirmary due to serious Mental Health issues & was further corruptly charged w/ Fabricated ~~---~~ violation by a diabolically deviant mental health "counselor" renowned for such corrupt abuses of authority. (SEE Attachments)

5.) That as a result of #3 & 4 Above, All Plaintiff's Legal & Personal Property was confiscated & taken to the E.D.C.F Property Room. (SEE Declaration of GCB)

6.) On 9-19-23 Plaintiff was taken to segregation & on 9-22-23 received some of my Legal Property & Property Back

7.) On 9-23-23 E.D.C.F STAFF Member C.O Mr. STEPHENSON Who "served for us" gave Plaintiff A MASK & Gloves Because Plaintiff Legal papers had Pepper SPRAY ALL OVER He Logged it. (SEE Declaration of GCB)

8.) Plaintiff extraordinary situation has hindered & created unsurmountable obstacles to my abilities to meet my legal obligations in this case. SEE Declarations

Wherefore Plaintiff respectfully requests a 30 day time extension past the date now due & contends no party will be prejudiced and any other such relief in the interests of Justice

9-25-23
Date

Respectfully Submitted
s/ Justin E Brownlee
Justin C Brownlee - Pro Se

1 of 2

Certificate of Service

I, gustin C Brownlee, certify delivering the foregoing to E.D.C.F. Staff on 9-25-23 to E File to the Clerk's off at 444 SE Quincy, Topeka, KS. 66683. & parties here to

Respectfully Submitted

s/ Gustin C Brownlee
gustin C brownlee
#0073093, EDCF, P.O. Box 311
El Dorado, KS 67042

9-25-23