IN THE UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

GUSTIN C BROWNLEE
    Plaintiff

V.

BRETT CORBY, EYMAN Dooling
AND Alex McCollough
    Defendants

Case No 20-3122-JAR-GEB

## DECLARATION OF GUSTIN C BROWNLEE

Come Now, GUSTIN C BROWNLEE, and declares upon my soul, and under the penalty of perjury as follows:

1. I am currently ILLEGALLY Being Detained At El Dorado Correctional Facility.

2. On MAY 28, 2018 I used a facility's inmate Request Form to document my attempt at an Informal Resolution as Required by K.A.R 44-15-101 (b) an attached it to the front of a Grievance Form. SEE EXHIBIT C 1 OF 5

3. On MAY 28, 2018 I submitted these forms to Col SANCHEZ who signed as the Receiving Staff who submitted them to Oronsolu "SANSON" Lt. within the INFIRMARY. SEE EXHIBIT C 5 OF 5

2.

4. Unit Team Okousolu "Samson refer Plantiff to U.T.M Hoover. SEE EXHIBT A 2of3 ~~an also B 1of2~~

5. Unit Team Hoover DID not Respone in A Timely Matter an also did not Comply with violating K.A.R 44-15-101 (C) (e) (F) SEE EXHIBT A 2of3 an also B 1of2

6. I Gustin C Brownlee Timely Appealed to Warden Snyder by submitting A Grievance Form without the Unit team Signature to COI Sanchez who Signed as Receiving STAFF. SEE Second Grievance Receipt EXHIBT D 1of1

7. I Gustin C Brownlee Properly Submitted A Special kinds of Problems Grievance to Warden Snyder (Reporting A Crime of texting & driving and the Failure of His STAFF Member to up hold the K.AR SEE EXHIBT B 1-2

8. Warden Snyder DID not Respened in A Timely Matter an also did not Comply with violating K.A.R 44-15-101 (C) (F) 44-15-102 (3)(A)(ii)(C)(F) SEE EXHIBT A 2of3

9. I Gustin C Brownlee Timely Appealed to the Secretary of Correction by Submitting A grievence with an appeal Form to the U.S mail Box

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2023

Gustin C Brownlee