3274   EXHIBIT   E2 159
A 1 of 3

**STATE OF KANSAS**



DEPARTMENT OF CORRECTIONS
714 SW JACKSON STREET, SUITE 300
TOPEKA, KS 66603

PHONE: (785) 296-3317
FAX: (785) 296-0014
KDOC_Pub@ks.gov

GOVERNOR JEFF COLYER, M.D.
JOE NORWOOD, SECRETARY

August 14, 2018

TO:   0073693 BROWNLEE, GUSTIN

El Dorado Correctional Facility

RE:   Special Kind of Problems Grievance

This is in response to your unnumbered grievance wherein you set forth concerns that you ask be treated as a "Special kind of problems" grievance pursuant to KAR 44-15-201.

The regulation provides that special problem grievances should be reserved for the most difficult and complex problems. Generally, any matter, which may be internally handled under the inmate grievance procedure, will not be considered as appropriate for treatment as a special problem or emergency.

It is the conclusion of this office that the matters raised in your letter do not constitute difficult or complex problems justifying treating them as special problems. Instead, the matters raised are the type, which may be handled internally under the inmate grievance procedure.

This office will not take further action on your grievance. As indicated above, you should use the inmate grievance procedure available at the facility level to raise the concerns you have expressed, if those problems have not already been resolved.

Sincerely,

Douglas W. Burris
Corrections Manager, Facility Management

Enclosure-original grievance report form
cc:   Warden Snyder
        w/attachments
Image: SOCRESP
        w/attachments

Offender
File
UT Perkins

RECEIVED
SEP 10 2018
Wardens Office

EXHIBIT A
1 of 3

RECEIVED

AUG ~ ~ 2018

DOC Facility Management Area

Dear
Secretary of Correction
Mr. Joe Norwood

I write this letter under the Authority of 44-15-201 Special Procedures

#1 I completed all lower stages of the grievance process at E.D.C.F. on 5-28-18 I turned in a form 9 attached to a grievance to COI Sanchez. I talked with U.T Oluwatosin Oronsolu (Samson) about form 9, grievance, & also a personal injury claim that was notarize by U.T Richard Hoover on 5-30-18 who refused to give me a copy. U.T Samson turned grievance over to U.T.M over the Infirmary Mr. Hoover who did not respond in a timely matter. I sent a Special Procedures letter to the Warden Mr. Sniders who has not respond as well. This is a violation of 44-15-101 (F)

with attachments X

#2 On or around May 23 2018 K.D.O.C. staff members Eyman D. Dowling, Alex J. McCollough & C.O Ms. Mitchell & other K.D.O.C staff members violated K.S.A §75-2949 F Personal Conduct Detrimental to State Service, Impp 02-118 Code of Ethic - Code Conduct, my 8th Amendment rights to the U.S Constitution to be free from cruel & unusual punishment. Mr. Dowling negligent action caused a car accident in which I was injured. I observed this officer looking at a cellphone multiple time before the accident. Mr. McCollough was physically abusive toward me. After the accident I was forced moved from wreck vans then thrown into another. Upon arriving at the emergency entrance of the Infirmary I informed him that I was in pain

2 of 3

so I needed help I was told to get out OF VAN & I INFORM McCollough A second Time that I need help he told me I would be FORCED more. If I didn't get out. That's when I was brown to FLOOR OF VAN & I was physically Abused. C.O Mitchell was verbally Abusive toward me by calling me bitch As I was hollering because of the pain I was Xperiencing She STATE I was FAKE & that STATE was BROKE I need to cut It OFF. AFTER Accident I Requested to be seen by ON Site Ambulance or TAKEN to hospital MR. BRETT W. CORBY Made A phone CALL & AFTER told me A VAN was come to get me. I ASK That you do A Thorough INVESTIGATION that the STAFF member that are found to be Negligent be Dealt with Accordingly by Administration

I hereby Certify under penalty of perjury the Forgoing Letter under Special procedures 44-15-201 was Filed and mailed on this 3 day OF July, 2018 by placing such in the U.S mail E.D.C.F Institutional mail box Addressed To.

SECRETARY OF CORRECTION

JOE NORWOOD

LANDON STATE OFFICE Building

100 Jackson 4th Floor

TOPEKA, Kansas 66612

This 3 day of July, 2018

SUBSCRIBED AND SWORN TO BEFORE me on

Gustin C. Brownlee

12-16-2020

MY Commission Expires

NOTARY PUBLIC — State of Kansas
SHEILA MERCER
My Appt Expires 12-16-2020

Notary public

30-14

EXHIBIT B 1 of 2

DEAR WARDEN

## SPECIAL PROCEDURES
## 44-15-201

I completed all lower stages of the grievance process. E.D.C.F Staff members have not responded within a timely matter. Mr. Samsons the U.T in the Infirmary talked about my Form 9 & grievance with me., & also my personal Injury claim. Mr. Hoover Has Not Respond.

On or around May 23, 2018 SST Staff Dowling, Mccoullough, CO Mitchell & others Staff violated Empp 02-118 Code of Ethic - Code conduct and also my Right to the U.S Constitutions To Be free from Cruel & Unusual Punishment. SST Dowling negligent Actions caused a Car Accident in wich I was hurt. SST Mccoullough was Physically Abusive toward me. (The Name Unknown in Attachment A) C.O Mitchell was verbally Abusive toward me. Other Staff Members did not Follow The proper procedure. When I was denided on site medical attention & Refused to be taken to hospital. "See Attatchment A" (Attatchment A will better Explain)

I ASK That you do A Thorough Investigation

31-15

2 of 12

8.

I Ask not to be Retaliated Against an any Form or Removed From this Facility.

I hereby certify under penalty perjury the foregoing letter under Special procedures 44-15-201 was Filed and mailed on this 19th day of June, 2018 by placing such in the U.S. mail E.D.C.F Institutional Mailbox. Addressed To.

Warden Mr. Snider

1737 SE US Hwy 54

P.O Box 311

El Dorado, KS 67042

SUBSCRIBED AND SWORN TO BEFORE ME ON This 19th day of June, 2018

Gustin C. Brownlee #73693
E.D.C.F P.O Box 311 Eldorado, Ks 67042

12-16-2020

My Commission Expires

Notary Public

6/19/2018

NOTARY PUBLIC - State of Kansas
SHEILA MERCER
My Appt Expires 12-16-2020

24-9

EXHIBIT C-1 of 6

To: MR. SAMSON
(Name and Title of Officer or Department)

Date: _____

C/I [signature] SANCHEZ
Unit Team Member Signature

**To be retained by Inmate**

(Attachment A) ✗ A1

Brownlee
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

U.T. INFIRMARY

**KANSAS DEPARTMENT OF CORRECTIONS**

0073693
Number

**INMATE REQUEST TO STAFF MEMBER**

To: MR. SAMSON
(Name and Title of Officer or Department)

Date: 5-28-18

State completely but briefly the problem on which you desire assistance. (Be specific.) Dowling + two 2.

On or around May 23, 2018 SST Staff member's names unknown and C.O. Mitchell violated IMPP 02-118 Code of Ethic - Code of Conduct and also offend the U.S. Constitutional right to be free from Cruel and Unusual Punishment. As I was being transported to a ear and eye specialist, I observed the SS officer that was driving the van, looking at a flip face (Dowling) cellphone, multiple times before running into the back of another

Work Assignment: _____
Living Unit Assignment: _____
Unit Team Members Signature: _____
Comment: _____

Disposition: Vehicle causing a 4 car accident. SST Mr. Crosby asked me if I was ok. I told him that I was experiencing back & neck pains and I requested to be seen by on site medical team. SST Mr. Crosby made a phone call. I was then told that I wa

Date: _____

To: _____
(Name & Number)

Disposition: Not be seen on site of accident nor would I be taken hospital & that a van was coming to get me. Two SST Staff mem names unkown transported me back to EDCF upon arriving at Emergency Entrance of the Infirmary I informed the SST

SEE BACK →

**To be returned to inmate.**

Employee's Signature

P-0009b

STAFF MEMBER that I was in pain & that I needed help I was told by these STAFF members that I could get out of the VAN by myself or I would be REMOVED with FORCE. I was then pulled to the FLOOR OF the TRANSPORT VAN causing me to be in even more pain. I hollered out. That is when C.O mitchell stated Stop Acting like A Bitch & that I was A FAKER & that State was BROKE & to cut it out. SST STAFF told I believe Nurse Ford & ANOTHER Nurse what HAPPEN & they told them they should have taken me to the Hospital. SST STAFF told them to send me back to my cellhouse. I was seen by Doctor MR. HARROD I Believe & AFTER he did his assessment on me he DECIDED it was best that I STAY within the INFIRMARY. INFORMAL RESOLUTION

I Ask That you do A Thorough INVestigation and that the STAFF members that ARE Found to be Negligent be Dealt with ACCORDINGLY by Administration

SST MR. CORSBY WAS Really Nice to me During the incident I Don't believe He Should Be Punished in ANY Kinda WAY

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: Gustin C. Brownlee

Facility: E.D.C.F.   Housing Unit: Infirmary #109   Number: 0073693   Work Detail: Lay-in

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. form 9 or other correspondence and response from staff member): On or around May 23, 2018 SgT. Sines, Lt. Sina + two SST Women's unknown to mitchell & other staff violated line -118 code of ethic - code of conduct and also my right to the U.S. Constitution be free from cruel + unusual punishment. K.D.O.C Staff members diligent action caused A*L car accident in which I was hurt. Staff members did not follow proper procedure. They were physically + verbally abusive toward me when they should have been giving me the help I was requesting (Attachment A will better explain) 5-25-18

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

Once this report was given to Unit Team for informal resolution (to be completed by inmate).

_____
Unit Team Signature     Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.
____ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff).

_____
Inmate Signature     Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

4 OF 5

dealt with accordingly by administration

SST Mr. CORBY was really nice to me during this incident I don't believe he should be punished in any kinda way

2812

5 of 5

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name Cuelas C Barruise   Number 005

Receiving Staff Signature _____ SANCHEZ   Date 5-26-19

Effective Date (3-18-96) P-157

KDOC EXHIBIT D 1 of 1

29-13

Tear off and give to inmate when submitted to Unit Team through receiving staff.

Inmate Name _GUSTIN C. BROWNLEE_    Number _003603_

Receiving Staff Signature _C. [signature] Sanchez_    Date _5-28-18_

Effective Date (3-18-96) P-157