IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

GUSTIN C BROWNLEE
　　　Plaintiff

Case No 20-3122-JAR-GEB

V.

BRETT COBBY.

## MOTION FOR RELIEF

1. On 11-3-23 I GUSTIN C. BROWNLEE submitted to CSI Firman A TEMPORARY Restraining ORDER aginst Defendant Lt. Mccollough an also CSI Romero with A Declartion to be E-Filed to the Courts. SEE EXHIBIT A

2. On 11-1-23 I Requested To be placed on Protective Custody aginst Lt. Mccollough an also CSI Romero. SEE EXHIBIT B

3. On 11-3-23 I was attacked by CSI Romero. SEE EXHIBIT C

1. Defendant Lt. Mccollough is the overseer of All disciplinary hearing officers at E.D.C.F. He has instructed these Officers to violates KAR Article 12- DISCIPLINARY PROCEDURE an also they violated my Procedural Due Process. SEE EXHIBITS D-1-U

A. Served writing Report, Summons, Witness list After Disciplinary Hearing. B Never given oppertunity to plead not guilty or guilty ect.

5. MY TEMPORARY RESTRAINING ORDER an also DECLARATION was never return to Plaintiff and Plaintiff never Received A NOTICE OF Electronic Filing.

I Request that the Courts have me Removed From E.D.C.F to L.C.F

THE Warden Instructed Lt. Brewer to send the one & original copy to Him

### VERIFICATION

Pursuant to K.S.A 53-601 (a) 2. F USC 1746 I Gustin C Brownlee 90736003 herewithin declare upon my soul. oath and under the penalty of perjury (K.A.S 21-5903 18 USCS 621 hereby verify that matters Alleged therein are true and correct.

Executed At ElDorado Correctional Facility

11-29-23

Gustin C. Brownlee