

# DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO  # BROWNLEE, GUSTIN   #73693 | CASE NO. 23-04-209 |

## *TESTIMONY*

| Date & Time: 04/25/23  1000 | Hearing Officer: CSI Marley |
|---|---|

Case reviewed by Disciplinary Administrator at request of H/O.

Hearing started by CSII McCollough but die to a conflict of interest, case passed to CSI Marley. Due to an error on behalf of the H/O, case falls outside of the time limits.

Hearing Officer notifies Disciplinary Administrator.

Case dismissed due. Serving of D/R is beyond time limits.

Nature of charge(s) and facts of case taken into consideration in regards to H/O decision.

## DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO. # BROWNLEE, GUSTIN    #73693 | CASE NO. 23-04-210 |

### *TESTIMONY*

Date & Time: 04/25/23  1000              Hearing Officer: CSI Marley
Case reviewed by Disciplinary Administrator at request of H/O.
Hearing started by CSII McCollough but due to a conflict of interest, case passed to CSI Marley. Due to an error on behalf of the H/O, case falls outside of the time limits.
Hearing Officer notifies Disciplinary Administrator.
Case dismissed due Serving of D/R is beyond time limits.
Nature of charge(s) and facts of case taken into consideration in regards to H/O decision.

## DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO  # BROWNLEE, GUSTIN    #73693 | CASE NO. 23-10-379 |
|---|---|

### *TESTIMONY*

| |
|---|
| Date & Time: 10/31/2023         1156           Hearing Officer:  CSI D. Romero |
| Hearing location-  At Cell |
| H/O attempts to begin hearing at cell door on Tuesday 10/31/2023 at 1156 |
| Defendant ignores H/O when trying to conduct hearing |
| H/O gives additional warning to Defendant to stop yelling and being disrespectful so the hearing can be conducted and advise if he does not the case will be placed into absentia |
| Defendant refused to participate in hearing, |
| Defendant Brownlee states " I'll kill you Romero once this door opens" |
| UTS Reeves assigned as staff assistant and advised of the facts of the case. H/O reads report into record, reviews summons, time limits of receipt, and witness list, all of which are in order to proceed with hearing. |
| Hearin placed into continence so staff assistance can meet with defendant |
| Hearing brought out of continuance on 10/31/2023 |
| Hearing held in absentia due to the offender refusing to participate in hearing |
| UTS Reeves states he, nor the offender, has anything to add, and no questions for R/O. |
| R/O sworn in and states their report stands as written with nothing to add. |
| Offender and staff assistant have no questions for R/O and nothing further to add. |
| Offender found Guilty due to R/O testimony as stated in report. |
| Sanctions : 208- 30 Days Rest., $15.00 Fine, $15.00 Restitution, C.S Imposed |

## DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO   # BROWNLEE, GUSTIN   #73693 | CASE NO. 23-10-399 |
|---|---|

### *TESTIMONY*

| |
|---|
| Date & Time: 10/31/2023      1156          Hearing Officer: CSI D. Romero |
| Hearing location- At Cell |
| H/O attempts to begin hearing at cell door on Tuesday 10/31/2023 at 1136 |
| Defendant ignores H/O when trying to conduct hearing |
| Defendant begins yelling I'll fucking kill you at H/O |
| H/O gives additional warning to Defendant to cease the threats so the hearing can be conducted and advise if he does not the case will be placed into absentia |
| Defendant refused to participate in hearing, and continues to yell threats at the H/O |
| UTS Reeves assigned as staff assistant and advised of the facts of the case. H/O reads report into record, reviews summons, time limits of receipt, and witness list, all of which are in order to proceed with hearing. |
| Hearin placed into continence so staff assistance can meet with defendant |
| Hearing brought out of continuance on 10/31/2023 |
| Hearing held in absentia due to the offender refusing to participate in hearing |
| UTS Reeves states he, nor the offender, has anything to add, and no questions for R/O. |
| R/O sworn in and states their report stands as written with nothing to add. |
| Offender and staff assistant have no questions for R/O and nothing further to add. |
| Offender found Guilty due to R/O testimony as stated in report. |
| **Sanctions : 306- 15 Days D/S, 30 Days Rest., $20.00 Fine, C.S Imposed** |

## DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO  # BROWNLEE, GUSTIN    #73693 | CASE NO. 23-10-371 |

### *TESTIMONY*

| |
|---|
| Date & Time: 10/31/2023        1156           Hearing Officer: CSI D. Romero |
| Hearing location-  At Cell |
| H/O attempts to begin hearing at cell door on Tuesday 10/31/2023 at 1156 |
| Defendant Continued to make threats and be disrespectful. |
| Defendant ignores H/O when trying to conduct hearing Defendant yells threats towards H/O |
| H/O gives additional warning to Defendant to stop yelling and being disrespectful so the hearing can be conducted and advise if he does not the case will be placed into absentia |
| Defendant refused to participate in hearing, |
| UTS Reeves assigned as staff assistant and advised of the facts of the case. H/O reads report into record, reviews summons, time limits of receipt, and witness list, all of which are in order to proceed with hearing. |
| Hearin placed into continence so staff assistance can meet with defendant |
| Hearing brought out of continuance on 10/31/2023 |
| Hearing held in absentia due to the offender refusing to participate in hearing |
| UTS Reeves states he, nor the offender, has anything to add, and no questions for R/O. |
| R/O Separated employment from the Kansas Department of Correction and is unable to be sworn in. |
| Offender and staff assistant have no questions for R/O and nothing further to add. |
| Offender found Guilty due to R/O written testimony as stated in report. |
| **Sanctions : 306- 15 Days D/S, 30 Days Rest., $20.00 Fine, C.S Imposed** |

## DISPOSITION OF DISCIPLINARY CASE

| INMATE NAME & NO  # BROWNLEE, GUSTIN    #73693 | CASE NO.  23-10-481 |
|---|---|

### *TESTIMONY*

| |
|---|
| Date & Time: 10/31/2023        1156           Hearing Officer:  CSI D. Romero |
| Hearing location-  At Cell |
| H/O attempts to begin hearing at cell door on Tuesday 10/31/2023 at 1156 |
| Defendant ignores H/O when trying to conduct hearing And begins to yell threats towards the H/O |
| H/O gives additional warning to Defendant to cease the yell and the threats so the hearing can be conducted and advise if he does not the case will be placed into absentia |
| Defendant refused to participate in hearing, and states " I'll Kill you and your Bitch wait till I get out of here" |
| UTS Reeves assigned as staff assistant and advised of the facts of the case. H/O reads report into record, reviews summons, time limits of receipt, and witness list, all of which are in order to proceed with hearing. |
| Hearin placed into continence so staff assistance can meet with defendant |
| Hearing brought out of continuance on 10/31/2023 |
| Hearing held in absentia due to the offender refusing to participate in hearing |
| UTS Reeves states he, nor the offender, has anything to add, and no questions for R/O. |
| R/O sworn in and states their report stands as written with nothing to add. |
| Offender and staff assistant have no questions for R/O and nothing further to add. |
| Offender found Guilty due to R/O testimony as stated in report. |
| **Sanctions : 901- 15 Days D/S, 30 Days Rest., $20.00 Fine, C.S Imposed** |