INMATE REQUEST TO STAFF MEMBER

To: _____
(Name and Title of Officer or Department)

Date: _____

_____
Unit Team Member Signature

**To be retained by Inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Brownlu
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

A
73003

**Number**

U. T

**INMATE REQUEST TO STAFF MEMBER**

To: Betweb _____     Date: 11-29-23

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

RE: MOTION FOR RELIEF About Temporary Restraining

Order 11 Page    E-File

Case No 20-3122-JAR-GEB

Work Assignment: Luy-in-Cause      Living Unit Assignment: A1-128

Comment: _____  Unit Team Members Signature: _____

Disposition: _____

To: _____
(Name & Number)

Date: _____

Disposition: _____

_____
Employee's Signature

**To be returned to inmate.**

P-0009b