IN THE UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

Gustin C. BROWNLEE
Plaintiff

V

BRETT CORBY et.al
Defendants

Case No 5:20-CV-03122-JAR-GEB /

DECLARATION OF GUSTIN C. BROWNLEE In SUPPORT OF APPLICATION FOR TRO

I GUSTIN C. BROWNLEE HEREBY DECLARES upon my SOLE I am THE PLAINTIFF HEREIN. In THE Above entitled case.

I "DECLARE" That All I State Below are true.

1. Defendant Lt. Mccollough an also C.O Romero have violated K.A.R. Article 13 - Disciplinary Procedure 44-13-101. (c) 2, 3, 4, 5, 6. an also 7 44-13-402 (a) 44-13-404 (b) (1). SEE Attachment A

2. On or around 11-1-23 I made A 3rd request to be placed on PROTECTIVE CUSTODY From Defendant Mccollough an also Romero. SEE Attachment A

3 on 11-3-23 I was attacked by C.O MR. Romero. He Shut arm in Food pass Laughed at Plaintiff. Him an also Plaintiff Reported this to CSI Firman. Mental Health MS. HOENSCHEIDT also Documented what happen. SEE Attachment B

4. On 9-12-13 I was attacked by two unknow SST SAFF that Defendant Lt. McCollough overseE. SEE Attachments with video Footage. SEE Attachments C 1-11

~~5. On 9-2~~

5. On 9-24-23 I was attacked by C.O CHANNELL can be seen on video Footage SEE Attachments D 1-5

6. I requested on TAblet that both incident video Footage be saved.

7 I have many other Documentaion that STAFF members's at E.D.C.F have been mistreating me over the years

I understand that a False statement in this Declartion will subject me to the Penalties of Perjury

I declare under penalty of Perjury that the Foregoing is true and correct.

Signed 3 day of 11-23

Gustin C Brownlee [signature]

Gustin C. Brownlee

10-2-83

INMATE REQUEST TO STAFF MEMBER

To: ______________________ Date: ______________________
(Name and Title of Officer or Department)

Unit Team Member Signature

**To be retained by Inmate**

A I/R

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

BROWNLEE
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

#0073693
**Number**

Unit

## INMATE REQUEST TO STAFF MEMBER

**To:** A2 Cellhouse **Date:** 11-1-23
**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specific.)**

On 10-21-23 I made a 3rd REQUEST TO be placed on P.C From MR McCoullogh "Lt." and also C.O Remerez. Lt. McCollough is Overseer OF All disciplinary hearing OFFicers at E.D.C.F

Lt McCollough is a defendant within a Civil case I have in the Courts He is [illegible] tell these OF Officer's to

Work Assignment: Lay-in-Cause Living Unit Assignment: A2-109

Comment: COPY Con-t Dan Unit Team Members Signature:

Disposition: Violate K.A.R Article 13 - DiSCiPLINary PROCEDURE 44-13-101.(C) 2, 3, 4, 5, 6, 7, 44-13-402 (a) 44-13-404 (b) (1)

To: ______________________ Date: ______________________
(Name & Number)

Disposition: Romero

At lunch came to door Two times

Employee's Signature

**To be returned to inmate.**

**P-0009b**

**Form 9**
For Cellhouse Transfer
Work Assignment B I/R
Interview Requests

U.T

BROWNLEE
Last Name Only

# 0073603
**Number**

**KANSAS DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST TO STAFF MEMBER**

**To:** Brewer **Date:** 11-3-23
**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specific.)**

On 11-3-23 As I'm writting out my "TEMPORARY RESTRAINING ORDER" FOR Lt. mccollough an also C.O Romero. As MR Romero was attempting to sever me A STACK OF DISCIPLINARY Reports ECT. He Shut my arm in the Food PASS as I attempted to get them Out. After I informed MR Romero OF What He was

Work Assignment: Lay-in-Cause Living Unit Assignment: A1 - 260

Comment: Copy CSI Furman Unit Team Members Signature:

---

Disposition: Doing. HE Stated He was getting me back for the incident On or around 10-31-23 or 11-1 He Left then can be Seen On VideoFootage Coming Back in Laughed at me attempting to Shut Food Pass Again. HE Violated K.S.A 75-2949 PERSONAL Conduct detrimental to State Service and also - IMPP 02-118

To: Date:
(Name & Number)

I ASK that MR Romero BE TERminated OR Suspended two WEEK No PAY

Disposition:

Employee's Signature

**To be returned to inmate.**

**P-0009b**



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date: OCT 12 2023

To: Brownlee, Gustin #73693 A1-222

Subject: Grievance dated 10/5/23, CA22955

Findings of Facts: Your grievance was received and a review into your allegations has been completed.

Conclusion Made: After a review of the applicable documentation, it was determined the response provided by UTS C. Brewer is appropriate regarding your issues. Your property claim must be processed separately from your grievance. Property claim can be submitted to the property claims officer Ms. Perkins.

Action Taken: Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

[signature]

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
Offender
UTS C. Brewer

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name GUSTIN C BROWNLEE Number #0073693

Facility E.D.C.F Housing Unit A1-222 Work Detail Lay-in-Cause

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

SEE Attachments A & B & C # 5 & D

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 10-5-23

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

See attached.

UTS [signature] 10-9-23
Unit Team Signature Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

/ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

✓ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ______

[signature] #0073693 10-9-23
Inmate Signature Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received OCT - 6 2023 Date of Final Answer OCT 12 2023 Date Returned to Inmate ______

______ ______
Inmate's Signature Date Unit Team Signature Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

RECEIVED OCT 6 2023 WARDEN'S OFFICE

Grievance Serial Number CA229.55

Type of Complaint (Item 4: Code 01-75) 31

Cause of Complaint (Item 5: Code 01-30) 01

Type of Response (Item 6a: Code 01,02,08 or 09) 08 SE



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

**Date:** 10-9-2023

**To**: Brownlee, Gustin #73693
**Subject:** Grievance dated 10-5-23 received on 10-6-23

**Finding Facts:** In your grievance you state that you did not receive adequate decontamination after having chemical agents used on you. You also claim that slammed you on your head without cause and both of your ankles turned. You say that these actions caused injury to your head and feet. You also ask that the officers be terminated.

**Conclusion:** After reading your grievance and reading all the reports from those involved, I have determined that you were given the opportunity to decontaminate from the exposer to chemical agents. During the process you became combative grabbing a staff members leg cause force to be used which was placing you on the floor. To place leg restraints on you, your legs were positioned so the officers could place them on you. On the staff members involved you requested that they be terminated. If any disciplinary actions come to these officers, you will not be informed.

**Actions taken:** None.

UTS CB

UTS C Brewer
ACH Unit Team

# Attachment A

On 9-12-23 TWO UNKNOW STAFF members's DID Not give Resident BROWNLEE A Compleat Decontamauton Shower As Directed on CAN OF PEPER SPRAY After Resident BROWNLEE was sprayed. Resident BROWNLEE Informed Both STAFF members OF the injury to His Left Leg an also Informed these STAFF member's He was not Resitting wich Resident Brownlee state to the Nurse standing Next to Him an also to Narse Payne.

These STAFF members used that word as A gateway to use unnessary FORCE Slamin Resident BROWNLEE on His Head with out Cause causing Injuries to Resident BROWNLEE.

These STAFF members twisted Both of Brownlee ankles "Foot" causing more injuries (SEE Health services Request Form) as they Called BROWNLEE out OF His Name THese STAFF Member's UNKNOW Violated K.S.A 75-2949 Personal conduct detrimental to state service & IMPP-02-118 code of ethic code of conduct Violated my 8th Amendment to be Free From Cruel & unusual PUNIshment IN wich I

# Attachment B

Was Injured

I ask that these STAFF members be TERMINATED

12

I/R 4 25

6 OF 11

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

U.T

BROWNLEE
Last Name Only

#
0073693
**Number**

**KANSAS DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST TO STAFF MEMBER**

**To:** Scolari **Date:** 9-22-23

**(Name and Title of Officer or Department)**

**State completely but briefly the problem on which you desire assistance. (Be specific.)**

On 9-12-23 Two unknown STAFF member DID Not give Resident Brownlee a Compleat Decontamanation Shower As Directions on can of Peper spray After Resident Brownlee was sprayed. Resident Brownlee Informed Both STAFF member's of the Injury to His Left Leg an also Informed these STAFF members He was not Resitting wich Resident Brownlee Stated to the Nurse Stand Next to Him an also to Nurse Payne. These STAFF member's Used that

Work Assignment: Lay-in-Cause Living Unit Assignment: A2-159

* Comment: Unit Team Members Signature:

Disposition: word as a gateway to Use unnessary Force Slamin Resident Brownlee on His Head with out cause causing injuries to Resident Brownlee These STAFF memebers twisted Both of Brownlee ankles "Feet" causing more injuries SEE Health Services Request Form As the called Brownlee out

SB COPY

To: Received 9/25/2023 C Scolari (Name & Number) Date:

Disposition: His Name These STAFF members unknow Violated K.S.A 75-2949 Personal conduct detrimental to state service & Impp-02-118 Code of ethic Code of Conduct violated my 8th Amendments to be free From cruel & unusual PUNISHMENT IN wich I was INJured I ask that these STAFF member be Terminated

Employee's Signature

**To be returned to inmate.**

**P-0009b**

C1 7 of 11

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 12-21-21

# PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

**Section I**

| Filed AT Facility No.: | Facility Initials: |
|---|---|
| Filed **AGAINST** Facility No.: | Facility Initials: |

(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): Brownlee Gustin C
KDOC Number: 73093

Type of Claim (circle one): Lost Property Damaged Property **(Injury)**

Amount of Claim: $ 500
Date of Loss Damage, or Injury (MO/DAY/YR):

Where Loss, Damage, or Injury Occurred:
If occurred in cellhouse, enter cellhouse/room number: A2 Cellhouse or A1
Otherwise, circle one of the following: Mailroom R&D Central Property Laundry Gym Dining Room Other Location

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): On 9-12-23 TWO UNKNOW STAFF Members DID NOT give Resident Brownlee A Complete Decontamination Shower As Directions on THE CAN OF PEPER SPRAY AFTER SPRAY Resident Brownlee. Resident Brownlee Informed Both STAFF Members OF THE injury to His Left Leg an also Informed these STAFF members he was Not resisting as they state stope Resisting. These STAFF members Used that word as A gateway to use unnessary Force → SEE Attachments

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: [signature] Date: 9-25-23

Received from Resident/Claimant: Date: 9/25/23 Time: 1530
UT Name (print): Scolari UT Signature: [signature] Claimant Initials: G B

**Section II**

Received by Warden/Superintendent on (MO/DAY/YR): Facility Log No. Assigned:

Inquiry Report:

| Date (MO/DAY/YR): | Investigator Name (print): | UT Member or Investigator Signature: |
|---|---|---|
| | | |

**Section III**

C2

8 OF 11

Slamin Resident Brownlee on his head with-out cause, causing Injuries to Resident head an also twisted Both of Brownlee ankles" for" know of his Injury call him out of his Name. It was two Nurse present one Name Payne Brownlee Informed these officers that He was Not resisting multiple time. (SEE Sick call Request Attachment 1+2+3+4.)

I ASK For $500.00 But I'm willing to settle

I declare (or verify, certify and state under penalty of Perjury under the laws of the State of KANSAS that the forgoing is true & correct & can Be supported by Video

Respectfully Submitted

s/ Justin C Brownlee

Justin C. Brownlee

# Health Services Request Form

Payne

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | 7/21/23 |
| Time Received: | 0020 |

Print Name (Imprimir nombre): Gustin C Bussinger
Date of Request: 7-19-23
ID#: 2073693 Date of Birth (Fecha de nacimiento): 10-2-83
Housing Location (Ubicación de la vivienda): A214S
Nature of problem or request (Naturaleza del problema o solicitud): I am suffering from a New Injury I would like to be seen by ...

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

[signature]
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: RN ☐ Routine ☒ Urgent ☐ Emergent
Date: 7-21-23 Time: 20
Date of Face-to-Face Visit:
Other:

Response Recommendation (to be completed by Medical Staff only)
Initial ☐ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP
Appointment ☐ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP
Fee Charge ☐ $2.00
Comments: [illegible handwriting]

[signature] RN 7/22/23
Staff Signature Date

blurry vision

centurion

# Health Services Request Form

| For Medical Use Only / Sólo para uso médico | |
|---|---|
| Date Received: | |
| Time Received: | 0015 |

Print Name (Imprimir nombre): BROWNLEE C GUSTIN

Date of Request: 9-24-23

ID #: 2273693

Date of Birth (Fecha de nacimiento): 10-2-80

Housing Location (Ubicación de la vivienda): A2 159

Nature of problem or request (Naturaleza del problema o solicitud): My ankles foot right + left is in PAIN

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrara un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

[signature]
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta area.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: [illegible] ☒ Routine ☐ Urgent ☐ Emergent

Date: [illegible] Time: 0015

Date of Face-to-Face Visit: 9/25/23

Other:

Response Recommendation (to be completed by Medical Staff only)

Initial ☐ Nurse ☐ Doctor ☐ Dentist ☒ Eye Doctor ☐ Mental Health ☐ ARNP

Appointment ☒ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP

Fee Charge ☐ $2.00

Comments: Assessed stretches wants to see NP. Refer to APRN

[signature] 9-25-23

Staff Signature Date

148 # 4791178 68 974 99

Centurion_REC-013KS
07/01/2020

centurion.

17

INMATE REQUEST TO STAFF MEMBER D

To: Copy Receipt 11 OF 11 Date: ______
(Name and Title of Officer or Department)

COTT [signature]
Unit Team Member Signature

To be retained by Inmate

Form 9
For Cellhouse Transfer
Work Assignment ______
Interview Requests

BROWNLEE
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

U.T

# 0073693
Number

INMATE REQUEST TO STAFF MEMBER

To: A1-Cellhouse Date: 10-4-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I've Been Requesting Grievance Forms for THREE DAY's mental Health HAD to Bring Sick call Request Forms to me I have a A Deadline

Work Assignment: Lay-in-cause Living Unit Assignment: A1-222
Comment: ______ Unit Team Members Signature: ______

Disposition:

To: ______ Date: ______
(Name & Number)

Disposition:

______
Employee's Signature

-0009b

18

D 1 of 6

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name GUSTIN C BROWNLEE Number 0073603

Facility EDCF Housing Unit A1 222 Work Detail Lay-in-Cons.

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

SEE Attachments

A, B, C, D, & E

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 10-6-23

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Unit Team Signature ______ Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

______ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

______ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). ______

Inmate Signature ______ Date ______

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received ______ Date of Final Answer ______ Date Returned to Inmate ______

Inmate's Signature ______ Date ______ Unit Team Signature ______ Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number ______

Type of Complaint (Item 4: Code 01-75) ______ ______

Cause of Complaint (Item 5: Code 01-30) ______ ______

Type of Response (Item 6a: Code 01,02,08 or 09) ______ ______

# Attachment A

I Was attacted by C.O CNANNELL With-in A2 "(SEE Video Footage)" At Cell 159 He Called me A Nigger As He grabed my arms and then He Slamed the Food PASS on my Arms Causing more PAIN & injuries.

Co. CHANNELL Violated "K.S.A 75-2949 F PERSONAL Conduct detrimental to state service" & IMPP 02-118 Code of ethic - Code of conduct.

Co. CHANNELL Violated my 8th Amendment Right to be Free From Cruel & unusual Punishment In wich I was Injured

I Ask that He Be terminated

I will

Attachment B

INMATE REQUEST TO STAFF MEMBER

To: ______________________ Date: ______________________

(Name and Title of Officer or Department)

______________________

Unit Team Member Signature

To be retained by Inmate

I/R

**Form 9**
For Cellhouse Transfer
Work Assignment ______________________
Interview Requests

BROWNLEE
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

U.T. A2

# 0013693
Number

**INMATE REQUEST TO STAFF MEMBER**

To: Scolari Date: 9-24-23

(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I was attacted by C.O CHANNELL With-in A2 Cell house At Cell 159 He called me A Nigger As He grabed my Arms and then He Slamed the

Work Assignment: Lay-in-cause Living Unit Assignment: A2-159

Comment: [illegible] Copy Unit Team Members Signature: ______________________

Disposition: Food PASS on my Arms causing more PAIN. C.O CHANNELL Violated K.S.A 75.2949F Personal Conduct detrimental to state service + Impp 02-118 Code of Ethic - Code of conduct

To: ______________________ Date: ______________________

(Name & Number)

Disposition: Violated my 8th Amendment Right to be free from cruel + unusual Punishment. In wich I was Injured

I ask that He Be terminated

2 Attachment C

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 12-21-21

# PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

## Section I

| Filed AT Facility No.: | Facility Initials: |
|---|---|
| Filed AGAINST Facility No.: | Facility Initials: |

(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): Brownlee    KDOC Number 731093

Type of Claim (circle one): Lost Property    Damaged Property    (Injury)

Amount of Claim: $500    Date of Loss Damage, or Injury (MO/DAY/YR): 9-24-23

Where Loss, Damage, or Injury Occurred:

If occurred in cellhouse, enter cellhouse/room number: A2-159

Otherwise, circle one of the following: Mailroom    R&D    Central Property    Laundry    Gym    Dining Room    Other Location

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): On 9-24-23 I recevied Injuries To Both of my Arms With in A2-Cellhouse At cell 159 C.O CHANNELL grabed Brownlee By Both Arms than Slamed Food Pass On to Brownlee Causing more Injuries Negligently (SEE Health Services Request Form Attachment) I Ask For $500 I Willing to Settlement    Attachments X2

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: Dustin Brownlee    Date: 9-26-23

Received from Resident/Claimant: Date: 9.26.23 Time: 1530

UT Name (print): Seclan    UT Signature: [signature]    Claimant Initials: GB

## Section II

Received by Warden/Superintendent on (MO/DAY/YR):    Facility Log No. Assigned:

Inquiry Report:

| Date (MO/DAY/YR): | Investigator Name (print): | UT Member or Investigator Signature: |
|---|---|---|

## Section III

5 of 5

2 of 2

# Health Services Request Form

Attachment D

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | 9/25/23 |
| Time Received: | 0015 |

Print Name (Imprimir nombre): BROWNLEE C Gustin
Date of Request: 9-24-23
ID#: 0073697 Date of Birth (Fecha de nacimiento): 10-2-83
Housing Location (Ubicación de la vivienda): A2-159
Nature of problem or request (Naturaleza del problema o solicitud): My Arms ARE IN PAIN I Would like to Be SEEN

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

[signature]
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
Triaged by: Ryder RN ☒ Routine ☐ Urgent ☐ Emergent
Date: 9/25/23 Time: 0015
Date of Face-to-Face Visit: 9/25/23
Other:

Response Recommendation (to be completed by Medical Staff only)
Initial ☒ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP
Appointment ☒ Nurse ☐ Doctor ☐ Dentist ☐ Eye Doctor ☐ Mental Health ☐ ARNP
Fee Charge ☐ $2.00
Comments: Referred to provider for 1st sick call

SVasquezRN
Staff Signature

9-25-23
Date

Both arms ... / 9/24/23 states someone called ... the arm through ... [handwritten margin note, partially cut off]