INMATE REQUEST TO STAFF MEMBER

To: _____     Date: _____
(Name and Title of Officer or Department)

_____      *Wardens Copy*
Unit Team Member Signature            To be retained by Inmate

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

BROWNLEE
Last Name Only

# 0073693

U.T

**KANSAS DEPARTMENT OF CORRECTIONS**

Number

**INMATE REQUEST TO STAFF MEMBER**

To: Beshwen                           Date: 11-3-23
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

RE: E-File I REQUEST THAT 22 PAGES BE E-FILE to the U.S District Court For the District of KANSAS A TEMPORARY RESTRAINING ORDER CASE NO G 20-CV-03122-JAR-GEB   I have deadline
18 PAGES ARE Attachments to DECLARATION

Work Assignment: _____  Living Unit Assignment: _____
Comment: _____  Unit Team Members Signature: _____

Disposition: SEND COPY TO Warden Tommy Williams

To: _____      Date: _____
(Name & Number)

Disposition: _____

_____
Employee's Signature                  To be returned to inmate.

P-0009b