IN THE United State District Court
FOR THE
District OF KANSAS

Gustin C. Brownlee
    Plaintiff

v

BRETT COBBY et al
    Defendants

Case No 5:20-cv-03122-JAR-GEB /

A TEMPORARY RESTRAINING ORDER / REQUEST

Upon the complaint, the supporting affidavits and attachments of Plaintiffs, herewith, it is.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this "TEMPORARY RESTRAINING ORDER" / REQUEST, THE Defendant Lt. McCollough and officers. ROMERO, TWO UNKNOW OFFICERS, CHANNEll and All Other Officers who and agents, employers and all persons acting in concert or participation with them, are restrained from

1. Any and all Disciplinary Procedure under K.A.R Article 13 - Disciplinary Procedure, Defendant McCollough is the Overseers OF At E.D.C.F SEE DECLARTION of Gustin C. Brownlee

2. Any and all SST OFFICERS, agents, employers and persons that transport and Remove or Handle Inmates at E.D.C.F Because I was attacked by two UNKNOW SST STAFF that Defendant Lt McCollough oversee. SEE Attachments DECLARTION of Gustin C Brownlee

3. I request that Judge's JAR-GEB have plaintiff removed from E.D.C.F. Because plaintiff is not safe at E.D.C.F., L.C.F. would be the best fit for plaintiff

IT IS FURTHER ORDERED that the TEMPORARY RESTRAINING ORDER and all other papers attached to this application, be served on the aforesaid defendant by

_____
date

_____
United State District JUDGE
date _____