IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' STATUS REPORT PER COURT ORDER [DOC. 95]**

COME NOW Defendants and pursuant to the Court's Order [Doc. 95] provide the following Status Report regarding the motion for restraining order that was given to El Dorado Correctional Facility employees:

1. On December 4, 2023, during the status conference on this matter, the Plaintiff explained that the Motion for Relief on file, Document 92, was not his Motion for Temporary Restraining Order. Instead, Plaintiff explained that he had provided his Declaration and Motion for Temporary Restraining Order to his Unit Team Member, but it had not yet been filed.

2. The Court instructed undersigned counsel to "research the status of a motion for restraining order Plaintiff alleges was given to El Dorado Correctional Facility employees for filing with the court but was never filed. Defendants will file a status report by December 18, 2023, regarding this issue." *See* Doc. 95.

3. Undersigned counsel reached out to KDOC and was informed that the document provided by Plaintiff to El Dorado Correctional Facility employees was given to the Warden's Office as it was misunderstood to be a copy for the Warden as opposed to a pleading that needed to be filed.

4. Based on the statements of Plaintiff yesterday, that document was obtained from

the Warden's office and showed to Plaintiff to confirm it was the documents referenced during the hearing. He confirmed it was the correct set of documents.

5. After confirmation was received from Plaintiff, the documents were filed on December 5, 2023, as "Supplement to [92] Motion for Temporary Restraining Order," Document 99.

6. Pursuant to the Court's Order, Defendants' Response to the Motion for Temporary Restraining Order is due on or before January 4, 2024. Unless otherwise ordered, Defendants intend to respond to the Motion, including the arguments found in Documents 92 and 99, on or before the deadline of January 4, 2024.

Respectfully submitted,

*/s/ Tracy M. Hayes*
Tracy M. Hayes          KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:      913.234.6199
t.hayes@swrllp.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

Gustin C. Brownlee #73693
EL Dorado Correctional Facility – Central
PO Box 311
El Dorado, KS 67042

*/s/ Tracy M. Hayes*
**Attorney**