# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18TH day of December 2023, Defendants' First Interrogatories to Plaintiff and Defendant's First Request for Production of Documents were served on Plaintiff via electronic email to his Unit Team Manager and via U.S. Mail postage prepaid to the following:

> Gustin C. Brownlee #73693
> EL Dorado Correctional Facility – Central
> PO Box 311
> El Dorado, KS 67042

Respectfully submitted,

/s/ Tracy M. Hayes
Tracy M. Hayes        KS #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate Centre
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:     913.234.6199
t.hayes@swrllp.com
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 18th day of December, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.  I hereby further certify a copy of the foregoing was served on Plaintiff via electronic email to his Unit Team Manager and via U.S. Mail postage prepaid to the following:

 Gustin C. Brownlee #73693
 EL Dorado Correctional Facility – Central
 PO Box 311
 El Dorado, KS 67042

                 */s/Tracy M. Hayes*
                 **Attorney**