IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUSTIN C BROWNLEE
    Plaintiff

Case No 20-CV-3122-JAR-GEB

V

BRETT CORBY
    Defendants et

## MOTION FOR RELIEF

L.C.F STAFF MEMBERS ARE REFUSING to RETURN MY legal PAPER WORK on 2-24-24 I made A PRISON RAPE Elimination Act Claim on L.C.F STAFF C.O Harding. Behavioral Health Place me on crisis to keep L.C.F STAFF From Placing me in Segregation out of retaliation (also SEE Attachment A=) After Being removed crisis THE Ladies of the segregation review Board Did Not Like what was going on and released me From SEG with-in 14 hrs.

THE Following DAY AFTER Being Removed From "SEG" U.T Folrido Did A Inmate who she is under Investigation For Having A thing with It was the Fe It was because of me. I attact these Inmate Befor they attact me and Jump off THE Top run and Just like at EDCF I was Falsely ac    OF Being High with-out Test. L.C.F STAFF Member Young who was there is trying Her Hardest to make the Higher up Look at the Video and do A real Investigation Because Her and others know I was Not High they are Not Returning my Legal Paper work

Tracy M Hayes HAS Not sent the rest of the medical records I do Not HAVE HER address at this time Because I am Not allowed to HAVE my legal PAPER NOR am I allowed to go to Law Library at this time to try to get Her address I ask for the Court to Help me

Gustin C. BROWNLEE
Gustin C Brownlee

4-6-24

U.T.M

MS. Peevler DID Not Keep HER Word SHE mislead the court HER and U.T Foltido Refused to Help me and any WAY and did Not Respone to any of my FORMG I HAVE Copies of these FORMG In my PROPERTY