# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF KANSAS

GUSTIN C BROWNLEE
    Plaintiff          Case No 20-CV-03122

V                       JAR-GEB

BRETT CORBY et.al
    Defendants

## PLAINTIFF'S Supplement
## MOTION FOR RELIEF

Comes Now PLAINTIFF'S GUSTIN C BROWNLEE. PRO SE, asking for relief as well as humanatarian understanding of said situation. to wit:

① Please grant leniency in regards of either lack of Informat. or following regulation of all court rules. Seeing the emergent situation at hand.

② Please grant a Restraining order in lieu/by way of Preliminary in-Junction immediatley against:
① Warden/Acting warden "Howes", of Lansing Correctional Facility. Lansing. Ks

② Unit Team manager "Mrs. Latzke, of Lansing Correctional Facility. Lansing. Ks

③ E.A.I Agent Lt. Gift, of Lansing correctional Facility Lansing. Ks

All Prior grants/statements are supported due to the following facts as well as clear, objective opinions.

① Plaintiff as well as others 5th 8th and 14th U.S constitutional Amendment rights are being violated in such a stark bold "Criminal way" by the Kansas Department of Corrections, it's governing staff and consenting associates. that, I believe, probably has not been done sine governing inacting case law has been laid down as law" (Which I'd add, but I have no access to any law material, not even my own) For more or around 30 days now others longer and said to proceed at least 90 day but some for 365 days

② "Several deaths have happened in the KDOC" said supposed drug overdoses" (Which I'm sure of no doubt) Consequently, the warden Mr Howes and other K.D.O.C STAFF has in-acted an intensive 12 step cell house Program located in A1 cell house of L.C.F If an Inmate "(regardless of proof other then CO an also under ~~nurses assumption~~ qualify nurses assumption)" is deemed to be in an altered state of consciencious. The Plaintiff was in a fight with another inmates ran up a flight of stairs and jumped off top tier near officer station to get away from "AB" who had weapons Plaintiff HAD STAFF witness ms young who STATED I was not in a ALTERED CONSCIOUSNESS

an Plaintiff and others have not had DISCIPLINARY HEARING on THESE MATTER "I HAD one HEARING C.O MB young was my witness now they are trying to have A New HEARING" AFTER I was Found Not Guilty = "(It is SUPPORTED by video)" SEE Attachments A

There are many, many in-justices here. which are law violations

① Plaintiff is Being Denied access any an all Law LIBRARY access which we have a constitutonal right too access to the courts

② Plaintiff is Being Denied All his Legal PAPER WORK ALL THREE 1983 civil Complaint. All MEMORANDUM AND ORDER. ALL mail & medical RECORDS SENT BY TRACY M. HAYES. All NOTES & LEGAL Research For my 1983 civil Complaint and other LEGAL ISSUES and PAPER WORK ECT

③ Plaintiff and others 8th Admendment right to Cruel and unusual Punishment is being violated we are being allowed outside recreation with no thermal tops/ bottoms beanies and or coats during colder months No Shoes" (How does this Cruelality, Produce Sobriety?)"

4. Plaintiff 1st Amendment right to religious freedom is being violated. We are not allowed Bibles, Korans, Prayer Rugs, Prayer oils, medallions, anything religious. And ECT.

1. I ask the Courts to ORDER K.D.O.C STAFF to END THE 12 STEP Program Because It is violating the Right of Plaintiff and other Pt Inmate

2. RETURN ALL Legal mail

I hereby Certify that on 25th day 2024 the foregoing was E-Filed to the U.S. DISTRICT Court for the DISTRICT of Kansas

*/s/ Gustin C Brawner*
Gustin C. Brawner