IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

Gustin C Brownlee
V    Plaintiff
Brett Corby et al             Case No 20-CV-03122-JAR-
    Defendants                GEB

DECLARATION OF Gustin C Brownlee

Pursuant to 28 U.S.C § 1746 Gustin C Brownlee states under oath as follows

1 My name is Gustin C Brownlee. I am over eighteen year of age

2. The statements provided herein are based on personal knowledge and supported from records kept in the ordinary course and scope of business of the KDOC

3 On February 24, 2024 Plaintiff made a Prison Rape Elimination Act Claim on L.C.F STAFF.

4. Behavioral Health place Plaintiff on Crisis to keep L.C.F Staff from retaliation

5. The C.O Mr Harding who the claim was made on attact Inmate with weapon on same day

6. L.C.F STAFF members are Refusing to give Plaintiff All his Legal PAPER WORK SAYing that It's Not Legal

7. L.C.F STAFF members are ~~Deni~~ Violating Plaintiff Constitutional Admendment rights

8 Plaintiff has not Yet receved additional Documents From undersigned counsel

9 K.D.O.C L.C.F 12 STEP Program is violating the right of Plaintiff and other INmates

*Gustin Brownlee*
Gustin C BROWNLEE