IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

TO: Clerk's Office 444 SE Quincy, Room 490
Topeka, KS 66683

From Gustin C Brownlee #73693 Lansing Corr Facility
P.O Box 2 Lansing, KS 66043-0002

#0073693
Respectfully submitted Gustin C Brownlee L.C.F P.O Box
Lansing, KS 66043-0002

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day June 2024 written Discovery Response to interrogatories and Production of Documents was placed In A U.S mail Box with this CERTIFICATE OF SERVICE to the Clerks office Postage pre-paid and also to ATT Tracy M Hayes KS #23119 Sanders Warren & Russell LLP Compass Corporate Centre 11225 College Blvd Suite 450 Overland Park, KS 66210 Postage Pre Paid

Tracy M Hayes KS 23119
Sanders Warren & Russell LLP
Suite 450 Overland Park, KS 66210

Clerks Office 444 SE Quincy
Room 490 Topeka, KS 66683

Gustin Brownlee
Gustin Brownlee