IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF KANSAS

GUSTIN C BROWNLEE
    Plaintiff
V
                              Case No 20-CV-03122-JAR-GEB
BRETT CORBY, et al
    Defendants

## DISCLOSER OF EXPERT WITNESSES

I Gustin C BROWNLEE will be calling the following People as EXPERT WITNESSES.

#1 DR. Gordon Harrod M.D ADDRESS UNKNOW TO Plaintiff Phone number UNKNOW TO Plaintiff FOR Security Reason.

DR Harrod will give EXPERT Testimony About LATE EFFECT OF FRACTURE OF LOWER EXTREMITES an also other Injuries Plaintiff I had before CAR Incident and the Physical assault.

2. D.R Harrod will give EXPERT Testimony About Injuries Plaintiff Received during THE car accident and Physical assault

3. DR Harrod will give EXPERT Testimony About Why He oders that Plaintiff be observed in the EDCF Infirmary and be given 60mg Im of Toradol (ketorolac) Tylenol 650mg two tabs PO q six hours and Other Treatment after Incidents.

4. How These Injuries will EFFECT Plaintiff In the future.

5 D.R Marchita Hill ADDRESS 535 Oakland Kansas City. Kansas 66101 Phone #913-553-

7975

6. Dr Marchita Hill will give an Expert opinion About how Plaintiff was Effect by being denied His eight Amened Right to medical care and being Physical assaulted and verble assaulted mock an laughed at by K.D.O.C STAFF

7. How Plaintiff will be Effected In the future.

8. Plaintiff's DISClosER OF EXPERT ~~within~~ witnesses.

at the following address

Tracy M. Hayes Ks #23119
SANDERS WARREN & RUSSELL LLP
Compass Corporate centre

11225 College Blvd, Suite 450
Overland Park, KS 66210
Phone: 913.234.6100
FAX    913.234.6199

Respectfully Submitted
Gustin C Brownlee
#73693
Lansing Correctional Facility
301 L Kansas Avenue
Lansing, KS 66043

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2024 the foregoing was filed with the Clerk of the Court using the CM/ECF system; which will send notice of electronic filing to all counsel of record. I hereby further certify that a copy of the foregoing was served on Defendants
v

IN THE UNITED STATES DISTRICT COURT DISTRICT OF KANSAS

Gustin C Brownlee
    Plaintiff

V.

Bertt Corby, et al
    Defendant

Case No 20-cv-03122-JAR-GEB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of July 2024 Plaintiff served to Discloser of Expert Witnesses

I hereby certify that on this 3rd day of July 2024 the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to all Counsel of record

Tracy M Hayes ks #23119
Sanders Warren & Russell LLP
Compass Corporate Centre
11225 College Blvd. Suite 450
Overland Park, KS 66210
Phone 913.234.6100
Fax 913.234.6199