IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Brett Corby, Eyman Dowling, and Alex McCollough, and pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Local Rule 56.1, move for an Order from the Court granting judgment in their favor on Plaintiff's Second Amended Complaint [Doc. 25] as Plaintiff has failed to meet his burden to establish a constitutional violation and failed to exhaust his administrative remedies.

In further support of their Motion, Defendants contemporaneously file their Memorandum in Support of Motion for Summary Judgment.

WHEREFORE, Defendants Brett Corby, Eyman Dowling, and Alex McCollough request an Order from this Court granting judgment as a matter of law in their favor on all claims in Plaintiff's Second Amended Complaint, and for such other relief as is just and necessary.

Respectfully Submitted,

 /s/ Tracy M. Hayes
Tracy M. Hayes         KS #23119
SANDERS WARREN & RUSSELL LLP
11225 College Blvd., Suite 450
Overland Park, KS  66210
Phone:  913.234.6100
Fax:     913.234.6199
t.hayes@swrllp.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 22<u>nd</u> day of November, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

Gustin C. Brownlee #73693
Lansing Correctional Facility
301 E Kansas Avenue
Lansing, KS 66043

                */s/ Tracy M. Hayes*
                **Attorney**