Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

GUSTIN C. BROWNLEE
    Plaintiff    ) Case NO
v.    ) 20-CV-03122-JAR-GEB
BRETT CORBY, et al.,    )
    Defendants    )

AMENDED MOTION FOR RELIEF / MOTION REQUESTING FOR AN EXTENSION OF TIME OF BRIEFING DEADLINES TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT / MOTION TO EXCEED THESE PAGE LIMITS BY 10 PAGE DUE TO ONGOING EXTRAORDINARY CIRCUMSTANCES

COME NOW Plaintiff GUSTIN C. BROWNLEE, and PURSUANT TO RULE D KAN. RULE 6.1(a), 7.1(d)(4), an also RULE 7.1(d)(2), and Pursuant to 28 USC § 1746, THE PRO SE Plaintiff "RESPECTFULLY" PRAYS THE COURT GRANT as styled above and humbly declares under "THE PENALTY OF PERJURY" (18 USC § 1621) That the FOLLOWING is "TRUE and CORRECT" & I PRESENT.

1.) On 12-3-24 Plaintiff Timely Submitted A MOTION FOR RELIEF / MOTION REQUESTING FOR AN EXTENSION OF TIME / MOTION TO

#2

EXCEED THESE PAGE limits BY #8 PAGE BEYOND #15 PAGE limits SEE EXHIBIT A

ISSUE #1  2.) On or around 11-18-24 or 11-19-24 Plaintiff was RETailiED — aginst By the Female Officer In Charge OF A6 Cellhouse.

3.) DUE TO Plaintiff Filing "A PRISON RAPE ELIMINATION ACT" ON ANother Female COWORKERS A FEW DAYS BACK NAME (T. GAY)

4.) Plaintiff was FORCED to GET OFF THE Stool AS I was BLEEDING OUT From ON GOING HEMTODS ISSUE, IN the middle of Night as blood DRIPPED Down my LEGS Soaking my under Garments.

5.) THE Lt. Name UNKNOWN ON SHIF the Night of the incident HAD Plaintiff make "A PRISON RAPE Elimination ACT" After He was informed OF Her Actions.

6. Plaintiff was taken to L.C.F Clinic and given some "meds" an also REMOVED From A6-Cellhouse and Placed with-IN A7-cellhouse

#3

**Issue #2** 7.) Plaintiff was removed from his property a total of six times no Inventory Sheet SEE EXHIBIT B'

8.) Plaintiff was missing a larger stack of Legal Documents. K.D.O.C Staff members allowed other inmates to go ~~through~~ through my Property. SEE EXHIBIT B²; C

**Amendment #1** 9.) On or around 2-14-25 Kim Opliger return my GTL Tablet an also other K.D.O.C staff members have returned some of my Legal Documents, paperwork an also Legal Notes SEE EXHIBIT D

10.) Plaintiff is still missing his composition notebook with Legal Note and other Legal Documents.

**Amendment #2** 11.) K.D.O.C Staff at L.C.F only with-In A2 cell house U.T Smalls has started to allow me access to Law Library tablet.

**Issue #3** 12.) Plaintiff has timely requested to exceed the #15 page Limits by #8 page but would like #10 due to the fact this pro se Plaintiff will

#4

BE hand writting His responds, an I do not want to write Small making It hard on the women of the courts.

ISSUE #4 13) Plaintiff ~~Aseaks~~ PRAYs that the Court gives A NEW Deadline as Plaintiff HAS timely Requested. Past 21 day deadline

14) Plaintiff has Faced extraordinary situation that has hindered & created un Surmountable obstacles that he has Countinued to over come

Where FORE Plaintiff Respectfully Request the Courts ober the Defendant attorney Help Recover the missing Legal Document ect and SET A NEW Deadline. & Plaintiff contends no party will be Prejudiced and any other such relief in the Interest of Justice.

~~Date~~
EXcuted ON
3-5-25
Date

Respectfully Submitted
 Gustin Brownlee
GUStin C BROWnLEE

#5

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2025 the foregoing was was handed over to L.C.F staff members a amended motion for relief / motion for an extension of time of briefing deadline / motion to exceed these page limits to 10 page beyond the #15 limits, the foregoing was filed with the clerk of the court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I hereby further certify a copy of the foregoing was sent via U.S. mail postage prepaid to the following:

Tracy M. Hayes KS #23119
Sanders Warren & Russell LLP
Compass Corporate Centre
11225 College Blvd, Suite 450
Overland Park KS 66210