United States District Court
District of Kansas

Gustin C Brownlee
       Plaintiff
   v.
Brett Corby et al.,
       Defendants

Case No: 20-3122-JAR

## MOTION TO ALTER OR AMEND JUDGMENT.

COMES NOW, Plaintiff GUSTIN C. BROWNLEE, PRO SE PRAYS THAT THIS Court Grant this MOTION, AS HUMBLY STYLED ABOVE ON THE FOLLOWING Grounds

I. STATEMENT OF FACTS:

1.) Plaintiff MR. BROWNLEE TIMELY submitted TO THE COURT A MOTION FOR Relief an also A AMENDED MOTION. SEE DOCS 144, 145

1

\# 2.) Plaintiff Mr. Brownlee Attached To His Motion For Relief A Declaration an also A Inmate Request Form. (SEE Docs 144, 145 also Affidavit of Gustin C Brownlee line-5

\# 3.) Plaintiff Mr. Brownlee Did not recieve Docs 146, 147, 148. (SEE Exhibit A Affidavit of Gustin C. Brownlee) line-6

\# 4.) Lansing Correctional Facility ("LCF") Officials Commited Fraud on the Court by Submitting an Affidavit Intentionally misrepresenting the Facts About have possession of any of Mr. Brownlee legal materials "Docs" or property. Through April 14, 2025. SEE Exhibit B also SEE Affidavit of Gustin C Brownlee Line #7

\# 5.) Plaintiff Mr. Brownlee has not had access to the Courts no legal mail, Law Library, Law Library Tablet paper or pen. SEE Exhibit A² Line #a an also SEE Exhibit C, D, E, F

2

#6 Lansing Correctional Facility ("L.C.F) STAFF members cost or Damage Plaintiff MR. Brownlee legal materials "Docs 20-3122-JAR" ect Property.

II MR Brownlee's MOTION FOR Relief an also Amend MOTION

MR. Brownlee sought relief from the courts By Filing A MOTION FOR relief.[7] Plaintiff Attached As evidence A Inmate Request Form TO STAFF addressing the issue About not recieving A Inventory Sheet. when returning Plaintiff property.[8] "L.C.F Officer Admitted that It was No Inventory Sheet".[9] Plaintiff also submitted A Declaration as well stating that "L.C.F" STAFF took A Large STACK OF "Docs-20-3122-JAR".[10]

Plaintiff MR Brownlee filed an Amend MOTION Informing the

3

**VI** Lansing Correctional Facility Officials Commited Fraud on the Court.

"L.C.F Officials Commited Fraud on the Court by submitting an Affidavit Intentionally misrepresenting the Facts About having possession of any of MR Brownlee legal materials" Docs 20-3122-JAR-GEB Through April 14, 2025[14]

[14] SEE Exhibit
[14] Affidavit of Gustin C Brownlee

**IV** Plaintiff MR BROWNLEE has Not had access to the Courts (SEE Exhibit

L.C.F Staff members are Denying myself and other access to the Court:

5

Courts that "L.C.F" STAFF With-IN A2-Cellhouse" K.O" Return Some OF his Legal "Docs" materials an also asking the courts For Help" Docs 145, 144 - 7, 8, 9, 10, 11

III MR Brownlee DID NOT Recieve Docs 146, 147, 148, 149 From THE Court NOR DID He Refuse to Recieve THEM

Plaintiff MR Brownlee "PRAYS" THAT THIS court use THE Power OF "Subpoena" TO Subpoena Plaintiff KANSAS Department OF Correction Legal Privileged mail Delivery Reciept!² which will prove that Plaintiff DID not recieve Docs 146, 147, 148, 149. ~~AOR DID~~ and did not Refuse them.¹³

SEE AFFidavit oF Gustin C Brownlee LiNe - 6

4

**II** Lansing Correctional Facility Officials Committed Fraud on The Court. [SEE Exhibit B an also Exhibit A Affidavit Gustin C Brownlee

"L.C.F Officials Committed Fraud on the Court by submitting an Affidavit Intentionally misrepresenting the Facts About having possession of any of Mr. Brownlee legal materials "Docs (20-3122-JAR-GEB Through April 14, 2025"[4]

[4] SEE Exhibit B
[4] Affidavit of Gustin C Brownlee

**II** Lansing Correctional Facility Segregation Unit has A Temporary Property Storage with-IN Cellhouse.

Plaintiff ask the Courts to Use The Power of Subpoena

an also Inmate Request Form To STAFF AS Evidence. The court did not view these and all reasonable inferences there from In the light most Favorable to the non moving party

Plaintiff PRAYS THAT THIS Court Shall Grant Plaintiff MOTION TO ALTER OR AMEND JUDGMENT On All Grounds mention Above

Certificate service

I Gustin Brownlee E-Filed THIS MOTION TO ALTER OR AMEND JUDGMENT TO THE United States District Court On 5-20-25

_____
Gustin C Brownlee

II Plaintiff Mr Brownlee has not had access to the Courts an also with out "Docs 1-149 Case No 20-3122-JAR-GEB. (SEE Exhibit A. B. C. D. E. F

"L.C.F" STAFF members are Denying Plaintiff access to the Courts and has Loss "Docs 1-149 and are Investigating what's been going on with my property with-in A2 Cellhouse U.T.M Schmaltz.

Plaintiff ask the Court To Subpoena the E-mails From U.T.m Schmaltz and other STAFF Involving Plaintiff Property.

IV In Applying the Summary Judgment Standard.

Plaintiff Submitted A Declaration