FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

June 17, 2025

Christopher M. Wolpert  
Clerk of Court

───────────────────────────────

GUSTIN C. BROWNLEE,

    Plaintiff - Appellant,

v.

BRETT CORBY, et al.,

    Defendants - Appellees.

No. 25-3105  
(D.C. No. 5:20-CV-03122-JAR)  
(D. Kan.)

───────────────────────────────

**ORDER**

───────────────────────────────

    This matter is before the court *sua sponte* following the opening of this appeal. A review of the district court docket reveals a pending *Motion to Alter or Amend Judgment*. (ECF No. 152.)

    Without deciding whether the abatement of this appeal is required by Fed. R. App. P. 4(a)(4), the court has determined it is in the interest of judicial efficiency to abate the appeal pending the district court's decision on the *Motion to Alter or Amend Judgment* (ECF No. 152).

    Accordingly, the court ABATES this appeal.

    When the district court enters an order deciding the *Motion to Alter or Amend Judgment* (ECF No. 152), the clerk of the district court is directed to supplement the

preliminary record in accordance with 10th Cir. R. 3.2(B).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk