IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT [DOC. 152]</u>**

COME NOW Defendants and request an extension of time to respond to Plaintiff's Motion to Alter or Amend Judgment, Document 152, until July 8, 2025. In support of this Motion, Defendants state as follows:

1. On May 8, 2025, the Court entered Judgment in favor of Defendants based on the grant of Defendants' Motion for Summary Judgment. *See* Docs. 150-151.

2. On June 16, 2025, almost 40 days after the judgment was entered, Plaintiff filed the instant motion which has been titled "Motion to Alter or Amend Judgment." *See* Doc. 152.

3. Nowhere in the motion does Plaintiff cite the legal basis for which he is seeking to have the Judgment altered or amended; instead, he argues he did not receive a number of pleadings, including his own Motion [Doc. 146], the Court's docket entry Order expediting briefing deadlines for the Motion [Doc. 147], the Defendants' Response to the Motion [Doc. 148], and the Court's Docket entry Order extending Plaintiff's deadline [Doc. 149].

4. Pursuant to Local Rule 6.1, Defendants' response to the Motion is due on or before June 30, 2025.

5. Personnel within the KDOC are currently investigating the claims made by Plaintiff

related to his legal materials so that a response can be filed.

6. Undersigned counsel is out of the office for personal reasons starting June 20, 2025, and returning on June 30, 2025.

7. One of undersigned counsel's contact within the KDOC is out of the office starting on June 20, 2025, and returning on July 7, 2025.

8. Therefore, Defendants are requesting an extension of time until July 8, 2025, to file a response to Plaintiff's "Motion to Alter or Amend Judgment," Document 152, so that his claims can be fully investigated and responded to.

9. This request is not made to cause any delay or prejudice to any party, or the Court, or for any improper purpose, but so that an investigation of the claims being made can be done and fully responded to.

10. Undersigned counsel has not been able to consult with Plaintiff regarding this requested extension.

11. No prior extensions have been requested by Defendants related to this motion.

WHEREFORE, based on the above and foregoing, Defendants request an Order from this Court extending their response deadline for Plaintiff's Motion to Amend or Alter Judgment, Document 152, until July 8, 2025.

Respectfully Submitted,

/s/ Tracy M. Hayes
Tracy M. Hayes        KS #23119
SANDERS WARREN & RUSSELL LLP
11225 College Blvd., Suite 450
Overland Park, KS  66210
Tel:   913.234.6100
Fax:   913.234.6199
t.hayes@swrllp.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of June, 2025, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I hereby further certify a copy of the foregoing was sent via U.S. Mail postage prepaid to the following:

Gustin C. Brownlee #73693
Lansing Correctional Facility
301 E Kansas Avenue
Lansing, KS 66043
**Plaintiff, Pro Se**

                                                                                              */s/ Tracy M. Hayes*
                                                                                              **Attorney**