IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUSTIN C. BROWNLEE,  )
    Plaintiff,  )
  )
v.  )  CASE NO. 20-CV-03122-JAR
  )
BRETT CORBY, et al.,  )
    Defendants.  )

## DECLARATION OF SANDRA ELLIOTT

I, Sandar Elliott, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. My name is Sandra Elliott; I am a Property Claims, Grievance and Disciplinary Administrator CM II at Lansing Correctional Facility and am employed through the Kansas Department of Corrections (KDOC).

2. I have been employed in the above capacity since [May 2024]. I have been employed with KDOC since [2022].

3. As part of my duties, I assist in maintaining, reviewing, and investigating property and personal injury claims at Lansing Correctional Facility.

4. I am familiar with the Kansas Department of Corrections and Lansing Correctional Facility computer systems and software as well as resident property files.



EXHIBIT A

5. If a resident is under restricted privileges or on crisis level, the facility does provide other reasonable means of access to legal materials via the proper procedures to ensure safety and security.

6. I am aware Gustin C. Brownlee is a resident presently housed at Lansing Correctional Facility (LCF) according to the Kansas Adult Supervised Population Electronic Repository (KASPER).

7. It is my understanding that Mr. Brownlee has been on and off crisis level multiple times since the first of the year. I learned this through my review of Mr. Brownlee's housing history.

8. I do not have any property claims from Mr. Brownlee alleging loss of property/legal documents from his cell on or about 11/18/2024 through 11/19/2024.

9. There are no complaints about the missing or holding of legal property by Mr. Brownlee in the property claims files as he has complained.

10. Additionally, I have not received complaints from Mr. Brownlee regarding missing legal documentation as complained of in this matter.

11. Specifically for this case, I have not had personal interactions with him. I have no personal involvement with his ongoing litigation or any reason to be involved in his ongoing litigation outside of the parameters of my job duties. Any correspondence I may have had with resident Brownlee was within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2025.

*[Signature]*

Sandra Elliott, CM II
LCF Property Claims, Grievance and
Disciplinary Administrator
Kansas Department of Corrections