IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE,       ) | |
|     Plaintiff,       ) | |
|   )            | |
| v.       ) | CASE NO. 20-CV-03122-JAR |
|   )            | |
| BRETT CORBY, et al.,       ) | |
|     Defendants.       ) | |

### DECLARATION OF JOHN STIFFIN

I, John Stiffin, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. My name is John Stiffin, Public Services Administrator at Lansing Correctional Facility, and I am employed through the Kansas Department of Corrections (KDOC).

2. I have been employed in the above capacity since July 2015. I have been employed with KDOC since 2015.

3. As part of my duties, I assist in maintaining and facilitating the operations of the law library in Lansing Correctional Facility.

4. I am familiar with giving assistance in filing a resident's legal documentation to Kansas Courts upon request. While I do not possess a law license and cannot give legal advice, I can provide reasonable access to legal materials upon a specified request from a resident.

5. I am relying on my personal recollection and common practices of operations of my position to provide this declaration's information.

EXHIBIT B

6. If a resident is under restricted privileges or on crisis level, the facility does provide other reasonable means of access to legal materials via printed documentation or through the restrictive housing tablet upon request through the proper channels.

7. I am aware Gustin C. Brownlee is a resident presently housed at Lansing Correctional Facility (LCF) according to the Kansas Adult Supervised Population Electronic Repository (KASPER).

8. I have interacted with Mr. Brownlee in my capacity as the Public Services Administrator during his visits to the LCF law library.

9. Specifically for this case, I have not had recent interactions with him but have gotten him his requested documentation when asked or when the LCF law library received a notification from the court that something has been filed.

10. Additionally, I have not received complaints from Mr. Brownlee regarding missing legal documentation.

11. I have no personal involvement with his ongoing litigation or any reason to be involved in his ongoing litigation outside of the parameters of my job duties. Any correspondence I may have had with resident Brownlee was within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2025.

_John Stuffin_ 7/7/25
John Stuffin, Public Services Administrator
Kansas Department of Corrections