#1

# UNITED STATES DISTRICT COURT
# OFFICE OF THE CLERK
# DISTRICT OF KANSAS

PRO SE

RE: BROWNLEE v. Cline et al
DISTRICT COURT CASE No: 5:20-CV-03122-JAR

## APPLICATION FOR CLERK'S ENTRY OF DEFAULT

COME NOW Plaintiff MR. BROWNLEE PRO SE PRAYS THAT SKYLER B. O'HARA THE DISTRICT OF KANSAS COURT CLERK BE UNDERSTANDING DUE TO Plaintiff Not having ACCESS TO THE LAW Library, Books, LOCAL Rule, an also [DOC#1] TO [DOC#149]. IN SUPPORT OF THIS APPLICATION FOR Clerk's ENTRY OF DEFAULT:

1. On June 16 2025 Plaintiff Filed A Pro Se Motion To Alter Or Amend Judgment. SEE [Doc #152]

2. Plaintiff Timely made The claim that the Defendant's Commited Fraud on the Court's by Submitting an Affidavit Intentionally misrepresenting the Fact. SEE [Doc #152] Exhibit A #4 Exhibit B$^1$ and B$^2$ As evidence

3. Plaintiff is Submitting NEW Evidence that Defendants Intentionally commite Fraud on the Court's. SEE Exhibit C Conclusions Made By Sandra Ellio

#3

shows THAT FACTS submitted an AFFIDAVIT From A Department OF Corrections Official was UNTURE. [Exhibit C]

4. Defendant's Filed A MOTION FOR EXTENSION OF TIME TO RESPOND TO Plaintiff's MOTION. As Defendants Requested until July 8. 2025 to File Response. (SEE TO #5) Attachment

5. Defendants have not Respond to Plaintiff MOTION Timely. Pursuant Rule's I PRAY the Courts Rule In Plaintiff Favor and GRANT Me Relife

6. Plaintiff is Being Denied access to

\#4

THE ~~SE~~ LAW Library to GET THE Rule. SEE
A
NEW Evidence Exhibits D¹, D², D³

Respectfully
Submitted

Gustin Brownlee
Gustin BROWNLEE #0073693
Lansing Correctional Facility
P.O Box 2
Lansing, KS 66043

Certificate Service

I Gustin Declare the Above is true and Correct an also that this APPLICATION FOR Clerks ENTRY OF DEFAULT was Timely Submitted

Gustin C Brownlee