#5

# EXHIBIT A

\# 2.) Plaintiff MR. Brownlee Attached To His Motion For Relief A Declaration an also A Inmate Request Form. (SEE Docs 144, 145 also Affidavit of Gustin C Brownlee Line-5

\# 3.) Plaintiff MR. Brownlee DiD not recieve Docs 146, 147, 148. (SEE Exhibit A AFFIDAVIT OF GUSTIN C. BROWNLEE) Line-6

\# 4) Lansing Correctional Facility ("LCF") Officials Commited Fraud on the Court by Submitting an Affidavit Intentionally Misrepresenting the Facts About have possession of any of MR. Brownlee legal materials Docs= or property. Through April 14, 2025. SEE Exhibit B also SEE Affidavit of Gustin C Brownlee Line #7

\# 5.) Plaintiff MR. Brownlee has not had access to the Courts no legal mail, Law Library, Law Library Tablet Paper or Pen. SEE Exhibit A² Line #9 an also SEE Exhibit C, D, E, F

2