#6

Exhibit B

**Form 9**
For Cellhouse Transfer
Work Assignment ____________
Interview Requests

**KANSAS DEPARTMENT OF CORRECTION**

U.T.

**INMATE REQUEST TO STAFF MEMB**

**To:** Tinley **Date:** 5-

**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specif**

RE: PROPERTY: I was HOUSED with-In Living Cell #120 on or Around 4-9- I was placed on crisis. It can be I had two boxes of property tha members took Into their care. I you assistance locating my prop

Work Assignment: ____________ Living Unit Assignment:

Comment: ____________ Detail or C.H. Officer: _

Disposition: Investigate what happen to with MR. Schmaltz who was the Aa an I was INformed that He' Into what's going on with my pro

To: Brownlee #0073693
(Name & Number)

Disposition: I was unable to locate any of you

Employee's Signature

**P-0009**

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Exhibit B

Brownlee
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

U.T

# 0073693
Number

INMATE REQUEST TO STAFF MEMBER

To: Tinley Date: 5-7-2025
(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

RE: PROPERTY: I was HOUSED with-In AA-Cellhouse Living Cell*120 on or Around 4-9-2025 or 4-10-25 I was placed on crisis. It can be SEEN on video I had two boxes of property that K.D.O.C STAFF members took Into their care. I am Requesting you assistance Locating my property & or

Work Assignment: Living Unit Assignment:

Comment: Detail or C.H. Officer:

---

Disposition: Investigate what happen to it. I talked with MR. Schmaltz who was the U.T.M with-IN AA an I was INFORMED that He'll be investigating Into what's going on with my property

To: Brownlee #0073693 Date: 5/20/25
(Name & Number)

Disposition: I was unable to locate any of your property.

Employee's Signature

To be returned to inmate.

P-0009