

P.O. Box 2
301 East Kansas Ave.
Lansing, KS 66043

**Kansas**
Department of Corrections
*Lansing Correctional Facility*

Phone: (913) 727-3235
Fax: (913) 250-2762
www.doc.ks.gov/facilities/lcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Exhibit C

**To:** Brownlee, Gustin 0073693

**From:** Sandra Elliott CMII LCF Property claims manager

**Date:** June 25, 2025

**Re:** Property claim/Personal injury claim #0116965

**Findings of fact:** You have submitted a property claim for $500.00 for items and legal work that you claim cannot be found. You give no specific date of loss.

**Investigation:** Housing history review, telephone conversation with CO Garrison central property, email review.

**Conclusions Made:** You have been on and off crisis multiple times since the first of the year. Because of this, your property has been kept in central property. CO Garrison confirmed that you have 1 bag of seg allowable and 1 bag of non seg allowable property in storage. He will have your unit team get the allowable property and issue it to you if allowed. On 03/06/25 UTS Schmaltz also sent an email stating that he had paperwork in his office that had not been returned to you due to you being on crisis level. You can get with him and see if he still has it.

**KAR 44-16-105 Property at own risk.** An inmate shall be deemed to own personal property at the inmate's own risk. Loss or damage of personal property shall not provide a basis for recovery on a claim unless the loss or damage directly resulted from the intentional or negligent act or omission of a correctional employee and was reported according to applicable internal management policies and procedures. There is no staff negligence indicated.

**IMPP 01-118 II A.2.b.** The resident could have discovered the loss by exercising reasonable effort to know the status of the resident's property. You have provided no evidence that you have attempted to locate your property on your own other than a handwritten copy of a request form that is unsigned by any staff member.

**Actions taken:** Your claim is disapproved.

## PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

A6-210

#9

### Section I

| Filed **AT** Facility No.: | Facility Initials: |
| Filed **AGAINST** Facility No.: | Facility Initials: |

(Refer to PLC coding manual for facility no. & initials)

**Name of Claimant (Last, First, MI):** BROWNLEE, GUSTIN C
**KDOC Number:** 0093693

**Type of Claim (circle one):** (Lost Property)    Damaged Property    Injury

**Amount of Claim:** $500.00    **Date of Loss Damage, or Injury (MO/DAY/YR):**

**Where Loss, Damage, or Injury Occurred:**
If occurred in cellhouse, enter cellhouse/room number: A2-Cellhouse #120
Otherwise, circle one of the following:    Mailroom    R&D    Central Property
Laundry    Gym    Dining Room
Other Location

**NATURE OF CLAIM** (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): I was Housed with In

SEE Attachment
A & B & C

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

**Claimant Signature:** Gustin Brownlee    **Date:** 5-29-25

**Received from Resident/Claimant:** **Date:** 6-6-25    **Time:** 1402
**UT Name (print):** A. Huffman    **UT Signature:** [signature]    **Claimant Initials:** GB

### Section II

**Received by Warden/Superintendent on (MO/DAY/YR):**    **Facility Log No. Assigned:** 0116965

**Inquiry Report:**

JUN 10 2025

Memo attached

**Date (MO/DAY/YR):** 6/25/25    **Investigator Name (print):** Elliott    **UT Member or Investigator Signature:** [signature]

7/10 TYPE OF Claim
RE: Lost PROPERTY

Amount of Claim: $500.00

Date of Loss:

Where Loss Occurred: A2 Cellhouse #120
- Other Location

NATURE OF Claim: On 5-29-25 I received A Inmate Request To STAFF member "Back" From U.T.S "Ms. Timley". She informed me that She was unable to locate any of my property.
   (SEE Attachment   )

On 4-9-25 or 4-10-25 I was placed on crisis. It can be seen on video I had two boxes of Property that L.C.F STAFF member's took into their care.

1

\# 1/

I'm missing THE Following Items:

#1) 50 Family Photos

#2.) 142 Documents IN A ongoing 42 U.S.C § 1983 Case No 5:20-cv-03122-JAR

#3) Trail Transcipts in my Criminal Case 685 On also my one only Copy of my 60-1507 Motion

#4) Medcal Shoe

#5) Coolers

#6) Showers Shoe

#7) $15.00 hygiene

I'm willing to settle my Claim.
Allow my Family to Re-oder my Transcipts and Some Items out of Wallen Horse

```
  6/25/2025                KANSAS DEPARTMENT OF CORRECTIONS              ELLIOTT8
  09:52:50              Information Systems and Communications           QPADEV0058
                            ** Display Movement Records **               ISR0339
-----------------------------------------------------------------------------------
Commitment Name BROWNLEE,GUSTIN,C            KDOC#/Suffix 0073693 A
```

| "X" | Pr | Number | Su | Movement Date | Sq # | MoveCde | SI* | Phy Loc Cde | Rsn | Leju | M | I | Prior |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⌐ | 1 | 0073693 | A | 2025 01 31 | 1 | 2102000 | | A 01 AA2228 | MP | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2025 01 28 | 1 | 2102000 | | A 01 ADC003 | MP✓ | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2025 01 17 | 1 | 2102000 | | A 01 AA2200 | PD | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2025 01 13 | 1 | 2102000 | | A 01 ADC003 | MP✓ | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2024 12 31 | 1 | 2102000 | | A 01 AA4121 | PD | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2024 12 28 | 1 | 2102000 | | A 01 ADC007 | MP | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2024 12 24 | 1 | 2102000 | | A 01 AA4114 | PD | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2024 12 18 | 2 | 2102000 | | A 01 AA4113 | PD | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2024 12 18 | 1 | 2102000 | | A 01 AA4122 | PD | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2024 12 04 | 2 | 2102000 | | A 01 AA7207 | PD | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2024 12 04 | 1 | 2102000 | | A 01 AA7213 | PD | | | I | A01 |
| ⌐ | 1 | 0073693 | A | 2024 12 02 | 2 | 2102000 | | A 01 0A7239 | CA | | | I | A01 |

More...

```
SI* = Special Message Indicator   Currently for Sanction Releases
F3=Exit   F12=Previous   F14=Print List   "X" To Select Or Enter For Last Record
```

```
 6/25/2025              KANSAS DEPARTMENT OF CORRECTIONS              ELLIOTT8
 09:52:50             Information Systems and Communications          QPADEV0058
                         ** Display Movement Records **                ISR0339
------------------------------------------------------------------------------
Commitment Name  BROWNLEE,GUSTIN,C          KDOC#/Suffix 0073693 A

"X"  P Number   S Movement    Sq MoveCde SI  Phy Loc Cde  Rsn Leju  M I  Prior
     r         u Date         #          *
     1 0073693 A 2025 04 11   1  2102000     A 01 ADC007  MP         I   A01
     1 0073693 A 2025 03 27   1  2102000     A 01 AA2120  OS         I   A01
     1 0073693 A 2025 03 25   1  2102000     A 01 ADC010  MP         I   A01
     1 0073693 A 2025 03 20   1  2102000     A 01 AA2120  OS         I   A01
     1 0073693 A 2025 03 17   2  2102000     A 01 ADC008  MP         I   A01
     1 0073693 A 2025 03 17   1  2102000     A 01 AA2120  OS         I   A01
     1 0073693 A 2025 03 13   1  2102000     A 01 ADC001  MP         I   A01
     1 0073693 A 2025 03 07   1  2102000     A 01 AA2120  OS         I   A01
     1 0073693 A 2025 03 05   1  2102000     A 01 ADC010  MP         I   A01
     1 0073693 A 2025 03 04   1  2102000     A 01 AA2120  OS         I   A01
     1 0073693 A 2025 02 22   1  2102000     A 01 ADC010  MP         I   A01
     1 0073693 A 2025 02 02   1  2102000     A 01 AA2120  BB         I   A01
                                                                         More...
SI* = Special Message Indicator   Currently for Sanction Releases
F3=Exit   F12=Previous   F14=Print List   "X" To Select Or Enter For Last Record
```

#13

```
 6/25/2025              KANSAS DEPARTMENT OF CORRECTIONS                ELLIOTT8
 09:52:50              Information Systems and Communications           QPADEV0058
                          ** Display Movement Records **                ISR0339
------------------------------------------------------------------------
Commitment Name BROWNLEE,GUSTIN,C         KDOC#/Suffix 0073693 A

"X"  P Number   S Movement    Sq MoveCde SI  Phy Loc  Cde Rsn Leju M I Prior
     r          u Date        #          *
     1 0073693  A 2025 06 20  1  2102000     A  01 AA6210  OS        I A01
     1 0073693  A 2025 06 14  1  2102000     A  01 ADC010  MP        I A01
     1 0073693  A 2025 06 13  1  2102000     A  01 ADC006  MP        I A01
     1 0073693  A 2025 05 05  1  2102000     A  01 AA6210  OS        I A01
     1 0073693  A 2025 05 01  1  2102000     A  01 ADC003  MP        I A01
     1 0073693  A 2025 04 30  1  2102000     A  01 AA8217  MP        I A01
     1 0073693  A 2025 04 20  1  2102000     A  01 AA8217  MP        I A01
     1 0073693  A 2025 04 17  1  2102000     A  01 ADC010  MP        I A01
     1 0073693  A 2025 04 16  4  2102000     A  01 ADC009  MP        I A01
     1 0073693  A 2025 04 16  3  2102000     A  01 AA2101  OS        I A01
     1 0073693  A 2025 04 16  2  2102000     A  01 ADD010  MP        I A01
     1 0073693  A 2025 04 16  1  2102000     A  01 ADD002  MP        I A01
                                                                       More...
SI* = Special Message Indicator  Currently for Sanction Releases
F3=Exit  F12=Previous  F14=Print List  "X" To Select Or Enter For Last Record
```

#14

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

I/R

U.T #15

BROWNLEE
Last Name Only

# 0073693
Number

**KANSAS DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST TO STAFF MEMBER**

To: Ms. Timley _____ Date: 5-7-2025
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

RE: PROPERTY I was HOUSED with-IN A2-cellhouse Living Unit cell 120. on or Around 4-09-2025 or 4-10-25 I was placed on crisis. It can be SEEN on video I had two boxes of property that K.D.O.C STAFF members took Into their care. I am REQUESTING your assistance locating my PROPERTY & or Investigating what happen to it

Work Assignment: low-in-cause    Living Unit Assignment: A6-210
Comment: Copy    Detail or C.H. Officer: JKoelley

Disposition: I talked with MR. Schmaltz who was the U.T.S for me an I was informed that He'll be investigating into what Happen too my PROPERTY as well

To: _____    Date: _____
(Name & Number)

Disposition: _____

Employee's Signature    To be returned to inmate.
P-0009

#16 TO #5

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| GUSTIN C. BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-03122-JAR-GEB |
| | ) |
| BRETT CORBY, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT [DOC. 152]

COME NOW Defendants and request an extension of time to respond to Plaintiff's Motion to Alter or Amend Judgment, Document 152, until July 8, 2025. In support of this Motion, Defendants state as follows:

1. On May 8, 2025, the Court entered Judgment in favor of Defendants based on the grant of Defendants' Motion for Summary Judgment. *See* Docs. 150-151.

2. On June 16, 2025, almost 40 days after the judgment was entered, Plaintiff filed the instant motion which has been titled "Motion to Alter or Amend Judgment." *See* Doc. 152.

3. Nowhere in the motion does Plaintiff cite the legal basis for which he is seeking to have the Judgment altered or amended; instead, he argues he did not receive a number of pleadings, including his own Motion [Doc. 146], the Court's docket entry Order expediting briefing deadlines for the Motion [Doc. 147], the Defendants' Response to the Motion [Doc. 148], and the Court's Docket entry Order extending Plaintiff's deadline [Doc. 149].

4. Pursuant to Local Rule 6.1, Defendants' response to the Motion is due on or before June 30, 2025.

5. Personnel within the KDOC are currently investigating the claims made by Plaintiff

related to his legal materials so that a response can be filed.

6. Undersigned counsel is out of the office for personal reasons starting June 20, 2025, and returning on June 30, 2025.

7. One of undersigned counsel's contact within the KDOC is out of the office starting on June 20, 2025, and returning on July 7, 2025.

8. Therefore, Defendants are requesting an extension of time until July 8, 2025, to file a response to Plaintiff's "Motion to Alter or Amend Judgment," Document 152, so that his claims can be fully investigated and responded to.

9. This request is not made to cause any delay or prejudice to any party, or the Court, or for any improper purpose, but so that an investigation of the claims being made can be done and fully responded to.

10. Undersigned counsel has not been able to consult with Plaintiff regarding this requested extension.

11. No prior extensions have been requested by Defendants related to this motion.

WHEREFORE, based on the above and foregoing, Defendants request an Order from this Court extending their response deadline for Plaintiff's Motion to Amend or Alter Judgment, Document 152, until July 8, 2025.

Respectfully Submitted,

*/s/ Tracy M. Hayes*
Tracy M. Hayes    KS #23119
SANDERS WARREN & RUSSELL LLP
11225 College Blvd., Suite 450
Overland Park, KS  66210
Tel:    913.234.6100
Fax:   913.234.6199
t.hayes@swrllp.com
**ATTORNEY FOR DEFENDANTS**