Form 9 #18 D1
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Brownlee
Last Name Only

U.T

# KANSAS DEPARTMENT OF CORRECTIONS

# 0073693
Number

## INMATE REQUEST TO STAFF MEMBER

To: AH _____   Date: _____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

Do A6a cellhouse have a Law Library Tablet yet IF so can I Be placed on the list

Work Assignment: Lay-IN-Cause   Living Unit Assignment: A6-210
Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

To: _____   Date: _____
(Name & Number)

Disposition: We are waiting to receive this

_____
Employee's Signature

To be returned to inmate.

P-0009