#1
°g

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

GUSTIN C BROWNLEE
    Plaintiff

v

BRETT CORBY, et al.,
    Defendants

Case NO
20-CV-03122-JAR
GEB

## PLAINTIFF REPLY In OPPOSITION TO DEFENDANTS RESPONSE TO PLAINTIFF's MOTION TO ALTER OR AMEND JUDGMENT

COME NOW, Plaintiff GUSTIN C BROWNLEE PRO SE and Provide the following REPLY'S in opposition to Defendants Response

1. On August 28, 2025 almost 55 days after Defendants Attorney Tracy M. Hayes electronic Filed Defendants RESPONSE To Plaintiff's ~~motion~~ Amended motion. ~~Did~~ I receive Defendants Response. SEE Exhibit A Declaration of GUSTIN C BROWNLEE

2. On MAY 20, 2025 Plaintiff filed the instant motion which I titled "Motion to Alter or Amend Judgment". SEE DOC. 152. Page 8 OF 8 *Certificate of Service* ~~~~ Attachments #1 Exhibit A Page 2 OF 2

#2

OF AFFIDAVIT an also SEE Exhibit B Inmate request STAFF *Signature and date by U.T Hoffman SEE Declaration of Gustin C Brownlee Exhibit A

3. Plaintiff Mr. Brownlee Ask the Court TO *Help Him getting legal materials* an also Help Him getting [Doc 145] and [Doc 144]. Plaintiff Argues He did not receive the Following Pleadings [Doc 145], [Doc 147], [Doc 148] an also [149]. SEE Doc 152 SEE Declaration of Gustin C Brownlee

4 THE Pleadings Referenced in Plaintiff's MOTION All relate to Plaintiff Being Unaware of the Orders issued By the Court's Deadlines 1-17-2025 [Doc 145] an also Deadline 4-14-2025 [Doc 149]. SEE Doc 152

5. Plaintiff Timely requested an extension of time to respond to the motion For Summary Judgment [Doc 144], and [Doc 146] was Unopposed. SEE Doc 144 an also Doc 149

6 THE Defendants through thier Attorney

#3

Tracy M. Hayes Commited Fraud on the Courts. by Submitting an Affidavit Misrepresentting The Facts. SEE Doc 152

7. The Defendant thorugh thier Attorney Tracy M. Hayes Commited Fraud on the Court by submitting an Declaration From Sandra Elliott Misrepresentting the Fact That Plaintiff made no complaints about missing or holding of Legal PROPERTY [Line 9 of MRS Elliott Declaration] an also [Line 10 of MRS Elliott Declaration]. SEE Exhibit C Letter From Sandra Elliott

8 Further Defendants Submitted An Declaration From John Stiffin. denies that Plaintiff has been denied access to legal materials [Line 6 of MR Stiffin Declaration]. SEE Exhibit

9. Plaintiff argues in his motion that He was denied access to the Law Library. legal materials ECT ✻ Rule of Fed R. Civ. P ✻. SEE Doc 152

10. Plaintiff is without Doc 1 thorugh 149 and was unable to move forward.

11. The Judgement in this matter was entered on May 8. 2025 [Doc. 151]. Plaintiff's motion to Alter or Amend the Judgment was Filed on May 20. 2025 [Doc. 152]. 27 day after Judgment was enter. SEE Exhibit A Declaration of Gustin C Brownlee

12. Plaintiff motion is Timely. He has Presnted Facts and Supporting Evidence that He is without [Doc 1] thorugh [149] an also is Being denied access to legal materials. Law Library ect.

13 Plaintiff is Pro Se an I ask the Court to Construe His motion as extra-ordinary an as A exceptional Circumstances Relief Under Rule 60(1) Rogers v Andrus Transp. Services, 502 F. 3d 1147. 1153 (10th Cir. 2007)

WHEREFORE. based on the Above and foregoing Plaintiff request an order from this court reopen this case set status conference

#5

Respectfully
Submitted

Gustin C Brownlee
Gustin C Brownlee #0073693
Lansing Correctional Facility
P.O Box 2
Lansing, KS 66043

CERTIFICATE OF SERVICE

I hereby certify that on the the foregoing was Filed with the Clerk of the Court 9-2-2025

Tracy M. Hayes KS #23119
SANDERS WARREN & RUSSELL LLP
11225 College Blvd., Suite 450
Overland Park, KS 66210

Gustin C Brownlee
Gustin C. Brownlee